# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES GILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:18-CV-108** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| UNITEDHEALTH GROUP, INC., UNITED | § | |
| HEALTHCARE SERVICES, INC., and | § | |
| UNITED BEHAVIORAL HEALTH | § | |
| operating as OPTIMUMHEALTH | § | |
| BEHAVIORAL SOLUTIONS, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 11, 2018, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiff's Notice of Voluntary Dismissal of Claims Against UnitedHealth Group, Inc. and United Healthcare Services, Inc. (Dkt. #30) be **GRANTED**.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's voluntary dismissal of Defendants UnitedHealth Group, Inc. and United Healthcare Services, Inc., as stated in the Notice of Voluntary Dismissal (Dkt. #30) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendants UnitedHealth Group, Inc. and United Healthcare Services, Inc. are **DISMISSED** from this action. Each party shall bear its own costs.

The Clerk is directed to remove Defendants UnitedHealth Group, Inc. and United Healthcare Services, Inc. from this civil action. Claims asserted by Plaintiff against Defendant United Behavioral Health operating as OptimumHealth Behavioral Solutions remain pending.

**IT IS SO ORDERED**.

**SIGNED this 28th day of June, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE