# Exhibit A



**TOTAL REWARDS**

career | work/life | pay | benefits

INVESTING IN YOU & YOUR FUTURE.

Issued January 2016

YOUR 2016
# Benefits
Handbook









## For Eligible Raytheon Employees (National)

Medical

Health Savings Account (HSA)

CVS/caremark Prescription Drug Coverage

Vision

Dental

Flexible Spending Accounts (FSAs)

Disability

Life Insurance

AD&D Insurance

Business Travel Accident Insurance

RAYSIP

Work/Life

Severance

Administrative

The specific plan sections included in this handbook constitute the summary plan descriptions for the Raytheon benefit plans. If there is any difference between the information contained in this handbook and the actual plan documents, the plan documents will always govern.

Raytheon reserves the right to amend or terminate any of the plans at any time. Such amendments or modifications may be retroactive, if necessary, to meet statutory requirements or for any other appropriate reason.

Benefits for employees represented by a bargaining unit will be in accordance with their collective bargaining agreement.

**Raytheon**

## Important Information Regarding Eligibility

Your eligibility for benefits described in this handbook depends on your employment status.

- **Full-time employees regularly scheduled to work 20 or more hours per week** are eligible for all of the benefit plans described in this handbook.

- **Employees regularly scheduled to work fewer than 20 hours per week and temporary employees** are eligible only for business travel accident (BTA) insurance and the Raytheon Savings and Investment Plan (RAYSIP). See the *Business Travel Accident Insurance* and *RAYSIP* sections for a description of these plans.

- **Re-employed recipients of pension payments\*** are eligible only for medical (including prescription drug), vision and dental coverage as well as BTA insurance, regardless of hours worked. See the *Medical, Health Savings Account (HSA), CVS/caremark Prescription Drug Coverage, Vision, Dental* and *Business Travel Accident Insurance* sections for a description of these plans.

If you have questions about your eligibility for a particular benefit plan, call the Raytheon Benefit Center (RBC) at 800-358-1231.

\*For purposes of this handbook, you are a *re-employed recipient of a pension payment* if you:
- Are receiving or have received payment of benefits from a Raytheon pension plan, regardless of your age and service and regardless of the form of payment of your benefit;
- Previously incurred a separation from service with Raytheon; and
- Are employed by Raytheon again on or after March 1, 2007.

You are not a re-employed recipient of a pension payment if your only payment from a Raytheon pension plan was a mandatory cashout of a small benefit, as defined in the applicable plan, or a return of your pension plan contributions and interest.

## Questions about Your Raytheon Benefits?

• Visit *Desktop Benefits* at https://raytheon.benefitcenter.com—the only address you need to access all your Raytheon benefits online, with personalized and general benefits information, as well as transactional capabilities.

   With *Desktop Benefits,* you can:

- Connect with Raytheon benefit plan carriers and resources using the *Benefit Provider Contacts* list under *My Resources*;

- View your benefit elections, costs and medical plan summary charts;

- Use tools available on the *My Resources* listing, such as *DecisionAssist* to choose a medical plan as well as links to find participating doctors, dentists and hospitals;

- Change your beneficiary election(s) for life and/or accidental death and dismemberment (AD&D) insurance, address or marital status; or

- Change your benefit elections if you have a qualified change in status or other qualifying event. Note that if you are eligible to add a dependent to your Raytheon-sponsored medical, vision and/or dental plans and/or the life insurance and/or AD&D plans (as outlined in the *Medical*, *Vision, Dental, Life Insurance* and/or *AD&D Insurance* sections), you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received.

• Contact the Raytheon Benefit Center (RBC). Simply:

- Call 800-358-1231 (TDD# 800-877-8339); from outside the United States, call collect 412-505-6905. Representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern Time (ET) to answer specific benefit questions and help you with any necessary changes.

- Email questions to rbcmail@xerox.com.

- Send correspondence to:

   Raytheon Benefit Center
   P.O. Box 199422
   Dallas, TX 75219-9422

- Fax questions to 855-291-5941.

*Note:* Whenever you contact the RBC, be sure to include your employee ID number, your full name and your email address.

Can't locate one or more of the documents that are required to add a dependent to some of your Raytheon-sponsored plans? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

3

**Wellness**

# Raytheon's Wellness Programs

## Investing in Your Health

From health and wellness benefits to our work/life and financial programs, Raytheon provides easy access to a variety of wellness services and programs that you and, in many cases, your family can use to get started or stay on the path to improving your health.

For example, because preventive care plays an important role in identifying disease and maintaining proper health, **all Raytheon-sponsored medical plans cover eligible, in-network preventive-care services (as identified by the** Affordable Care Act **(ACA) under the Preventive Care Services benefit) at 100% with no out-of-pocket expense.**

In addition, you have access to:

- LifeResources, our integrated work/life and employee assistance program;

- Nurse lines, disease management programs, maternity care programs and online services through your medical plan (see the chapter about your medical plan for details);

- At many locations, free, on-site biometric screenings for employees that conclude with a brief health coaching session;

- Flu shots; and

- In some locations, presentations and seminars from on-site nurses, fitness center staff members or employee assistance program (EAP) counselors.

For information about the wellness programs currently available, visit the Global Health Resources page on oneRTN at http://home.ray.com.

If you elected an HSA for the first time in 2016, any Wellness Reward balance that remains in your Optum account can only be used for eligible dental and vision expenses and must have a $0 balance as of December 31, 2016. Any balance remaining after that date is forfeited. To access your account, log on to www.optumhealthfinancial.com. For assistance, call Optum Financial Services at 800-243-5543.

---

**NEW FOR 2016: LOTS OF WAYS TO EARN A WELLNESS REWARD**

*Beginning January 1, 2016, Raytheon is taking advantage of the latest thinking in wellness and introducing a new Wellness Reward program!*

*Administered by Virgin Pulse, our new approach to wellness is designed to help you customize your wellness experience. Whether you're into fitness, trying to watch what you eat and/or making an effort to get enough sleep, now you can earn points toward a Wellness Reward in many different ways.*

*To start earning your 2016 Wellness Reward, register at www.join.virginpulse.com/raytheon. Then begin earning points by participating in a range of wellness activities, including:*

- *Physical activity/fitness tracking,*

- *Nutrition,*

- *Sleep,*

- *Completing a health assessment,*

- *Recording the results of a biometric screening, and*

- *Other healthy habits.*

*Each quarter, the points you accumulate turn into cash and can be used toward the purchase of Visa gift cards, store gift cards or wellness-related merchandise, such as fitness trackers. If you choose, you can let your points accumulate until you reach the maximum $250 Wellness Reward level ($500 if your spouse who is enrolled in a Raytheon-sponsored medical plan also participates).*

*Ready to get started? Visit the Global Health Resources page under* Life & Career *on oneRTN at http://home.ray.com for more information!*

---

**GUARDING YOUR CONFIDENTIALITY**

*Raytheon understands that the security of personal health information is extremely important. In the interest of privacy, no one at Raytheon will see the results of any employee's participation in any company-sponsored wellness program or any other personal health information.*

# YOUR 2016
# Benefits

This chart provides a brief overview of the benefits described in this handbook. Please be sure to read each section for more details about each plan, including specific plan provisions.

| Benefit Plan | Highlights |
|---|---|
| **Medical** | With Raytheon's HSA Advantage plans, you take a more active role in managing the cost of your care, often with considerable savings. Raytheon offers two HSA Advantage plans administered by UnitedHealthcare (UHC): UHC HSA Advantage 1 and UHC HSA Advantage 2. An HSA Advantage plan administered by Kaiser Permanente is available in California, Colorado and the mid-Atlantic states. Note that with the exception of emergency care, the Kaiser plans do not offer coverage if you seek care outside the Kaiser network.<br><br>Raytheon also offers UHC Choice Plus, a point-of-service (POS) plan, as well as Choice plans administered by Kaiser Permanente in California, Colorado and the mid-Atlantic states. Again, note that with the exception of emergency care, the Kaiser plans do not offer coverage if you seek care outside the Kaiser network.<br><br>If you live in an area where a fully developed provider network is not available, Raytheon offers the UHC Out-of-Area plan. If you are on an international assignment, Raytheon offers Global Choice (which provides medical and dental coverage). |
| **Health Savings Account (HSA)** | When you elect medical coverage with an HSA Advantage plan, Raytheon makes a lump-sum contribution to a health savings account (HSA) in your name in January. (For new employees: Raytheon's contribution to your HSA is prorated to reflect the number of biweekly pay periods you are enrolled in the plan.) You also can choose to make tax-free contributions to your HSA, lowering your taxable income. (While Alabama, California and New Jersey do not offer pretax savings on HSA contributions, you still save on the federal tax.) All contributions vary by plan and coverage level, and are subject to annual federal limits.<br><br>You always own the money in your HSA. Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules. And if you change medical plans, leave Raytheon or retire, the money in your HSA belongs to you. |
| **Prescription Drugs** | Prescription drug coverage for the UHC plans is administered as a separate program by CVS/caremark. Kaiser Permanente provides prescription drug coverage for the plans it administers. For Global Choice participants, your coverage depends on where you fill a prescription: Outside the United States, coverage is administered by the plan; inside the United States, coverage is administered by CVS/caremark. |
| **Vision** | Raytheon provides vision coverage through VSP® Vision Care, the nation's largest vision benefits provider. You may choose from two vision plan options—the Basic Vision Plan or, if you need expanded benefits, the Vision Plus Plan. |
| **Dental** | Regular dental care is essential to your overall health. The Raytheon dental program offers up to three dental options. You may choose the one that best suits your needs and the needs of your family. |
| **Flexible Spending Accounts (FSAs)** | Raytheon offers flexible spending accounts, or FSAs, which can reduce your taxable income by paying for certain eligible health care and/or dependent care expenses on a pre-tax basis. |
| **Disability** | Our short-term and long-term disability plans replace part of your income in the event that a non-work-related injury or illness keeps you out of work for an extended period of time. You may also have the option of purchasing occupational long-term disability coverage. |

*(continued)*

5

## AT A GLANCE

### YOUR 2016
# Benefits

This chart provides a brief overview of the benefits described in this handbook. Please be sure to read each section for more details about each plan, including specific plan provisions.

| Benefit Plan | Highlights |
| --- | --- |
| Life Insurance | Raytheon provides you with company-paid basic life insurance. In addition, you have the option of purchasing additional life insurance coverage for yourself as well as coverage for your spouse and dependent children. |
| Accidental Death & Dismemberment (AD&D) Insurance | Raytheon provides you with the opportunity to purchase accidental death and dismemberment (AD&D) insurance, which provides benefits in the event you or a covered family member suffers a covered accidental death or certain accidental injuries. |
| Business Travel Accident (BTA) Insurance | Raytheon provides company-paid business travel accident (BTA) insurance, which provides accidental death and dismemberment coverage if you are injured or die as a result of a covered accident while traveling on company business, including travel between company facilities. |
| Raytheon Savings and Investment Plan (RAYSIP) | Whether it's purchasing a home, putting your children through college or enjoying an active, comfortable retirement, the savings you put aside today will help you reach your goals in the future. There are two keys to building long-term financial security—start early and save on a regular basis. The Raytheon Savings and Investment Plan (RAYSIP) can help you do both.<br><br>If your first day of employment or most recent rehire date was on or after January 1, 2007, you may also be eligible for the Retirement Income Savings Program (RISP). See the *RISP* portion of the *RAYSIP* section for more information. |
| Work/Life | Raytheon offers a variety of work/life benefits to help you manage life's demands. Whether it's a personal problem that affects your job performance or home life, a desire to further your education, the need to take some time off work or help finding dependable care for a family member, your Raytheon benefits are here to help. |
| Severance | The Severance Plan provides severance pay benefits to eligible employees of participating businesses who are laid off. |



# Medical
## at a glance

## in this section

**Enrolling in a Medical Plan**

**Comparing Your Medical Plan Options**

**Highlights of Our Medical Plan Options**

**UnitedHealthcare Plans**

- UHC HSA Advantage 1

- UHC HSA Advantage 2

- UHC Choice Plus

- UHC Out-of-Area Plan

**Kaiser Permanente HSA Advantage and Choice Plans (California)**

**Kaiser Permanente HSA Advantage and Choice Plans (Colorado)**

**Kaiser Permanente HSA Advantage and Choice Plans (Mid-Atlantic)**

**Global Choice (For Expatriate Employees on International Assignments)**

**Medical Administrative Information**

- As a Raytheon employee, you generally have a choice of medical plans—plans that are health savings account (HSA)-eligible, and a plan that is not. The plans available to you depend on your home address on record with the Raytheon Benefit Center (RBC).

  Note: If you live in an area where a network-based plan is not available, Raytheon offers the UnitedHealthcare (UHC) Out-of-Area plan. If you are on an international assignment, Raytheon offers Global Choice (which provides medical and dental coverage).

- You may choose from four coverage levels: employee only; employee and spouse; employee and child(ren); or employee and family.

- New employee? You must enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. Your coverage becomes effective on your first day of work.

- You can make changes to your medical coverage (i.e., add or remove dependents, add or drop coverage, or change plans) each year during the benefits open enrollment period.

- Outside of the annual benefits open enrollment period, you may make changes only under certain circumstances as outlined in the section *Changing Your Coverage, At Other Times of the Year.*

*continued on next page*

- All plans cover a wide range of services and supplies, including inpatient and outpatient hospital services, physician services, emergency and urgent care as well as mental health and substance abuse treatment. The plans also provide 100% coverage for preventive care with no out-of-pocket expense when your network primary care physician or network OB/GYN provides eligible services.

- The plans differ in:
  - If there is an HSA;
  - How you access care;
  - How much you pay out-of-pocket for deductibles and coinsurance; and
  - The amount you contribute toward the cost of coverage.

- You and Raytheon share the cost of your coverage. You pay your share with before-tax dollars through payroll deduction.

- The claims administrator makes the final decision as to whether a particular service is covered, based on the benefits available under your plan. For information about how to appeal a denied claim, see the *Administrative* section.



**Medical**
at a glance

# Enrolling in a Medical Plan

## Coverage Levels

When you enroll in a Raytheon medical plan, you may choose from four coverage levels:

- Employee only;
- Employee and spouse;
- Employee and child(ren); or
- Employee and family (spouse and children).

This allows you to choose the coverage level that best meets your specific family situation while ensuring that you pay for only the coverage you actually need.

## Eligible Dependents

You may enroll your eligible dependents for medical coverage. Eligible dependents include your:

- *Spouse.* A spouse includes a *common-law spouse* if your common-law marriage was established in a state that legally recognizes common-law marriage; all requirements of that state have been met; and the common-law marriage has not ended.

  Note that a spouse from whom you are divorced or legally separated is *not* eligible for coverage. Note also that with the exception of the Kaiser Permanente plans in Colorado, a party to a civil union is not a spouse. In addition, the Kaiser Permanente plans available in California, Colorado and the mid-Atlantic states provide coverage for registered same-sex domestic partners;

- *Children before their 26th birthday,* including natural children, legally adopted children (including children lawfully placed for adoption), stepchildren and foster children, regardless of residency, financial dependence, student status, employment status or marital status;

- *Children and other dependents up to their age of majority (usually 18) for whom you are a legal guardian.* If you or your spouse is not the child's parent (or step-parent) and the child is not a foster or adopted child, you must have a court order designating you or your spouse as the child's legal guardian or as the person who has legal responsibility for the care, control and custody of the child that is equivalent to the responsibility of a legal guardian. (Please note that if the court order extends the guardianship beyond the age of majority, the child's coverage will still end no later than the child's 26th birthday.) In all cases, the child must also meet the IRS definition of a dependent of you or your spouse; and

- *Unmarried children age 26 and older who are disabled as well as other dependents age 26 and older for whom you have legal guardianship who are disabled,* if approved by a Raytheon health plan to be disabled. In general, to qualify, the disabled child must have become disabled before age 26 and be incapable of self-sustaining employment because of mental retardation, serious mental illness, physical sickness or injury. Coverage may continue for as long as your coverage continues and as long as your child remains incapacitated and is otherwise eligible for coverage.

Note that if you are eligible to add a dependent to your Raytheon-sponsored medical plan, you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received. Complete details are on *Desktop Benefits* at https://raytheon.benefitcenter.com.

### Qualified Medical Child Support Order

All Raytheon medical plans honor qualified medical child support orders (QMCSOs) issued under state domestic law that require health benefits be provided to a child. For more information about QMCSOs, refer to the *Administrative* section.

You may select different coverage levels for medical, dental and vision coverage. For example, you may choose medical coverage for your entire family and vision coverage for just yourself.

If your covered dependent becomes ineligible for coverage during the year (for example, due to divorce, legal separation or reaching age 26), you must remove your dependent from your coverage as of the date that person is no longer eligible for coverage. For more information, see the section *Changing Your Coverage.*

Can't locate one or more of the documents that are required to add a dependent to your Raytheon-sponsored medical plan? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

## Cost of Coverage

You and Raytheon share the cost of your medical coverage. You pay your share in the following ways:

- When you seek care, such as deductibles and coinsurance; and
- With premium contributions through payroll deduction.

The amount you contribute toward the cost of coverage is a percentage of the total cost of your coverage, which is based on:

- The medical plan you choose;
- The cost of health care in the region where you live;
- The health status of those enrolled in a particular plan; and
- To what extent participants use plan services.

In all cases, the amount of your premium contribution depends on the level of coverage you choose. The amount of your premium contribution is provided in your new hire materials as well as during annual benefits open enrollment.

Your premium contribution is deducted from your paycheck. You pay no federal income taxes or Social Security taxes on your contribution amount for coverage for you, your spouse or your children. In most cases, you also pay no state income taxes.

For current contribution amounts and additional information, contact the RBC at 800-358-1231.

**If You and Your Spouse Are Both Raytheon Employees**

If you and your spouse both work for Raytheon, you each may elect medical coverage or one of you may choose to cover the other as a dependent. Before deciding, you should consider the premiums, out-of-pocket costs and if applicable, the company's HSA contribution associated with each option and coverage level.

## Initial Enrollment for New Employees

You may enroll in a Raytheon medical plan within the 31-day period following the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. Since Kaiser Permanente plans require referrals for some services, if you enroll in a Kaiser Permanente plan, you are advised to choose a primary care physician (PCP) for yourself and each family member that you cover when you first enroll. You can elect your PCP online or by calling Kaiser Permanente.

If you do not enroll within this 31-day period, you will automatically be enrolled at the ***employee-only coverage level*** in the UHC Choice Plus plan. Please note: If your ZIP code indicates you are not eligible for a network plan, you are automatically enrolled in the Out-of-Area plan, again, with employee-only coverage.

This coverage remains in effect for the remainder of the calendar year. You may change your plan and/or coverage level during the next benefits open enrollment period, held each fall. You are permitted to make certain changes sooner if you meet the guidelines outlined in the section *Changing Your Coverage.*

Your medical coverage is effective on your first day of employment. Coverage for your dependents generally begins at the same time as your coverage, or as soon as the dependent becomes eligible and his/her verification documents are confirmed (see the section *Eligible Dependents* for more information).

## Changing Your Coverage

After you make your initial enrollment elections as a new employee, you are permitted to make changes to your medical coverage as outlined in this section. In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section *Eligible Dependents* for more information.

Note that there are no pre-existing condition limitations under any Raytheon-sponsored medical plan.

Be sure you understand the enrollment procedures and enroll for the coverage you want when you're first eligible. Once your coverage begins, it will be in effect for the remainder of the calendar year. You are not permitted to change your elected coverage during the service year unless you meet certain criteria described in the section *Changing Your Coverage.*

In general, you are not permitted to change your medical plan until the next annual benefits open enrollment period, unless you move out of the service area covered by your plan. If you move out of the service area for your plan, you are permitted to elect coverage with another Raytheon-sponsored medical plan. To enroll in a new plan, you must call the RBC at 800-358-1231.

<div style="text-align:right">**Medical**</div>

**Annual Benefits Open Enrollment**

Each year, Raytheon conducts a benefits open enrollment during which you may make changes to your medical coverage (i.e., add eligible dependents, remove dependents, add or drop coverage, or change plans). Any changes you make become effective the following January 1.

**At Other Times of the Year**

Outside of the annual benefits open enrollment period, you are permitted to make changes to your medical coverage only in the event of the following:

- If you have a qualified change in status, as follows:
  - Marriage.
  - Divorce or legal separation.
  - Gain or loss of an eligible dependent, such as a child reaching age 26.
  - Change in your, your spouse's or your dependent's employment status, for example:
    – Gain or involuntary loss of medical coverage,
    – Changing from full to part time or vice versa,
    – Transferring between different contracts or positions, providing there is a significant change in the cost of coverage (for example, to or from a Service Contract Act or RayTech position), or
    – Beginning or ending an unpaid leave of absence.
- If your home address changes to outside the medical plan service area for which you are enrolled.

    ***Note that in the situations above, the change(s) you make must be due to and consistent with your change in status.***

    For example, if one of your covered dependents is no longer eligible for coverage under your Raytheon medical plan (such as due to divorce or legal separation, or if your child reaches age 26), you are required to remove your dependent from your Raytheon-sponsored medical coverage as of the date that person is no longer eligible for coverage. Coverage would end for that dependent as of 12:01 a.m. that day. If you gain an eligible dependent, such as by marriage, you may add your spouse to your coverage. However, in both of these situations, you cannot add or remove other still-eligible dependents from your coverage or choose a different plan.

    Note that in the event of the birth or adoption of a child, you must call within 31 days to enroll your child for coverage. Once the verification documents are confirmed, coverage is effective as of the birth date or, for adoptions, the custody date. If you make your change before the date of the qualified change, coverage becomes effective as of the date of the qualified change and the verification documents are confirmed.

- If your spouse's employer holds open enrollment at a time other than Raytheon's and, as a result of its benefit offerings, you would like to make a change.

- If you, your spouse or your dependent becomes enrolled in Medicare or Medicaid, or if you, your spouse or your dependent becomes ineligible for Medicare or Medicaid.

- If you, your spouse or your dependent becomes eligible for a special enrollment opportunity under the *Health Insurance Portability and Accountability Act of 1996* (HIPAA); see the inset box on the next page for a description of your HIPAA rights.

If any of these situations apply to you, you can make your change by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com or calling the RBC at 800-358-1231.

    Note that you are required to remove your spouse from your Raytheon-sponsored medical coverage if:

- You and your spouse divorce or legally separate; or

- Your common-law marriage to your covered spouse terminates.

*In the event of the birth or adoption of a child, you must enroll your child within 31 days of the birth date or, for adoptions, the custody date.* You can enroll your child either online through *Desktop Benefits* at https://raytheon.benefitcenter.com or by calling the RBC at 800-358-1231. Note that if you do not add your newborn or newly adopted child, he/she will not be covered—*even if you currently have family coverage.*

To remove your previously eligible dependent from your Raytheon-sponsored coverage, you must call the RBC at 800-358-1231 on or before the date that your spouse is no longer eligible for coverage. If you don't remove your previously eligible dependent from your coverage as of the date of the event, you must reimburse the company for any claims incurred after that date.

---

**HIPAA PRIVACY AND SPECIAL ENROLLMENT OPPORTUNITIES**

*The* Health Insurance Portability and Accountability Act of 1996 *(HIPAA) is designed to help keep personal health information private as well as to make it easier for you and your family members to have continued group health plan coverage when you or a family member loses coverage through an employer. Here is a summary of the act's provisions.*

**Protected Health Information.** *The Raytheon health benefit plans'* HIPAA Notice of Privacy Practices for Protected Health Information *explains what "protected health information" is; how the plans may use and disclose this information; and how you can exercise your rights concerning this information. HIPAA requires that the plans remind you that this notice is available on* Desktop Benefits *at* https://raytheon.benefitcenter.com *(click on the link to* Notice of Privacy Practices *under* My Resources *in the* Other Benefits *section) or by calling the RBC at 800-358-1231.*

**Special Enrollment Opportunities.** *If you decline coverage for yourself or your eligible family members because of other health insurance coverage, you may be able to enroll yourself or your dependents in a Raytheon health plan or change your health plan election in the future, provided that you request enrollment within 31 days of when your other coverage ends.*

*This special enrollment right is available only if one of the following conditions is met:*

- *You or a family member becomes ineligible for coverage under another employer's health plan or other health insurance;*

- *An employer's contributions for the other coverage stop; or*

- *In the case of COBRA coverage, because the maximum COBRA period has expired.*

*In addition, if you or a dependent gains or loses eligibility for Medicaid, Medicare or a state children's health plan, or if you or a dependent becomes eligible or ineligible for state assistance for coverage under the plan, you may be able to enroll or end coverage for yourself or your dependents, provided you request enrollment within 31 days of the date eligibility was gained or lost or within 60 days in the case of a Medicaid or state assistance event.*

*You also have a special enrollment opportunity if:*

- *You marry; or*

- *You or your spouse acquires a dependent through your marriage or the birth, adoption or placement for adoption of the dependent.*

*In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section* Eligible Dependents *for more information.*

**If Your Coverage Ends.** *If your coverage under a Raytheon health plan ends, you and your qualified dependents will be provided with a written certificate of coverage to provide to your new employer. This certificate will help determine if your new plan may impose pre-existing condition limitations. Be sure to keep this certificate when you receive it.*

# Comparing Your Medical Plan Options

The primary medical plans Raytheon offers are administered by UnitedHealthcare (UHC). UHC administers two plans that are health savings account (HSA)-eligible (called HSA Advantage plans) and one plan that is not (called Choice Plus). Note that the UHC plans are available in most parts of the country. If you live in an area where a fully developed provider network is not available, Raytheon offers the UHC Out-of-Area plan.

A brief description of the plans follows. For additional information about the UHC HSA Advantage plans, see the *UHC HSA Advantage Plans* and *Health Savings Account (HSA)* sections. For more information about the UHC Choice Plus plan, see the section *UnitedHealthcare Choice Plus*. Note that a list of other available medical plans, including those administered by Kaiser Permanente, follows the description of the UHC plans.

## UHC HSA Advantage Plans

With Raytheon's UHC HSA Advantage plans, you take a more active role in managing the cost of your care, often with considerable savings.

### About Health Savings Accounts (HSAs)

When you elect medical coverage with a UHC HSA Advantage plan, you are eligible to elect an HSA. Here is a brief summary of how HSAs work:

- Raytheon makes a lump-sum contribution to an HSA in your name in January. (For new employees: Raytheon's contribution to your HSA is prorated to reflect the number of biweekly pay periods you are enrolled in the plan.)

- You also can choose to make tax-free contributions to your HSA, lowering your taxable income. (While Alabama, California and New Jersey do not offer pretax savings on HSA contributions, you still save on the federal tax.)

- All contributions vary by plan and coverage level, and are subject to annual federal limits. Note that if you are age 55 or older, you may make an additional $1,000 catch-up contribution to your HSA each year (including the year you turn 55).

- You always own the money in your HSA. Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules. And if you change medical plans, leave Raytheon or retire, the money in your HSA belongs to you.

- Depending on your circumstances, you can use your HSA to pay for a variety of eligible health care expenses—including those that help you meet the medical plan's deductible (meaning you have "first-dollar coverage")—or save it for the future.

- Your HSA debit card makes it easy to access the funds in your HSA. Use this card to pay for eligible expenses wherever the provider accepts Visa.®

- Fidelity Investments® administers the HSAs for Raytheon.

For more information about HSAs, see the section *Health Savings Account (HSA)*.

### About Medical Coverage

Here is a summary of how medical coverage with a UHC HSA Advantage plan works.

- The federal government regulates the design of health plans that are HSA-eligible.

- Most covered expenses, are subject to a deductible. There are two exceptions:

  – Routine in-network preventive care, which is covered at 100% in-network with no deductible. In compliance with the *Affordable Care Act* (ACA), this coverage extends to include Women's Health Services (for a description, see the section *Common Medical Plan Features);* and

  – Certain preventive prescription drugs on the federal Treasury Guidance list —including those used to treat high blood pressure, cardiovascular diseases, diabetes, osteoporosis and mental health disorders—are allowed to be covered before you meet plan's deductible (coinsurance applies). To review the Treasury Guidance list, visit www.caremark.com or call CVS/caremark at 866-329-4023.)

Each medical plan is described in a separate section of this handbook. Refer to each section and its associated chart of benefits for detailed information about the costs (including deductibles, coinsurance and out-of-pocket maximums) associated with common services, as well as a list of limitations and exclusions. In addition, if you elect coverage with an HSA Advantage plan, see the *Health Savings Account (HSA)* section for details about your HSA.

If you elect coverage with a UHC HSA Advantage plan, remember that you have access to the *same network of providers* and the *same covered services* as the UHC Choice Plus plan.

If you elected an HSA for the first time in 2016, any Wellness Reward balance that remains in your Optum account can only be used for eligible dental and vision expenses and must have a $0 balance as of December 31, 2016. Any balance remaining after that date is forfeited. To access your account, log on to www.optumhealthfinancial.com. For assistance, call Optum Financial Services at 800-243-5543.

- Electing a PCP is recommended, but not required.

- The plans are network-based, meaning you choose whether to visit a Choice Plus network provider (in New England, you also have access to the Harvard Pilgrim network) and receive the highest level of benefits, or visit an out-of-network provider and pay more out-of-pocket.

- The deductible can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before the deductible is considered satisfied. In other words, benefits are payable only after you satisfy the family deductible.**

- After you meet the applicable deductible, the plans pay a percentage of eligible expenses. To reflect applicable network discounts, the UHC plans cover in-network services at a higher percentage. You pay the remainder of the charges until you reach the calendar-year in-network or out-of-network out-of-pocket maximum (both of which include the applicable deductible and coinsurance for all eligible services and supplies).

- If you reach the out-of-pocket maximum, the plan covers eligible expenses at 100% in-network (up to negotiated amounts out-of-network); see *How Eligible Expenses Are Paid Out-of-Network or with a Non-Network Plan* in the section *About the UnitedHealthcare Plans* for more information) for the remainder of the calendar year. Note that while the family in-network calendar-year out-of-pocket maximum for UHC HSA Advantage 1 is $8,000, the most any one individual family member needs to spend to satisfy his/her share of this plan's out-of-pocket maximum is $6,850.

- Contact information: www.myuhc.com, 800-638-8884.

---

**NOTE FOR EMPLOYEES WHO ARE ENROLLED IN MEDICARE**

*Federal regulations prohibit any one who is making or receiving contributions to an HSA from having "other health care coverage," including Medicare Part A, Part B and/or Part D. Until now, employees enrolled in Medicare have not been eligible to elect medical coverage with our HSA Advantage plans because they were linked to an HSA.*

*Beginning in 2016, the HSA Advantage plans are no longer linked to an HSA. This means if you are enrolled in Medicare, you can elect an HSA Advantage plan without electing an HSA. This change means you can have medical coverage through an HSA Advantage plan, and take advantage of the plan's lower premiums.*

*Note that if you are enrolled in Medicare, you can use your HSA to pay for eligible expenses incurred by you and your dependents; in this case your HSA is not considered other health care coverage.*

---

## UHC Choice Plus Plan

UnitedHealthcare Choice Plus is a point-of-service (POS) plan that offers in-network coverage through the UHC Choice Plus network (in New England, you also have access to the Harvard Pilgrim network) and the flexibility of out-of-network coverage. While you are not restricted to seeing only Choice Plus network providers, benefits are higher when you do.

It's important to note that premiums for Choice Plus are generally significantly higher than premiums for our HSA Advantage plans. The plan works similarly to our HSA Advantage plans, where beginning in 2016, eligible expenses are subject to a deductible and coinsurance (there are no medical copayments). In addition, Choice Plus is not HSA-eligible, meaning you are not eligible to receive a company HSA contribution and you do not have the opportunity to save tax-free dollars for future health care expenses. (Note that while Alabama, California and New Jersey do not offer pre-tax savings on HSA contributions, you still save on the federal tax.)

**Have Health-Related Questions? Ask a Nurse!**
All Raytheon medical plans offer a "nurseline" service where you can speak directly with a nurse 24 hours a day, seven days a week. You can call your plan's nurseline to:

- Find in-network doctors, specialists or hospitals;

- Understand treatment options;

- Ask medication questions;

- Help choose appropriate medical care; and

- Locate available resources.

For more information about your plan's nurseline, call the Customer Service number listed on your medical ID card.

| | Medical |
|---|---|

## Other Raytheon-Sponsored Medical Plans

In addition to the UHC plans described on the previous pages, Raytheon offers:

- HSA Advantage and Choice plans administered by Kaiser Permanente in California, Colorado and the mid-Atlantic states. While these plans work similarly to the UHC HSA Advantage and Choice Plus plans, with the exception of emergency care, they do not provide coverage if you seek care outside the Kaiser Permanente network. In addition, since the Kaiser Permanente plans require a referral for certain services, you are advised to elect a PCP for yourself and each family member you cover when you first enroll. You can elect your PCP online or by calling Kaiser Permanente;

- The UHC Out-of-Area Plan, if you live in an area where a fully developed provider network is not available; as well as

- Global Choice, for employees on international assignments.

Again, the plan(s) available to you are shown on *Desktop Benefits* at https://raytheon. benefitcenter.com.

---

**TRICARE SUPPLEMENT PLAN**

*The TRICARE Supplement Plan is available as a voluntary benefit to eligible employees and their spouses who have retired from any of the U.S. armed forces with at least 20 years of service. Raytheon does not sponsor this plan but provides access to it through pre-tax deductions. For more information about the TRICARE Supplement Plan, contact Selman & Company ASI, the plan's administrator, at 800-638-2610 or visit www.asicorporation.com/raytheon.*

---

## Choosing a Medical Plan

### DecisionAssist

Choosing a medical plan is one of the most important financial decisions you make each year. That's why Raytheon offers *DecisionAssist,* an easy-to-use online tool that can help you choose the medical plan that best matches your needs, provides the most value and offers the most long-term advantages.

*DecisionAssist* can provide you with a side-by-side comparison of your medical plan options, showing a comprehensive view of your health care costs. All you have to do is:

1. Answer a few questions about yourself, such as what type of coverage you're researching (employee only, family, etc.); and

2. Choose the health care scenario you anticipate for the next year (or enter your own cost estimates). Note that if you're currently enrolled in a UHC medical plan, you can choose to have 12 months of your common medical expenses automatically imported into the tool.

*DecisionAssist* takes into consideration the design of the medical plans available to you, including deductibles, coinsurance and out-of-pocket maximums. The tool also has up-to-date service costs, and takes into account Raytheon's HSA contribution, your individual contributions toward the cost of premiums and even your anticipated tax rate. You can easily change your expected health expenses or add family members, and quickly see how these factors affect your results. Plus, you can model as many scenarios as you want.

*DecisionAssist* takes only a few minutes to use. Model a few scenarios today. Doing so could save you a significant amount of money next year!

### Other Tools

To help you choose a medical plan, you also have access to:

- *Links to lists of participating doctors and hospitals.* Get help finding participating providers in the health care plans you're eligible for; and

- *Online medical plan summary charts* that compare how benefits are paid, out-of-pocket costs and overall design.

To access these tools, see the *My Resources* listing available on *Desktop Benefits* at https://raytheon.benefitcenter.com.

If you have questions about your medical plan options, call the RBC at 800-358-1231. When you call, you can speak with an HSA Service Team representative who can help you assess your options as well as answer any questions you may have about HSAs and our HSA-eligible medical plans. Representatives are available Monday through Friday from 8 a.m. to 8 p.m. ET.

---

**APPROACHING AGE 65?**
**BE SURE TO UNDERSTAND YOUR MEDICAL COVERAGE OPTIONS**

*While Medicare eligibility generally begins when you reach age 65, it's important to know that if you remain an active employee, **you are <u>not</u> required to enroll in Medicare Part A when you turn 65.** In addition, you do not incur any Medicare premium penalties if you wait until you leave Raytheon to enroll in Medicare Part A.*

*Because the transition to Medicare has financial consequences, it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible. It's also important to know that in the majority of cases, **tax advisors recommend delaying your enrollment until you leave Raytheon.** That's because doing so means you continue to be eligible to make and receive contributions to an HSA.*

*If, in consultation with your tax advisor, you plan to enroll in Medicare Part A when you first become eligible, you can elect an HSA Advantage plan for that year and elect an HSA. In this case, you would be eligible to receive the company's lump-sum contribution to your HSA in January (as long as the company contribution is made before you enroll in Medicare) and make your own contributions until you enroll for Medicare. (Note that in this case, your tax advisor may suggest that you maximize your contribution to your HSA before you enroll in Medicare.)*

*While your contributions to your HSA must stop once you enroll in Medicare, your participation in an HSA Advantage plan will continue automatically. In addition, you can continue to use your HSA to pay for eligible expenses incurred by you and your dependents. For years where your Medicare status prohibits you from making or receiving contributions to your HSA, you can elect to contribute to a health care flexible spending account (FSA) during the benefits open enrollment period, if applicable.*

*If you do decide to enroll in Medicare Part A, no matter which Raytheon medical plan you elect, as long as you're an active employee, your Raytheon plan remains the primary payor and Medicare is the secondary payor on any claims incurred.*

*For more information about making your decisions, refer to the letter the RBC will send you approximately one month before you turn 65. Questions? Call the RBC at 800-358-1231.*

---

# Highlights of Our Medical Plan Options

All medical plan options provide comprehensive benefits for you and your covered family members. Each option covers a range of services and supplies, including:

- **Comprehensive wellness and preventive-care coverage** (see the *Wellness and Preventive-Care Benefits* inset box for a description);
- **Inpatient care;**
- **Outpatient care;**
- **Physician services;**
- **Emergency and urgent care;** and
- **Mental health and substance abuse treatment.**

To be eligible for coverage, all services and supplies must be medically necessary, as defined by your plan.

When you enroll in a Raytheon medical plan, you and your eligible dependents also receive coverage for prescription drugs. CVS/caremark administers prescription drug coverage for the UHC plans and for Global Choice when you fill a prescription in the United States (see the *CVS/caremark Prescription Drug Program* section for details).

Note that prescription drug coverage is provided by the individual medical plan for Kaiser Permanente and expatriate employees and their Global Choice-enrolled dependents who fill a prescription outside the United States. For more information about prescription drug benefits for these plans, refer to the applicable medical plan section.

## Medical ID Card

When you enroll in a Raytheon-sponsored medical plan, you and your covered dependents will receive a medical ID card that lists important information that your health care provider will need when you receive care, as well as the toll-free number that you can call if you have questions about your plan. You should carry your ID card with you at all times and refer to it whenever you need medical care.

**If You Participate in a UHC Plan (Including a UHC HSA Advantage Plan).** Your UHC ID cards list the name of your plan's network (Choice Plus or, for the Out-of-Area plan, the Options PPO). In the case of Choice Plus, the name of the plan is the same as the network. For employees in Massachusetts, Maine, New Hampshire and Rhode Island, the Harvard PIlgrim Passport Connect Program® logo also appears on your ID card. When you visit www.myuhc.com, be sure to search for providers using the name of your network, not the name of your plan.

---

**ONLINE SERVICES**

*Raytheon's medical plans offer a variety of services and resources you can access online, such as locating network providers, printing ID cards, getting health information, using a cost-estimator and checking the status of a claim. While services and resources vary by plan carrier, your medical plan's website is a great place to start if you have questions about your plan or about your health in general.*

*To take advantage of the online information available from your medical plan, visit* Desktop Benefits *at https://raytheon.benefitcenter.com and link to the website for your plan from the* Benefit Provider Contacts *list under* My Resources.

---

## Common Medical Plan Features

While benefits coverage varies among Raytheon's medical plan options, the following features are common to all plans.

**WELLNESS AND PREVENTIVE-CARE BENEFITS**

*All Raytheon-sponsored medical plans provide coverage for eligible, in-network preventive-care services (as identified by the ACA under the Preventive Care Services benefit) at 100% with no out-of-pocket expense. Examples of covered preventive-care services include:*

- *An annual routine physical exam for adults;\**
- *Routine preventive lab tests;*
- *Well-woman exam;*
- *Routine mammogram, beginning at age 40 or as recommended by your physician;*
- *Well-baby and well-child care, from birth through age 18;\**
- *Immunizations for adults and children\*\*; and*
- *Preventive nutritional counseling.\*\*\**

*Each preventive-care benefit is generally limited to one per calendar year, with the exception of well-baby and well-child care, which is available according to a schedule, and preventive nutritional counseling, for which two visits per year are covered. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration.*

*If your plan offers out-of-network coverage, wellness and preventive care received from an out-of-network provider is likely subject to a deductible and coinsurance.*

**Additional Preventive Care Services**

*In addition to the preventive care services outlined above, all Raytheon medical plans provide 100% coverage without any deductible for the following preventive care services, as required by the ACA:*

- *Women's Health Services, including:*
  - *Breast-feeding equipment;*
  - *Contraceptives for women, including FDA-approved oral, injectable and emergency contraceptives;*
  - *Domestic violence screenings;*
  - *Folic acid supplements for women (patients must meet age guidelines);*
  - *Gestational diabetes screenings; and*
  - *Voluntary sterilization;*
- *Iron supplements for infants;*
- *Oral fluoride supplements for preschool children; and*
- *Tobacco-cessation counseling and prescriptions, such as bupropion; nicotine-replacement patches, gum and lozenges; and Chantix®*

*In order to receive 100% coverage for any prescription that qualifies as preventive care, you must use a generic equivalent, if available. For more information about how your plan covers specific services, call the plan's Customer Service number on your medical ID card. For more information about prescriptions that qualify as preventive medications for UHC plans and Global Choice, visit* www.caremark.com *or call CVS/caremark at 866-329-4023. For information related to plans administered by Kaiser Permanente, contact Kaiser.*

*\*Physical exams required by a third party, such as a school or camp, are not covered. An exam is considered routine if you are presenting no unusual complaints to your physician.*

*\*\*Travel-related immunizations are not covered.*

*\*\*\*Preventive nutritional counseling for the Kaiser Permanente plans works differently: a PCP referral is required, coinsurance or copayments apply and there is no two-visit limit. See the appropriate section of this handbook for more information.*

For specific information about how your plan covers preventive care, refer to the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card.

**To be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. If you have any questions, call the toll-free Customer Service number listed on your medical ID card.**

**Medical**

## Primary Care

Your PCP is generally the first person you'll call when you have a health care need. Although the UHC plans do not require you to choose a PCP or obtain a PCP referral to see a specialist, it's always recommended. (Note that since the Kaiser Permanente plans require a referral for certain services, it is recommended that you elect a PCP when you first enroll.)

Your PCP is a critical member of your health care team who:

• Knows you and sees you for regular checkups when you're healthy;

• Works with you when you're sick; and

• Is your partner in the health care system, referring you to specialists and arranging for hospitalization when needed.

Seeing your PCP first helps you build a stronger relationship with your doctor and ensures you get the most effective and efficient care possible.

You have the flexibility to choose a different PCP for each member of your family. For example, you may want to choose a pediatrician for your child and an internist for yourself. This way, all family members have access to a PCP who can best serve their health care needs.

If you are establishing yourself as a new patient with a PCP, it is a good idea to schedule an appointment for a new patient exam. This will help your PCP get to know you when you are in good health and establish a baseline for treating you in the future.

---

**IMPORTANT INFORMATION ABOUT RECEIVING CARE**

*While choosing a PCP to coordinate your care is always recommended, the UHC plans do not require that you make a PCP election.*

*Since the Kaiser Permanente plans require a referral for certain services, you are advised to elect a PCP for yourself and each family member that you cover when you first enroll. You can elect your PCP online or by calling Kaiser Permanente.*

*Even if your medical plan does not require you to choose a PCP,* **it is your responsibility to confirm in advance that the services you receive are eligible for payment from your plan and that the provider you're seeing is part of your plan's network (if applicable)—** *even in cases of a referral. If your plan uses a network and you go outside the network for non-emergency care, your benefits will be reduced or not paid at all.*

**A Note for Participants in the Out-of-Area Plan.** *Because the Out-of-Area Plan is not network-based, coverage is provided at the same benefit level regardless of your choice of provider or location within the United States. However, you can save money when you use a provider in UHC's Options PPO, which is available nationwide. For more information about the Options PPO, see the* Out-of-Area Plan *section.*

---

## Specialty Care

All medical plans offer access to specialists, including:

• Cardiologists;

• Chiropractors*;

• Dermatologists;

• Ear/nose/throat doctors;

• OB/GYNs (note that routine annual exams, pap smears and mammograms with a network OB/GYN specialist are covered as preventive care, as described earlier);

• Physical, speech, occupational, cardiac rehabilitation and pulmonary therapists; and

• Podiatrists.

*Note that chiropractic care may require you to use a specific network. Before receiving care, refer to the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card.

**Outpatient Diagnostic Services**

Outpatient diagnostic services (such as simple lab tests and x-rays as well as complex services, such as MRIs, CT scans and PET scans) are covered separately from physician or specialist office visits—***even if you receive these services in a physician's office.*** For information about coverage for outpatient diagnostic services, refer to the summary of benefits chart for your plan.

Note that the Kaiser Permanente plans require a referral for certain services. That's why you are advised to elect a PCP for yourself and each family member that you cover when you first enroll. In addition, for network-based plans that do not require a referral, you must receive care from a network specialist to receive the highest level of benefits.

For information about how your plan covers specialty care, refer to the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card.

### Pregnancy and Maternity Care

With the ACA, certain services and supplies related to pregnancy and maternity care are covered at 100%. Other services are subject to deductible and coinsurance amounts.

This section provides a general description of how services related to pregnancy and maternity care are covered. In all cases, the amount you pay for a particular service varies by the specific medical plan (for a description of benefits for your plan, see the appropriate section).

*Medical Services Generally Covered at 100%*

In addition to an annual well-woman exam (which includes a breast exam and pap smear), some services related to pregnancy and maternity care are covered at 100% with no deductible or coinsurance when you visit a network provider. Examples include:

- A preconception counseling visit;

- Routine prenatal care visits (not including the initial consultation visit). Note that in cases of high-risk pregnancies, prenatal care visits are subject to deductible or coinsurance;

- Certain screenings, such as for anemia and Rh incompatibility (eligible screenings must be billed using the appropriate diagnosis code);

- Breast pumps (note that eligible breast pumps must generally be purchased from a network supplier and can be ordered within 30 days of the baby's estimated delivery date); and

- Lactation support and counseling provided through a network physician or health care professional.

*Services Subject to Deductible and Coinsurance*

All other pregnancy- and maternity-related services are subject to the deductible and coinsurance amounts (as outlined by each plan). Examples include:

- Initial pregnancy-related consultation visit;
- Delivery (including midwife and birthing center services);
- Prenatal services that are not considered well-woman care, such as lab tests and radiology services (including obstetrical ultrasounds and sonograms); and
- Postnatal care.

If you have any questions regarding how pregnancy- and maternity-related care is covered, call the toll-free Customer Service number listed on your medical ID card.

### Emergency and Urgent Care

All Raytheon medical plans pay in-network benefits for initial emergency and urgent care even if you use out-of-network providers—as long as you follow plan rules. Once the initial care has been provided, you must follow plan procedures; otherwise, future services provided in relation to the emergency or urgent care either will not be covered or be paid at the out-of-network benefit level, if available.

For more information about how your plan covers emergency and urgent care, refer to the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card.

**Reminder for Participants in a Kaiser Permanente Plan**
For detailed information about Kaiser Permanente plans, you should always refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). Note that in the case of any discrepancy between this description and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

***Emergency care*** is usually needed because of an accidental injury or the sudden onset of a medical condition that cannot be safely postponed for the time it takes to contact your doctor; for example, a heart attack or a stroke.

To be covered as an emergency, your condition must be considered an emergency. This means care and treatment provided after a serious medical condition or symptom that resulted from an injury, a sickness, a mental illness or substance use disorders, and that:

- Arises suddenly; and

- In the judgment of a reasonable person, requires immediate care and treatment, generally received within 24 hours of onset, to avoid jeopardy to life or health.

You are covered for emergency care no matter where you are. If you need emergency care, go to the nearest emergency room. In order to receive the highest level of benefits, you must contact your plan or PCP within 48 hours of receiving emergency care or on the next business day (whichever comes first). If follow-up care is not provided by your PCP or a network physician, or authorized in advance by your plan, those services will either not be covered or paid at the lower out-of-network benefit level, if available.

***Urgent care*** is health care that prevents serious deterioration of your health but that can be safely postponed for the time it takes to contact your PCP or a network physician for advice. Examples include a sprained ankle, an earache or a cut requiring stitches.

If you need urgent care and participate in:

- A UHC plan, you may proceed directly to an urgent care facility. Benefits are paid according to how your plan covers eligible services.

- A plan other than a UHC plan, in most cases, you must contact your PCP or a network physician, or call the toll-free Customer Service number listed on your medical ID card ***before*** receiving care. Your PCP, the network physician or your plan, as applicable, will determine where you can most effectively receive treatment. If this procedure is not followed, services will either not be covered or paid at the lower out-of-network benefit level, if available.

For more information about how your plan covers urgent care, see the appropriate medical plan section.

**Ambulance Services**

Raytheon medical plans cover emergency ambulance transportation by a licensed ambulance service to the nearest hospital where emergency health services can be performed.

For more information about how your plan covers ambulance services, refer to the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card.

**Mental Health and Substance Abuse Care**

All Raytheon medical plans provide benefits for medically necessary, confidential counseling and referral services for mental and nervous disorders as well as for substance abuse problems. For a description of mental health and substance abuse treatment benefits, see the summary of benefits chart for your plan or call the toll-free Customer Service number listed on your medical ID card. To ensure you receive the highest level of benefits, be sure to contact your medical plan *before* seeking care.

If you need emergency care, go to the nearest hospital.

If you need urgent care whether at home or away and you participate in a UHC plan, you may proceed directly to an urgent care facility. Benefits are paid according to how your plan covers eligible services. If you do *not* participate in a UHC plan, call the toll-free Customer Service number listed on your medical ID card for assistance in how to receive maximum benefits from your plan.

**Medical**

---

**COUNSELING SERVICES AVAILABLE THROUGH LIFERESOURCES**

*Regardless of which medical plan you choose, you have access to a confidential counseling and referral service through the LifeResources work/life resource and referral program. Administered by United Behavioral Health, this programs offers up to eight counseling sessions per issue per calendar year at no out-of-pocket cost to you.*

*You may call LifeResources before receiving counseling or treatment services through your medical plan. If you need further assistance after the available eight visits (such as for long-term counseling or inpatient care), LifeResources works to assist you. With your permission, the LifeResources specialist will contact a mental health care professional to develop an effective and appropriate treatment plan.*

*As always, it's important that you check your medical plan's precertification procedures before receiving care beyond the eight visits available through this program. If your plan requires a referral, it is your responsibility to ensure guidelines are followed.*

*LifeResources trained professionals are available at any time, day or night, to help with any type of personal or work-related problem. For additional information about LifeResources, refer to the Work/Life section.*

## When You Are Away from Home

Raytheon medical plans provide coverage at the in-network level for certain care, such as emergency care received while you or a covered family member is traveling, including children who attend school away from home. You must contact your PCP or your plan within 48 hours or the next business day (whichever comes first) of receiving emergency care.

In some cases, a network doctor or facility may be available in the area in which you are traveling or where your child attends school. In this case, you may choose a network provider in that area and receive care at the in-network level. To find network providers outside of your home area, call the toll-free Customer Service number listed on your medical ID card.

If there are no network providers in the area, all other non-emergency medically necessary services (for example, physical therapy) will not be covered or will be paid at the out-of-network benefit level, if available. If you or a covered family member needs routine preventive care, such as physicals or well-child visits, you must schedule these with your PCP or a network physician. If you do not, eligible services will not be covered or paid at the out-of-network benefit level, if available.

## Coverage for Eligible Dependents Who Live Away from Home

If your covered child or spouse permanently resides outside your plan's service area or is temporarily living away from home, he or she is still covered by your medical plan.

Your covered dependents are always covered for care received in an emergency. (See the *Emergency and Urgent Care* section earlier for a definition.)

In the case of non-emergency care, your covered dependent may choose a network provider in his or her area and receive care at the in-network level. To find network providers outside of your home area, visit the website for your plan or call the toll-free Customer Service number listed on your medical ID card.

Non-emergency care (including preventive care) received from an out-of-network provider is covered at the out-of-network benefit level, if available. If your plan does not offer out-of-network coverage, non-emergency care is not covered. Note that since the Out-of-Area plan is not network-based, eligible non-emergency care is covered regardless of where your dependent lives.

**EXPERT MEDICAL OPINION PROGRAM**

*With the Expert Medical Opinion program (administered by Advance Medical, a global leader in innovative patient-centric programs), you have access to the world's finest medical minds to determine the best course for your medical treatment.*

*If you're faced with a medical decision, the Expert Medical Opinion program helps clarify any questions you may have about options for your care. After completing a short consent form, you can work with top-level physicians from leading academic medical centers who have focused their study and practice on specific medical issues. Regardless of the condition, you can request information about underlying causes, alternative treatment options, other possible diagnoses and/or treatment locations.*

*Of course, your participation in this program is completely voluntary and 100% confidential; Raytheon is never informed of any participant's name, history or condition.*

*This program is open to Raytheon employees as well as spouses and dependent children who are eligible for Raytheon-sponsored medical coverage. (Note that you do not have to be enrolled in a Raytheon-sponsored medical plan to take advantage of this program.)*

*Physician case managers are available Monday through Friday from 8 a.m. to 11 p.m. ET by calling 888-761-2943 or via email at emo2@advance-medical.com. To learn more, visit http://www.advmed-inc.com/raytheon.*

**FINAL COVERAGE DETERMINED BY MEDICAL PLAN CARRIER**

*The medical plan carrier makes the final decision as to whether or not a particular service is covered. In order to determine what is and is not covered under your plan, see your plan's summary of benefits chart as well as the list of limitations and exclusions, or contact your medical carrier at the toll-free Customer Service number listed on your medical ID card.*

*For information about how to appeal a denied claim, see* Applying for Benefits *in the* Administrative *section.*

**COORDINATION OF BENEFITS AND SUBROGATION PROVISIONS**

*All Raytheon's medical plans include coordination of benefits (COB) and subrogation provisions.*

*COB means that payments from our plans are coordinated with those you may be entitled to receive from other plans. This prevents duplication of payment if you or your dependents are covered by another group insurance plan.*

*Subrogation applies if you receive payment from a third party that is held liable for any injury that required medical care. In this case, you may be required to reimburse your plan for claim payments.*

*See the* Administrative *section for more information about COB and subrogation.*

**Can the Expert Medical Opinion Program Help You?**

Simply call 888-761-2943 to mobilize a team. An Expert Medical Opinion physician case manager will collect your medical information and identify the experts whose independent assessment can help you and your personal physician develop a plan for your medical care.

# UnitedHealthcare Plans

With an extensive nationwide network, a commitment to wellness and 'round-the-clock access to nurses, UnitedHealthcare (UHC) plans are available to the majority of Raytheon employees and their family members.

As a Raytheon employee, you can choose from three UHC medical plan options: UHC HSA Advantage 1, UHC HSA Advantage 2 and UHC Choice Plus. If you live outside the network area for these plans or any other plans available to you, you have access to the UHC Out-of-Area plan.

This section provides a description of features that are common to all UHC plans, information about each plan, including a summary of benefits chart, and a list of limitations and exclusions for all the UHC plans, with slight differences noted.

If you have questions about specific benefits, call UHC at 800-638-8884. (TDD number available by appointment.)

---

**ABOUT THE UHC NETWORK**

*UHC offers an extensive national network of doctors, specialists, hospitals and other health care providers, including more than 655,000 physicians and health care professionals, and more than 5,800 hospitals. These providers contract with UHC to provide quality medical services at predetermined rates.*

**For Participants in New England: Access to the Passport Connect Program®**

*In New England, UHC partners with Harvard Pilgrim Health Care (HPHC) to offer the Passport Connect Program.® This program combines Harvard Pilgrim's doctor and hospital network in Massachusetts, Maine and New Hampshire with UHC's extensive coast-to-coast network, giving you access to many of the best providers in the country.*

*In New England, the network you use depends on where you live and where you access care, as shown in this chart:*

| If You Live In … | … And You Access Care In … | … Use This Network To Receive In-Network Benefits |
|---|---|---|
| **Massachusetts, Maine or New Hampshire** | Massachusetts, Maine or New Hampshire | Passport Connect Program |
| **Rhode Island** | Rhode Island | UnitedHealthcare Choice Plus |
| | Massachusetts, Maine or New Hampshire | Passport Connect Program |

*New employees can check if a doctor participates in the Choice Plus network or the Passport Connect Program by visiting www.myuhc.com and entering rtnbenefits as both the username and password, or by calling 800-638-8884.*

**For Participants in the Out-of-Area Plan**

*If you participate in the Out-of-Area plan, you have access to the UHC Options Preferred Provider Organization (PPO)—a network of physicians, specialists and health care providers who have negotiated discounted rates for covered health services. For more information, see the Out-of-Area Plan section.*

**A Word about ID Cards**

*Note that your UHC ID card lists the name of the network your plan utilizes (Choice Plus or, for the Out-of-Area plan, the Options PPO). Note that this may not be the name of your plan. If you live in New England, the Passport Connect Program logo also appears on your ID card. If you have any questions, call UHC at 800-638-8884.*

---

While UHC does not require you to choose a PCP or obtain a PCP referral to see a specialist, it is always recommended that you choose a PCP to coordinate all your care, including routine physical exams and related preventive-care services.

If you are a new employee and want to learn more about the UHC plans available to you, visit UHC's pre-enrollment website for Raytheon employees at http://welcometouhc.com/raytheon.

UHC offers an extensive national network. Whether you elect coverage with a UHC HSA Advantage plan or Choice Plus, you have access to the same doctors, specialists, hospitals and other health care providers. While the name of the network varies depending on where you live (see the chart to the left), for purposes of simplicity, this section references the Choice Plus network for the UHC HSA Advantage and Choice Plus plans.

## UnitedHealthcare Plans

<div style="text-align:right">**Medical**</div>

**ONLINE SERVICES**

*Once you become a member of a UHC plan, you can manage your health care online. Simply go to www.myuhc.com and register as a user to:*

- *Identify, choose and locate UHC providers;*
- *Check the status of any claims, including the amount charged, amount paid and your required contribution;*
- *Request, view and print ID cards;*
- *Review your benefits and verify eligible enrolled dependents;*
- *Link to myHealthcare Cost Estimator, which makes searching for health care options as easy as any online shopping experience with local cost information about procedures, treatments, providers and facilities;*
- *Link to UnitedHealth Allies,℠ which offers discounts on products and services (see the UnitedHealth Allies℠ box toward the back of this section for more information);*
- *Link to UnitedHealthcare's Health Forums for more personalized health information, e-mail newsletters, online events, as well as wellness tips and topics;*
- *View, print and download an Explanation of Benefits;*
- *Access a wide range of health care information; and*
- *Update coordination of benefits information for your dependents.*

*If you have specific questions about the UHC plans or for more information about the services and supplies covered under UHC plans, visit www.myuhc.com or call 800-638-8884. If you are hearing impaired, the TDD number is available by appointment. All numbers are available Monday through Friday, 8 a.m. to 8 p.m. Eastern Time (ET).*

**HOW ELIGIBLE EXPENSES ARE PAID OUT-OF-NETWORK OR WITH A NON-NETWORK PLAN**

*If you receive out-of-network care, or if you participate in the Out-of-Area plan, which is not network-based, eligible expenses received from out-of-network providers are covered up to the rate UHC has negotiated with the provider. If rates haven't been negotiated with the provider, UHC pays covered expenses based on the competitive fees in that provider's geographic area.*

*You may be responsible for the difference between the negotiated rate or percentage of eligible expense that UHC pays and the provider's actual charge. For more information about how services are covered when you seek care out-of-network or with a plan that is not network-based, call UHC at 800-638-8884.*

**VIRTUAL VISITS**

*The UHC plans cover "virtual visits" to diagnose and treat low-acuity medical conditions (those where a registered nurse can provide care at a low level of intensity). Virtual visits provide real-time communication of medical information between the patient and a distant physician or health care specialist through the use of interactive audio and video communications equipment outside of a medical facility (for example, from home or work).*

*Note that benefits for virtual visits are available only when services are delivered through a designated virtual network provider. To find a designated virtual network provider, visit www.myuhc.com or call 800-638-8884.*

*It's important to remember that not all medical conditions can be appropriately treated through virtual visits. The designated virtual network provider will identify conditions for which an in-person physician visit is necessary. In addition, note that this program does not cover email or fax and standard telephone calls, or telehealth/telemedicine visits that occur within medical facilities.*

**Wellness and Preventive-Care Benefits**

As described earlier, all Raytheon medical plans provide coverage for eligible, in-network preventive-care services (as identified by the Affordable Care Act (ACA) under the Preventive Care Services benefit) at 100% with no out-of-pocket expense. Note that lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration.

Note that to be considered routine preventive care, your exam and/or related lab tests must not be related to the diagnosis or treatment of an illness or injury.

## UnitedHealthcare Plans

---

**NURSELINE℠**

*UHC's NurseLine provides immediate access to registered nurses who have an average of 15 years of clinical nursing experience. When you call the NurseLine (either by dialing it directly at 877-604-2054, or by calling UHC at 800-638-8884 and following the prompts), you can:*

- *Access more than 1,100 health and well-being topics. Need help in a language other than English? Many messages are available in Spanish, and all can be translated into 140 languages.*

- *Speak with a nurse to get help choosing care, managing a chronic condition or understanding treatment options.*

- *Get professional advice as to whether you should seek treatment and professional answers to medical questions.*

- *Find a doctor, specialist or hospital. UHC nurses may even be able to make an appointment for you.*

*The NurseLine is available 24 hours a day, seven days a week.*

---

## Personal Health Support

UnitedHealthcare's Personal Health Support program is designed to encourage personalized, efficient care for you and your covered dependents. By providing authorization for coverage for certain care and determining if an expense is a covered health service, Personal Health Support helps you get the right care, while making the most of your coverage.

UHC requires notification for any of the following services:

- ***All inpatient admissions,*** including out-of-network hospitalizations; admissions to rehabilitation facilities, mental health/substance abuse facilities or skilled nursing facilities; and elective admissions to out-of-network facilities (five-day notification is required);

- Air and ground ***ambulance transportation that is not an emergency;***

- ***Breast reduction and reconstruction,*** except after surgery related to cancer;

- ***Congenital heart disease services;***

- ***Dental services*** that are required as the result of an accident;

- ***Durable medical equipment*** over $1,000 in value;

- ***Emergency health services*** that result in an inpatient stay in an out-of-network hospital (within 48 hours of admission);

- ***Home health care;***

- ***Hospice care*** received from an out-of-network licensed facility;

- ***Maternity inpatient stays*** exceeding 48 hours for a vaginal delivery or 96 hours for a Caesarean section in an out-of-network facility;

- Select ***mental health and substance abuse treatment*** services, as outlined in the section *Mental Health and Substance Abuse Treatment Coverage;*

- ***Obesity surgery;***

- ***Prosthetic devices;***

- ***Reconstructive procedures;***

- ***Transplant services*** (notification must be provided as soon as the possibility of a transplant arises and before the time a pre-transplantation evaluation is performed at a transplant center);

Personal Health Support is designed to help you and your doctor coordinate your care, to make sure your needs are met and to minimize any gaps in your coverage. The program is not designed to be a substitute for your provider's medical judgment or otherwise interfere with your care. Only you and your health care provider can make final decisions about the care you or your family member receives. However, Personal Health Support does determine if a service or supply is a covered health service under your plan.

***Be sure to contact Personal Health Support in advance of any of the services listed here*** (with the exception of emergency health services, as noted). If you do not, *benefits will be reduced to 50% of eligible expenses.*

**Medical**

- ***Upper lid blepharoplasty;*** or

- ***Vein stripping, ligation and sclerotherapy.*** Note that these services are not covered if they are cosmetic in nature.

In general, if you seek care with a network provider, your provider will provide the necessary notification. ***However, it is your responsibility to ensure that your provider has notified UHC of your care.***

If you seek care outside the network, or in the case of the Out-of-Area plan, you are responsible for providing notification. ***It's important to note that a referral does not qualify as preauthorization.***

To provide notification, call UHC at 800-638-8884 and follow the prompts for Personal Health Support. In most cases, you must call no later than five days in advance of your scheduled service or, in the case of emergency care, within 48 hours of receiving care.

***If you or your provider, as applicable, does not notify Personal Health Support, your benefits will be reduced to 50% of eligible expenses.*** Note that any penalties you pay do not apply to the calendar-year out-of-pocket maximum.

Once a Treatment Decision Support Nurse receives notification, he or she will decide if your care is a covered health service with your plan. You or your provider will receive a telephone response either at the time you call or shortly thereafter, with written notification to follow. Once you receive authorization, review it carefully to understand what services have been approved and what providers are authorized to provide those services.

**Planning for and Recovering from a Hospital Stay**

Once your inpatient stay has been authorized, UHC connects you with a Treatment Decision Support Nurse who works to help ensure you receive the most appropriate and cost-effective care possible through prevention, education and closing any gaps in your care. For example, UHC can offer:

- ***Admission counseling.*** When you are preparing for a hospital admission, a Treatment Decision Support Nurse may call you to answer any questions you may have.

- ***Inpatient care management.*** Treatment Decision Support Nurses work with your physician during your hospitalization to ensure you're getting the care you need and your physician's treatment plan is being carried out effectively.

- ***Readmission management.*** If you are at a high risk of being readmitted, Treatment Decision Support Nurses serve as a bridge between the hospital and your caregivers at home. You may receive a phone call from UHC to confirm that your medications, any needed equipment or follow-up services are in place. The Treatment Decision Support Nurses can also share important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

- ***Risk management.*** If you have a certain chronic or complex condition, a Treatment Decision Support Nurse may assist you with accessing medical specialists, understanding medication information, and coordinating any needed equipment or supplies.

While UHC strives to ensure a Treatment Decision Support Nurse connects with any patient who may benefit, you can initiate the relationship by calling 800-638-8884.

---

**HEALTHY PREGNANCY PROGRAM**

*UHC offers a special maternity care program that provides benefits to encourage early determination of whether a member is at risk for premature delivery; education, including healthy newborn care once the mother and baby return home; and outpatient post-partum care, depending on the mother's length of stay in the hospital following delivery.*

*To maximize the benefits available from this program, be sure to contact UHC early in your pregnancy (although you may call at any time during your pregnancy if you want to participate). For information about your eligibility for benefits, call UHC at 800-638-8884.*

**UnitedHealthcare Plans**

## Mental Health and Substance Abuse Treatment Coverage

UHC covers mental health and substance abuse treatment received on an inpatient basis in a hospital or alternate facility, and those received on an outpatient basis in a provider's office or at an alternate facility.

Benefits include the following services provided on either an outpatient or inpatient basis:

- Crisis intervention;

- As applicable, detoxification (sub-acute/non-medical);

- Diagnostic evaluations and assessment;

- Individual, family, therapeutic group and provider-based case management services;

- Medication management;

- Referral services; and

- Treatment planning.

Benefits include partial hospitalization/day treatment and services at a residential treatment facility. UHC determines coverage for all levels of care. If an inpatient stay is required, it is covered on a semi-private room basis.

Neurobiological disorders (such as mental health services for autism spectrum disorders) are covered when the services are both:

- Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider; and

- Focused on treating maladaptive/stereotypic behaviors that are posing a danger to the covered person, others or property, and are an impairment to daily functioning.

For specific information about how your plan covers mental health and substance abuse care, refer to the summary of benefits chart for your plan.

While UHC provides extensive coverage for mental health and substance abuse treatment, there are some services that are not covered. Refer to the limitations and exclusions for your plan for more information.

### Preauthorization

You must notify UHC in advance of inpatient mental health services, neurobiological disorders, mental health services for autism spectrum disorders and substance use disorder services. This includes:

- Partial hospitalization/day treatment and services at a residential treatment facility;

- Intensive outpatient program treatment (a structured outpatient mental health or substance-related and addictive disorders treatment program that may be free-standing or hospital-based and provides services for at least three hours per day, two or more days per week);

- Outpatient electro-convulsive treatment;

- Psychological testing; and

- Extended outpatient treatment visits that are beyond 45–50 minutes in duration, with or without medication management.

For information about how to provide preauthorization, see the *Personal Health Support* section.

### Special Mental Health Programs and Services

UHC may offer you special programs or services that provide access to services that are beneficial for treatment that UHC may not otherwise cover. You must be referred to such programs through the mental health/substance use disorder administrator. Any decision to participate in such program or service is at your discretion and is not mandatory.

**UnitedHealthcare Plans**

## Alternative Care Settings

UHC provides coverage for times when care can be delivered more comfortably and cost-effectively in an alternative setting, such as a skilled nursing facility, your home or a hospice facility. All care is subject to the requirements described in the *Personal Health Support* section.

For specific information about how your plan covers care in alternative settings, refer to the summary of benefits chart for your plan. If you have questions about covered services, call UHC at 800-638-8884.

### Skilled Nursing Facility

UHC covers services and supplies while the patient is confined as a bed patient in a skilled nursing facility as long as:

- 24-hour-a-day nursing care is necessary for recuperation from the injury or illness;
- The care is ordered and approved by a physician and is not custodial care (as defined in this section); and
- Such confinement takes the place of a hospital confinement or immediately follows a hospital confinement for the same illness.

Eligible expenses include the facility's charge for a semi-private room as well as all other eligible services and supplies provided by the facility when the patient is entitled to room and board allowance.

---

**CUSTODIAL CARE**

*Benefits are not provided for custodial care, domiciliary care, respite care or rest cures, which is defined as services that do not require special skills or training and that:*

- *Provide assistance in activities of daily living (including but not limited to feeding, dressing, bathing, ostomy care, incontinence care, checking of routine vital signs, transferring and ambulating);*
- *Do not seek to cure, or which are provided during periods when the medical condition of the patient who requires the service is not changing; or*
- *Do not require continued administration by trained medical personnel in order to be delivered safely and effectively.*

---

### Home Health Care

UHC covers eligible expenses for treatment of a disease or injury in the patient's home instead of a hospital or skilled nursing facility when such treatment is:

- Received from a home health agency;
- Ordered by a physician;
- Provided by or supervised by a registered nurse in the covered person's home;
- Not considered custodial care; and
- Provided on a part-time, intermittent schedule when skilled home health care is required.

UHC covers the following home health care expenses (up to specific plan maximums; see your plan's summary of benefits chart):

- Part-time or occasional care by a licensed nurse;
- Intermittent home health aide services;
- Services of a medical social worker;
- Physical, occupational, speech and inhalation therapy;
- Medical supplies and medicines prescribed by a physician; and
- Services of a nutritionist.

**UnitedHealthcare Plans**

| Medical |
| --- |

*Skilled home health care* is skilled nursing, teaching and rehabilitation services. These services are covered when:

- They are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient;

- A physician orders them;

- They are not delivered for the purpose of assisting with activities of daily living, including but not limited to, dressing, feeding, bathing or transferring from a bed to a chair; and

- They require clinical training in order to be delivered safely and effectively.

UHC **does not cover:**

- Services provided by a person who usually lives with you or is a member of your or your spouse's family;

- Transportation costs; or

- Custodial care (as described earlier in this section).

**Hospice Care**

Hospice care provides supportive care to terminally ill individuals and their families. This care may be provided instead of a hospital confinement when a covered individual is terminally ill and has fewer than six months to live.

Hospice care can be provided on an inpatient or outpatient basis, and includes physical, psychological, social, respite and spiritual care for the terminally ill person, and short-term grief counseling for immediate family members. Covered services include:

- Confinement in a licensed hospice facility or skilled nursing facility;

- Home hospice care provided by an approved hospice team;

- Nursing care by or under the supervision of a registered nurse (R.N.);

- Physical and/or occupational therapy;

- Medical social services;

- Home health aide services;

- Counseling; and

- Drugs or medical supplies.

Benefits are only available when hospice care is received from a licensed hospice agency. Hospice care received from an out-of-network licensed facility is subject to prenotification.

## Disease Management Programs

UHC aims to help patients with chronic diseases understand the risks of their disease and what they can do to minimize these risks by focusing on long-term education and self-care. Disease Management Program registered nurses can help guide you through treatment by providing education, consulting with specialists, answering questions and helping to identify lifestyle changes that could help reduce the risk. Nurses can help patients with a chronic illness or complex condition manage self-care, as well as obtain the care, medications and equipment they need.

Disease management programs are available for UHC members and their covered dependents living with:

- Heart failure;

- Chronic obstructive pulmonary disease (COPD);

- Asthma;

- Coronary artery disease; and

- Diabetes.

While UHC strives to ensure a Disease Management Program registered nurse connects with any patient who may benefit, you can initiate the relationship by calling 800-638-8884.

Remember: You must notify Personal Health Support as soon as one of these conditions is suspected or diagnosed and you seek out-of-network care. If you do not, benefits for covered services will be reduced to 50% of eligible expenses.

## UnitedHealthcare Plans

| Medical |
|---|

In addition, UHC offers several extensive programs for covered members with cancer, congenital heart disease (CHD), or who are in need of bariatric surgery or an organ transplant, as described on the following pages.

---

**TREATMENT DECISION SUPPORT**

*In addition to the support offered by the programs listed in this section, UnitedHealthcare offers Treatment Decision Support. This program offers:*

- *Access to accurate, objective and relevant health care information;*
- *Help making decisions about your treatment and care with coaching from a nurse;*
- *Insight into what to expect with treatment; and*
- *Information about high-quality providers and programs.*

*Treatment Decision Support focuses on:*

| | |
|---|---|
| *Back pain;* | *Benign uterine conditions;* |
| *Knee and hip replacement;* | *Breast cancer;* |
| *Prostate disease;* | *Coronary disease; and* |
| *Prostate cancer;* | *Bariatric surgery.* |

*Participation in Treatment Decision Support is voluntary and offered without extra charge. If you think you may be eligible to participate or would like additional information, call UHC at 800-638-8884.*

---

### Cancer Resource Services (CRS)

The Cancer Resource Services (CRS) program offers access to CRS Centers of Excellence—leading cancer centers nationwide—even if they are not in the UHC network.

If you or a covered dependent needs treatment for a condition that has a primary or suspected diagnosis related to cancer, you may:

- Be referred to CRS by a UHC registered nurse;
- Call CRS at 866-936-6002; or
- Visit www.myoptumhealthcomplexmedical.com for more information.

To ensure network benefits are received under this program, you or someone on your behalf should contact CRS at 866-936-6002 before receiving care. UHC plans will only pay benefits under the CRS program if CRS provides the proper authorization to the designated facility provider (even if you self-refer to a provider in that network).

If you choose *not* to receive benefits for cancer-related treatment in a designated facility, your UHC plan will cover eligible services at other facilities (in- or out-of-network, if applicable) the same as any other eligible service.

Note that the services described in the *Transportation and Lodging* section are covered only in connection with cancer-related services received at a designated facility.

*Cancer Support Program*

Whether or not you seek care through the CRS program, the UHC Cancer Support Program connects cancer patients with registered nurses who act as patient advocates. This means you may call or be called by a registered nurse who is a specialist in cancer.

Advocates are available to help you:

- Prevent and manage symptoms and side effects of cancer treatments;
- Ensure that your treatment plan, which was developed in consultation with your physicians, is followed;
- Make informed decisions about your care;
- Offer support as you live with cancer, including providing referrals to behavioral health and other specialists as needed;
- Navigate the health care system; and
- If necessary, provide information about hospice services or palliative care.

To ensure network benefits are received under this program, you or someone on your behalf should contact Cancer Resource Services at 866-936-6002 before receiving care.

## UnitedHealthcare Plans

Advocates work with physicians and other health professionals to coordinate care, including hospital admissions, emergency room visits and prescription management.

Note that this program is not designed to be a substitute for your provider's medical judgment or otherwise interfere with your care. The Cancer Support Program only assists you and your doctor in coordinating your care—to make sure your needs are met and to minimize any gaps in your coverage. Only you and your health care provider can make the final decision about the medical care you or your family member receives.

If you or a family member is diagnosed with cancer, you will receive information directly from the Cancer Support Program. Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information, call 866-936-6002.

### Congenital Heart Disease (CHD) Resources Services Program

UHC plans cover congenital heart disease (CHD) services when ordered by a physician and received at a CHD Resource Services program. Benefits include the facility charge and the charge for supplies and equipment, including:

- Outpatient diagnostic testing;
- Evaluation;
- Surgical interventions;
- Interventional cardiac catheterizations (insertion of a tubular device in the heart);
- Fetal echocardiograms (examination, measurement and diagnosis of the heart using ultrasound technology); and
- Approved fetal interventions.

CHD services other than those listed above are excluded from coverage, unless determined by Personal Health Support to be proven procedures for the involved diagnoses. For more information, contact Personal Health Support at the toll-free number on your ID card.

If you choose *not* to receive benefits for CHD-related treatment in a designated facility, your UHC plan will cover eligible services at other facilities (in- or out-of-network, if applicable) the same as any other eligible service.

Note that the services described in the *Transportation and Lodging* section are covered only in connection with CHD-related services received at a designated facility.

### UHC Bariatric Surgery Centers of Excellence

To be eligible for coverage for bariatric surgery, you must meet the requirements of UHC's medical policy. As a UHC member, you have the option of having your surgery performed at one of the UHC Bariatric Surgery Centers of Excellence—leading treatment centers available nationwide. For information regarding UHC's medical policy, and to find Centers of Excellence facilities near you, call 888-936-7246.

If you qualify for coverage, all authorization information and enrollment for bariatric surgery should be initiated through Bariatric Resources Services (BRS). Covered participants seeking coverage for bariatric surgery should notify BRS as soon as the possibility of a bariatric surgery procedure arises (and before the time a pre-surgical evaluation is performed) at a bariatric surgery center by calling BRS at 888-936-7246.

Bariatric Resource Services Centers of Excellence connect you with specialized bariatric surgery nurses who act as patient advocates. Advocates are available to help with:

- Preventing and managing symptoms and side effects of treatments;
- Ensuring that your treatment plan, which was developed in consultation with your physician, is followed;
- Making informed decisions about your care;
- Offering support, including providing referrals to behavioral health and other specialists as needed;

For more information about UHC's bariatric surgery provisions, call 888-936-7246.

**UnitedHealthcare Plans**

| Medical |
| --- |

- Navigating the health care system; and

- If necessary, providing information about palliative care.

Advocates work with physicians and other health professionals to coordinate care, including hospital admissions and prescription management.

Note that if you choose not to receive services in a designated facility, your UHC plan will cover eligible services at other facilities (in- or out-of-network, if applicable) the same as any other eligible service.

Note also that the services described in the *Transportation and Lodging* section are covered only in connection with bariatric surgery services received at a designated facility.

**United Resource Networks Transplant Program**

Through the United Resource Networks Transplant Program, you have the option of seeking treatment for a wide range of services and supplies related to organ/tissue transplants—including drugs, organ procurement and/or acquisition and related aftercare—at a designated transplant facility, which UHC defines as a facility designated by your plan to provide medically necessary covered health services and supplies for qualified procedures under your plan.

Personal Health Support must be notified as soon as reasonably possible before the scheduled date of any of the following:

- Evaluation;

- Donor search;

- Organ procurement/tissue harvest; and

- Transplant procedure.

Services and supplies for necessary organ or tissue transplants are payable under this plan.

Note that if you choose not to receive services in a designated facility, your UHC plan will cover eligible services at other facilities (in- or out-of-network, if applicable) the same as any other eligible service.

Note also that the services described in the *Transportation and Lodging* section are covered only in connection with transplant-related services received at a designated facility.

*Donor Charges for Organ/Tissue Transplants*

In the case of an organ or tissue transplant, donor charges are considered covered expenses **only** if the recipient is a covered person under this plan. If the recipient is not a covered person, no benefits are payable for donor charges.

The search for bone marrow/stem cell from a donor who is not biologically related to the patient is not considered a covered health service **unless** the search is made in connection with a transplant procedure arranged by a designated transplant facility. If a qualified procedure (see the following list) is a covered health service, is not an experimental or investigational service or an unproven service, and is performed at a designated transplant facility, the *Medical Care and Treatment* and *Transportation and Lodging* provisions described later in this section apply.

*Qualified Procedures*

- ***Allogeneic and syngeneic bone marrow transplants*** for treatment of the following conditions:

  - Acute lymphocytic leukemia;

  - Acute myelogenous leukemia;

  - Acute non-lymphocytic leukemia;

  - Chronic myelogenous leukemia;

  - Multiple myeloma;

  - Aplastic anemia (including Fanconi's anemia);

  - Severe combined immunodeficiency disease;

  - Wiskott-Aldrich syndrome;

## UnitedHealthcare Plans

<div style="text-align:right">**Medical**</div>

- Kostmann's syndrome;
- Primary granulocyte dysfunction;
- Chronic granulomatous disease;
- Cartilage-hair hypoplasia;
- Infantile osteopetrosis (marble-bone disease); and
- Severe mucopolysaccharidoses (including Hurler's syndrome).

- Autologous **bone marrow** transplants for diseases originating in the hematologic or lymphatic system, recurrent or advanced neuroblastomas (stage 3 or 4), testicular or germ cell cancer as well as non-Hodgkin's lymphoma (stage 3 or 4).
- **Burkitt's lymphoma** and thalassemia major.
- **Cornea.**
- **Heart.**
- **Heart/lung.**
- **Kidney** (cadaver or living).
- **Kidney/pancreas.**
- **Liver** (cadaver or living).
- **Liver/kidney** (cadaver or living).
- **Liver/small bowel.**
- **Lung** (single or double).
- **Pancreas** for a diabetic with end stage renal disease who has received a kidney transplant or will receive a kidney transplant during the same operative session; or a medically uncontrollable, labile diabetic with one or more secondary complications, but whose kidneys are not seriously impaired.
- **Small bowel.**
- **Other transplant procedures** when UHC determines it is necessary to perform the procedure at a designated transplant facility.

Bone marrow transplants include stem cells from bone marrow, peripheral blood and umbilical cord blood sources.

In addition, the transplant program provides living, related-donor coverage for kidney and liver transplants, testing of potential donors, donor evaluation and workup, as well as hospital and professional services related to organ procurement. In the case of living related donors, UHC will coordinate benefits with the donor's health coverage (see *Coordination of Benefits* in the *Administrative* section).

Coverage is limited to two transplant procedures for the same condition per person per lifetime.

*Medical Care and Treatment*

The covered expenses for services provided in connection with the transplant procedure include:

- Pre-transplant evaluation for one of the procedures listed previously;
- Organ acquisition and procurement;
- Hospital and physician fees;
- Transplant procedures;
- Follow-up care for a period up to one year after the transplant; and
- Search for bone marrow/stem cell from a donor who is not biologically related to the patient.

**Transportation and Lodging**

If you are eligible for the Cancer Support Program, the Congenital Heart Disease (CHD) Resource Services Program, Bariatric Resource Services (BRS) or the United Resource

## UnitedHealthcare Plans

Networks Transplant Program, UHC also assists the patient and family members with travel and lodging arrangements, provided that the services are received from a designated Centers of Excellence facility. UHC covers the following expenses:

- Transportation expenses for the patient and one companion who are traveling on the same day(s) to and/or from the site of a designated Centers of Excellence for the purpose of treatment; and
- Reasonable and necessary expenses for lodging for the patient (while not confined) and one companion. Benefits are paid at a per diem rate of up to $50 for one person or up to $100 for two people.

Travel and lodging expenses are only available if the patient resides more than 50 miles from a designated Centers of Excellence facility. If the patient is a covered dependent minor child, the transportation expenses of two companions will be covered; in addition, lodging and meal expenses will be reimbursed up to the $100 per diem rate. Meal expenses incurred by the patient and companion(s) are reimbursed under this plan only when services are received at an inpatient facility.

There is a combined overall lifetime maximum of $10,000 per covered person for all transportation, lodging and eligible meal expenses incurred by the patient and companion(s) and reimbursed by UHC in connection with all covered cancer treatments, bariatric surgery and transplants.

### Transgender Surgery and Related Gender Identity Disorder Treatments

The UHC plans cover transgender surgery and related gender identity disorder treatments, including psychotherapy, negative reactions to hormone therapy and scheduled post-surgical follow-up. In addition, the plans cover facial feminization surgery, including, but not limited to facial bone reduction, face "lift," facial hair removal and certain facial plastic procedures (post male-to-female transitional surgery), as well as liposuction to reduce fat in hips, thighs and buttocks (post female-to-male transitional surgery).

Benefits are based on World Professional Association for Transgender Health Association (WPATH) standards. While not covered as a medical benefit, hormone therapy may be covered through the CVS/caremark prescription drug benefit; check with the plan for more information.

To be eligible for benefits, you must meet all UHC requirements. For information about the requirements and coverage details, contact UHC at 800-638-8884. Note that the transportation and lodging benefits outlined earlier do not apply.

---

**UNITEDHEALTH ALLIES℠**

*As a UHC participant, you can receive discounts on products and services that support your health and well-being, and which are usually not covered by health plans.*

*UnitedHealth Allies offers savings of up to 50% for:*

- **Wellness programs,** *such as fitness clubs, nutrition counseling, weight-management programs and smoking-cessation programs.*
- **Alternative forms of health care,** *such as acupuncture, massage therapy and natural medicine.*
- **Dental care,** *such as teeth whitening and other cosmetic procedures.*
- **Vision care,** *such as extra glasses or contacts, prescription sunglasses and laser-eye surgery.*
- **Home health care and long-term care,** *such as providing elderly relatives with day-to-day assistance.*
- **Hearing care,** *such as tests and devices.*

*For more information, log on to www.myuhc.com and click on Extra Programs and Discounts, then UnitedHealth Allies, Wellness. Information also is available by logging on to www. unitedhealthallies.com or by calling 800-860-8773.*

**UnitedHealthcare Plans**

<div style="text-align:right"><strong>Medical</strong></div>

## Claims Procedure

***If you visit a Choice Plus network provider*** (an Options PPO provider with the Out-of-Area plan), you do not have to file a claim form. Simply show your medical ID card. A network provider will not charge at the time of treatment of a covered health service, but may request payment for any required coinsurance or charges for services that are not covered.

   ***If your plan provides out-of-network coverage and you need to file a claim,*** simply follow these steps.

1. ***Be sure that you know your benefits.*** In order to get the most out of your benefits, it's important that you understand what is and is not covered, as well as how the plan pays benefits.

2. ***Get an itemized bill.*** Be sure the bill includes:
   - Name, phone number and address of the service provider;
   - Patient's full name as well as Social Security or member ID number;
   - Employee's Social Security or member ID number;
   - Date of service;
   - Description of the service/supply rendered;
   - Procedure code;
   - Amount charged; and
   - Diagnosis or nature of illness.

   Canceled checks, cash register receipts or personal itemizations are not acceptable as itemized bills.

3. ***Keep a copy of your itemized bill.*** Because you must submit originals, it's important that you keep a copy for your records. Once your claim is received, itemized bills cannot be returned.

4. ***Complete a claim form.*** Make sure all information is completed properly and then date and sign the form. Claim forms are available by calling UHC at 800-638-8884.

5. ***Attach your itemized bill(s) to the claim form and mail them.*** Once you have completed and obtained all necessary information, mail the materials to the address on the form:

   UnitedHealthcare
   P.O. Box 740809
   Atlanta, GA 30374

Separate claim forms must be filed for each covered dependent. Be sure to submit all bills for covered health services. ***All claims must be filed no later than 24 months after the date the supplies or services were rendered.***

   Once your claim is processed, you may check its status and/or view or print an *Explanation of Benefits* (EOB) by visiting www.myuhc.com. Your EOB lists:

- Provider's charge;
- Allowable amount;
- Coinsurance and deductible amounts, if any, that you're required to pay;
- Reason for any denial or partial payment;
- Total benefits payable; and
- How much you owe.

You may also request a paper copy of your EOB by calling UHC at 800-638-8884.

## UnitedHealthcare Plans

### Claims Appeal

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting UnitedHealthcare at:

UnitedHealthcare Appeals
P.O. Box 30432
Salt Lake City, UT 84130-0432

Please see *Applying for Benefits* in the *Administrative* section for details or call UHC at 800-638-8884.

# UHC HSA Advantage Plans

Raytheon makes available two HSA-eligible plans through UnitedHealthcare (UHC)—UHC HSA Advantage 1 and UHC HSA Advantage 2. Both HSA Advantage plans have lower premiums and higher deductibles, compared to Choice Plus, which has higher premiums and lower deductibles. Deductibles and other cost-sharing arrangements (i.e., coinsurance and out-of-pocket maximums) vary by plan and coverage level.

When you elect a UHC HSA Advantage plan, you are eligible for a health savings account (HSA). Raytheon makes an annual lump-sum contribution to your HSA in January. You also can make contributions. All contributions vary by plan and coverage level, and are subject to annual federal limits.

You *always* own the money in your HSA. **Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules.** And if you leave Raytheon, the money in your HSA belongs to you. (For detailed information about HSAs, see the section *Health Savings Account (HSA).*)

Note that if you elect to participate in an HSA, federal regulations prohibit anyone who is making or receiving contributions to an HSA from having other health care coverage, including a health care flexible spending account (FSA), if applicable. However, because FSAs can be used to pay for eligible dental and vision expenses, HSA participants have the option of enrolling in a dental and vision FSA. For more information about FSAs, see the *Flexible Spending Accounts* section of this handbook, if applicable.

Note also that while this regulation applies to Medicare Part A, Part B and/or Part D, beginning in 2016, the HSA Advantage plans are no longer linked to an HSA. This means if you are enrolled in Medicare, you can elect an HSA Advantage plan *without electing an HSA*. In this case, you can use your HSA to pay for eligible expenses incurred by you and your dependents; your HSA is not considered other health care coverage.

Here is a brief overview of how the plans work. The pages that follow illustrate the similarities and differences between the two UHC HSA Advantage plans.

- The federal government regulates the design of health plans with HSAs.

- Most covered expenses are subject to a calendar-year deductible, which resets each January 1. There are two exceptions:

  - *Routine in-network preventive care,* which is covered at 100% in-network with no deductible. In compliance with the *Affordable Care Act* (ACA), this coverage extends to include Women's Health Services (as defined by UHC); and

  - *Certain preventive prescription drugs on the federal Treasury Guidance list*—including those used to treat high blood pressure, cardiovascular diseases, diabetes, osteoporosis and mental health disorders—are allowed to be covered *before* you meet plan's deductible (coinsurance applies). (To review the Treasury Guidance list, visit www.caremark.com or call CVS/caremark at 866-329-4023.)

- Electing a PCP is recommended, but not required.

*(continued)*

As part of the *Medicare Prescription Drug, Improvement and Modernization Act,* which was enacted by Congress in 2003, HSAs are designed to help individuals save for qualified health care expenses on a tax-advantaged basis.

Both you and the company are allowed to make contributions to an account that you own, which you use to save for future or pay for current health care expenses. Any money you elect to contribute to your HSA is deducted from your paycheck before taxes, which lowers your annual taxable income and allows you to pay for out-of-pocket costs with pre-tax dollars. For information about Raytheon's HSAs, see the section *Health Savings Account (HSA).*

Note that if you elect medical coverage with an HSA Advantage plan and do not participate in an HSA (either because you elect not to or because your Medicare status makes you ineligible), you can elect a health care FSA and not be limited to only dental and vision expenses.

Will you soon be eligible for Medicare? See *Approaching Age 65? Be Sure to Understand Your Medical Coverage Options* in the *Medical* or *Health Savings Account (HSA)* section to learn why it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible.

## UHC HSA Advantage Plans

<div style="text-align:right">**Medical**</div>

- The plans are network-based, meaning you choose whether to visit a Choice Plus network provider (in New England, you also have access to the Harvard Pilgrim network) and receive the highest level of benefits, or visit an out-of-network provider and pay more out-of-pocket.
- The deductible can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.**
- After you meet the applicable deductible, the plans pay a percentage of eligible expenses. Both plans cover in-network services at a higher percentage. You pay the remainder of the charges until you reach the calendar-year in-network or out-of-network out-of-pocket maximum (both of which include the applicable deductible and coinsurance for all eligible services and supplies). If you reach the out-of-pocket maximum, the plans cover eligible expenses at 100% in-network (up to negotiated amounts out-of-network; see the earlier section *How Eligible Expenses Are Paid Out-of-Network or with a Non-Network Plan* for more information) for the remainder of the calendar year.
- *Contact information:* www.myuhc.com, 800-638-8884.

### ABOUT THE COMPANY'S HSA CONTRIBUTION AND THE CALENDAR-YEAR DEDUCTIBLE

**For New Hires**

If, as a new hire, your UHC HSA Advantage plan coverage becomes effective after January 1, Raytheon's lump-sum contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan. For details, see the section *Health Savings Account (HSA).*

In terms of the plan's deductible, similar to other plans Raytheon offers, the entire calendar-year deductible applies regardless of when your coverage with a UHC HSA Advantage plan becomes effective; the deductible is not pro-rated.

**If You Have a Change in Status During the Year**

If, as the result of a qualified change in status that occurs after January 1 and before December 1, your coverage level *increases* (such as from employee only to employee plus family), the company contribution to your HSA is adjusted to match your new coverage level. For details, see the section *Health Savings Account (HSA).* In this case, any eligible expenses incurred to date by you and/or your covered dependents prior to your change in status continue to offset your new calendar-year deductible.

If your qualified change in status results in your coverage level *decreasing* (such as from employee plus family to employee only), any company HSA contributions you have received that are in excess of the company contribution amount for your new coverage level remain in your HSA. In this case, any expenses your previously covered dependent had incurred do *not* offset your new deductible amount.

For example, assume you start the year with family coverage and meet the UHC HSA Advantage 1 plan's in-network family deductible of $4,000 in June ($1,000 in expenses for you, $1,000 for your spouse and $2,100 for your child). On July 12, your child turns 26 and must be removed from your coverage. At that time, your coverage level is adjusted to the employee and spouse level, which has a $3,000 in-network deductible. Since your child's expenses no longer apply toward your deductible, and your and your spouse's eligible expenses are $2,000, you will not have met your new deductible amount.

To qualify for maximum benefits, you must call UHC at 800-638-8884 before any scheduled inpatient admission or certain outpatient procedures. For more information, see the *Personal Heath Support* section.

Note that while the family in-network calendar-year out-of-pocket maximum for UHC HSA Advantage 1 is $8,000, the most any one individual family member needs to spend to satisfy his/her share of the out-of-pocket maximum is $6,850.

If you have questions about how a change in status affects contributions to your HSA, contact Fidelity at 800-544-3716. If you have questions about how a change in status affects your deductible, contact UHC at 800-638-8884.

**UHC HSA Advantage 1**

| Medical |
| --- |

## UHC HSA Advantage 1 Summary of Benefits Chart

This chart provides only a summary of your benefits with UHC HSA Advantage 1. A list of limitations and exclusions can be found at the end of this section. All services must be deemed medically necessary in order to be covered. The plan only covers care provided by health care professionals or facilities licensed, certified or otherwise qualified under state law to provide health care services.

Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For more details on covered health services, visit www.myuhc.com or call 800-638-8884.

| UHC HSA Advantage 1 | | |
| --- | --- | --- |
| **Plan Features** | **In-Network Benefits[1]** | **Out-of-Network Benefits[1]** |
| **Calendar-Year Deductible[3,4]** (see footnote 3 below for important information regarding family coverage) | • Employee only: $2,000<br>• Employee and spouse: $3,000<br>• Employee and child(ren): $3,000<br>• Employee and family: $4,000 | • Employee only: $2,500<br>• Employee and spouse: $3,750<br>• Employee and child(ren): $3,750<br>• Employee and family: $5,000 |
| **Raytheon HSA Contribution for 2016[5]** (available to employees who are eligible to receive or make contributions to an HSA; see *Contributions to Your HSA* in the *Health Savings Account (HSA)* section for information regarding the annual maximum amount you can contribute) | • Employee only: $750<br>• Employee and spouse: $1,125<br>• Employee and child(ren): $1,125<br>• Employee and family: $1,500 | |
| **Coinsurance** | 80% | 60% |
| **Calendar-Year Out-of-Pocket Maximum[4]** (includes deductible and coinsurance for all eligible services and supplies) | • Employee only: $4,000<br>• Employee and spouse: $6,000<br>• Employee and child(ren): $6,000<br>• Employee and family: $8,000 | • Employee only: $5,000<br>• Employee and spouse: $7,500<br>• Employee and child(ren): $7,500<br>• Employee and family: $10,000 |
| **Covered Services: Preventive Care[6]** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Adult Routine Physical Exam** (see footnote 6 below for information regarding ACA guidelines) | Covered at 100% | Covered at 60% after deductible |
| **Routine Preventive Lab Tests** (see footnote 6 below for information regarding ACA guidelines) | Covered at 100% | Covered at 60% after deductible |
| **Well-Woman Exam** (see footnote 6 below for information regarding ACA guidelines) | *Primary care doctor:* Covered at 100%<br><br>*Specialist:* Covered at 100% | Covered at 60% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care*.

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] Most covered expenses are subject to a deductible, which can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.** Regardless of whether you visit an in-network or an out-of-network provider, the plan begins paying benefits only after you satisfy the applicable deductible (with the exceptions of in-network preventive care, which is covered at 100%, and prescription drugs listed on the Treasury Guidance list, which are subject to coinsurance). Note that you can use your HSA to help satisfy your deductible.

[4] If you reach the out-of-pocket maximum, the plan generally pays 100% of the rest of your covered charges, up to the negotiated charge for each service, for the remainder of that calendar year. Note that the following do not count toward your deductible or out-of-pocket maximum:

- Charges for services that are not covered by the plan or exceed plan limitations;
- Charges in excess of the negotiated amount for provider charges or any negotiated amount for facility charges;
- Charges that are not payable because you did not comply with the plan's prenotification requirements; and
- Any penalty you pay if your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available. For more information, see the *CVS/caremark Prescription Drug Coverage* section.

**While the family in-network calendar-year out-of-pocket maximum is $8,000, the most any one individual family member needs to spend to satisfy his/her share of the out-of-pocket maximum is $6,850.**

[5] Raytheon's HSA contribution represents the company's total annual lump-sum contribution and can be used for in-network or out-of-network services. In other words, the company does not make an in-network contribution and an out-of-network contribution.

[6] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

(continued)

## UHC HSA Advantage 1

**Medical**

| UHC HSA Advantage 1 | | |
|---|---|---|
| **Covered Services: Preventive Care[1]** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Routine Mammogram** (beginning at age 40 or as recommended by your physician; see footnote 1 below for information regarding ACA guidelines) | Covered at 100% | Covered at 60% after deductible |
| **Women's Health Services** (see footnote 1 below for information regarding ACA guidelines) | Covered at 100% *Note:* Contact UHC for a list of covered services | Covered at 60% after deductible |
| **Well-Child Care** (from birth through age 18; see footnote 1 below for information regarding ACA guidelines) | Covered at 100% | Covered at 60% after deductible |
| **Immunizations** (see footnote 1 below for information regarding ACA guidelines) *Adults:* Includes an annual flu shot and tetanus/diphtheria booster once every 10 years. *Children:* Includes age-appropriate immunizations as recommended by the American Academy of Pediatrics | Covered at 100% | Covered at 60% after deductible |
| **Preventive Nutritional Counseling** | Covered at 100% | Covered at 60% after deductible |
| | Preventive nutritional counseling is limited to 2 visits per calendar year (in- and out-of-network combined). Note that nutritional counseling necessary for improving a diagnosed medical condition also is covered; see later in this chart for details | |
| **Covered Services: Inpatient Care** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Inpatient Hospital Care[4]** (includes semi-private room and special services in a general hospital; chronic disease hospital; inpatient mental health or substance abuse treatment facility; or rehabilitation hospital) | Covered at 80% after deductible | Covered at 60% after deductible, subject to Personal Health Support requirements |
| **Inpatient Physician Services** (includes assistant surgeon) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Inpatient Surgery[4]** (includes pre- and post-operative care, anesthesia and endoscopic exams) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Covered Services: Outpatient Care** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Physician's Office Services** (includes second surgical opinions as well as emergency or urgent care) *Note:* Services such as lab tests or x-rays provided in an office setting are covered separately; see *Outpatient Diagnostic Services* | Covered at 80% after deductible *Allergy testing:* Covered at 80% after deductible *Allergy shots (including serum) with or without an office visit:* Covered at 80% after deductible | Covered at 60% after deductible |

[1] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

[2] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[3] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[4] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 1

| Medical |

| **UHC HSA Advantage 1** | | |
|---|---|---|
| **Covered Services: Outpatient Care** | **In-Network Benefits¹** | **Out-of-Network Benefits²** |
| **Outpatient Diagnostic Services** (includes simple lab tests and x-rays as well as complex services, such as MRIs, CT scans, PET scans and nuclear medicine provided in a hospital, physician's office or other setting) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Emergency Room³** (an *emergency* generally means medical care and treatment provided after the sudden onset of a medical condition that places your health or bodily function in serious jeopardy. See the earlier section *Emergency and Urgent Care* for a complete definition) | *Emergency room fee, emergency room doctor's services, treatment and tests received in an emergency room:* Covered at 80% after deductible<br><br>For out-of-network facilities, emergency room care is covered at 80% of billed charges after deductible if it is determined that the visit is not for an emergency<br><br>*Note:* You must notify the plan within 48 hours or on the next business day (whichever comes first) | |
| **Short-Term Rehabilitative Therapy** (includes physical therapy, speech therapy (restorative only), occupational therapy, pulmonary therapy or cardiac rehabilitation) | Covered at 80% after deductible | Covered at 60% after deductible |
| | Limited to 90 visits per calendar year (in- and out-of-network combined) per therapy | |
| | *Note:* Services must be performed by a licensed therapy provider and be under the direction of a physician. Benefits are only available for rehabilitation services that are expected to result in significant physical improvement in your condition within two months of the start of the treatment and are based on the allowed charge for short-term rehabilitative therapy by a physical therapist; at a general, chronic disease or rehabilitative hospital or community health center or in a doctor's office | |
| **Outpatient Surgery and Anesthesia** | Covered at 80% after deductible | Covered at 60% after deductible |
| **Other Covered Services** | **In-Network Benefits¹** | **Out-of-Network Benefits²** |
| **Acupuncture** (available for the treatment of chronic pain or nausea only) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Ambulance Services** (must be provided by a licensed professional ambulance, either ground or air, as UHC determines appropriate) | *Emergency cases:* Covered at 80% after deductible<br><br>*Note:* In an emergency, coverage is for licensed ambulance service to the nearest hospital where emergency health services can be performed. Ambulance service by air is covered in an emergency if ground transportation is impossible or would put life or health in serious jeopardy. Under special circumstances, UHC may pay benefits for emergency air transportation to a hospital that is not the closest facility<br><br>*Non-emergency, medically necessary cases:* Covered at 60% after deductible<br><br>*Note:* If you request non-emergency ambulance services, you must notify Personal Health Support as soon as possible prior to the transport. If Personal Health Support is not notified, no benefits will be paid (you will be responsible for all charges) | |
| **Chiropractor Services** (includes manipulative and osteopathic manipulative therapy) | Covered at 80% after deductible | Covered at 60% after deductible |
| | Limited to 20 visits per calendar year, in- and out-of-network combined | |
| | *Note:* Services must be received through the American Chiropractic Network | |
| **Cochlear Implants** | Covered at 80% after deductible | Covered at 60% after deductible |

¹Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

²All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

³For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 1

<div style="text-align:right">

**Medical**

</div>

| UHC HSA Advantage 1 | | |
|---|---|---|
| **Other Covered Services** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Durable Medical Equipment[3]**<br>(rental or purchase with Personal Health Support review; includes oxygen) | Covered at 80% after deductible | Covered at 60% after deductible |
|  | *Note:* You must notify UHC before obtaining any single item that costs more than $1,000 (purchase, rental, repair or replacement) | |
| **Enteral Nutrition**<br>(must be the sole source of nutrition *and* prescribed to treat inborn errors of metabolism) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Family Planning**<br>(includes FDA-approved oral, injectable and emergency contraceptives for women; Depo-Provera; diaphragms; IUDs; and voluntary sterilization for women) | Covered at 100% in compliance with the ACA | Covered at 60% after deductible |
|  | *Note:* Contact UHC for details | |
|  | Contraceptive drugs are covered under your prescription drug benefit when prescribed by a physician. You may fill any ongoing maintenance prescriptions using the CVS/caremark Maintenance Choice program. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Hearing Care**<br>(includes services by an audiologist) | *Hearing aid exams:* Covered at 80% after deductible<br><br>*Hearing aids, supplies and services:* Covered at 80% after deductible, up to $1,000 per calendar year (combined with out-of-network) | Covered at 60% after deductible<br><br>*Hearing aids, supplies and services:* Covered at 60% after deductible, up to $1,000 per calendar year (combined with in-network) |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 80% after deductible | Covered at 60% after deductible |
| **Home Health Care[3]** | Covered at 80% after deductible | Covered at 60% after deductible |
|  | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Hospice Services[3]**<br>(includes respite care in the home or a nursing home, and other covered services and supplies, when received from a licensed hospice agency) | Covered at 80% after deductible<br><br>*Bereavement counseling:* Covered at 80% after deductible | Covered at 60% after deductible |
|  | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Infertility Services** | Covered at 80% after deductible | Covered at 60% after deductible |
|  | Limited to $7,500 per lifetime for medical services that are related to infertility (in- and out-of-network combined) and $7,500 per lifetime for prescription drugs that are related to infertility and covered by the prescription drug program. See *Limitations and Exclusions* for more information | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 1

<div style="text-align: right;">**Medical**</div>

| UHC HSA Advantage 1 | | |
|---|---|---|
| **Other Covered Services** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Newborn Inpatient Care** | Newborn exam, physician charges for circumcision and newborn care: Covered at 80% after deductible after baby's separate deductible | Covered at 60% after deductible |
| | *Note:* A newborn is subject to his/her own deductible; newborn care is not provided under the mother's policy and/or deductible. You must call the Raytheon Benefit Center at 800-358-1231 within 31 days of the birth date to enroll your newborn for coverage, including if you already have family coverage. Dependent verification is required | |
| **Nutritional Counseling** (necessary for improving a diagnosed medical condition) | Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* Diagnosis-based nutritional counseling is limited to 3 visits per condition per lifetime (in- and out-of-network combined) | |
| **Orthoptic Therapy** (techniques aimed at correcting and improving binocular, oculomotor, visual processing and perceptual disorders) | Covered at 80% after deductible | Covered at 60% after deductible |
| **Podiatry** | Covered at 80% after deductible  *Diagnostic tests and prescribed orthotics:* Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* Orthotics covered only if prescribed by a physician. Specialty shoes are only covered if prescribed by a physician for diabetes or other systemic diseases | |
| **Pregnancy and Maternity Care** | Certain services and supplies covered at 100%; others covered at 80% after deductible. For more information, see the earlier section *Pregnancy and Maternity Coverage* | Covered at 60% after deductible[3] |
| **Prosthetic Devices[3]** | Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* Subject to plan review; rental or purchase must meet medically necessary requirements | |
| **Skilled Nursing Facility** | Covered at 80% after deductible | Covered at 60% after deductible |
| | Limited to 120 days per calendar year (in- and out-of-network combined) | |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Transgender Surgery and Related Gender Identity Disorder Treatments** (see earlier in this section for a description) | Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* To be eligible for benefits, you must meet all UHC requirements. For information about the requirements and coverage details, contact UHC at 800-638-8884 | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 1

**Medical**

| UHC HSA Advantage 1 | | |
|---|---|---|
| **Mental Health and Substance Abuse Treatment** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Outpatient Care[3]** | Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care<br><br>For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Inpatient Hospital Care[3]** | Covered at 80% after deductible | Covered at 60% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care<br><br>For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Prescription Drugs** | | |
| **Retail** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Mail Order** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care*.

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

## UHC HSA Advantage 2

| | **Medical** |
|---|---|

### UHC HSA Advantage 2 Summary of Benefits Chart

This chart provides only a summary of your benefits with UHC HSA Advantage 2. A list of limitations and exclusions can be found at the end of this section. All services must be deemed medically necessary in order to be covered. The plan only covers care provided by health care professionals or facilities licensed, certified or otherwise qualified under state law to provide health care services.

Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For more details on covered health services, visit www.myuhc.com or call 800-638-8884.

| UHC HSA Advantage 2 | | |
|---|---|---|
| **Plan Features** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Calendar-Year Deductible[3,4]** (see footnote 3 below for important information regarding family coverage) | • Employee only: $1,500<br>• Employee and spouse: $2,600<br>• Employee and child(ren): $2,600<br>• Employee and family: $3,000 | • Employee only: $2,000<br>• Employee and spouse: $3,000<br>• Employee and child(ren): $3,000<br>• Employee and family: $4,000 |
| **Raytheon HSA Contribution for 2016[5]** (available to employees who are eligible to receive or make contributions to an HSA; see *Contributions to Your HSA* in the *Health Savings Account (HSA)* section for information regarding the annual maximum amount you can contribute) | • Employee only: $500<br>• Employee and spouse: $750<br>• Employee and child(ren): $750<br>• Employee and family: $1,000 | |
| **Coinsurance** | 90% | 70% |
| **Calendar-Year Out-of-Pocket Maximum[4]** (includes deductible and coinsurance for all eligible services and supplies) | • Employee only: $2,500<br>• Employee and spouse: $3,750<br>• Employee and child(ren): $3,750<br>• Employee and family: $5,000 | • Employee only: $3,500<br>• Employee and spouse: $5,250<br>• Employee and child(ren): $5,250<br>• Employee and family: $7,000 |
| **Covered Services: Preventive Care[6]** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Adult Routine Physical Exam** (see footnote 6 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Routine Preventive Lab Tests** (see footnote 6 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Well-Woman Exam** (see footnote 6 below for information regarding ACA guidelines) | *Primary care doctor:* Covered at 100%<br><br>*Specialist:* Covered at 100% | Covered at 70% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] Most covered expenses are subject to a deductible, which can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.** Regardless of whether you visit an in-network or an out-of-network provider, the plan begins paying benefits only after you satisfy the applicable deductible (with the exceptions of in-network preventive care, which is covered at 100%, and prescription drugs listed on the Treasury Guidance list, which are subject to coinsurance). Note that you can use your HSA to help satisfy your deductible.

[4] If you reach the out-of-pocket maximum, the plan generally pays 100% of the rest of your covered charges, up to the negotiated charge for each service, for the remainder of that calendar year. Note that the following do not count toward your deductible or out-of-pocket maximum:

• Charges for services that are not covered by the plan or exceed plan limitations;
• Charges in excess of the negotiated amount for provider charges or any negotiated amount for facility charges;
• Charges that are not payable because you did not comply with the plan's prenotification requirements; and
• Any penalty you pay if your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available. For more information, see the *CVS/caremark Prescription Drug Coverage* section.

[5] Raytheon's HSA contribution represents the company's total annual lump-sum contribution and can be used for in-network or out-of-network services. In other words, the company does not make an in-network contribution and an out-of-network contribution.

[6] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

(continued)

## UHC HSA Advantage 2

**Medical**

| UHC HSA Advantage 2 | | |
|---|---|---|
| **Covered Services: Preventive Care**[1] | **In-Network Benefits**[2] | **Out-of-Network Benefits**[3] |
| **Routine Mammogram** (beginning at age 40 or as recommended by your physician; see footnote 1 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Women's Health Services** (see footnote 1 below for information regarding ACA guidelines) | Covered at 100% *Note:* Contact UHC for a list of covered services | Covered at 70% after deductible |
| **Well-Child Care** (from birth through age 18; see footnote 1 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Immunizations** (see footnote 1 below for information regarding ACA guidelines) *Adults:* Includes an annual flu shot and tetanus/ diphtheria booster once every 10 years *Children:* Includes age-appropriate immunizations as recommended by the American Academy of Pediatrics | Covered at 100% | Covered at 70% after deductible |
| **Preventive Nutritional Counseling** | Covered at 100% | Covered at 70% after deductible |
| | Preventive nutritional counseling is limited to 2 visits per calendar year (in- and out-of-network combined). Nutritional counseling necessary for improving a diagnosed medical condition is also covered; see later in this chart for details | |
| **Covered Services: Inpatient Care** | **In-Network Benefits**[2] | **Out-of-Network Benefits**[3] |
| **Inpatient Hospital Care**[4] (includes semi-private room and special services in a general hospital; chronic disease hospital; inpatient mental health or substance abuse treatment facility; or rehabilitation hospital) | Covered at 90% after deductible | Covered at 70% after deductible, subject to Personal Health Support requirements |
| **Inpatient Physician Services** (includes assistant surgeon) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Inpatient Surgery**[4] (includes pre- and post-operative care, anesthesia and endoscopic exams) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Covered Services: Outpatient Care** | **In-Network Benefits**[2] | **Out-of-Network Benefits**[3] |
| **Physician's Office Services** (includes second surgical opinions as well as emergency or urgent care) *Note:* Services such as lab tests or x-rays provided in an office setting are covered separately; see *Outpatient Diagnostic Services* | Covered at 90% after deductible *Allergy testing:* Covered at 90% after deductible *Allergy shots (including serum) with or without an office visit:* Covered at 90% after deductible | Covered at 70% after deductible |

[1] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests** *cannot* **be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

[2] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[3] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[4] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 2

**Medical**

| UHC HSA Advantage 2 | | |
|---|---|---|
| **Covered Services: Outpatient Care** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Outpatient Diagnostic Services** (includes simple lab tests and x-rays as well as complex services, such as MRIs, CT scans, PET scans and nuclear medicine provided in a hospital, physician's office or other setting) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Emergency Room**[1] (an *emergency* generally means medical care and treatment provided after the sudden onset of a medical condition that places your health or bodily function in serious jeopardy. See the earlier section *Emergency and Urgent Care* for a complete definition) | *Emergency room fee, emergency room doctor's services, treatment and tests received in an emergency room:* Covered at 90% after deductible<br><br>For out-of-network facilities, emergency room care is covered at 70% of billed charges after deductible if it is determined that the visit is not for an emergency<br><br>*Note:* You must notify the plan within 48 hours or on the next business day (whichever comes first) | |
| **Short-Term Rehabilitative Therapy** (includes physical therapy, speech therapy (restorative only), occupational therapy, pulmonary therapy or cardiac rehabilitation) | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to 90 visits per calendar year (in- and out-of-network combined) per therapy | |
| | *Note:* Services must be performed by a licensed therapy provider and be under the direction of a physician. Benefits are only available for rehabilitation services that are expected to result in significant physical improvement in your condition within two months of the start of the treatment and are based on the allowed charge for short-term rehabilitative therapy by a physical therapist; at a general, chronic disease or rehabilitative hospital or community health center or in a doctor's office | |
| **Outpatient Surgery and Anesthesia** | Covered at 90% after deductible | Covered at 70% after deductible |
| **Other Covered Services** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Acupuncture** (available for the treatment of chronic pain or nausea only) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Ambulance Services** (must be provided by a licensed professional ambulance, either ground or air, as UHC determines appropriate) | *Emergency cases:* Covered at 90% after deductible<br><br>*Note:* In an emergency, coverage is for licensed ambulance service to the nearest hospital where emergency health services can be performed. Ambulance service by air is covered in an emergency if ground transportation is impossible or would put life or health in serious jeopardy. Under special circumstances, UHC may pay benefits for emergency air transportation to a hospital that is not the closest facility<br><br>*Non-emergency, medically necessary cases:* Covered at 70% after deductible<br><br>*Note:* If you request non-emergency ambulance services, you must notify Personal Health Support as soon as possible prior to the transport. If Personal Health Support is not notified, no benefits will be paid (you will be responsible for all charges) | |
| **Chiropractor Services** (includes manipulative and osteopathic manipulative therapy) | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to 20 visits per calendar year, in- and out-of-network combined | |
| | *Note:* Services must be received through the American Chiropractic Network | |
| **Cochlear Implants** | Covered at 90% after deductible | Covered at 70% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care*.

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 2

| Medical |
|---|

| UHC HSA Advantage 2 | | |
|---|---|---|
| **Other Covered Services** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Durable Medical Equipment[3]**<br>(rental or purchase with Personal Health Support review; includes oxygen) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* You must notify UHC before obtaining any single item that costs more than $1,000 (purchase, rental, repair or replacement) | |
| **Enteral Nutrition**<br>(must be the sole source of nutrition *and* prescribed to treat inborn errors of metabolism) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Family Planning**<br>(includes FDA-approved oral, injectable and emergency contraceptives for women; Depo-Provera; diaphragms; IUDs; and voluntary sterilization for women) | Covered at 100% in compliance with the ACA | Covered at 70% after deductible |
| | *Note:* Contact UHC for details | |
| | Contraceptive drugs are covered under your prescription drug benefit when prescribed by a physician. You may fill any ongoing maintenance prescriptions using the CVS/caremark Maintenance Choice program. See the *CVS/caremark Drug Program* section for details | |
| **Hearing Care**<br>(includes services by an audiologist) | *Hearing aid exams:* Covered at 90% after deductible | Covered at 70% after deductible |
| | *Hearing aids, supplies and services:* Covered at 90% after deductible, up to $1,000 per calendar year (combined with out-of-network) | *Hearing aids, supplies and services:* Covered at 70% after deductible, up to $1,000 per calendar year (combined with in-network) |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 90% after deductible | Covered at 70% after deductible |
| **Home Health Care[3]** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Hospice Services[3]**<br>(includes respite care in the home or a nursing home, and other covered services and supplies, when received from a licensed hospice agency) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Bereavement counseling:* Covered at 90% after deductible | |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Infertility Services** | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to $7,500 per lifetime for medical services that are related to infertility (in- and out-of-network combined) and $7,500 per lifetime for prescription drugs that are related to infertility and covered by the prescription drug program. See *Limitations and Exclusions* for more information | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

*(continued)*

## UHC HSA Advantage 2

| Medical |

| UHC HSA Advantage 2 | | |
| --- | --- | --- |
| **Other Covered Services** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Newborn Inpatient Care** | *Newborn exam, physician charges for circumcision and newborn care:* Covered at 90% after deductible after baby's separate deductible | Covered at 70% after deductible[3] |
| | *Note:* A newborn is subject to his/her own deductible; newborn care is not provided under the mother's policy and/or deductible. You must call the Raytheon Benefit Center at 800-358-1231 within 31 days of the birth date to enroll your newborn for coverage, including if you already have family coverage. Dependent verification is required | |
| **Nutritional Counseling**<br>(necessary for improving a diagnosed medical condition) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Diagnosis-based nutritional counseling is limited to 3 visits per condition per lifetime (in- and out-of-network combined) | |
| **Orthoptic Therapy**<br>(techniques aimed at correcting and improving binocular, oculomotor, visual processing and perceptual disorders) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Podiatry** | Covered at 90% after deductible<br><br>*Diagnostic tests and prescribed orthotics:* Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Orthotics covered only if prescribed by a physician. Specialty shoes are only covered if prescribed by a physician for diabetes or other systemic diseases | |
| **Pregnancy and Maternity Care** | Certain services and supplies covered at 100%; others covered at 90% after deductible. For more information, see the earlier section *Pregnancy and Maternity Coverage* | Covered at 70% after deductible |
| **Prosthetic Devices**[3] | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Subject to plan review; rental or purchase must meet medically necessary requirements | |
| **Skilled Nursing Facility** | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to 120 days per calendar year (in- and out-of-network combined) | |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Transgender Surgery and Related Gender Identity Disorder Treatments**<br>(see earlier in this section for a description) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* To be eligible for benefits, you must meet all UHC requirements. For information about the requirements and coverage details, contact UHC at 800-638-8884 | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UHC HSA Advantage 2

**Medical**

| UHC HSA Advantage 2 | | |
|---|---|---|
| **Mental Health and Substance Abuse Treatment** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Outpatient Care[3]** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care<br><br>For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Inpatient Hospital Care[3]** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care<br><br>For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Prescription Drugs** | | |
| **Retail** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Mail Order** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

# UnitedHealthcare Choice Plus

UnitedHealthcare (UHC) Choice Plus is a point-of-service (POS) plan offering both in-network and out-of-network coverage. You choose whether to visit a Choice Plus network provider and receive the highest level of benefits, or visit an out-of-network provider and pay more out-of-pocket.

## How the Plan Works

- Electing a primary care physician (PCP) is recommended, but not required.

- Eligible in-network preventive-care services (as identified by the *Affordable Care Act* (ACA) under the Preventive Care Services benefit) are covered at 100% with no out-of-pocket expense. In compliance with the ACA, this coverage extends to include Women's Health Services (as defined by UHC).

- Non-preventive in-network care is subject to a calendar-year deductible and coinsurance. (See the sidebar for information about the deductible.)

- Your out-of-pocket in-network expenses, including the deductible and coinsurance as well as copayments and coinsurance for prescription drugs, are limited to a calendar-year in-network out-of-pocket maximum. If you reach this maximum, the plan pays 100% of eligible in-network charges for the remainder of that calendar year.

- Out-of-network care works similarly, with a higher deductible and lower coinsurance of the provider's negotiated charge (see the earlier section *How Eligible Expenses Are Paid Out-of-Network or with a Non-Network Plan* for more information). You pay the balance up to a calendar-year out-of-network out-of-pocket maximum. Note that any amount your provider charges above the negotiated amount does not count toward this out-of-pocket maximum.

- Claim forms are required only if you use an out-of-network provider.

- ***Contact information:*** www.myuhc.com, 800-638-8884.

When you receive certain services, such as hospitalization, you are responsible for ensuring notification policies are followed. For more information, see the *Personal Health Support* section.

If you do not satisfy any part of the deductible in the first three quarters of the calendar year (January through September), any deductible met or partially met during the last quarter of the calendar year (October to December) is carried over and applied to the appropriate deductible for the following calendar year, provided that you remain in the same plan. Expenses you incur toward the in-network deductible do not apply to the out-of-network deductible, and vice versa.

## UnitedHealthcare Choice Plus

| | Medical |
|---|---|

# UnitedHealthcare Choice Plus Summary of Benefits Chart

This chart provides only a summary of your benefits under Choice Plus. A list of limitations and exclusions can be found at the end of this section. All services must be deemed medically necessary in order to be covered. The plan only covers care provided by health care professionals or facilities licensed, certified or otherwise qualified under state law to provide health care services.

Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For more details on covered health services, visit www.myuhc.com or call 800-638-8884.

| UnitedHealthcare Choice Plus | | |
|---|---|---|
| **Plan Features** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Calendar-Year Deductible[3,4]** (does not include copayments or coinsurance for prescription drugs) | $   700 per individual $ 1,400 per family | $ 1,400 per individual $ 2,800 per family |
| **Health Savings Account (HSA)** | N/A | |
| **Coinsurance** | 90% | 70% |
| **Calendar-Year Out-of-Pocket Maximum[4]** (includes medical deductible and coinsurance as well as copayments and coinsurance for prescription drugs) | $ 5,000 per individual $10,000 per family | $ 7,500 per individual $15,000 per family |
| **Covered Services: Preventive Care[5]** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Adult Routine Physical Exam** (see footnote 5 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Routine Preventive Lab Tests** (see footnote 5 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Well-Woman Exam** (see footnote 5 below for information regarding ACA guidelines) | *Primary care doctor:* Covered at 100% *Specialist:* Covered at 100% | Covered at 70% after deductible |
| **Routine Mammogram** (beginning at age 40 or as recommended by your physician; see footnote 5 below for information regarding ACA guidelines) | Covered at 100% *Note:* Contact UHC for a list of covered services | Covered at 70% after deductible |
| **Women's Health Services** (see footnote 5 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] Once more than two family members pay eligible expenses toward a deductible (in-network **or** out-of-network) that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year.

[4] If you reach the out-of-pocket maximum, the plan generally pays 100% of the rest of your covered charges, up to the negotiated charge for each service, for the remainder of that calendar year. Note that the following do not count toward your deductible or out-of-pocket maximum:

- Charges for services that are not covered by the plan or exceed plan limitations;
- Charges in excess of the negotiated amount for provider charges or any negotiated amount for facility charges;
- Charges that are not payable because you did not comply with the plan's prenotification requirements; and
- Any penalty you pay if your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available. For more information, see the *CVS/caremark Prescription Drug Coverage* section.

[5] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

(continued)

## UnitedHealthcare Choice Plus

**Medical**

| UnitedHealthcare Choice Plus | | |
|---|---|---|
| **Covered Services: Preventive Care[1]** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Well-Child Care** (from birth through age 18; see footnote 1 below for information regarding ACA guidelines) | Covered at 100% | Covered at 70% after deductible |
| **Immunizations** (see footnote 1 below for information regarding ACA guidelines) *Adults:* Includes an annual flu shot and tetanus/ diphtheria booster once every 10 years *Children:* Includes age-appropriate immunizations as recommended by the American Academy of Pediatrics | Covered at 100% | Covered at 70% after deductible |
| **Preventive Nutritional Counseling** | Covered at 100% | Covered at 70% after deductible |
|  | Preventive nutritional counseling is limited to 2 visits per calendar year (in- and out-of-network combined). Nutritional counseling necessary for improving a diagnosed medical condition also is covered; see later in this chart for details | |
| **Covered Services: Inpatient Care** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Inpatient Hospital Care[4]** (includes semi-private room and special services in a general hospital; chronic disease hospital; inpatient mental health or substance abuse treatment facility; or rehabilitation hospital) | Covered at 90% after deductible | Covered at 70% after deductible, subject to Personal Health Support requirements |
| **Inpatient Physician Services** (includes assistant surgeon) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Inpatient Surgery[4]** (includes pre- and post-operative care, anesthesia and endoscopic exams) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Covered Services: Outpatient Care** | **In-Network Benefits[2]** | **Out-of-Network Benefits[3]** |
| **Physician's Office Services** (includes second surgical opinions as well as emergency or urgent care) *Note:* Services such as lab tests or x-rays provided in an office setting are covered separately; see *Outpatient Diagnostic Services* | Covered at 90% after deductible *Allergy testing:* Covered at 90% after deductible *Allergy shots (including serum) with or without an office visit:* Covered at 90% after deductible | Covered at 70% after deductible |
| **Outpatient Diagnostic Services** (includes simple lab tests and x-rays as well as complex services, such as MRIs, CT scans, PET scans and nuclear medicine provided in a hospital, physician's office or other setting) | Covered at 90% after deductible | Covered at 70% after deductible |

[1] Benefits are calculated on a **calendar-year** basis; you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests** *cannot* **be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

[2] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[3] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[4] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Choice Plus

**Medical**

| UnitedHealthcare Choice Plus | | |
|---|---|---|
| **Covered Services: Outpatient Care** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Emergency Room**[1] <br> (an *emergency* generally means medical care and treatment provided after the sudden onset of a medical condition that places your health or bodily function in serious jeopardy. See the earlier section *Emergency and Urgent Care* for a complete definition) | *Emergency room/physician fee:* Covered at 90% after deductible <br><br> For out-of-network facilities, emergency room care is covered at 70% after deductible if it is determined that the visit is not for an emergency <br><br> *Note:* You must notify the plan within 48 hours or on the next business day (whichever comes first) | |
| **Short-Term Rehabilitative Therapy** <br> (includes physical therapy, speech therapy (restorative only), occupational therapy, pulmonary therapy or cardiac rehabilitation) | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to 90 visits per calendar year (in- and out-of-network combined) per therapy | |
| | *Note:* Services must be performed by a licensed therapy provider and be under the direction of a physician. Benefits are only available for rehabilitation services that are expected to result in significant physical improvement in your condition within two months of the start of the treatment and are based on the allowed charge for short-term rehabilitative therapy by a physical therapist; at a general, chronic disease or rehabilitative hospital or community health center or in a doctor's office | |
| **Outpatient Surgery and Anesthesia** | Covered 90% after deductible | Covered at 70% after deductible |
| **Other Covered Services** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Acupuncture** <br> (available for the treatment of chronic pain or nausea only) | Covered at 90% after deductible | Covered at 70% after deductible |
| **Ambulance Services** <br> (must be provided by a licensed professional ambulance, either ground or air, as UHC determines appropriate) | *Emergency cases:* Covered at 90% after deductible <br><br> *Note:* In an emergency, coverage is for licensed ambulance service to the nearest hospital where emergency health services can be performed. Ambulance service by air is covered in an emergency if ground transportation is impossible or would put life or health in serious jeopardy. Under special circumstances, UHC may pay benefits for emergency air transportation to a hospital that is not the closest facility | |
| | *Non-emergency, medically necessary cases:* Covered at 70% after deductible <br><br> *Note:* If you request non-emergency ambulance services, you must notify Personal Health Support as soon as possible prior to the transport. If Personal Health Support is not notified, no benefits will be paid (you will be responsible for all charges) | |
| **Chiropractor Services** <br> (includes manipulative and osteopathic manipulative therapy) | Covered at 90% after deductible <br><br> Limited to 20 visits per calendar year <br><br> *Note:* Services must be received through the American Chiropractic Network | Not covered |
| **Cochlear Implants** | Covered at 90% after deductible | Covered at 70% after deductible |
| **Durable Medical Equipment**[3] <br> (rental or purchase with Personal Health Support review; includes oxygen) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* You must notify UHC before obtaining any single item that costs more than $1,000 (purchase, rental, repair or replacement). If you do not, benefits are reduced to 50% of eligible expenses | |
| **Enteral Nutrition** <br> (must be the sole source of nutrition *and* prescribed to treat inborn errors of metabolism) | Covered at 90% after deductible | Covered at 70% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Choice Plus

| Medical |
| --- |

| UnitedHealthcare Choice Plus | | |
| --- | --- | --- |
| **Other Covered Services** | **In-Network Benefits**[1] | **Out-of-Network Benefits**[2] |
| **Family Planning** (includes FDA-approved oral, injectable and emergency contraceptives for women; Depo-Provera; diaphragms; IUDs; and voluntary sterilization for women) | Covered at 100% in compliance with the ACA *Note:* Contact UHC for details | Covered at 70% after deductible |
| | Contraceptive drugs are covered under your prescription drug benefit when prescribed by a physician. You may fill any ongoing maintenance prescriptions using the CVS/caremark Maintenance Choice program. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Hearing Care** (includes services by an audiologist) | *Hearing aid exams:* Covered at 90% after deductible *Hearing aids, supplies and services:* Covered at 100%, up to $1,000 per calendar year | Not covered |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 90% after deductible | Covered at 70% after deductible |
| **Home Health Care**[3] | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Hospice Services**[3] (includes respite care in the home or a nursing home, and other covered services and supplies, when received from a licensed hospice agency) | Covered at 90% after deductible *Bereavement counseling:* Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Infertility Services** | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to $7,500 per lifetime for medical services that are related to infertility (in- and out-of-network combined) and $7,500 per lifetime for prescription drugs that are related to infertility and covered by the prescription drug program. See *Limitations and Exclusions* for more information | |
| **Newborn Inpatient Care** | *Newborn exam, physician charges for circumcision and newborn care:* Covered at 90% after baby's separate deductible | Covered at 70% after deductible |
| | *Note:* A newborn is subject to his/her own deductible; newborn care is not provided under the mother's policy and/or deductible. You must call the Raytheon Benefit Center at 800-358-1231 within 31 days of the birth date to enroll your newborn for coverage, including if you already have family coverage. Note that dependent eligibility verification, such as a birth certificate, is required | |
| **Nutritional Counseling** (necessary for improving a diagnosed medical condition) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Diagnosis-based nutritional counseling is limited to 3 visits per condition per lifetime (in- and out-of-network combined) | |
| **Orthoptic Therapy** (techniques aimed at correcting and improving binocular, oculomotor, visual processing and perceptual disorders) | Covered at 90% after deductible | Covered at 70% after deductible |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care.*

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Choice Plus

**Medical**

| UnitedHealthcare Choice Plus | | |
|---|---|---|
| **Other Covered Services** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Podiatry** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Orthotics covered only if prescribed by a physician. Specialty shoes are only covered if prescribed by a physician for diabetes or other systemic diseases | |
| **Pregnancy and Maternity Care** | Certain services and supplies covered at 100%; others covered at 90% after deductible. For more information, see the earlier section *Pregnancy and Maternity Coverage* | Covered at 70% after deductible[3] |
| **Prosthetic Devices[3]** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* Subject to plan review; rental or purchase must meet medically necessary requirements | |
| **Skilled Nursing Facility** | Covered at 90% after deductible | Covered at 70% after deductible |
| | Limited to 120 days per calendar year (in- and out-of-network combined) | |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* | |
| **Transgender Surgery and Related Gender Identity Disorder Treatments** (see earlier in this section for a description) | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* To be eligible for benefits, you must meet all UHC requirements. For information about the requirements and coverage details, contact UHC at 800-638-8884 | |
| **Mental Health and Substance Abuse Treatment** | **In-Network Benefits[1]** | **Out-of-Network Benefits[2]** |
| **Outpatient Care[3]** | Covered 90% after deductible | Covered at 70% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care | |
| | For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Inpatient Hospital Care[3]** | Covered at 90% after deductible | Covered at 70% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health *before* receiving care | |
| | For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* | |
| **Prescription Drugs** | | |
| **Retail** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Mail Order** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |

[1] Care must be provided by a Choice Plus network provider. **It is your responsibility to confirm that you are using a network provider.** The only exception is for services that meet UHC's definition of an emergency, as defined in the earlier section *Emergency and Urgent Care*.

[2] All coverage is based on the negotiated charge (defined earlier) for a particular covered health service or procedure.

[3] For more information about notification requirements, see the *Personal Health Support* section.

# UnitedHealthcare Out-of-Area Plan

If you live in an area where a fully developed provider network is not available, medical coverage is available through the UnitedHealthcare (UHC) Out-of-Area plan. You make all decisions regarding where, when and how to receive your medical care. It's up to you as a health care consumer to select a provider as well as to ensure that treatment is provided in the most appropriate and cost-effective manner.

## How the Plan Works

- Electing a primary care physician (PCP) is recommended, but not required.

- Because the Out-of-Area plan is not network-based, coverage is provided at the same benefit level regardless of your choice of provider or location within the United States. However, you can save money when you use a provider in the Options Preferred Provider Organization (PPO), which is available nationwide. (See the box below for details.)

- Eligible preventive-care services (as identified by the *Affordable Care Act* (ACA) under the Preventive Care Services benefit) are covered at 100% with no out-of-pocket expense. In compliance with the ACA, this coverage extends to include Women's Health Services (as defined by UHC).

- For all other covered services, you generally have to meet a calendar-year deductible before the plan pays benefits. (See the sidebar for information about the deductible.)

- Once you meet the deductible, the plan pays 80% of negotiated charges for most covered health services and supplies (see the earlier section *How Eligible Expenses Are Paid Out-of-Network or with a Non-Network Plan* for more information). You pay the remaining 20%, up to the calendar-year out-of-pocket maximum.

- Once you reach the out-of-pocket maximum, the plan pays 100% (up to negotiated amounts) of your covered charges for the remainder of that calendar year.

- ***Contact information:*** www.myuhc.com, 800-638-8884.

When you receive certain services such as hospitalization, you are responsible for ensuring notification policies are followed. For more information, see the *Personal Health Support* section.

If you do not satisfy any part of the deductible in the first three quarters of the calendar year (January through September), any deductible met or partially met during the last quarter of the calendar year (October to December) is carried over and applied to the appropriate deductible for the following calendar year, provided that you remain in the same plan.

---

**UNITEDHEALTHCARE OPTIONS PPO—SAVING YOU TIME AND MONEY**
*To help you take advantage of lower costs for your care when possible, the Out-of-Area plan offers access to the UnitedHealthcare Options Preferred Provider Organization (PPO)—a network of physicians, specialists and health care providers who have negotiated discounted rates for covered health services.*

*When you use a provider who participates in the Options PPO, you enjoy several advantages, including:*

- ***Lower costs for your care.*** *You pay less when you use a PPO provider because your coinsurance (the percentage you pay) is based on a lower fee. And, if your provider charges more than the negotiated charge, you are not required to pay the difference (called "balance billing").*

- ***No claims forms to file.*** *When you use a PPO provider, your doctor or health care facility files your claims for you, saving you time. You will receive a statement of what the plan paid and the coinsurance you owe, based on the lower PPO negotiated fee.*

- ***Flexibility to choose who you see.*** *You always have the option of seeing the doctor, specialist or other health care provider you wish. This means that you can continue to see the medical providers you currently use, whether or not they participate in the PPO.*

*UnitedHealthcare Options PPO network providers are available in most major metropolitan areas. To find participating providers online, visit www.myuhc.com.*

UnitedHealthcare Out-of-Area Plan

<div style="text-align:right">**Medical**</div>

## UnitedHealthcare Out-of-Area Plan Summary of Benefits Chart

This chart provides only a summary of your benefits under the UHC Out-of-Area plan. A list of limitations and exclusions can be found at the end of this section. All services must be deemed medically necessary in order to be covered. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For more details on covered health services, visit www.myuhc.com or call 800-638-8884.

| UnitedHealthcare Out-of-Area[1] | |
| --- | --- |
| **Plan Features** | **Benefits** |
| **Calendar-Year Deductible**[2,3] | $ 200 per individual<br>$ 400 per family |
| **Calendar-Year Out-of-Pocket Maximum**[3]<br>(includes deductible) | $2,500 per individual<br>$5,000 per family |
| **Covered Services: Preventive Care**[4] | **Benefits** |
| **Adult Routine Physical Exam**<br>(see footnote 4 below for information regarding ACA guidelines) | Covered at 100% |
| **Routine Preventive Lab Tests**<br>(see footnote 4 below for information regarding ACA guidelines) | Covered at 100% |
| **Well-Woman Exam**<br>(see footnote 4 below for information regarding ACA guidelines) | *Primary care doctor and specialist:* Covered at 100% |
| **Routine Mammogram**<br>(beginning at age 40 or as recommended by your physician;<br>see footnote 4 below for information regarding ACA guidelines) | Covered at 100% |
| **Women's Health Services**<br>(see footnote 4 below for information regarding ACA guidelines) | Covered at 100%<br><br>*Note:* Contact UHC for a list of covered services |
| **Well-Child Care**<br>(from birth through age 18; see footnote 4 below<br>for information regarding ACA guidelines) | Covered at 100% |

[1] All coverage is based on the negotiated charge for a particular covered health service or procedure.

[2] Once more than two family members pay eligible expenses toward the deductible that equal the family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year. In addition, any deductible met or partially met during the last quarter of the calendar year (October to December) is carried over and applied to the deductible for the following calendar year.

[3] If you reach the out-of-pocket maximum, the plan generally pays 100% of the rest of your covered charges, up to the negotiated charge for each service, for the remainder of that calendar year. Note that the following do not count toward your deductible or out-of-pocket maximum:

- Charges for services that are not covered by the plan or exceed plan limitations;
- Charges in excess of the negotiated amount for provider charges or any negotiated amount for facility charges;
- Charges that are not payable because you did not comply with the plan's prenotification requirements; and
- Any penalty you pay if your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available. For more information, see the *CVS/caremark Prescription Drug Coverage* section.

[4] Benefits are calculated on a **calendar-year basis;** you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

(continued)

## UnitedHealthcare Out-of-Area Plan

| Medical |
| --- |

| UnitedHealthcare Out-of-Area[1] | |
| --- | --- |
| **Covered Services: Preventive Care[2]** | **Benefits** |
| **Immunizations**<br>(see footnote 2 below for information regarding ACA guidelines)<br>*Adults:* Includes an annual flu shot and tetanus/diphtheria booster once every 10 years<br><br>*Children:* Includes age-appropriate immunizations as recommended by the American Academy of Pediatrics | Covered at 100% |
| **Preventive Nutritional Counseling** | Covered at 100% |
| | Preventive nutritional counseling is limited to 2 visits per calendar year. Nutritional counseling necessary for improving a diagnosed medical condition also is covered; see later in this chart for details |
| **Covered Services: Inpatient Care** | **Benefits** |
| **Inpatient Hospital Care[3]**<br>(includes semi-private room and special services in a general hospital; chronic disease hospital; inpatient mental health or substance abuse treatment facility; or rehabilitation hospital) | Covered at 80% after deductible, subject to Personal Health Support requirements |
| **Inpatient Physician Services**<br>(includes assistant surgeon) | Covered at 80% after deductible |
| **Inpatient Surgery[3]**<br>(includes pre- and post-operative care, anesthesia and endoscopic exams) | Covered at 80% after deductible, subject to Personal Health Support requirements |
| **Covered Services: Outpatient Care** | **Benefits** |
| **Physician's Office Services**<br>(includes second surgical opinions as well as emergency or urgent care)<br><br>*Note:* Services such as lab tests or x-rays provided in an office setting are covered separately; see *Outpatient Diagnostic Services* | Covered at 80% after deductible<br><br>*Allergy testing:* Covered at 80% after deductible<br><br>*Allergy shots (including serum) with or without an office visit:* Covered at 80% after deductible |
| **Outpatient Diagnostic Services**<br>(includes simple lab tests and x-rays as well as complex services, such as MRIs, CT scans, PET scans and nuclear medicine provided in a hospital, physician's office or other setting) | Covered at 80% after deductible |
| **Emergency Room[3]**<br>(an *emergency* generally means medical care and treatment provided after the sudden onset of a medical condition that places your health or bodily function in serious jeopardy. See the earlier section *Emergency and Urgent Care* for a complete definition) | *Emergency room fee, emergency room doctor's services, treatment and tests received in an emergency room:* Covered at 80% after deductible<br><br>*Note:* You must notify the plan within 48 hours or on the next business day (whichever comes first) |

[1] All coverage is based on the negotiated charge for a particular covered health service or procedure.

[2] Benefits are calculated on a **calendar-year basis;** you do not need to wait 12 months from the date of your last eligible preventive care visit to schedule your next visit. Lab tests and screenings are covered according to age and gender recommendations of the U.S. Preventive Services Task Force (USPSTF) and/or the guidelines supported by the Health Resources and Services Administration, as determined by UHC. **Note that to be considered routine preventive care, your exam and/or associated lab tests *cannot* be related to the diagnosis or treatment of an illness or injury.** For more information, call UHC at 800-638-8884.

[3] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Out-of-Area Plan

**Medical**

| UnitedHealthcare Out-of-Area[1] | |
|---|---|
| **Covered Services: Outpatient Care** | **Benefits** |
| **Short-Term Rehabilitative Therapy**<br>(includes physical therapy, speech therapy (restorative only), occupational therapy, pulmonary therapy or cardiac rehabilitation) | Covered at 80% after deductible |
| | Limited to 90 visits per calendar year per therapy |
| | *Note:* Services must be performed by a licensed therapy provider and be under the direction of a physician. Benefits are only available for rehabilitation services that are expected to result in significant physical improvement in your condition within two months of the start of the treatment and are based on the allowed charge for short-term rehabilitative therapy by a physical therapist; at a general, chronic disease or rehabilitative hospital or community health center or in a doctor's office |
| **Outpatient Surgery and Anesthesia[2]** | Covered at 80% after deductible, subject to Personal Health Support requirements |
| **Other Covered Services** | **Benefits** |
| **Acupuncture**<br>(available for the treatment of chronic pain or nausea only) | Covered at 80% after deductible |
| **Ambulance Services**<br>(must be provided by a licensed professional ambulance, either ground or air, as UHC determines appropriate) | *Emergency and non-emergency, medically necessary cases:* Covered at 80% after deductible |
| | *Note:* In an emergency, coverage is for licensed ambulance service to the nearest hospital where emergency health services can be performed. Ambulance service by air is covered in an emergency if ground transportation is impossible or would put life or health in serious jeopardy. Under special circumstances, UHC may pay benefits for emergency air transportation to a hospital that is not the closest facility. If you request non-emergency ambulance services, you must notify Personal Health Support as soon as possible prior to the transport. If Personal Health Support is not notified, no benefits will be paid (you will be responsible for all charges) |
| **Chiropractor Services**<br>(includes manipulative and osteopathic manipulative therapy) | Covered at 80% after deductible |
| | Limited to 20 visits per calendar year |
| | *Note:* Services must be received through the American Chiropractic Network |
| **Cochlear Implants** | Covered at 80% after deductible |
| **Durable Medical Equipment[2]**<br>(rental or purchase with Personal Health Support review; includes oxygen) | Covered at 80% after deductible |
| | *Note:* You must notify UHC before obtaining any single item that costs more than $1,000 (purchase, rental, repair or replacement). If you do not, benefits are reduced to 50% of eligible expenses |
| **Enteral Nutrition**<br>(must be the sole source of nutrition *and* prescribed to treat inborn errors of metabolism) | Covered at 80% after deductible |
| **Family Planning**<br>(includes FDA-approved oral, injectable and emergency contraceptives for women; Depo-Provera; diaphragms; IUDs; and voluntary sterilization for women) | Covered at 100% in compliance with the ACA |
| | *Note:* Contact UHC for details |
| | Contraceptive drugs are covered under your prescription drug benefit when prescribed by a physician. You may fill any ongoing maintenance prescriptions using the CVS/caremark Maintenance Choice program. See the *CVS/caremark Prescription Drug Program* section for details |

[1] All coverage is based on the negotiated charge for a particular covered health service or procedure.
[2] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Out-of-Area Plan

<div align="right">Medical</div>

| UnitedHealthcare Out-of-Area[1] | |
|---|---|
| **Other Covered Services** | **Benefits** |
| **Hearing Care** | Not covered |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 80% after deductible |
| **Home Health Care[2]** | Covered at 80% after deductible |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* |
| **Hospice Services[2]** (includes respite care in the home or a nursing home, and other covered services and supplies, when received from a licensed hospice agency) | Covered at 80% after deductible |
| | *Bereavement counseling:* Covered at 80% after deductible |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* |
| **Infertility Services** | Covered at 80% after deductible |
| | Limited to $7,500 per lifetime for medical services that are related to infertility and $7,500 per lifetime for prescription drugs that are related to infertility and covered by the prescription drug program. See *Limitations and Exclusions* for more information |
| **Newborn Inpatient Care** | *Newborn exam, physician charges for circumcision and newborn care:* Covered at 80% after baby's separate deductible |
| | *Note:* A newborn is subject to his/her own deductible; newborn care is not provided under the mother's policy and/or deductible. You must call the Raytheon Benefit Center at 800-358-1231 within 31 days of the birth date to enroll your newborn for coverage, including if you already have family coverage. Note that dependent eligibility verification, such as a birth certificate, is required |
| **Nutritional Counseling** (necessary for improving a diagnosed medical condition) | Covered at 80% after deductible |
| | *Note:* Diagnosis-based nutritional counseling is limited to 3 visits per condition per lifetime |
| **Orthoptic Therapy** (techniques aimed at correcting and improving binocular, oculomotor, visual processing and perceptual disorders) | Covered at 80% after deductible |
| **Podiatry** | Covered at 80% after deductible |
| | *Diagnostic tests and prescribed orthotics:* Covered at 80% after deductible |
| | *Note:* Orthotics covered only if prescribed by a physician. Specialty shoes are only covered if prescribed by a physician for diabetes or other systemic diseases |

[1] All coverage is based on the negotiated charge for a particular covered health service or procedure.
[2] For more information about notification requirements, see the *Personal Health Support* section.

(continued)

## UnitedHealthcare Out-of-Area Plan

**Medical**

| UnitedHealthcare Out-of-Area[1] | |
|---|---|
| **Other Covered Services** | **Benefits** |
| **Pregnancy and Maternity Care** | Certain services and supplies covered at 100%; others covered at 80% after deductible. For more information, see the earlier section *Pregnancy and Maternity Coverage* |
| **Prosthetic Devices[2]** | Covered at 80% after deductible |
| | *Note:* Subject to plan review; rental or purchase must meet medically necessary requirements |
| **Skilled Nursing Facility** | Covered at 80% after deductible |
| | Limited to 120 days per calendar year |
| | *Note:* Custodial services are not covered. For more information about eligible services, refer to the earlier section *Alternative Care Settings* |
| **Transgender Surgery and Related Gender Identity Disorder Treatments** (see earlier in this section for a description) | Covered at 80% after deductible |
| | *Note:* To be eligible for benefits, you must meet all UHC requirements. For information about the requirements and coverage details, contact UHC at 800-638-8884 |
| **Mental Health and Substance Abuse Treatment** | **Benefits** |
| **Outpatient Care[2]** | Covered at 80% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health before receiving care |
| | For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* |
| **Inpatient Hospital Care[2]** | Covered at 80% after deductible |
| | *Note:* For the highest level of benefits, call UHC at 800-638-8884 and follow the prompts for United Behavioral Health before receiving care |
| | For more information about covered services and preauthorization requirements, refer to the earlier section *Mental Health and Substance Abuse Treatment Coverage* |
| **Prescription Drugs** | **Benefits** |
| **Retail** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details |
| **Mail Order** | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details |

[1] All coverage is based on the negotiated charge for a particular covered health service or procedure.
[2] For more information about notification requirements, see the *Personal Health Support* section.

## UnitedHealthcare Plans

Medical

## Limitations and Exclusions

The following limitations and exclusions apply to the UHC plans. To qualify for the highest level of benefits for network-based plans (UHC HSA Advantage 1, UHC HSA Advantage 2 and Choice Plus), all services and supplies must generally be received through the Choice Plus network (and, in New England, the Passport Connect program). **Note that any references to out-of-network do not apply to the Out-of-Area plan.**

**MEDICALLY NECESSARY COVERED HEALTH SERVICES**

UHC provides benefits for services that are both medically necessary and covered health services, as defined here.

**Medically Necessary**

To be eligible for coverage, all services and supplies must be medically necessary. Medically necessary means that the service or supply is:

- Consistent with the diagnosis of and prescribed course of treatment for the patient's condition or mental disorder;

- Supported by evidence based on medical research using valid scientific methods that demonstrate a health benefit from the service, or when none is available, based on nationally accepted standards of care;

- Provided by a licensed provider with the appropriate training and experience for the service; and

- Not otherwise excluded in the UHC plan.

The fact that a provider has performed, prescribed or recommended a service or that a service is available does not automatically mean the service is medically necessary or a covered benefit.

**Covered Health Services**

Covered health services are those health services, supplies or equipment provided for the purpose of preventing, diagnosing or treating a sickness, injury, mental illness, substance use disorder or their symptoms. Covered health services must be provided:

- When the UHC plan is in effect;

- Before an individual's coverage with the UHC plan ends; and

- Only when the person who receives services is a covered person and meets all eligibility requirements specified in the UHC plan.

A covered health service must meet each of the following criteria:

- It is supported by national medical standards of practice;

- It is consistent with conclusions of prevailing medical research that demonstrate that the health service has a beneficial effect on health outcomes and is based on trials that meet the following designs:

  – Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received); or

  – Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group);

- It is the most cost-effective method and yields a similar outcome to other available alternatives; and

- It is a health service or supply that is described in the plan documents, and that is not excluded under general exclusions.

Decisions about whether to cover new technologies, procedures and treatments will be consistent with conclusions of prevailing medical research, based on well-conducted randomized trials or cohort studies, as described.

**Final Coverage Determined by UHC**

UHC makes the final decision as to whether or not a particular service is covered. For questions about what is and is not covered under your plan, contact UHC at 800-638-8884. For information about how to appeal a denied claim, see Applying for Benefits in the Administrative section.

By enrolling in a UHC plan, you agree to allow all providers to give UHC needed information about your care. UHC keeps all such information strictly confidential. If a provider requires specific authorization to release records, you must provide this authorization. Your failure to provide authorization or requested information may result in denial of your claim.

## UnitedHealthcare Plans

| | Medical |
|---|---|

**Limitations**

- Benefits for **acupuncture** are available for the treatment of chronic pain and nausea **only;** services must meet UHC guidelines. Services must be provided by a licensed provider (DO, MD, DSS) qualified in the use of acupuncture or an acupuncturist licensed by the state or certified by the National Commission of Acupuncturists.

- UHC covers charges by a licensed or certified **audiologist** for physician-prescribed hearing evaluations to determine the location of a disease within the auditory system as well as for validation or organicity tests to confirm an organic hearing problem.
  Audiologist charges for services relating to prescription hearing aids or basic hearing evaluations are not covered.

- UHC pays benefits for psychiatric services for **autism spectrum disorders** that are both of the following:

  – Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider; and

  – Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property and impairment in daily functioning.

  These benefits describe only the psychiatric component of treatment for autism spectrum disorders.
  Benefits include the following services provided on either an outpatient or inpatient basis:

  – Crisis intervention;

  – Diagnostic evaluations and assessment;

  – Individual, family, therapeutic group and provider-based case management services;

  – Medication management;

  – Referral services; and

  – Treatment planning.

  Benefits include inpatient partial hospitalization/day treatment and services at a residential treatment facility. Outpatient benefits include those for intensive outpatient treatment.
  UHC determines coverage for all levels of care. If an inpatient stay is required, it is covered on a semi-private room basis. You are encouraged to contact UHC for referrals to providers and coordination of care.

- **Breast pumps** must be purchased from a UHC network supplier.

- Benefits for **cosmetic surgery** are available only to correct or repair damage following an injury or disease.

- Benefits for **dental services** are only available in the event of an accidental injury. For benefits to be paid, *all* of the following must be true:

  – Treatment is necessary because of accidental damage to the tooth;

  – The dental damage did not occur as a result of normal activities of daily living or extraordinary use of the teeth;

  – The dental services are received from a doctor of dental surgery (DDS) or doctor of medical dentistry (DMD); *and*

  – The dental damage is severe enough that initial contact with a physician or dentist occurred within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the injury and if extenuating circumstances exist due to the severity of the injury.)

  Dental services for final treatment to repair the damage caused by accidental injury must be started within three months of the accident unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care) and completed within 12 months of the accident.

UHC defines autism spectrum disorders as conditions marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

65

**UnitedHealthcare Plans**

<div style="text-align:right">

**Medical**

</div>

**Limitations** *(continued)*

UHC pays for treatment of accidental injury only for:

– Emergency examination;

– Endodontic (root canal) treatment;

– Extractions;

– Necessary diagnostic x-rays;

– Post-traumatic crowns if such are the only clinically acceptable treatment;

– Prefabricated post and core;

– Replacement of lost teeth due to the injury by implant, dentures or bridges;

– Simple minimal restorative procedures (fillings); and

– Temporary splinting of teeth.

**Notification required.** You should notify UHC as soon as possible but at least five business days before follow-up (post-emergency) treatment begins. Notification is not required before the initial emergency treatment. When notification is provided, UHC will determine whether the service is a covered health service.

UHC does not cover the following:

– Dental care that is required to treat the effects of a medical condition but that is not necessary to directly treat the medical condition. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication, and any treatment to improve the ability to chew or speak;

– Endodontics; periodontal treatment or surgery; and restoration and replacement of teeth;

– Diagnosis or treatment of or related to the teeth or gums, or to the jawbones unless due to accidental injury. Examples include extractions (including wisdom teeth); restoration and replacement of teeth; medical or surgical treatments of dental conditions; and services to improve dental clinical outcomes;

– Preventive dental care;

– Services to improve dental clinical outcomes;

– Dental implants, bone grafts (unless due to accidental injury) and other implant-related procedures;

– Dental braces (orthodontics);

– Dental x-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia; and

– Treatment of congenitally missing (when the cells responsible for the formation of the tooth are absent from birth), malpositioned or supernumerary (extra) teeth, even if part of a congenital anomaly such as cleft lip or cleft palate.

• UHC pays for **durable medical equipment (DME)** that is:

– Ordered or provided by a physician for outpatient use;

– Used for medical purposes;

– Not consumable or disposable;

– Not of use to a person in the absence of a sickness, injury or disability;

– Durable enough to withstand repeated use; and

– Appropriate for use in the home.

If more than one piece of DME can meet your functional needs, benefits are provided only for the most cost-effective piece of equipment. Benefits are provided for a single unit of DME (e.g., one insulin pump) and for repairs of that unit.

If you rent or purchase a piece of DME that exceeds this guideline, you may be responsible for any cost difference between the piece you rent or purchase and the piece UHC has determined is the most cost-effective.

Note that any references to out-of-network do not apply to the Out-of-Area plan.

66

**UnitedHealthcare Plans**

| Medical |
| --- |

**Limitations** *(continued)*

Examples of DME include but are not limited to:

– Braces that stabilize an injured body part, including necessary adjustments to shoes to accommodate braces. (Note that braces that stabilize an injured body part and braces to treat curvature of the spine are considered DME and are a covered health service. With the exception of cranial bands and helmets for infants, braces that straighten or change the shape of a body part are considered orthotic devices and are excluded from coverage. Dental braces are also excluded from coverage);

– Burn garments;

– Compression hose;

– Delivery pumps for tube feedings;

– Equipment to administer oxygen;

– Equipment to assist with mobility, such as a standard wheelchair;

– Equipment for the treatment of chronic or acute respiratory failure or conditions;

– External cochlear devices and systems;

– Hospital beds; and

– Insulin pumps and all related necessary supplies as described in the plan documents.

UHC also covers tubings, nasal cannulas, connectors and masks used in connection with DME.

UHC will decide if the equipment should be purchased or rented. You must purchase or rent the DME from the vendor UHC identifies.

At UHC's discretion, replacements are covered for damage beyond repair with normal wear and tear, when repair costs exceed new purchase price, or when a change in the covered person's medical condition occurs sooner than the three-year timeframe. Repairs—including the replacement of essential accessories, such as hoses, tubes, mouth pieces, etc.—for necessary DME are only covered when required to make the item/device serviceable and the estimated repair expense does not exceed the cost of purchasing or renting another item/device. Requests for repairs may be made at anytime and are not subject to the three-year timeline for replacement.

***Notification Required.*** You must notify UHC before obtaining any single item of DME from an in- or out-of-network provider that costs more than $1,000 (purchase, rental, repair or replacement of DME). ***Note that for the Choice Plus and Out-of-Area plans, if you don't notify UHC, benefits are reduced to 50% of eligible expenses.***

• ***Enteral nutrition*** is covered when it is the sole source of nutrition *and* prescribed to treat inborn errors of metabolism.

• For all plans with the exception of the Out-of-Area plan, UHC covers **hearing aids** that are required for the correction of a hearing impairment (a reduction in the ability to perceive sound, which may range from slight to complete deafness). Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is purchased as a result of a written recommendation by a physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

Benefits do not include bone-anchored hearing aids. Bone-anchored hearing aids are covered under the applicable medical/surgical covered health services categories of the plan documents only for covered persons who have either of the following:

– Craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid; or

– Hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

*Note: The Out-of-Area plan does not cover hearing care or hearing aids.*

## UnitedHealthcare Plans

**Limitations** *(continued)*

All hearing aids, supplies and repairs combined are subject to a $1,000 maximum per person per calendar year.

- *Infertility* coverage is limited to $7,500 per lifetime for any treatments covered by your medical plan (in- and out-of-network combined) and $7,500 per lifetime for prescription drugs that are related to infertility and covered by your prescription drug program.

  The cost of any prescription medication treatment for in vitro fertilization, gamete intrafallopian transfer (GIFT) procedures and zygote intrafallopian transfer (ZIFT) procedures does not count toward the infertility lifetime maximum for medical services. However, these costs do count toward the lifetime prescription drug maximum for infertility coverage.

  UHC pays benefits for the treatment of infertility for:

  – Ovulation induction;

  – Insemination procedures (Artificial Insemination (AI) and IntraUterine Insemination (IUI);

  – Assisted Reproductive Technologies (ART), including but not limited to, in vitro fertilization (IVF), GIFT and ZIFT;

  – Pre-implantation Genetic Diagnosis (PGD) for diagnosis of genetic disorders only; and

  – Pharmaceutical products for the treatment of infertility that are administered on an outpatient basis in a hospital, alternate facility, physician's office or in a covered person's home.

  To be eligible for benefits, the covered person must:

  – Have failed to achieve a pregnancy after a year of regular, unprotected intercourse if the woman is under age 35 or after six months if the woman is over age 35;

  – Be under age 44, if female; and

  – Have infertility that is not related to voluntary sterilization or failed reversal of voluntary sterilization.

- Covered expenses for *multiple surgical procedures*—which occur when you receive more than one surgical procedure during the same operative session—are generally limited as follows:

  – Covered expenses for a secondary procedure are limited to a lesser percentage of the covered expense that would have been performed during a separate operative session; and

  – Covered expenses for any subsequent procedure are limited to a lesser percentage of the covered expenses that would otherwise be considered for the subsequent procedure had it been performed during a separate operative session.

  The Multiple Procedure Policy is intended to address multiple surgeries and separate procedures performed by the same provider on the same patient in the same operative session. Multiple procedure reductions apply to additional procedures by the same provider on the same day, including bilateral procedures, based on the medical/surgical "package" associated with the Current Procedural Terminology (CPT) codes billed.

- *Nutritional counseling as preventive care* is covered at 100% up to two in-network visits per person per calendar year (covered services received out-of-network are subject to coinsurance and deductible). These counseling sessions are in addition to the three individual sessions that are covered when a medical condition requires a special diet.

- *Nutritional counseling for medical conditions requiring a special diet* is limited to three individual sessions with a registered dietician for each medical condition per lifetime. Examples include:

  – Coronary artery disease;

  – Congestive heart failure;

  – Diabetes mellitus;

Note that any references to out-of-network do not apply to the Out-of-Area plan.

68

**UnitedHealthcare Plans**

<div style="text-align:right">**Medical**</div>

**Limitations** *(continued)*

– Gout (a form of arthritis);

– Hyperlipidemia (excess of fatty substances in the blood);

– Phenylketonuria (a genetic disorder diagnosed at infancy);

– Renal failure; and

– Severe obstructive airway disease.

These counseling sessions are in addition to the two in-network visits per person per calendar year covered at 100% as preventive care (covered services received out-of-network are subject to deductible and coinsurance).

• *Oral contraceptives* are covered through the CVS/caremark prescription drug program.

• *Orthognathic surgery* is covered only for the treatment of an acute, traumatic injury, tumor or cancer.

• *Ostomy supplies* include pouches, face plates, belts, irrigation sleeves, bags, ostomy irrigation catheters and skin barriers. Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover or other items not specifically listed as covered.

• UHC covers *prosthetic devices* and appliances that replace a limb or body part, or help an impaired limb or body part work. Examples include but are not limited to:

– Artificial arms, legs, feet and hands;

– Artificial face, eyes, ears and nose; and

– Breast prosthesis following mastectomy as required by the *Women's Health and Cancer Rights Act of 1998,* including mastectomy bras and lymphedema stockings for the arm.

If more than one prosthetic device can meet a covered person's functional needs, benefits are available only for the most cost-effective prosthetic device. The device must be ordered or provided either by a physician or under a physician's direction.

Benefits are provided for the replacement of a type of prosthetic device once every five calendar years.

At UHC's discretion, prosthetic devices may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement, or when a change in the covered person's medical condition occurs sooner than the five-year timeframe. Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part.

UHC does not cover the repair and replacement of prosthetic devices when damaged due to misuse, malicious breakage or gross neglect; or the replacement of lost or stolen prosthetic devices.

Coverage is subject to UHC review; and any rental or purchase must meet medically necessary requirements.

• *Reconstructive procedures* are covered when a physical impairment exists and the primary purpose of the procedure is to improve or restore physiologic function for an organ or body part. *Improving or restoring function* means that the organ or body part is made to work better.

Benefits for reconstructive procedures include breast reconstruction following a mastectomy and reconstruction of the non-affected breast to achieve symmetry.

Cosmetic procedures are not covered.

• *Rehabilitation benefits* (outpatient physical, occupational, speech (restorative only), pulmonary rehabilitation and cardiac rehabilitation therapy) may be denied or shortened for a covered person who is not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met.

**UnitedHealthcare Plans**

**Limitations** *(continued)*

- Benefits for *reproductive services* are provided for voluntary sterilization; surgical, non-surgical or drug-induced pregnancy termination; health services and associated expenses for elective abortion; fetal reduction surgery; and contraceptive supplies and services. Benefits are not provided for surrogate parenting; the reversal of voluntary sterilization; or artificial reproductive treatments done for genetic or eugenic (selective breeding) purposes.

- *Spinal treatment,* manipulative and osteopathic manipulative therapy is eligible for coverage when provided by a chiropractor who is part of the American Chiropractic Network. Benefits can be denied or shortened for covered persons who are not progressing in goal-directed rehabilitation services or manipulative treatment, or if goals have previously been met.

- UHC covers diagnostic and surgical treatment of conditions affecting the *temporomandibular joint (TMJ)* when provided by or under the direction of a physician. Coverage includes necessary treatment required as a result of acute traumatic injury, tumor or cancer.

  Diagnostic treatment includes examination, radiographs and applicable imaging studies and consultation. Non-surgical treatment includes clinical examinations, arthrocentesis and trigger-point injections.

  Benefits are provided for surgical treatment if:

  – There is clearly demonstrated radiographic evidence of significant joint abnormality;

  – Non-surgical treatment has failed to adequately resolve the symptoms; and

  – Pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthoplasty, arthrotomy, as well as open or closed reduction of dislocations.

  Benefits for an inpatient stay in a hospital and hospital-based physician services are described in the plan documents.

  Oral appliances for TMJ or any TMJ treatment that is dental in nature are not covered by UHC, but may be covered by your dental plan (check with your carrier for details).

## UnitedHealthcare Plans

<div style="float:right">Medical</div>

**Exclusions**

Note that any references to out-of-network do not apply to the Out-of-Area plan.

**EXPERIMENTAL, INVESTIGATIONAL OR UNPROVEN SERVICES**

*UHC does not cover any expenses incurred for services, supplies, medical care or treatment relating to, arising out of or given in connection with medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time UHC makes a determination regarding coverage in a particular case, are determined to be:*

- *Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service, or the United States Pharmacopoeia Dispensing Information, as appropriate for the proposed use; or*

- *Subject to review and approval by any institutional review board for the proposed use; or*

- *The subject of an ongoing clinical trial that meets the definition of a Phase I, II or III clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight; or*

- *Not demonstrated through prevailing peer-reviewed medical literature to be safe and effective for treating or diagnosing the condition or illness for which its use is proposed.*

*Unproven services are health services that, according to prevailing medical research, do not have a beneficial effect on health outcomes and are not based on well-conducted randomized controlled trials or well-conducted cohort studies.*

*In a randomized trial, two or more treatments are compared to each other, and the patients are not allowed to choose which treatments they receive. In a cohort study, patients who receive study treatment are compared to a group of patients who receive standard therapy. In both cases, the comparison group must be nearly identical to the study treatment group.*

*If you have a sickness or injury that UHC may, in its judgment, deem an experimental, investigational or unproven service covered under the plan for treating a sickness or condition if it is determined by UHC that the experimental, investigational or unproven service at the time of the determination:*

- *Is proved to be safe and promising; and*

- *Is provided in a clinically controlled research setting; and*

- *Uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.*

*Coverage may be denied even if the service has received FDA approval but has not yet been deemed a proven treatment by UHC.*

UHC defines sickness to include physical illness, disease or pregnancy. Note that the term sickness includes mental illness, or substance-related and addictive disorders, regardless of the cause or origin of the mental illness, or substance-related and addictive disorder.

**Coverage for Clinical Trials for Treatment of Cancer or Other Diseases**

*Effective for plan years beginning on or after January 1, 2014, all group health plans that are not grandfathered under the Affordable Care Act (ACA) must provide members with cancer and other diseases who qualify to participate in an approved clinical trial with coverage for routine patient costs.*

*This ACA mandate expands any existing clinical trial coverage to include preventive and Phase IV trials that involve monitoring the effectiveness of the device or drug that is part of the trial.*

*Routine patient costs are all medically necessary health care services provided for the purposes of the trial, including those provided by doctors, diagnostic or laboratory tests, and other services that are consistent with the customary standard of patient care and would be otherwise covered by the medical plan if the member was not a trial participant.*

*Routine patient costs do* **not** *include the actual device, equipment or drug that is being studied as part of the clinical trial. Also excluded are items or services that are not used in the direct clinical management of the patient, such as those solely to satisfy data collection and analysis needs, or items and services clearly inconsistent with accepted standards of care for the particular disease or condition.*

*Members may qualify for an approved clinical trial if:*

- *They meet the trial's protocols, and*

- *A participating provider deems the member eligible and refers him/her to the trial as appropriate for the purpose of the trial, consistent with the member's benefit plan documents.*

*Members also can provide UHC with medical and scientific information to establish that their participation in the trial is appropriate and consistent with the trial protocol.*

**UnitedHealthcare Plans**

**Exclusions** *(continued)*

The UHC plans do not cover any expenses incurred for services, supplies, medical care or treatment relating to, arising out of or given in connection with the following:

- *Acupressure.*
- *Adoption or surrogacy.*
- *Alternative treatments,* such as art therapy, music therapy, dance therapy, horseback therapy and other forms as defined by the National Center for Complimentary and Alternative Medicine (NCCAM) of the National Institutes of Health. This exclusion does not apply to non-manipulative osteopathic care as allowed in the plan documents.
- *Artificial reproductive treatments* done for genetic or eugenic (selective breeding) purposes.
- *Aromatherapy.*
- *Autopsies* and other coroner services and transportation services for a corpse.
- Services or supplies received *before an employee or his or her dependent becomes covered* under the plan.
- *Biofeedback.*
- *Breast reduction surgery* that is determined to be a cosmetic procedure. This exclusion does not apply to breast reduction surgery that:
  - The claims administrator determines is requested to treat a physiologic functional impairment;
  - Is covered by the *Women's Health and Cancer Rights Act of 1998;* or
  - Meets UHC's Personal Health Support guidelines.
- *Charges for missed appointments;* room or facility reservations; completion of claim forms; record processing or services; or supplies or equipment that are advertised by the provider as free.
- *Charges for which a provider waives the deductible or coinsurance amounts.*
- *Charges prohibited by federal anti-kickback or self-referral statutes.*
- *Chelation therapy,* except to treat heavy metal poisoning.
- For the Choice Plus plan, *chiropractic services* and spinal treatment (including manipulative and osteopathic manipulative therapy) are not covered out-of-network.
- Services ordered or delivered by a *Christian Science practitioner.*
- Charges made by a hospital for *confinement in a special area of the hospital that provides non-acute care,* by whatever name called, including but not limited to the type of care given by the following facilities:
  - Adult or child day care center;
  - Ambulatory surgical center;
  - Birth center;
  - Halfway house;
  - Hospice;
  - Skilled nursing facility;
  - Treatment center;
  - Vocational rehabilitation center; and
  - Any other area of a hospital that renders services on an inpatient basis for other than acute care of sick, injured or pregnant persons.

If the facility is otherwise covered under the UHC plan, then benefits for that covered facility that is part of a hospital, as defined, are payable at the coverage level for that facility—not at the coverage level for a hospital.

UnitedHealthcare Plans

**Exclusions** *(continued)*

Note that any references to out-of-network do not apply to the Out-of-Area plan.

- Services for a surgical procedure to **correct refraction errors of the eye,** including radial keratotomy, laser surgery and any confinement, treatment, services or supplies in connection with or related to the surgery.

- **Cosmetic or reconstructive surgery or treatment.** This is surgery or treatment primarily to change appearance. Examples include pharmacological regimens; nutritional procedures or treatments; tattoo or scar removal, or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures); replacement of an existing intact breast implant if the earlier breast implant was performed as a cosmetic procedure; varicose vein treatment of the lower extremities; and treatment of benign gynecomastia (abnormal breast enlargement in males). It does not matter whether or not it is for psychological or emotional reasons.

- **Custodial or maintenance care.** This is care made up of services and supplies that meet one of the following conditions:

  – Care furnished mainly to train or assist in personal hygiene or other activities of daily living, rather than to provide medical treatment; and/or

  – Care that does not seek a cure, or can safely and adequately be provided by persons who do not have the technical skills of a covered health care professional.

  Care that meets one of these conditions is custodial care regardless of any of the following:

  – Who recommends, provides or directs the care;

  – Where the care is provided; and

  – Whether or not the patient or another caregiver can be or is being trained to care for himself/herself.

- **Dental services,** except those described under *Limitations* earlier in this section.

- Expenses incurred by a dependent if the **dependent is covered as an employee** for the same services under the plan.

- **Diagnostic tests** that are delivered in other than a physician's office or health care facility, and self-administered home diagnostic tests, including but not limited to HIV and pregnancy tests.

- **Domiciliary care,** meaning living arrangements designed to meet the needs of people who cannot live independently, but do not require skilled nursing facility services.

- Services provided by a **doula** or other labor aide.

- **Ecological or environmental medicine,** including diagnosis and for treatment.

- **Education, training and bed and board while confined in an institution** that is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home.

- Expenses for health services and supplies that **exceed eligible expenses** or any specific limitation in this Summary Plan Description.

- Any **expense submitted more than 24 months after the date the service** or supply was received.

- **Excision or elimination of hanging skin** on any part of the body. Examples include abdominoplasty and other procedures or surgery to remove fatty tissue, such as panniculectomy, thighplasty, brachioplasty or mastopexy. The exception is if a covered person has had bariatric surgery and requires excess skin to be removed. Any procedure to remove excess skin must meet UnitedHealthcare's medical criteria guidelines.

- **Eyeglasses, contact lenses and eye refractions,** unless required due to an accidental injury or following cataract surgery.

- **Food** of any kind, unless it is the only source of nutrition or it is specifically created and prescribed to treat inborn errors of metabolism, such as phenylketonuria (PKU). Foods that are not covered include:

## UnitedHealthcare Plans

**Medical**

**Exclusions** *(continued)*

- – Foods to control weight, treat obesity (including liquid diets), lower cholesterol or control diabetes;
- – Oral vitamins and minerals;
- – Meals you can order from a menu, for an additional charge, during an inpatient stay; and
- – Other dietary and electrolyte supplements.

- • *Foot care,* including the following:
  - – Routine foot care, except when needed for severe systemic disease. Routine foot care services that are not covered include cutting or removal of corns and calluses, nail trimming or cutting, and debriding (removal of dead skin or underlying tissue);
  - – Hygienic and preventive foot care. Examples include cleaning and soaking the feet, applying skin creams in order to maintain skin tone, and other services that are performed when there is not a localized sickness, injury or symptom involving the foot;
  - – Treatment of flat feet;
  - – Treatment of subluxation (joint or bone dislocation) of the foot;
  - – Shoes (standard or custom not prescribed by a physician for diabetes or other systemic diseases), lifts and wedges; and
  - – Shoe orthotics that are not prescribed by a physician.

- • *Foreign language and sign-language services.*
- • *Full-body scans and EBCT (heart scans).*
- • *Growth hormone therapy.*
- • Membership costs for *health clubs,* weight loss clinics and similar programs.
- • *Health education classes,* such as those for asthma, birthing, parenting, prenatal, smoking cessation or weight control. The only exception is for classes offered by UHC or its affiliates.
- • *Herbal medicine,* holistic or homeopathic care, including drugs.
- • Treatment of *hyperhidrosis (excessive sweating).*
- • *Hypnotism.*
- • Upper and lower *jawbone surgery,* except as required for direct treatment of acute traumatic injury, tumor or cancer.
- • *Liposuction.*
- • Surgical correction or other treatment of *malocclusion.*
- • *Manipulative treatment* to treat a condition unrelated to spinal manipulation and ancillary physiologic treatment rendered to restore/improve motion, reduce pain and improve function, such as asthma or allergies.
- • *Massage therapy.*
- • *Mechanical or animal organ transplants,* except services related to the implant or removal of a circulatory assist device (a device that supports the heart while the patient waits for a suitable donor heart to become available).
- • Services, supplies, *medical care or treatment given by one of the following members of the employee's immediate family:*
  - – The employee's spouse; or
  - – The child, brother, sister, parent or grandparent of either the employee or the employee's spouse.
- • The following *medical supplies and appliances* services are not covered:
  - – Devices used specifically as safety items or to affect performance in sports-related activities;
  - – Orthotic appliances and devices, except when they are prescribed by a physician for a medical purpose *and* are custom-manufactured or custom-fitted to the individual covered

## UnitedHealthcare Plans

<div style="border:1px solid; padding:4px; display:inline-block;">**Medical**</div>

**Exclusions** *(continued)*

person. Examples of excluded orthotic appliances and devices include but are not limited to foot orthotics or any braces that can be obtained without a physician's order;

– Blood pressure cuff/monitor;

– Enuresis alarm;

– Home coagulation testing equipment;

– Non-wearable external defibrillator;

– Trusses;

– Ultrasonic nebulizers;

– Devices and computers to assist in communication and speech, except for speech aid prosthetics and tracheo-esophageal voice prosthetics; and

– Oral appliances for snoring.

This exclusion does not apply to insulin pumps, breast prosthesis, mastectomy bras and lymphedema stockings for which benefits are provided.

- *Megavitamin and nutrition-based therapy.*
- The following ***mental health/substance abuse*** services are not covered:

  – Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association;*

  – Treatment for conduct and impulse control disorders, personality disorders, paraphilias (unusual sexual urges) and other mental illnesses that will not substantially improve beyond the current level of functioning, or that are not subject to favorable modification or management according to prevailing national standards of clinical practice, as determined by the mental health/substance use disorder administrator;

  – Treatment provided in connection with involuntary commitments, police detentions and other similar arrangements, unless pre-authorized by the mental health/substance use disorder administrator;

  – Services for a patient who has repeatedly and intentionally not complied with treatment recommendations;

  – Routine use of psychological testing without specific authorization; or

  – Services and supplies for the diagnosis or treatment of mental illness, alcoholism or substance abuse disorders that, in the reasonable judgment of the mental health/ substance use disorder administrator, typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost-effective, or are not consistent with:

    - Prevailing national standards of clinical practice for the treatment of such conditions;

    - Prevailing professional research demonstrating that the services or supplies will have a measurable and beneficial health outcome; or

    - The mental health/substance use disorder administrator's level of care guidelines as modified from time to time.

  – Treatment that is not clinically appropriate for the patient's mental illness, substance use disorder or condition, based on generally accepted standards of medical practice and benchmarks.

  – Mental health services as treatments for V-code conditions as listed in the current edition of the *Diagnostic and Statistical Manual of American Psychiatric Association.*

  – Virtual and telephonic mental health therapy.

  – Mental health services as treatment for a primary diagnosis of insomnia, other sleep disorders, sexual dysfunction disorders, feeding disorders, neurological disorders and other disorders with a known physical basis.

Note that any references to out-of-network do not apply to the Out-of-Area plan.

**UnitedHealthcare Plans**

<div style="text-align:right;">**Medical**</div>

**Exclusions** *(continued)*

- – Treatments for the primary diagnosis of learning disabilities.

- – Educational/behavioral services that are focused on primary building skills and capabilities in communication, social interaction and learning.

- – Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act.*

- – Learning, motor skills and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

- – Mental retardation as a primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

- – Methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents for drug addiction.

- – Intensive behavioral therapies such as applied behavioral analysis for autism spectrum disorders.

- – Any treatments or other specialized services designed for autism spectrum disorders that are not backed by credible research demonstrating that the services or supplies have a measurable and beneficial health outcome and therefore considered experimental, investigational or unproven services.

- Services for which coverage is available while on active **military duty** and for treatment of military service-related disabilities when the covered person is legally entitled to other coverage and facilities are reasonably accessible.

- Services or supplies that are **not covered health services,** including any confinement or treatment given in connection with a service or supply that is not covered by UHC.

- Services and supplies for which the covered person is **not legally required to pay.**

- **Occupational injury or sickness,** meaning an injury or sickness that is covered under a workers' compensation act or similar law. For persons for whom coverage under a workers' compensation act or similar law is optional because they could elect it, or could have it elected for them, occupational injury or sickness includes any injury or sickness that would have been covered under the workers' compensation act or similar law had that coverage been elected.

- **Oral contraceptives** (check with your prescription drug plan for any available oral contraceptive coverage).

- Examinations or treatment **ordered by a court** in connection with legal proceedings, unless such examinations or treatment otherwise qualifies as a covered health service.

- For the Choice Plus plan, **out-of-network chiropractic services** and spinal treatment (which includes manipulative and osteopathic manipulative therapy).

- For the Choice Plus plan, **out-of-network hearing care.**

- Services given by a **pastoral counselor.**

- **Personal convenience or comfort items,** including, but not limited to, such items as TVs, telephones, first aid kits, exercise equipment, air conditioners, dehumidifiers, humidifiers, saunas and hot tubs, beauty/barber service, guest service, air purifiers and filters, batteries and battery charger, ergonomically correct chairs, non-hospital beds and comfort beds, devices and computers to assist in communication and speech, and home remodeling to accommodate a health need, including, but not limited to, ramps, swimming pools, elevators, handrails and stair glides.

- **Phototherapy devices** used to treat Seasonal Affective Disorder.

- **Physical conditioning programs,** such as athletic training, bodybuilding, exercise, fitness, flexibility, and diversion of general motivation.

**UnitedHealthcare Plans**

**Exclusions** *(continued)*

- Benefits are not provided by UHC for the following types of **prescription drugs:**
  - Prescription drugs for outpatient use that are filled by a prescription order or refill;
  - Self-injectable medications;
  - Non-injectable medications given in a physician's office, except as required in an emergency; and
  - Over-the-counter drugs and treatments.

- **Private-duty nursing services,** while confined in a facility.

- Services ordered by a provider affiliated with a diagnostic facility (hospital or otherwise) when that **provider is not actively involved in the covered person's medical care** prior to ordering the service or after the service is received. (This exclusion does not apply to mammography testing.)

- Charges by a **provider who is sanctioned under a federal program** for reason of fraud, abuse or medical competency.

- **Psychosurgery** (lobotomy).

- Services for, or related to, the **removal of an organ or tissue from a person for transplantation** into another person, unless the transplant recipient is a covered person under the plan and is undergoing a covered transplant.

- **Respite care.** This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for which benefits are described in the plan documents.

- **Rest cures.**

- **Reversal of voluntary sterilization.**

- **Rolfing** (holistic tissue massage).

- **Sales tax.**

- **Sensitivity training,** education training therapy or treatment for an education requirement.

- Expenses for health **services and supplies that are received after the date your coverage under the UHC plan ends,** including health services for medical conditions that began before the date the covered person's coverage under the UHC plan ends. UHC will provide benefits for an inpatient confinement through the date of discharge if the patient was confined prior to the patient's termination date.

- **Services covered by another plan,** except as described in the *Coordination of Benefits* section in the *Administrative* section.

- **Services ordered by a provider who is not actively involved in your care** before order the service or after the service is received. Note that this exclusion does not apply to mammography testing.

- **Services performed at a diagnostic facility (hospital or otherwise) without a written order from a provider.**

- **Services performed by a provider with the employee's same legal residence.**

- **Services performed by an unlicensed provider** or one who is operating outside the scope of his/her license.

- Rehabilitation services and manipulative treatment to improve general physical condition that are provided to reduce potential risk factors, where **significant therapeutic improvement is not expected,** including but not limited to routine, long-term or maintenance/preventive treatment.

- Physiological modalities and procedures that result in **similar or redundant therapeutic effects** when performed on the same body region during the same visit or office encounter.

Note that any references to out-of-network do not apply to the Out-of-Area plan.

**UnitedHealthcare Plans**

**Exclusions** *(continued)*

- Services and supplies for ***smoking cessation.***
- Medical and surgical treatment of ***snoring,*** except when provided as a part of treatment for documented obstructive sleep apnea (a sleep disorder in which a person regularly stops breathing for 10 seconds or longer). Appliances for snoring are always excluded.
- ***Speech therapy*** for non-restorative purposes.
- ***Spinal treatment*** to treat a condition unrelated to alignment of the vertebral column, such as asthma or allergies, or for maintenance/preventive manipulative treatment.
- ***Standby services*** required of a physician.
- ***Storage of blood,*** umbilical cord or other material for use in a covered health service, except if needed for an imminent surgery.
- ***Telephone consultations.***
- Treatment of ***tobacco dependency.***
- ***Toupees, hair transplants, hair weaving or any drug,*** if such drug is used in connection with baldness.
- ***Travel and/or lodging expenses*** of a physician or a patient, except as specified in the earlier section *Disease Management Programs.*
- Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or ***treatment for purposes of education, career, employment, school, camp, travel*** outside the United States, insurance, marriage or adoption, medical research, judicial or administrative proceedings or orders; for obtaining or maintaining a license of any kind; or as the result of incarceration.
- ***Treatment received while confined in a state, federal or Veterans Affairs hospital*** for which charges are not imposed.
- UHC does not provide coverage for the following ***vision care*** services:
  - Routine vision exam, including refractive examinations to determine the need for vision correction.
  - Purchase cost and associated fitting charges for eyeglasses or contact lenses.
  - Implantable lenses used only to correct a refractive error (such as Intacs corneal implants).
  - Surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia and astigmatism, including but not limited to procedures such as laser and other refractive eye surgery and radial keratotomy.
- Services given by ***volunteers*** or persons who do not normally charge for their services.
- Services or supplies that are received as a result of ***war*** or any act of war, whether declared or undeclared, while part of any armed service force of any country. This exclusion does not apply to covered persons who are civilians injured or otherwise affected by war or any act of war or terrorism in a non-war zone.
- ***Weight reduction or control,*** unless there is a diagnosis of morbid obesity and the services meet UHC's Personal Health Support guidelines (in this case, only surgical treatment is covered). The following treatments for obesity are not covered: nonsurgical treatment, even if for morbid obesity, and surgical treatment of obesity unless there is a diagnosis of morbid obesity. For information regarding UHC's medical policy, call 888-936-7246. UHC also does not provide benefits for any weight-loss programs, whether or not they are under medical supervision or for medical reasons.
- ***Wigs,*** except when needed for hair loss due to cancer treatment or alopecia areata.
- Treatment of ***wisdom teeth.***

# Kaiser Permanente (California)

Kaiser Permanente, a California nonprofit corporation (Kaiser Foundation Health Plan, Inc.), offers an HSA Advantage plan and a Choice plan to Raytheon employees in California. A description of each plan follows this section, which applies to both plans.

Kaiser Permanente provides services directly to members through an integrated medical care program. As a Kaiser Permanente member, you select this medical care program to provide your health care. That means Kaiser Permanente plan providers inside the Kaiser Permanente service area provide the care you need, including:

- Routine care with your own personal plan physician,

- Hospital care,

- Laboratory and pharmacy services,

- Urgent care and emergency services, and

- Other benefits as described in the *Evidence of Coverage* booklet.

It's important to remember that by selecting Kaiser Permanente to provide your health care, you must receive all covered care from Kaiser Permanente plan providers inside the Kaiser Permanente service area. As described in the *Evidence of Coverage* booklet, the only exceptions include the following: Authorized referrals, emergency ambulance services, emergency services, post-stabilization care, out-of-area urgent care and hospice care.

Kaiser Permanente also offers a variety of health education programs that provide ways to protect and improve your health.

For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). Note that in the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Choosing a Primary Care Physician (PCP)

Whether you're new to Kaiser Permanente or a long-time member looking to make a change, it's easy to select a personal physician—called your primary care physician (PCP)—to coordinate your care. Remember that with the exception of certain services (authorized referrals, emergency ambulance services, emergency services, post-stabilization care, out-of-area urgent care and hospice care), your PCP must provide or coordinate all your care.

To find Kaiser Permanente providers and locations:

- Visit www.kp.org/locations. Use the doctor and location search to learn about each practitioner's gender, certifications, specialties, languages, interests and more. If you don't choose a PCP, Kaiser Permanente can select one for you,

- Log on to *Desktop Benefits* at https://raytheon.benefitcenter.com and click on the *My Resources* tab and *Benefit Provider Contacts,* or

- If you are a member, call the toll-free Member Services number on your medical ID card.

Want to make a switch? You can change your PCP at any time and for any reason. If you make a change, your plan's Member Services representative will tell you when the change will become effective.

This section provides a brief summary of the Kaiser Permanente plans available in California. For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Kaiser Permanente (California)

**KAISER PERMANENTE: HEALTH FOR THE 21ST CENTURY**

*At Kaiser Permanente, we believe that good health care begins with selecting a personal physician, one you choose and can change at any time. Our proactive approach to health also includes:*

- *Coverage for a range of preventive services;*
- *Simple, no-paperwork referrals to Kaiser Permanente specialists;*
- *Facilities that offer primary care, laboratory, x-ray and pharmacy services all under one roof—integrating your care and saving multiple trips; and*
- *A secure, electronic medical record that goes wherever you go—giving Kaiser Permanente's doctors, nurses and other authorized health care staff important access to your medical history.*

*In addition, as a Kaiser Permanente member, you can visit http://my.kp.org/raytheon to access a variety of services, including emailing your doctor's office, requesting routine appointments, viewing certain lab results and ordering prescription refills. You can also access online resources like health and drug encyclopedias, or create a personalized action plan to help you lose weight, eat better or stop smoking. To learn more about available services, visit http://my.kp.org/raytheon or call the Member Services number on your medical ID card.*

**ABOUT THE *EVIDENCE OF COVERAGE* BOOKLET**

*This section of* Your Benefits Handbook *provides only a brief summary of the Kaiser Permanente plans available in California. For additional information about the plans, including details about:*

- *Member services,*
- *Emergency services and urgent care,*
- *Maternity care,*
- *Post-stabilization care,*
- *Coordinated care delivery (including interactive video visits, second opinions and dispute resolution),*
- *Autism spectrum disorder coverage,*
- *Transplant services,*
- *Bariatric surgery,*
- *Limitations and exclusions, and*
- *Post-service claims and appeals,*

*refer to the appropriate* Evidence of Coverage *booklet or call the Member Services number on your medical ID card. To view the* Evidence of Coverage *booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the* Evidence of Coverage, the Evidence of Coverage *governs.*

**About Limitations, Exclusions and Post-Service Claims and Appeals**

Please note that this section does not include information about Kaiser Permanente's limitations, exclusions and post-service claims and appeals. Be sure to review the Kaiser Permanente *Evidence of Coverage* booklet for this information.

# Kaiser Permanente HSA Advantage Plan (California)

Raytheon makes an HSA Advantage plan available in California that is administered by Kaiser Permanente.

When you elect a Kaiser Permanente HSA Advantage plan, you are eligible for a health savings account (HSA). Raytheon makes an annual lump-sum contribution to your HSA in January. You also can make contributions. All contributions vary by coverage level, and are subject to annual federal limits.

You *always* own the money in your HSA. **Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules.** And if you leave Raytheon, the money in your HSA belongs to you. (For detailed information about HSAs, see the section *Health Savings Account (HSA).)*

Note that if you elect to participate in an HSA, federal regulations prohibit anyone who is making or receiving contributions to an HSA from having other health care coverage, including a health care flexible spending account (FSA), if applicable. However, because FSAs can be used to pay for eligible dental and vision expenses, HSA participants have the option of enrolling in a dental and vision FSA. For more information about FSAs, see the *Flexible Spending Accounts* section of this handbook, if applicable.

Note also that while this regulation applies to Medicare Part A, Part B and/or Part D, beginning in 2016, the HSA Advantage plans are no longer linked to an HSA. This means if you are enrolled in Medicare, you can elect an HSA Advantage plan *without electing an HSA*. In this case, you can use your HSA to pay for eligible expenses incurred by you and your dependents; your HSA is not considered other health care coverage.

Here is a brief overview of how the plan works. The pages that follow provide a *Summary of Benefits* chart for the plan.

- The federal government regulates the design of health plans with HSAs.

- Most covered expenses—including most prescription drugs—are subject to a calendar-year deductible, which resets each January 1. There are two exceptions:

  - **Routine in-network preventive care,** which is covered at 100% in-network with no deductible, which resets each January 1. In compliance with the *Affordable Care Act* (ACA), this coverage extends to include Women's Health Services (as defined by Kaiser Permanente); and

  - **Certain preventive prescription drugs on the federal Treasury Guidance list**—including those used to treat high blood pressure, cardiovascular diseases, diabetes, osteoporosis and mental health disorders—are allowed to be covered either at 100% or *before* you meet the plan's deductible (coinsurance applies). (To review the Treasury Guidance list, contact Kaiser Permanente.)

- The deductible can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.**

- After you meet the deductible, the plan pays a percentage of eligible expenses. You pay the remainder of the charges until you reach the calendar-year out-of-pocket maximum (which includes the deductible and coinsurance for all eligible services and supplies). If you reach the out-of-pocket maximum, the plan covers eligible expenses at 100% for the remainder of the calendar year.

*(continued)*

As part of the *Medicare Prescription Drug, Improvement and Modernization Act,* which was enacted by Congress in 2003, HSAs are designed to help individuals save for qualified health care expenses on a tax-advantaged basis.

Both you and the company are allowed to make contributions to an account that you own, which you use to save for future or pay for current health care expenses. Any money you elect to contribute to your HSA is deducted from your paycheck before federal taxes, which lowers your annual taxable income and allows you to pay for out-of-pocket costs with pre-tax dollars. Note that while California does not offer pre-tax savings on HSA contributions, you still save on the federal tax. For information about Raytheon's HSAs, see the section *Health Savings Account (HSA).*

Note that if you elect medical coverage with an HSA Advantage plan and do not participate in an HSA (either because you elect not to or because your Medicare status makes you ineligible), you can elect a health care FSA, if applicable, and not be limited to only dental and vision expenses.

Will you soon be eligible for Medicare? See *Approaching Age 65? Be Sure to Understand Your Medical Coverage Options* in the *Medical* or *Health Savings Account (HSA)* section to learn why it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible.

## Kaiser Permanente HSA Advantage Plan (California)

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage,* visit http://my.kp.org/raytheon (for a hard copy, simply return the postcard you will receive after you enroll or call the Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

If you need emergency or urgent medical care whether at home or while traveling anywhere in the world, follow the procedures on your identification card in order to receive maximum benefits from the plan.

### ABOUT THE COMPANY'S HSA CONTRIBUTION AND THE CALENDAR-YEAR DEDUCTIBLE

**For New Hires**

If, as a new hire, your Kaiser Permanente HSA Advantage plan coverage becomes effective after January 1, Raytheon's lump-sum contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan. For details, see the section *Health Savings Account (HSA).*

In terms of the plan's deductible, similar to other plans Raytheon offers, the entire calendar-year deductible applies regardless of when your coverage with a Kaiser Permanente HSA Advantage plan becomes effective; the deductible is not pro-rated.

**If You Have a Change in Status During the Year**

If, as the result of a qualified change in status that occurs after January 1 and before December 1, your coverage level *increases* (such as from employee only to employee plus family), the company contribution to your HSA is adjusted to match your new coverage level. For details, see the section *Health Savings Account (HSA).* In this case, any eligible expenses incurred to date by you and/or your covered dependents prior to your change in status continue to offset your new calendar-year deductible.

If your qualified change in status results in your coverage level *decreasing* (such as from employee plus family to employee only), any company HSA contributions you have received that are in excess of the company contribution amount for your new coverage level remain in your HSA. In this case, any expenses your previously covered dependent had incurred do *not* offset your new deductible amount.

For example, assume you start the year with family coverage and meet the in-network family deductible of $4,000 in June ($1,000 in expenses for you, $1,000 for your spouse and $2,100 for your child). On July 12, your child turns 26 and must be removed from your coverage. Since your child's expenses no longer apply toward your deductible, and your and your spouse's eligible expenses are $2,000, you will not have met your deductible.

If you have questions about how a change in status affects contributions to your HSA, contact Fidelity at 800-544-3716. If you have questions about how a change in status affects your deductible, contact Kaiser Permanente.

Kaiser Permanente HSA Advantage Plan (California)

| | |
|---|---|
| | **Medical** |

## Kaiser Permanente HSA Advantage Plan (California) Summary of Benefits Chart

This chart provides only a summary of your benefits with the Kaiser Permanente HSA Advantage plan available in California. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

   For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card).  In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente HSA Advantage (California) | |
|---|---|
| **Plan Features** | **Benefits*** |
| **Calendar-Year Deductible** | • Employee only: $2,000<br>• Employee and spouse: $4,000<br>• Employee and child(ren): $4,000<br>• Employee and family: $4,000 |
| **Raytheon HSA Contribution for 2016**<br>(available to employees who are eligible to receive or make contributions to an HSA; see *Contributions to Your HSA* in the *Health Savings Account (HSA)* section for information regarding the annual maximum amount you can contribute) | • Employee only: $750<br>• Employee and spouse: $1,125<br>• Employee and child(ren): $1,125<br>• Employee and family: $1,500 |
| **Coinsurance** | 80% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $4,000<br>• Employee and spouse: $6,850<br>• Employee and child(ren): $6,850<br>• Employee and family: $6,850 |
| **Covered Services: Preventive Care*** | **Benefits*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

*All care must be coordinated by your PCP, unless otherwise noted.

**Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For detailed information about covered services, refer to the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente HSA Advantage Plan (California)

**Medical**

| Kaiser Permanente HSA Advantage (California) | |
|---|---|
| **Covered Services*** | **Benefits**** |
| **Inpatient Hospital Care**<br>Including Inpatient Surgery and Inpatient Physician Services | Covered at 80% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 80% after deductible |
| **Emergency Room**<br>For important information about emergency services, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 80% after deductible<br><br>Note that while prior authorization is not required for non-plan providers in the case of emergency or out-of-area urgent care, prior authorization is required for any post-stabilization care |
| **Ambulance Services** | Covered at 80% after deductible |
| **Physician's Office Services** | Covered at 80% after deductible |
| **Outpatient Diagnostic Services** | Covered at 80% after deductible |
| **Hearing Care** | *Exam:* Covered at 100% (deductible does not apply)<br>*Hearing Aid:* Not covered |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | *Hemodialysis:* Covered at 80% after deductible<br><br>*Chemotherapy and radiation therapy:* Covered at 100% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 80% after deductible<br><br>Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 80% after deductible |
| **Chiropractor Services*** | After you satisfy the deductible, covered at at 100% after $15 copayment, limited to 20 visits per calendar year |
| **Podiatry** | Covered at 80% after deductible |
| **Family Planning**<br>(including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply)<br><br>*Contraceptive drugs and devices:* Covered at 100% (the deductible doesn't apply) |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 80% after deductible |
| **Oxygen and Durable Medical Equipment** | Covered at 80% after deductible when arranged by Kaiser Permanente |
| **Hospice Services, Including Bereavement Services** | *Hospice:* Covered at 100% after deductible<br><br>*Bereavement:* Covered at 80% after deductible (includes services provided to the family or primary care person following the death of the hospice patient and other covered services and supplies, when billed by an approved hospice provider) |
| **Transgender Services**<br>(includes sexual reassignment surgery, mastectomy/chest reconstruction, behavioral health care and hormone therapy) | Covered at 80% after deductible |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your copayment at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)*

## Kaiser Permanente HSA Advantage Plan (California)

| Kaiser Permanente HSA Advantage (California) | |
|---|---|
| **Nursing Services*** | **Benefits**** |
| **Skilled Nursing Facility** | Covered at 80% after deductible, limited to 120 days per benefit period |
| **Home Health Care** | Covered at 100% after the deductible when prescribed by a plan physician within the service area, up to 3 visits per day and a maximum of 120 visits per calendar year |
| **Mental Health and Substance Abuse Treatment*** | **Benefits**** |
| **Hospital Admission** | *Mental health:* Covered at 80% after deductible<br><br>*Substance abuse (detoxification):* Covered at 80% after deductible<br><br>*Substance abuse (residential rehabilitation):* Covered at 80% after deductible<br><br>**Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| **Outpatient Care** | *Mental health:* Covered at 80% after deductible for individual or group sessions<br><br>*Substance abuse:* Covered at 80% after deductible for individual or group sessions |
| **Prescription Drugs*** | **Benefits**** |
| **Retail*** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* 20% after deductible for up to 30-day supply<br>*Brand-name:* 20% after deductible for up to 30-day supply<br>*Specialty drugs:* 20% after deductible for up to 30-day supply<br>Affordable Care Act *(ACA)-mandated preventive drugs:* $0<br>*Other preventive drugs:* 20% for up to 30-day supply (the deductible doesn't apply) |
| **Mail Order*** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* 20% after deductible for up to 100-day supply<br>*Brand-name:* 20% after deductible for up to 100-day supply<br>*Specialty drugs:* 20% after deductible for up to 100-day supply<br>Affordable Care Act *(ACA)-mandated preventive drugs:* $0<br>*Other preventive drugs:* 20% for up to 100-day supply (the deductible doesn't apply) |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Coverage includes biopharmaceutical drugs approved for our commercial formulary or if a Kaiser Permanente physician writes an exception based on medical necessity.

# Kaiser Permanente Choice Plan (California)

The Kaiser Permanente Choice plan is not HSA-eligible. For non-preventive care, you must satisfy a deductible before benefits are payable (there are no medical copayments). Note that with the exception of emergency care, the Choice plan offers only in-network coverage.

If you have specific questions about the plan, call the toll-free Member Services number listed on your medical ID card.

## How the Plan Works

- As with other Raytheon medical plans, the Kaiser Permanente Choice plan covers eligible preventive-care services at 100% with no deductible or coinsurance.

- All other medically necessary care is covered at 90% after you satisfy a deductible of $700 per individual ($1,400 per family). Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year. Note that the deductible resets each January 1.

- Your out-of-pocket expenses in any given calendar year are limited to an out-of-pocket maximum of $5,000 per individual ($10,000 per family). If you reach this limit, the plan pays 100% of eligible charges for the remainder of that calendar year.

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). *In the case of any discrepancy between this document and the* Evidence of Coverage, *the* Evidence of Coverage *governs.*

## Kaiser Permanente Choice Plan (California)

| Medical |
|---|

## Kaiser Permanente Choice Plan (California) Summary of Benefits Chart

This chart provides only a summary of your benefits under the Kaiser Permanente Choice plan available in California. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage,* visit http://my.kp.org/raytheon (for a hard copy, simply call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente Choice (California) | |
|---|---|
| **Plan Features** | **Benefits*** |
| **Calendar-Year Deductible**** | • Employee only: $ 700<br>• Employee and spouse: $1,400<br>• Employee and child(ren): $1,400<br>• Employee and family: $1,400 |
| **Health Savings Account (HSA)** | N/A |
| **Coinsurance** | 90% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $5,000<br>• Employee and spouse: $10,000<br>• Employee and child(ren): $10,000<br>• Employee and family: $10,000 |
| **Covered Services: Preventive Care**** | **Benefits*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

*All care must be coordinated by your PCP, unless otherwise noted.

**Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year.

***In general, each preventive-care benefit is limited to 1 per person per calendar year, unless otherwise noted. Lab tests and screenings are covered as recommended by your physician or according to the plan's schedule of benefits (which may include age limits or cover tests every few years instead of once a year). Treatment of a medical condition or problem identified during the course of a preventive screening exam, such as the removal of a polyp during a sigmoidoscopy, will be covered the same as other non-preventive services. For more information, call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente Choice Plan (California)

**Medical**

| Kaiser Permanente Choice (California) | |
|---|---|
| **Covered Services*** | **Benefits**** |
| **Inpatient Hospital Care**<br>Including Inpatient Surgery and Inpatient Physician Services | Covered at 90% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 90% after deductible |
| **Emergency Room**<br>For important information about emergency services, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 90% after deductible<br><br>Note that while prior authorization is not required for non-plan providers in the case of emergency or out-of-area urgent care, prior authorization is required for any post-stabilization care |
| **Ambulance Services** | Covered at 90% after deductible |
| **Physician's Office Services** | Covered at 90% after deductible |
| **Outpatient Diagnostic Services** | Covered at 90% after deductible |
| **Hearing Care** | *Exam:* Covered at 100% (deductible does not apply)<br>*Hearing Aid:* Limited to $1,000 every 36 months per aid |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | *Hemodialysis:* Covered at 90% after deductible<br><br>*Chemotherapy and radiation therapy:* Covered at 100% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 90% after deductible<br><br>Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 90% after deductible |
| **Chiropractor Services*** | Covered at 90% (the deductible does not apply), limited to 20 visits per calendar year |
| **Podiatry** | Covered at 90% after deductible |
| **Family Planning**<br>(including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply)<br><br>*Contraceptive drugs and devices:* Covered at 100% (the deductible doesn't apply) |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 90% after deductible |
| **Oxygen and Durable Medical Equipment** | Covered at 90% when arranged by Kaiser Permanente |
| **Hospice Services, Including Bereavement Services** | *Hospice:* Covered at 100% (the deductible doesn't apply)<br><br>*Bereavement:* Covered at 90% after deductible (includes services provided to the family or primary care person following the death of the hospice patient and other covered services and supplies, when billed by an approved hospice provider) |
| **Transgender Services**<br>(includes sexual reassignment surgery, mastectomy/chest reconstruction, behavioral health care and hormone therapy) | Covered at 90% after deductible |

*All care must be coordinated by your PCP, unless otherwise noted.

**For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

***Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your coinsurance at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)*

## Kaiser Permanente Choice Plan (California)

| Kaiser Permanente Choice (California) | |
|---|---|
| **Nursing Services*** | **Benefits**** |
| Skilled Nursing Facility | Covered at 90% after deductible, unlimited |
| Home Health Care | Covered at 100% (the deductible doesn't apply) when prescribed by a plan physician within the service area, up to 3 two-hour visits per day and a maximum of 120 visits per calendar year; shift care not covered |
| **Mental Health and Substance Abuse Treatment*** | **Benefits**** |
| Hospital Admission | *Mental health:* Covered at 90% after deductible<br><br>*Substance abuse (detoxification):* Covered at 90% after deductible<br><br>*Substance abuse (residential rehabilitation):* Covered at 90% after deductible<br><br>**Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| Outpatient Care | *Mental health:* Covered at 90% after deductible for individual or group sessions<br><br>*Substance abuse:* Covered at 90% after deductible for individual or group sessions |
| **Prescription Drugs*** | **Benefits**** |
| Retail*** | *At a Kaiser Permanente pharmacy (the deductible doesn't apply):*<br>*Generic:* $7 copayment for up to 30-day supply<br>*Brand-name:* 20% for up to 30-day supply<br>*Specialty drugs:* 20% for up to 30-day supply<br>*Non-formulary brand:* Covered *only* if approved by a physician through the exception process. If approved, 20% for up to 30-day supply |
| Mail Order*** | *At a Kaiser Permanente pharmacy (the deductible doesn't apply):*<br>*Generic:* $14 copayment for up to 100-day supply<br>*Brand-name:* 20% for up to 100-day supply<br>*Specialty drugs:* 20% for up to 100-day supply<br>*Non-formulary brand:* Covered *only* if approved by a physician through the exception process. If approved, 20% for up to 100-day supply |

*For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

# Kaiser Permanente (Colorado)

Kaiser Permanente, a Colorado nonprofit corporation (Kaiser Foundation Health Plan, Inc.), offers an HSA Advantage plan and a Choice plan to Raytheon employees in Colorado. A description of each plan follows this section, which applies to both plans.

Kaiser Permanente provides services directly to members through an integrated medical care program. As a Kaiser Permanente member, you select this medical care program to provide your health care. That means Kaiser Permanente plan providers inside the Kaiser Permanente service area provide the care you need, including:

- Routine care with your own personal plan physician,

- Hospital care,

- Laboratory and pharmacy services,

- Urgent care and emergency services, and

- Other benefits as described in the *Evidence of Coverage* booklet.

It's important to remember that by selecting Kaiser Permanente to provide your health care, you must receive all covered care from Kaiser Permanente plan providers inside the Kaiser Permanente service area. As described in the *Evidence of Coverage* booklet, the only exceptions include the following: Authorized referrals, emergency ambulance services, emergency services, post-stabilization care and out-of-area urgent care .

Kaiser Permanente also offers a variety of health education programs that provide ways to protect and improve your health.

For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). Note that in the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Choosing a Primary Care Physician (PCP)

Whether you're new to Kaiser Permanente or a long-time member looking to make a change, it's easy to select a personal physician—called your primary care physician (PCP)—to coordinate your care. Remember that with the exception of certain services (authorized referrals, emergency ambulance services, emergency services, post-stabilization care and out-of-area urgent care), your PCP must provide or coordinate all your care.

To find Kaiser Permanente providers and locations:

- Visit www.kp.org/locations. Use the doctor and location search to learn about each practitioner's gender, certifications, specialties, languages, interests and more. If you don't choose a PCP, Kaiser Permanente can select one for you,

- Log on to *Desktop Benefits* at https://raytheon.benefitcenter.com and click on the *My Resources* tab and *Benefit Provider Contacts,* or

- If you are a member, call the toll-free Member Services number on your medical ID card.

Want to make a switch? You can change your PCP at any time and for any reason. If you make a change, your plan's Member Services representative will tell you when the change will become effective.

This section provides a brief summary of the Kaiser Permanente plans available in Colorado. For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Kaiser Permanente (Colorado)

**KAISER PERMANENTE: HEALTH FOR THE 21ST CENTURY**

*At Kaiser Permanente, we believe that good health care begins with selecting a personal physician, one you choose and can change at any time. Our proactive approach to health also includes:*

- *Coverage for a range of preventive services;*
- *Simple, no-paperwork referrals to Kaiser Permanente specialists;*
- *Facilities that offer primary care, laboratory, x-ray and pharmacy services all under one roof—integrating your care and saving multiple trips; and*
- *A secure, electronic medical record that goes wherever you go—giving Kaiser Permanente's doctors, nurses and other authorized health care staff important access to your medical history.*

*In addition, as a Kaiser Permanente member, you can visit http://my.kp.org/raytheon to access a variety of services, including emailing your doctor's office, requesting routine appointments, viewing certain lab results and ordering prescription refills. You can also access online resources like health and drug encyclopedias, or create a personalized action plan to help you lose weight, eat better or stop smoking. To learn more about available services, visit http://my.kp.org/raytheon or call the Member Services number on your medical ID card.*

**ABOUT THE *EVIDENCE OF COVERAGE* BOOKLET**

*This section of* Your Benefits Handbook *provides only a brief summary of the Kaiser Permanente plans available in Colorado. For additional information about the plans, including details about:*

- *Member services,*
- *Emergency services and urgent care,*
- *Maternity care,*
- *Post-stabilization care,*
- *Coordinated care delivery (including interactive video visits, second opinions and dispute resolution),*
- *Autism spectrum disorder coverage,*
- *Transplant services,*
- *Bariatric surgery,*
- *Limitations and exclusions, and*
- *Post-service claims and appeals,*

*refer to the appropriate* Evidence of Coverage *booklet or call the Member Services number on your medical ID card. To view the* Evidence of Coverage *booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the* Evidence of Coverage, *the* Evidence of Coverage *governs.*

**About Limitations, Exclusions and Post-Service Claims and Appeals**

Please note that this section does not include information about Kaiser Permanente's limitations, exclusions and post-service claims and appeals. Be sure to review the Kaiser Permanente *Evidence of Coverage* booklet for this information.

# Kaiser Permanente HSA Advantage Plan (Colorado)

Raytheon makes an HSA Advantage plan available in Colorado that is administered by Kaiser Permanente.

When you elect a Kaiser Permanente HSA Advantage plan, you are eligible for a health savings account (HSA). Raytheon makes an annual lump-sum contribution to your HSA in January. You also can make contributions. All contributions vary by coverage level, and are subject to annual federal limits.

You *always* own the money in your HSA. **Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules.** And if you leave Raytheon, the money in your HSA belongs to you. (For detailed information about HSAs, see the section *Health Savings Account (HSA).)*

Note that if you elect to participate in an HSA, federal regulations prohibit anyone who is making or receiving contributions to an HSA from having other health care coverage, including a health care flexible spending account (FSA), if applicable. However, because FSAs can be used to pay for eligible dental and vision expenses, HSA participants have the option of enrolling in a dental and vision FSA. For more information about FSAs, see the *Flexible Spending Accounts* section of this handbook, if applicable.

Note also that while this regulation applies to Medicare Part A, Part B and/or Part D, beginning in 2016, the HSA Advantage plans are no longer linked to an HSA. This means if you are enrolled in Medicare, you can elect an HSA Advantage plan *without electing an HSA.* In this case, you can use your HSA to pay for eligible expenses incurred by you and your dependents; your HSA is not considered other health care coverage.

Here is a brief overview of how the plan works. The pages that follow provide a *Summary of Benefits* chart for the plan.

- The federal government regulates the design of health plans with HSAs.

- Most covered expenses—including most prescription drugs—are subject to a calendar-year deductible, which resets each January 1. There are two exceptions:

  - ***Routine in-network preventive care,*** which is covered at 100% in-network with no deductible, which resets each January 1. In compliance with the *Affordable Care Act* (ACA), this coverage extends to include Women's Health Services (as defined by Kaiser Permanente); and

  - ***Certain preventive prescription drugs on the federal Treasury Guidance list***—including those used to treat high blood pressure, cardiovascular diseases, diabetes, osteoporosis and mental health disorders—are allowed to be covered either at 100% or *before* you meet the plan's deductible (coinsurance applies). (To review the Treasury Guidance list, contact Kaiser Permanente.)

- The deductible can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.**

- After you meet the deductible, the plan pays a percentage of eligible expenses. You pay the remainder of the charges until you reach the calendar-year out-of-pocket maximum (which includes the deductible and coinsurance for all eligible services and supplies). If you reach the out-of-pocket maximum, the plan covers eligible expenses at 100% for the remainder of the calendar year.

*(continued)*

As part of the *Medicare Prescription Drug, Improvement and Modernization Act,* which was enacted by Congress in 2003, HSAs are designed to help individuals save for qualified health care expenses on a tax-advantaged basis.

Both you and the company are allowed to make contributions to an account that you own, which you use to save for future or pay for current health care expenses. Any money you elect to contribute to your HSA is deducted from your paycheck before federal taxes, which lowers your annual taxable income and allows you to pay for out-of-pocket costs with pre-tax dollars. For information about Raytheon's HSAs, see the section *Health Savings Account (HSA).*

Note that if you elect medical coverage with an HSA Advantage plan and do not participate in an HSA (either because you elect not to or because your Medicare status makes you ineligible), you can elect a health care FSA, if applicable, and not be limited to only dental and vision expenses.

Will you soon be eligible for Medicare? See *Approaching Age 65? Be Sure to Understand Your Medical Coverage Options* in the *Medical* or *Health Savings Account (HSA)* section to learn why it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible.

## Kaiser Permanente HSA Advantage Plan (Colorado)

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage*, visit http://my.kp.org/raytheon (for a hard copy, simply return the postcard you will receive after you enroll or call the Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage*, the *Evidence of Coverage* governs.

If you need emergency or urgent medical care whether at home or while traveling anywhere in the world, follow the procedures on your identification card in order to receive maximum benefits from the plan.

### ABOUT THE COMPANY'S HSA CONTRIBUTION AND THE CALENDAR-YEAR DEDUCTIBLE

**For New Hires**

If, as a new hire, your Kaiser Permanente HSA Advantage plan coverage becomes effective after January 1, Raytheon's lump-sum contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan. For details, see the section *Health Savings Account (HSA).*

In terms of the plan's deductible, similar to other plans Raytheon offers, the entire calendar-year deductible applies regardless of when your coverage with a Kaiser Permanente HSA Advantage plan becomes effective; the deductible is not pro-rated.

**If You Have a Change in Status During the Year**

If, as the result of a qualified change in status that occurs after January 1 and before December 1, your coverage level *increases* (such as from employee only to employee plus family), the company contribution to your HSA is adjusted to match your new coverage level. For details, see the section *Health Savings Account (HSA).* In this case, any eligible expenses incurred to date by you and/or your covered dependents prior to your change in status continue to offset your new calendar-year deductible.

If your qualified change in status results in your coverage level *decreasing* (such as from employee plus family to employee only), any company HSA contributions you have received that are in excess of the company contribution amount for your new coverage level remain in your HSA. In this case, any expenses your previously covered dependent had incurred do *not* offset your new deductible amount.

For example, assume you start the year with family coverage and meet the in-network family deductible of $4,000 in June ($1,000 in expenses for you, $1,000 for your spouse and $2,100 for your child). On July 12, your child turns 26 and must be removed from your coverage. Since your child's expenses no longer apply toward your deductible, and your and your spouse's eligible expenses are $2,000, you will not have met your deductible.

If you have questions about how a change in status affects contributions to your HSA, contact Fidelity at 800-544-3716. If you have questions about how a change in status affects your deductible, contact Kaiser Permanente.

Kaiser Permanente HSA Advantage Plan (Colorado)

**Medical**

## Kaiser Permanente HSA Advantage Plan (Colorado) Summary of Benefits Chart

This chart provides only a summary of your benefits with the Kaiser Permanente HSA Advantage plan available in Colorado. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card).  In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente HSA Advantage (Colorado) | |
|---|---|
| **Plan Features** | **Benefits\*** |
| **Calendar-Year Deductible** | • Employee only: $2,000<br>• Employee and spouse $4,000<br>• Employee and child(ren): $4,000<br>• Employee and family: $4,000 |
| **Raytheon HSA Contribution for 2016**<br>(available to employees who are eligible to receive or make contributions to an HSA; see *Contributions to Your HSA* in the *Health Savings Account (HSA)* section for information regarding the annual maximum amount you can contribute) | • Employee only: $750<br>• Employee and spouse: $1,125<br>• Employee and child(ren): $1,125<br>• Employee and family: $1,500 |
| **Coinsurance** | 80% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $4,000<br>• Employee and spouse: $6,850<br>• Employee and child(ren): $6,850<br>• Employee and family: $6,850 |
| **Covered Services: Preventive Care\*\*** | **Benefits\*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

\*All care must be coordinated by your PCP, unless otherwise noted.

\*\*Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For detailed information about covered services, refer to the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente HSA Advantage Plan (Colorado)

**Medical**

| Kaiser Permanente HSA Advantage (Colorado) | |
|---|---|
| **Covered Services*** | **Benefits**** |
| **Inpatient Hospital Care**<br>Including Inpatient Surgery and Inpatient Physician Services | Covered at 80% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 80% after deductible |
| **Emergency Room**<br>For important information about emergency services, including prior authorization requirements, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 80% after deductible |
| **Ambulance Services** | Covered at 80% after deductible |
| **Physician's Office Services** | Covered at 80% after deductible |
| **Outpatient Diagnostic Services** | Covered at 80% after deductible |
| **Hearing Care** | *Exam:* Covered at 80% after deductible<br><br>*Hearing Aid:* Limited to $1,000 every 12 months per aid for adults (No limit for minors; cost for minors accrues to the plan's out-of-pocket maximum) |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 80% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 80% after deductible, limited to medically necessary therapy authorized by a plan physician, 90-visit limit for physical, occupational and speech therapy combined<br><br>*Note:* Benefits are provided based on the allowed charge for short-term rehabilitative therapy by a physical therapist, general, chronic disease or rehabilitation hospital or community health center or in a doctor's office. The claims administrator must determine that your condition can be reasonably expected to improve significantly within 60 days of the first therapy visit. Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 80% after deductible |
| **Chiropractor Services**** | Covered at 80% after deductible, limited to 20 visits per calendar year |
| **Podiatry** | Covered at 80% after deductible |
| **Family Planning**<br>(including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply)<br><br>Note: Prescription copayments and coinsurance apply |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 80% after deductible |
| **Oxygen and Durable Medical Equipment**<br>(rental or purchase with medical necessity review; must meet medical necessity criteria) | Covered at 80% after deductible when arranged by Kaiser Permanente. Must be in accordance with formulary guidelines for durable medical equipment |
| **Hospice Services, Including Bereavement Services** | Covered at 80% after deductible in a plan facility |
| **Transgender Services**<br>(includes sexual reassignment surgery, mastectomy/chest reconstruction, behavioral health care and hormone therapy) | Covered at 80% after deductible |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your copayment at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)*

## Kaiser Permanente HSA Advantage Plan (Colorado)

Medical

| Kaiser Permanente HSA Advantage (Colorado) | |
|---|---|
| **Nursing Services\*** | **Benefits\*\*** |
| **Skilled Nursing Facility** | Covered at 80% after deductible, limited to 120 days per benefit period |
| **Home Health Care** | Covered at 80% after the deductible when prescribed by a plan physician within the service area |
| **Mental Health and Substance Abuse Treatment\*** | **Benefits\*\*** |
| **Hospital Admission** | *Mental health:* Covered at 80% after deductible |
| | *Substance abuse (detoxification):* Covered at 80% after deductible |
| | *Substance abuse (residential rehabilitation):* Covered at 80% after deductible |
| | **Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| **Outpatient Care** | *Mental health:* Covered at 80% after deductible for individual or group sessions |
| | *Substance abuse:* Covered at 80% after deductible for individual or group sessions |
| **Prescription Drugs\*** | **Benefits\*\*** |
| **Retail\*\*\*** | *At a Kaiser Permanente pharmacy:* *Generic:* 20% after deductible for up to 30-day supply *Brand-name:* 20% after deductible for up to 30-day supply *Specialty drugs:* 20% after deductible for up to 30-day supply Affordable Care Act *(ACA)-mandated and other preventive drugs:* $0 |
| **Mail Order\*\*\*** | *At a Kaiser Permanente pharmacy:* *Generic:* 20% after deductible for up to 90-day supply *Brand-name:* 20% after deductible for up to 90-day supply *Specialty drugs:* 20% after deductible for up to 90-day supply Affordable Care Act *(ACA)-mandated and other preventive drugs:* $0 |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Coverage includes biopharmaceutical drugs approved for our commercial formulary or if a Kaiser Permanente physician writes an exception based on medical necessity.

# Kaiser Permanente Choice Plan (Colorado)

The Kaiser Permanente Choice plan is not HSA-eligible. For non-preventive care, you must satisfy a deductible before benefits are payable (there are no medical copayments). Note that with the exception of emergency care, the Choice plan offers only in-network coverage.

If you have specific questions about the plan, call the toll-free Member Services number listed on your medical ID card.

## How the Plan Works

- As with other Raytheon medical plans, the Kaiser Permanente Choice plan covers eligible preventive-care services at 100% with no deductible or coinsurance.

- All other medically necessary care is covered at 90% after you satisfy a deductible of $700 per individual ($1,400 per family). Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year. Note that the deductible resets each January 1.

- Your out-of-pocket expenses in any given calendar year are limited to an out-of-pocket maximum of $5,000 per individual ($10,000 per family). If you reach this limit, the plan pays 100% of eligible charges for the remainder of that calendar year.

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). *In the case of any discrepancy between this document and the* Evidence of Coverage, *the* **Evidence of Coverage** *governs.*

## Kaiser Permanente Choice Plan (Colorado)

<div style="text-align:right">

**Medical**

</div>

### Kaiser Permanente Choice Plan (Colorado) Summary of Benefits Chart

This chart provides only a summary of your benefits under the Kaiser Permanente Choice plan available in Colorado. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage,* visit http://my.kp.org/raytheon (for a hard copy, simply call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente Choice (Colorado) | |
|---|---|
| **Plan Features** | **Benefits*** |
| **Calendar-Year Deductible**** | • Employee only: $ 700<br>• Employee and spouse: $1,400<br>• Employee and child(ren): $1,400<br>• Employee and family: $1,400 |
| **Health Savings Account (HSA)** | N/A |
| **Coinsurance** | 90% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $5,000<br>• Employee and spouse: $10,000<br>• Employee and child(ren): $10,000<br>• Employee and family: $10,000 |
| **Covered Services: Preventive Care**** | **Benefits*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

  *All care must be coordinated by your PCP, unless otherwise noted.

  **Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year.

  ***In general, each preventive-care benefit is limited to 1 per person per calendar year, unless otherwise noted. Lab tests and screenings are covered as recommended by your physician or according to the plan's schedule of benefits (which may include age limits or cover tests every few years instead of once a year). Treatment of a medical condition or problem identified during the course of a preventive screening exam, such as the removal of a polyp during a sigmoidoscopy, will be covered the same as other non-preventive services. For more information, call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente Choice Plan (Colorado)

**Medical**

| Kaiser Permanente Choice (Colorado) | |
|---|---|
| **Covered Services*** | **Benefits**** |
| **Inpatient Hospital Care** <br> Including Inpatient Surgery and Inpatient Physician Services | Covered at 90% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 90% after deductible |
| **Emergency Room** <br> For important information about emergency services, including prior authorization requirements, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 90% after deductible |
| **Ambulance Services** | Covered at 90% after deductible |
| **Physician's Office Services** | Covered at 90% after deductible |
| **Outpatient Diagnostic Services** | Covered at 90% after deductible |
| **Hearing Care** | *Exam:* Covered at 100% (deductible does not apply) <br><br> *Hearing Aid:* Limited to $1,000 every 12 months per aid for adults (No limit for minors; cost for minors accrues to the plan's out-of-pocket maximum) |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 90% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 90% after deductible, limited to medically necessary therapy authorized by a plan physician, 90-visit limit for physical, occupational and speech therapy combined <br><br> *Note:* Benefits are provided based on the allowed charge for short-term rehabilitative therapy by a physical therapist, general, chronic disease or rehabilitation hospital or community health center or in a doctor's office. The claims administrator must determine that your condition can be reasonably expected to improve significantly within 60 days of the first therapy visit. Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 90% after deductible |
| **Chiropractor Services*** | Covered at 100% after $25 copayment, limited to 20 visits per calendar year |
| **Podiatry** | Covered at 90% after deductible |
| **Family Planning** <br> (including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply) <br><br> Note: Prescription copayments and coinsurance apply |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 90% after deductible |
| **Oxygen and Durable Medical Equipment** <br> (rental or purchase with medical necessity review; must meet medical necessity criteria) | Covered at 90% after deductible when arranged by Kaiser Permanente. Must be in accordance with formulary guidelines for durable medical equipment |
| **Hospice Services, Including Bereavement Services** | Covered at 90% after deductible in a plan facility |
| **Transgender Services** <br> (includes sexual reassignment surgery, mastectomy/chest reconstruction, behavioral health care and hormone therapy) | Covered at 90% after deductible |

*All care must be coordinated by your PCP, unless otherwise noted.

**For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

***Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your coinsurance at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)*

## Kaiser Permanente Choice Plan (Colorado)

<div style="text-align:right">**Medical**</div>

| Kaiser Permanente Choice (Colorado) | |
|---|---|
| **Nursing Services*** | **Benefits**** |
| **Skilled Nursing Facility** | Covered at 90% after deductible, unlimited |
| **Home Health Care** | Covered at 90% after deductible when prescribed by a plan physician within the service area |
| **Mental Health and Substance Abuse Treatment*** | **Benefits**** |
| **Hospital Admission** | *Mental health:* Covered at 90% after deductible<br><br>*Substance abuse (detoxification):* Covered at 90% after deductible<br><br>*Substance abuse (residential rehabilitation):* Covered at 90% after deductible<br><br>**Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| **Outpatient Care** | *Mental health:* Covered at 90% after deductible for individual or group sessions<br><br>*Substance abuse:* Covered at 90% after deductible for individual or group sessions |
| **Prescription Drugs*** | **Benefits**** |
| **Retail*** | *At a Kaiser Permanente pharmacy (the deductible doesn't apply):*<br>*Generic:* $7 copayment for up to 30-day supply<br>*Formulary brand-name:* 20% for up to 30-day supply<br>*Non-formulary brand-name:* 30% for up to 30-day supply<br>*Specialty drugs:* 20% for up to 30-day supply |
| **Mail Order*** | *At a Kaiser Permanente pharmacy (the deductible doesn't apply):*<br>*Generic:* $14 copayment for up to 90-day supply<br>*Brand-name* 20% for up to 90-day supply<br>*Non-formulary brand-name:* 30% for up to 90-day supply<br>*Specialty drugs:* 20% for up to 90-day supply |

*For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

# Kaiser Permanente (Mid-Atlantic States)

Kaiser Permanente, a nonprofit corporation (Kaiser Foundation Health Plan, Inc.), offers an HSA Advantage plan and a Choice plan to Raytheon employees in the mid-Atlantic states. A description of each plan follows this section, which applies to both plans.

Kaiser Permanente provides services directly to members through an integrated medical care program. As a Kaiser Permanente member, you select this medical care program to provide your health care. That means Kaiser Permanente plan providers inside the Kaiser Permanente service area provide the care you need, including:

- Routine care with your own personal plan physician,
- Hospital care,
- Laboratory and pharmacy services,
- Urgent care and emergency services, and
- Other benefits as described in the *Evidence of Coverage* booklet.

It's important to remember that by selecting Kaiser Permanente to provide your health care, you must receive all covered care from Kaiser Permanente plan providers inside the Kaiser Permanente service area. As described in the *Evidence of Coverage* booklet, the only exceptions include the following: Authorized referrals, emergency ambulance services, emergency services, post-stabilization care and out-of-area urgent care .

Kaiser Permanente also offers a variety of health education programs that provide ways to protect and improve your health.

For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). Note that in the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Choosing a Primary Care Physician (PCP)

Whether you're new to Kaiser Permanente or a long-time member looking to make a change, it's easy to select a personal physician—called your primary care physician (PCP)—to coordinate your care. Remember that with the exception of certain services (authorized referrals, emergency ambulance services, emergency services, post-stabilization care and out-of-area urgent care), your PCP must provide or coordinate all your care.

To find Kaiser Permanente providers and locations:

- Visit www.kp.org/locations. Use the doctor and location search to learn about each practitioner's gender, certifications, specialties, languages, interests and more. If you don't choose a PCP, Kaiser Permanente can select one for you,
- Log on to *Desktop Benefits* at https://raytheon.benefitcenter.com and click on the *My Resources* tab and *Benefit Provider Contacts,* or
- If you are a member, call the toll-free Member Services number on your medical ID card.

Want to make a switch? You can change your PCP at any time and for any reason. If you make a change, your plan's Member Services representative will tell you when the change will become effective.

This section provides a brief summary of the Kaiser Permanente plans available in the mid-Atlantic states. For detailed information about the plans, refer to the appropriate *Evidence of Coverage* booklet, which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

## Kaiser Permanente (Mid-Atlantic States)

**KAISER PERMANENTE: HEALTH FOR THE 21ST CENTURY**

*At Kaiser Permanente, we believe that good health care begins with selecting a personal physician, one you choose and can change at any time. Our proactive approach to health also includes:*

- *Coverage for a range of preventive services;*
- *Simple, no-paperwork referrals to Kaiser Permanente specialists;*
- *Facilities that offer primary care, laboratory, x-ray and pharmacy services all under one roof—integrating your care and saving multiple trips; and*
- *A secure, electronic medical record that goes wherever you go—giving Kaiser Permanente's doctors, nurses and other authorized health care staff important access to your medical history.*

*In addition, as a Kaiser Permanente member, you can visit http://my.kp.org/raytheon to access a variety of services, including emailing your doctor's office, requesting routine appointments, viewing certain lab results and ordering prescription refills. You can also access online resources like health and drug encyclopedias, or create a personalized action plan to help you lose weight, eat better or stop smoking. To learn more about available services, visit http://my.kp.org/raytheon or call the Member Services number on your medical ID card.*

**ABOUT THE *EVIDENCE OF COVERAGE* BOOKLET**

*This section of* Your Benefits Handbook *provides only a brief summary of the Kaiser Permanente plans available in the mid-Atlantic states. For additional information about the plans, including details about:*

- *Member services,*
- *Emergency services and urgent care,*
- *Maternity care,*
- *Post-stabilization care,*
- *Coordinated care delivery (including interactive video visits, second opinions and dispute resolution),*
- *Autism spectrum disorder coverage,*
- *Transplant services,*
- *Bariatric surgery,*
- *Limitations and exclusions, and*
- *Post-service claims and appeals,*

*refer to the appropriate* Evidence of Coverage *booklet or call the Member Services number on your medical ID card. To view the* Evidence of Coverage *booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the* Evidence of Coverage, *the* Evidence of Coverage *governs.*

**About Limitations, Exclusions and Post-Service Claims and Appeals**

Please note that this section does not include information about Kaiser Permanente's limitations, exclusions and post-service claims and appeals. Be sure to review the Kaiser Permanente *Evidence of Coverage* booklet for this information.

# Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States)

Raytheon makes an HSA Advantage plan available in the mid-Atlantic states that is administered by Kaiser Permanente.

When you elect a Kaiser Permanente HSA Advantage plan, you are eligible for a health savings account (HSA). Raytheon makes an annual lump-sum contribution to your HSA in January. You also can make contributions. All contributions vary by coverage level, and are subject to annual federal limits.

You *always* own the money in your HSA. **Any unused money carries over to the next year and may earn interest—there are no "use-it-or-lose-it" rules.** And if you leave Raytheon, the money in your HSA belongs to you. (For detailed information about HSAs, see the section *Health Savings Account (HSA).)*

Note that if you elect to participate in an HSA, federal regulations prohibit anyone who is making or receiving contributions to an HSA from having other health care coverage, including a health care flexible spending account (FSA), if applicable. However, because FSAs can be used to pay for eligible dental and vision expenses, HSA participants have the option of enrolling in a dental and vision FSA. For more information about FSAs, see the *Flexible Spending Accounts* section of this handbook, if applicable.

Note also that while this regulation applies to Medicare Part A, Part B and/or Part D, beginning in 2016, the HSA Advantage plans are no longer linked to an HSA. This means if you are enrolled in Medicare, you can elect an HSA Advantage plan *without electing an HSA*. In this case, you can use your HSA to pay for eligible expenses incurred by you and your dependents; your HSA is not considered other health care coverage.

Here is a brief overview of how the plan works. The pages that follow provide a *Summary of Benefits* chart for the plan.

- The federal government regulates the design of health plans with HSAs.

- Most covered expenses—including most prescription drugs—are subject to a calendar-year deductible, which resets each January 1. There are two exceptions:

  - ***Routine in-network preventive care,*** which is covered at 100% in-network with no deductible, which resets each January 1. In compliance with the *Affordable Care Act* (ACA), this coverage extends to include Women's Health Services (as defined by Kaiser Permanente); and

  - ***Certain preventive prescription drugs on the federal Treasury Guidance list***—including those used to treat high blood pressure, cardiovascular diseases, diabetes, osteoporosis and mental health disorders—are allowed to be covered either at 100% or *before* you meet the plan's deductible (coinsurance applies). (To review the Treasury Guidance list, contact Kaiser Permanente.)

- The deductible can be satisfied by one family member or a combination of family members. **If you have family coverage, you must satisfy the family deductible before benefits are payable.**

- After you meet the deductible, the plan pays a percentage of eligible expenses. You pay the remainder of the charges until you reach the calendar-year out-of-pocket maximum (which includes the deductible and coinsurance for all eligible services and supplies). If you reach the out-of-pocket maximum, the plan covers eligible expenses at 100% for the remainder of the calendar year.

*(continued)*

As part of the *Medicare Prescription Drug, Improvement and Modernization Act,* which was enacted by Congress in 2003, HSAs are designed to help individuals save for qualified health care expenses on a tax-advantaged basis.

Both you and the company are allowed to make contributions to an account that you own, which you use to save for future or pay for current health care expenses. Any money you elect to contribute to your HSA is deducted from your paycheck before federal taxes, which lowers your annual taxable income and allows you to pay for out-of-pocket costs with pre-tax dollars. For information about Raytheon's HSAs, see the section *Health Savings Account (HSA).*

Note that if you elect medical coverage with an HSA Advantage plan and do not participate in an HSA (either because you elect not to or because your Medicare status makes you ineligible), you can elect a health care FSA, if applicable, and not be limited to only dental and vision expenses.

Will you soon be eligible for Medicare? See *Approaching Age 65? Be Sure to Understand Your Medical Coverage Options* in the *Medical* or *Health Savings Account (HSA)* section to learn why it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible.

## Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States)

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage,* visit http://my.kp.org/raytheon (for a hard copy, simply return the postcard you will receive after you enroll or call the Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

If you need emergency or urgent medical care whether at home or while traveling anywhere in the world, follow the procedures on your identification card in order to receive maximum benefits from the plan.

### ABOUT THE COMPANY'S HSA CONTRIBUTION AND THE CALENDAR-YEAR DEDUCTIBLE

**For New Hires**

If, as a new hire, your Kaiser Permanente HSA Advantage plan coverage becomes effective after January 1, Raytheon's lump-sum contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan. For details, see the section *Health Savings Account (HSA).*

In terms of the plan's deductible, similar to other plans Raytheon offers, the entire calendar-year deductible applies regardless of when your coverage with a Kaiser Permanente HSA Advantage plan becomes effective; the deductible is not pro-rated.

**If You Have a Change in Status During the Year**

If, as the result of a qualified change in status that occurs after January 1 and before December 1, your coverage level *increases* (such as from employee only to employee plus family), the company contribution to your HSA is adjusted to match your new coverage level. For details, see the section *Health Savings Account (HSA).* In this case, any eligible expenses incurred to date by you and/or your covered dependents prior to your change in status continue to offset your new calendar-year deductible.

If your qualified change in status results in your coverage level *decreasing* (such as from employee plus family to employee only), any company HSA contributions you have received that are in excess of the company contribution amount for your new coverage level remain in your HSA. In this case, any expenses your previously covered dependent had incurred do *not* offset your new deductible amount.

For example, assume you start the year with family coverage and meet the in-network family deductible of $4,000 in June ($1,000 in expenses for you, $1,000 for your spouse and $2,100 for your child). On July 12, your child turns 26 and must be removed from your coverage. Since your child's expenses no longer apply toward your deductible, and your and your spouse's eligible expenses are $2,000, you will not have met your deductible.

If you have questions about how a change in status affects contributions to your HSA, contact Fidelity at 800-544-3716. If you have questions about how a change in status affects your deductible, contact Kaiser Permanente.

## Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States)

**Medical**

# Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States) Summary of Benefits Chart

This chart provides only a summary of your benefits with the Kaiser Permanente HSA Advantage plan available in the mid-Atlantic states. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente HSA Advantage plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card).  In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente HSA Advantage (Mid-Atlantic States) | |
|---|---|
| **Plan Features** | **Benefits*** |
| **Calendar-Year Deductible** | • Employee only: $2,000<br>• Employee and spouse: $4,000<br>• Employee and child(ren): $4,000<br>• Employee and family: $4,000 |
| **Raytheon HSA Contribution for 2016**<br>(available to employees who are eligible to receive or make contributions to an HSA; see *Contributions to Your HSA* in the *Health Savings Account (HSA)* section for information regarding the annual maximum amount you can contribute) | • Employee only: $750<br>• Employee and spouse: $1,125<br>• Employee and child(ren): $1,125<br>• Employee and family: $1,500 |
| **Coinsurance** | 80% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $4,000<br>• Employee and spouse: $6,850<br>• Employee and child(ren): $6,850<br>• Employee and family: $6,850 |
| **Covered Services: Preventive Care**** | **Benefits*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

*All care must be coordinated by your PCP, unless otherwise noted.

**Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. For detailed information about covered services, refer to the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States)

| Medical |

| Kaiser Permanente HSA Advantage (Mid-Atlantic States) | |
| --- | --- |
| **Covered Services*** | **Benefits**** |
| **Inpatient Hospital Care**<br>Including Inpatient Surgery and Inpatient Physician Services | Covered at 80% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 80% after deductible |
| **Emergency Room**<br>For important information about emergency services, including prior authorization requirements, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 80% after deductible |
| **Ambulance Services** | Covered at 80% after deductible |
| **Physician's Office Services** | Covered at 80% after deductible |
| **Outpatient Diagnostic Services** | Covered at 80% after deductible |
| **Hearing Care** | *Exam:* Covered at 80% after deductible<br><br>*Hearing Aid:* Limited to $1,000 per 24 months |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 80% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 80% after deductible, limited to medically necessary therapy authorized by a plan physician (90 consecutive day limit for each therapy per injury, incident or condition)<br><br>*Note:* Benefits are provided based on the allowed charge for short-term rehabilitative therapy by a physical therapist, general, chronic disease or rehabilitation hospital or community health center or in a doctor's office. The claims administrator must determine that your condition can be reasonably expected to improve significantly within 60 days of the first therapy visit. Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 80% after deductible |
| **Chiropractor Services***** | Covered at 80% after deductible, limited to 20 visits per calendar year |
| **Podiatry** | Covered at 80% after deductible |
| **Family Planning**<br>(including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply)<br><br>Note: Prescription copayments and coinsurance apply |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 80% after deductible |
| **Oxygen and Durable Medical Equipment**<br>(rental or purchase with medical necessity review; must meet medical necessity criteria) | Covered at 80% after deductible when arranged by Kaiser Permanente. Must be in accordance with formulary guidelines for durable medical equipment |
| **Hospice Services**<br>(includes respite care up to 5 days in the home or a nursing home, and other covered services and supplies, when billed by an approved hospice provider) | Covered at 80% after deductible |
| **Bereavement Services**<br>(includes services provided to the family or primary care person following the death of the hospice patient and other covered services and supplies, when billed by an approved hospice provider) | Covered at 80% after deductible |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your copayment at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)* 106

## Kaiser Permanente HSA Advantage Plan (Mid-Atlantic States)

| Medical |

| Kaiser Permanente HSA Advantage (Mid-Atlantic States) | |
|---|---|
| **Nursing Services*** | **Benefits**** |
| **Skilled Nursing Facility** | Covered at 80% after deductible, limited to 120 days per benefit period |
| **Home Health Care** | Covered at 80% after the deductible when prescribed by a plan physician within the service area |
| **Mental Health and Substance Abuse Treatment*** | **Benefits**** |
| **Hospital Admission** | *Mental health:* Covered at 80% after deductible<br><br>*Substance abuse (detoxification):* Covered at 80% after deductible<br><br>*Substance abuse (residential rehabilitation):* Covered at 80% after deductible<br><br>**Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| **Outpatient Care** | *Mental health:* Covered at 80% after deductible for individual or group sessions<br><br>*Substance abuse:* Covered at 80% after deductible for individual or group sessions |
| **Prescription Drugs*** | **Benefits**** |
| **Retail**** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* 20% after deductible for up to 30-day supply<br>*Formulary brand-name:* 20% after deductible for up to 30-day supply<br>*Non-formulary brand-name:* 20% after deductible for up to 30-day supply<br>*Specialty drugs:* 20% after deductible for up to 30-day supply Affordable Care Act (ACA)-mandated preventive drugs: $0<br>*Other preventive drugs:* 20% for up to 30-day supply (not subject to deductible)<br><br>*At a non-Kaiser Permanente-participating pharmacy:*<br>*Generic:* 35% after deductible for 30-day supply<br>*Formulary brand-name:* 35% after deductible for 30-day supply<br>*Non-formulary brand-name:* 35% after deductible for 30-day supply<br>*Infertility prescriptions:* 50% after deductible |
| **Mail Order**** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* 20% after deductible for 90-day supply of maintenance medications<br>*Formulary brand-name:* 20% after deductible for 90-day supply of maintenance medications<br>*Non-formulary brand-name:* 20% after deductible for 90-day supply of maintenance medications<br>*Specialty drugs:* 20% after deductible for up to 90-day supply of maintenance medications<br>*ACA-mandated preventive drugs:* $0<br>*Other preventive drugs:* 20% for up to 90-day supply (not subject to deductible)<br>*Infertility prescriptions:* 50% after deductible |

*For more information about covered services, refer to the *Evidence of Coverage* booklet or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

***Coverage includes biopharmaceutical drugs approved for our commercial formulary or if a Kaiser Permanente physician writes an exception based on medical necessity.

# Kaiser Permanente Choice Plan (Mid-Atlantic States)

The Kaiser Permanente Choice plan is not HSA-eligible. For non-preventive care, you must satisfy a deductible before benefits are payable (there are no medical copayments). Note that with the exception of emergency care, the Choice plan offers only in-network coverage.

If you have specific questions about the plan, call the toll-free Member Services number listed on your medical ID card.

## How the Plan Works

- As with other Raytheon medical plans, the Kaiser Permanente Choice plan covers eligible preventive-care services at 100% with no deductible or coinsurance.

- All other medically necessary care is covered at 90% after you satisfy a deductible of $700 per individual ($1,400 per family). Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year. Note that the deductible resets each January 1.

- Your out-of-pocket expenses in any given calendar year are limited to an out-of-pocket maximum of $5,000 per individual ($10,000 per family). If you reach this limit, the plan pays 100% of eligible charges for the remainder of that calendar year.

- Again, care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. In certain unusual circumstances, your PCP may refer you to an out-of-network specialist. Unless your PCP receives authorization from the plan, any care you receive outside the network will not be covered.

- Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage* booklet, visit http://my.kp.org/raytheon (for a hard copy, call the toll-free Member Services number on your medical ID card). *In the case of any discrepancy between this document and the* Evidence of Coverage, *the* Evidence of Coverage *governs.*

## Kaiser Permanente Choice Plan (Mid-Atlantic States)

# Kaiser Permanente Choice Plan (Mid-Atlantic States) Summary of Benefits Chart

This chart provides only a summary of your benefits under the Kaiser Permanente Choice plan available in the mid-Atlantic states. Note that to be covered at 100%, routine preventive care (exams and associated lab tests) cannot be related to the diagnosis or treatment of an illness or injury and must comply with age and gender recommendations of the U.S. Preventive Services Task Force and/or the guidelines supported by the Health Resources and Services Administration. Care obtained outside the Kaiser Permanente network is generally covered only in emergencies, as defined by the plan. Kaiser Permanente provides prescription drug coverage for this plan. The *CVS/caremark Prescription Drug Program* section does not apply to the Kaiser Permanente Choice plan.

For detailed information about the plan, refer to the *Evidence of Coverage* booklet—which describes covered services, any limitations and special programs that may be offered—or call the Member Services number on your medical ID card. To view the *Evidence of Coverage,* visit http://my.kp.org/raytheon (for a hard copy, simply call the toll-free Member Services number on your medical ID card). In the case of any discrepancy between this document and the *Evidence of Coverage,* the *Evidence of Coverage* governs.

| Kaiser Permanente Choice (Mid-Atlantic States) | |
|---|---|
| **Plan Features** | **Benefits*** |
| **Calendar-Year Deductible**** | • Employee only: $ 700<br>• Employee and spouse: $1,400<br>• Employee and child(ren): $1,400<br>• Employee and family: $1,400 |
| **Health Savings Account (HSA)** | N/A |
| **Coinsurance** | 90% |
| **Calendar-Year Out-of-Pocket Maximum** | • Employee only: $5,000<br>• Employee and spouse: $10,000<br>• Employee and child(ren): $10,000<br>• Employee and family: $10,000 |
| **Covered Services: Preventive Care**** | **Benefits*** |
| **Preventive Care Services**<br>Covered services include:<br><br>• Routine physical maintenance exams, including well-woman exams<br>• Scheduled routine prenatal exams<br>• Well-child exams for children 0-23 months<br>• Health education counseling programs<br>• Immunizations<br>• Routine preventive imaging and laboratory services<br>• Blood pressure screening for all adults<br>• Cholesterol screening<br>• Colorectal cancer screening for adults over 50<br>• Type 2 diabetes screening for adults with high blood pressure<br>• Mammograms every one to two years for women over 40<br>• Cervical cancer screening for sexually active women<br>• Osteoporosis screening for women over 60, depending on risk factors<br>• Immunizations for children from birth to 18 years<br>• Obesity screening and counseling for children<br><br>Note: If you receive any other covered services during a visit that includes preventive care services on the list, you will pay the applicable cost share for those other services. Note that this list is subject to change at any time; visit www.kp.org/prevention for a complete list | Covered at 100% (the deductible does not apply) |

*All care must be coordinated by your PCP, unless otherwise noted.

**Once more than two family members pay eligible expenses toward the deductible that equal a family deductible, no more deductibles are required for any family member's claim during the rest of that calendar year.

***In general, each preventive-care benefit is limited to 1 per person per calendar year, unless otherwise noted. Lab tests and screenings are covered as recommended by your physician or according to the plan's schedule of benefits (which may include age limits or cover tests every few years instead of once a year). Treatment of a medical condition or problem identified during the course of a preventive screening exam, such as the removal of a polyp during a sigmoidoscopy, will be covered the same as other non-preventive services. For more information, call the Member Services number on your medical ID card.

*(continued)*

## Kaiser Permanente Choice Plan (Mid-Atlantic States)

**Medical**

| Kaiser Permanente Choice (Mid-Atlantic States) | |
|---|---|
| **Covered Services\*\*\*** | **Benefits\*\*** |
| **Inpatient Hospital Care**<br>Including Inpatient Surgery and Inpatient Physician Services | Covered at 90% after deductible |
| **Outpatient Surgery and Anesthesia** | Covered at 90% after deductible |
| **Emergency Room**<br>For important information about emergency services, including prior authorization requirements, see the *Evidence of Coverage* booklet or call the Member Services number on your medical ID card | Covered at 90% after deductible |
| **Ambulance Services** | Covered at 90% after deductible |
| **Physician's Office Services** | Covered at 90% after deductible |
| **Outpatient Diagnostic Services** | Covered at 90% after deductible |
| **Hearing Care** | *Exam:* Covered at 100% (deductible does not apply)<br><br>*Hearing Aid:* Limited to $1,000 per 24 months |
| **Hemodialysis, Chemotherapy, Radiation Therapy** | Covered at 90% after deductible |
| **Short-Term Rehabilitative Therapy** | Covered at 90% after deductible, limited to medically necessary therapy authorized by a plan physician (90 consecutive day limit for each therapy per injury, incident or condition)<br><br>*Note:* Benefits are provided based on the allowed charge for short-term rehabilitative therapy by a physical therapist, general, chronic disease or rehabilitation hospital or community health center or in a doctor's office. The claims administrator must determine that your condition can be reasonably expected to improve significantly within 60 days of the first therapy visit. Benefits include physical therapy, speech/language therapy (restorative only), occupational therapy or an organized program of these combined services |
| **Nutritional Counseling with a Registered Dietician** | *Individual or group session:* Covered at 100% after $25 copayment |
| **Chiropractor Services\*\*\*** | Covered at 90%, limited to 20 visits per calendar year |
| **Podiatry** | Covered at 90% after deductible |
| **Family Planning**<br>(including Depo-Provera injections, diaphragms and IUDs when supplied by physician) | *Family planning visits:* Covered at 100% (the deductible doesn't apply)<br><br>Note: Prescription copayments and coinsurance apply |
| **Emergency or Urgent Care in a Physician's Office** | Covered at 90% after deductible |
| **Oxygen and Durable Medical Equipment**<br>(rental or purchase with medical necessity review; must meet medical necessity criteria) | Covered at 90% after deductible when arranged by Kaiser Permanente. Must be in accordance with formulary guidelines for durable medical equipment |
| **Hospice Services**<br>(includes respite care up to 5 days in the home or a nursing home, and other covered services and supplies, when billed by an approved hospice provider) | Covered at 90% after deductible for any one inpatient stay, up to 4 times per contract year |
| **Bereavement Services**<br>(includes services provided to the family or primary care person following the death of the hospice patient and other covered services and supplies, when billed by an approved hospice provider) | Covered at 90% after deductible |

\*All care must be coordinated by your PCP, unless otherwise noted.

\*\*For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

\*\*\*Kaiser Permanente contracts with American Specialty Health (ASH) for chiropractic services. You can obtain services from any participating ASH plan chiropractor without a referral from your Kaiser Permanente plan physician. Your ASH chiropractor coordinates authorization of all services and claims with ASH directly; you simply pay your coinsurance at each visit. You can obtain a listing of participating chiropractors by calling the ASH Member Services Department at 800-972-4226 or logging on to www.ashcompanies.com.

*(continued)* 110

## Kaiser Permanente Choice Plan (Mid-Atlantic States)

| Kaiser Permanente Choice (Mid-Atlantic States) | |
|---|---|
| **Nursing Services*** | **Benefits**** |
| **Skilled Nursing Facility** | Covered at 90% after deductible (100-day limit) |
| **Home Health Care** | Covered at 90% after deductible when prescribed by a plan physician within the service area |
| **Mental Health and Substance Abuse Treatment*** | **Benefits**** |
| **Hospital Admission** | *Mental health:* Covered at 90% after deductible |
| | *Substance abuse (detoxification):* Covered at 90% after deductible |
| | *Substance abuse (residential rehabilitation):* Covered at 90% after deductible |
| | **Note:** Inpatient care must be authorized in advance; contact your plan's Member Services number to find out how to obtain services |
| **Outpatient Care** | *Mental health:* Covered at 90% after deductible for individual or group sessions |
| | *Substance abuse:* Covered at 90% after deductible for individual or group sessions |
| **Prescription Drugs*** | **Benefits**** |
| **Retail**** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* $7 copayment for up to 30-day supply<br>*Formulary brand-name:* 20% for up to 30-day supply<br>*Non-formulary brand-name:* 30% for up to 30-day supply<br>*Specialty drugs:* 20% ($150 maximum per script) for up to 30-day supply<br><br>*At a non-Kaiser Permanente-participating pharmacy:*<br>*Generic:* $20 copayment for a 30-day supply<br>*Formulary brand-name:* 25% ($150  maximum) for up to 30-day supply<br>*Non-formulary brand-name:* 35% ($250 maximum) for up to 30-day supply |
| **Mail Order**** | *At a Kaiser Permanente pharmacy:*<br>*Generic:* $14 copayment for 90-day supply of maintenance medications<br>*Formulary brand-name:* 20% for 90-day supply of maintenance medications<br>*Non-formulary brand-name:* 30% for 90-day supply of maintenance medications<br>*Specialty drugs:* 20% ($300 maximum) for 90-day supply of maintenance medications |

*For more information about covered services, refer to the *Evidence of Coverage* or call the toll-free Member Services number listed on your medical ID card.

**All care must be coordinated by your PCP, unless otherwise noted.

# Global Choice

All eligible expatriate employees on international assignments and their eligible dependents have access to Global Choice, which provides medical and dental coverage. *(Note that your medical and dental coverage are bundled into one plan; you cannot elect only medical or dental coverage without the other.)* Administered by Cigna Global Health Benefits, Global Choice offers comprehensive worldwide coverage.

## Global Choice–Medical

With Global Choice, you and your eligible dependents have access to a wide variety of health care professionals. How you access care depends on where you and your family members are when seeking care:

- *Outside the United States:* Routine care and doctor visits are always covered. Although there isn't a network of physicians, direct payment is available with more than 160,000 Cigna Global Health Benefits preferred providers worldwide.

- *Inside the United States:* You and your eligible dependents have access to a network of physicians and hospitals through the CIGNA HealthCare (CHC) Open Access Plus (OAP) provider network. You are covered whether you visit an in-network or an out-of-network provider. To receive the highest level of benefits, ***it is your responsibility to confirm that a U.S. provider is a member of the CHC OAP network.***

No matter where you seek care, Global Choice does not require you to visit a primary care physician (PCP) first or get a PCP referral to visit a specialist. However, having a PCP to coordinate and manage your care is always recommended.

    If you have questions or need help locating a provider, contact the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100. When calling from outside the United States, collect calls are accepted. Representatives are available 24 hours a day, seven days a week, year-round. You can also visit www.cignaenvoy.com for plan and provider information.

### Global Choice Coverage Outside the United States

When you or your family is outside the United States, you can see any physician you choose. However, Cigna Global Health Benefits can provide you with a listing of recommended providers and facilities where the quality of care has been reviewed. (You can find hospitals online by visiting www.cignaenvoy.com or by calling 800-441-2668 or 302-797-3100.) Since Cigna Global Health Benefits has established direct payment with these facilities, coordinating payment is easier when you use a recommended provider or facility.

    Global Choice covers wellness and preventive care (see *Wellness and Preventive-Care Benefits* later in this section) at 100%—with no coinsurance. For other medical services—including office visits as well as inpatient and outpatient hospital care—the plan pays 90% of covered charges and you pay the balance, up to a calendar-year out-of-pocket maximum of $1,500 per individual ($3,000 per family). There is no deductible. Once you reach the calendar-year out-of-pocket maximum, the plan pays 100%, up to reasonable and customary amounts, of the rest of your covered charges for care received outside the United States for the remainder of that calendar year.

    Please note that the following do not count toward the out-of-pocket maximum:

- Charges related to the purchase of prescription drugs;

- Charges for services that are not covered by the plan or exceed plan limitations;

- Charges in excess of the reasonable and customary amount; and

- Penalties.

When you enroll, you will receive a *Certificate of Coverage* booklet, which describes the services that are covered, plan limitations and any special programs that may be offered. For detailed information about the plan, refer to the *Certificate of Coverage* or call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100. In the case of any discrepancy between this document and the *Certificate of Coverage,* the *Certificate of Coverage* governs.

As a participant in Global Choice, you will receive an ID card. Your ID card lists the information your health care provider will need when you receive care, as well as the numbers you can call when you have questions about the plan (collect calls are accepted). You should carry this card with you at all times and refer to it whenever you need medical and/or dental care.

As outlined in the *Global Choice Summary of Benefits Chart,* the amount you and the plan pays varies, based on the service.

Global Choice–Medical

**Medical**

### Prior Authorization

With Global Choice, prior authorization is not required for care received outside the United States. However, contacting Cigna Global Health Benefits in advance is strongly recommended for assistance with coordinating care related to:

- *Breast reduction surgery;*
- *Cochlear implants;*
- Accident-related *dental services;*
- *Durable medical equipment* over $1,000 in value;
- *Home health care services;*
- *Hospice care;*
- Any *inpatient hospitalization.* (Inpatient admissions for maternity services related to delivery do not require prior authorization when the mother's and newborn's confinement is limited to 48 hours for any delivery other than a Cesarean section or 96 hours for Cesarean section);
- *Inpatient mental health and/or substance abuse treatment services;*
- Any *inpatient treatment.* Notification should be provided before receiving inpatient treatment, unless this is not reasonably practical. In this case, you should notify Cigna Global Health Benefits as soon as you are able;
- *Morbid obesity surgery;*
- *Skilled nursing facility care;* or
- *Transplant services.*

To receive care coordination assistance, contact the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

### Prescription Drug Coverage

When you need to fill a prescription outside of the United States, Global Choice reimburses the cost for eligible prescription drugs at 90%. Generic and brand-name medicines are reimbursed at the same level—prescriptions filled outside the United States are not subject to a formulary.

Note that there isn't a mail-order service for prescriptions filled outside the United States—you must use a local pharmacy.

You must pay for your prescriptions out-of-pocket and submit a claim form for reimbursement (see *Claims Procedure* later in this section for more information).

---

**UPON YOUR RETURN TO THE UNITED STATES**
*When your expatriate assignment ends and you return to work in the United States, your and your family's Global Choice coverage ends and you will be able to choose a new medical plan offered by Raytheon in the state where you live.*

---

Global Choice–Medical

## Global Choice Coverage Inside the United States

This section describes how Global Choice provides coverage for care received inside the United States. This applies to you when on home leave or a business trip to the United States as well as to dependents who remain at home in the United States.

**In-Network Care**

Inside the United States, you receive the highest level of benefits when you use the nationwide CHC OAP network. Participating providers and hospitals have contracted with CIGNA to provide quality medical services at predetermined rates.

With Global Choice, it is recommended, although not required, that you choose a PCP to coordinate your care received inside the United States. Whenever you use a provider who participates in the CHC OAP network, benefits for eligible services are paid at a higher level. Plus, you are not required to file any claim forms for in-network services.

Global Choice provides 100% in-network coverage for wellness and preventive care—with no copayment or deductible (see *Wellness and Preventive-Care Benefits* later in this section)—and office visits are covered at 100% after a $25 copayment.

When you visit a CHC OAP provider, most other in-network care is covered either at 100% after the applicable copayment or at 90% after the calendar-year in-network deductible ($200 per individual, $400 per family).

Once more than two family members have paid eligible deductible expenses totaling $400 of eligible charges in a calendar year, any additional in-network care for any covered family member will not be subject to any further deductibles. In this case, you pay the other 10%, known as your coinsurance, up to the calendar-year in-network out-of-pocket maximum of $1,500 per individual ($3,000 per family); note that this does not include prescription drug charges but does include any copayments over $100 (such as for emergency care). Once you reach the out-of-pocket maximum, the plan pays 100% of the rest of your covered in-network charges for care received in the United States for the remainder of that calendar year.

When you receive in-network care, your provider is responsible for ensuring that any required notification (see *Prior Authorization Requirements)* is provided to the Cigna Global Health Benefits Service Center.

***Finding In-Network Health Care Providers.*** Using CHC OAP network providers can help you save money on your health care expenses. To find providers in your area who participate in the network, visit www.cignaenvoy.com, click on *Physician Directory* and search for a provider within the United States. Once you have located a provider, you can learn his/her:

• Area(s) of specialty;

• Address, including directions to the office;

• Hospital affiliation(s);

• Board certification(s); and

• Language abilities.

If you don't have access to a computer, call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

**Out-of-Network Care**

With Global Choice, you always have the option of seeing a provider or specialist who does not participate in the network. This is called *out-of-network care.*

When you seek care inside the United States with a provider that does not participate in the CHC OAP network, you pay a larger share of the costs. Before the plan pays any out-of-network benefits, you must first incur enough eligible expenses to satisfy an out-of-network deductible ($600 per individual, $1,200 per family). Once more than two family members have paid eligible deductible expenses totaling $1,200 of eligible charges in a calendar year, any additional out-of-network care for any covered family member will not be subject to any further deductibles.

**Finding CHC OAP Network Participating Providers**
You can find CHC OAP participating providers online by visiting www.cignaenvoy.com, clicking on *Physician Directory,* and searching within the United States.

Since providers may join or leave the network at any time, you should call the Cigna Global Health Benefits Service Center to check that a certain provider is still participating in the CHC OAP network.

**Applying Eligible Expenses Toward Your Deductible and Out-of-Pocket Maximum**
For care received inside the United States with Global Choice, the in- and out-of-network deductibles and out-of-pocket maximums are combined. This means eligible expenses you incur in-network apply to the out-of-network deductible and out-of-pocket maximum, and vice versa. In addition, any copayments over $100 (such as for emergency care) apply to both the in-network deductible and the in-network out-of-pocket maximum.

## Global Choice–Medical

<div align="right"><strong>Medical</strong></div>

Thereafter, the plan generally pays 70% of the *reasonable and customary amount* for all covered charges, including preventive care and hospitalization. You pay the other 30%, up to the calendar-year out-of-network out-of-pocket maximum of $6,000 per individual ($12,000 per family).

With out-of-network care, the plan pays benefits for covered health services based on the reasonable and customary amount—an amount set by the health plan by comparing the actual charge for the service or supply with the prevailing charges for that service or supply. The health plan determines the prevailing charge and takes into account all pertinent factors, including:

- The complexity of the service;

- The range of services provided; and

- The prevailing charge level in the geographic area where the provider is located and other geographic areas that have similar medical cost experiences.

It's important to note that you will have to pay any cost greater than the reasonable and customary amount. In addition, these amounts as well as the following do not count toward the deductible or out-of-pocket maximum:

- Charges for services that are not covered by the plan or exceed plan limitations;

- Charges for services for which you paid a copayment;

- Prescription drug charges; and

- Penalties.

Once you reach the out-of-pocket maximum, the plan pays 100% of the rest of your covered out-of-network charges, up to reasonable and customary charges, for care received in the United States for the remainder of that calendar year.

Note that this is how the majority of out-of-network services—including wellness and preventive care, office visits, inpatient hospitalizations—are covered. An exception is emergency care, which may be covered at the in-network level if emergency procedures are followed; see the *Emergency Care* section for more information.

When you receive out-of-network care, you are responsible for initiating any prior authorization requirements by contacting the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

### Prior Authorization Requirements

If you receive care from a network provider, *your provider* is responsible for notifying the Cigna Global Health Benefits Service Center. If you receive care from an out-of-network provider, *you* are responsible for notifying the Cigna Global Health Benefits Service Center by calling 800-441-2668 or 302-797-3100. It's recommended to have your ID card or ID number available when you call.

In either case, prior authorization is required for any of the following services:

- **All inpatient admissions,** including acute hospitalizations as well as admissions to mental health and substance abuse rehabilitation facilities or skilled nursing facilities. (Inpatient admissions for maternity services related to delivery do not require prior authorization when the mother's and newborn's confinement is limited to 48 hours for any delivery other than a Cesarean section or 96 hours for Cesarean section);

- **Breast reduction surgery;**

- **Cochlear implants;**

- **Dental services** that are required as the result of an accident;

- **Durable medical equipment** over $1,000 in value;

- **Emergency health services** that result in an inpatient stay (within 48 hours of admission);

- **Home health care;**

- **Hospice care;**

> Whenever you receive care at the out-of-network level, your coverage is at the lower level—even if a network provider refers you to a non-network provider. **In addition, if you seek out-of-network care for any of the services listed in the section *Prior Authorization Requirements* without calling for prior authorization, *no benefits will be payable.*** To receive prior authorization, call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

Global Choice–Medical

- *Inpatient mental health and/or substance abuse services;*
- *Maternity inpatient stays* exceeding 48 hours for a vaginal delivery or 96 hours for a Cesarean section;
- *Morbid obesity surgery;*
- *Reconstructive procedures;* and
- *Transplant services.*

*If you seek care from an out-of-network provider within the United States for any of the above, and you do not notify the Cigna Global Health Benefits Service Center, no benefits will be payable.* Note that any penalties you pay do not apply to the calendar-year deductible or out-of-pocket maximum.

**Prescription Drug Coverage**

Prescription drug coverage for Global Choice–enrolled dependents or expatriate employees filling a prescription in the United States is administered as a separate program by CVS/caremark. You will receive a CVS/caremark prescription drug card(s). Please see the *CVS/caremark Prescription Drug Program* section for details.

## Other Global Choice Medical Plan Benefits

This section highlights benefits that are available to expatriate employees on international assignment and their covered dependents through the Global Choice plan. For more information about how Global Choice covers particular benefits outside or inside the United States, refer to the *Global Choice Summary of Benefits Chart.*

**Primary Care**

Although Global Choice does not require you to choose a PCP or obtain a PCP referral to see a specialist, it is always recommended that you choose a primary care doctor to coordinate your care. You and your PCP work as a team. Your PCP:

- Knows you and sees you for regular checkups when you're healthy;
- Works with you when you're sick; and
- Is your partner in the health care system, referring you to specialists and arranging for hospitalization, when needed.

If you are establishing yourself as a new patient with a PCP, it is a good idea to schedule an appointment for a new patient exam. This will help your provider get to know you when you are in good health and establish a baseline for treating you in the future.

**Wellness and Preventive-Care Benefits**

Routine physical exams are covered at 100% with no copayment when performed outside the United States or by a CHC OAP network physician inside the United States. If you or your covered dependent receives care inside the United States and chooses to receive a routine physical exam out-of-network, it is covered at the out-of-network level (70% after deductible). Physical exams required by a third party—such as a school, employer or camp—are not covered.

An exam is considered routine if you are presenting no unusual complaints to your physician. While annual routine physical exams are generally recommended, your physician will determine the frequency that is right for you based on your age, gender and medical history.

In addition, the plan covers related preventive-care services at 100% with no deductible, coinsurance or copayment when received outside the United States or through a CHC OAP network provider. (The CHC OAP covers out-of-network preventive care, generally at 70% after deductible.) Examples of services include:

- Related laboratory tests, chest x-rays and EKGs;
- Annual screenings for diabetes, cholesterol, blood pressure and body mass index (BMI);
- Colorectal cancer screening;
- Visual skin check;

**Choosing Your PCP**

When you have a health care need, your PCP is generally the first person you'll call. Even though you're not required to choose a PCP to coordinate your care, it's always recommended. Your PCP is a critical member of your health care team. Seeing your PCP first helps you build a stronger relationship with your doctor and ensures you get the most effective and efficient care possible. With a PCP, you can discuss your health in a direct way and ask questions.

You have the flexibility to choose a different PCP for each member of your family. For example, you may want to choose a pediatrician for your child and an internist for yourself. This way, all family members have access to a PCP who can best serve their health care needs.

## Global Choice–Medical

<div style="text-align:right">Medical</div>

- *For men:* testicular exam and prostate exam;
- *For women:* breast exam, mammogram, pap smear, family planning services and bone mass density exam (PCP referral not required to see a network OB/GYN for these services). In addition, to comply with the *Affordable Care Act* (ACA), Global Choice covers additional Women's Health Services as preventive care. For more information, see the *Global Choice Summary of Benefits Chart* later in this section; and
- Well-baby and well-child visits, including age-appropriate immunizations.

For more information about covered preventive-care services, refer to the *Global Choice Summary of Benefits Chart*.

### Specialty Care

With Global Choice, you always have direct access to specialty care. Specialists include:

- Cardiologists;
- Chiropractors;
- Dermatologists;
- Ear/nose/throat doctors;
- OB/GYNs;
- Physical, speech, occupational, cardiac rehabilitation and pulmonary therapists; and
- Podiatrists.

Specialist care is covered at 90% when received outside the United States and at 100% after a $25 copayment when received inside the United States from a CHC OAP network specialist.

In addition, you are always free to visit a specialist in the United States who does not participate in the CHC OAP network. In this case, you will receive benefits at the out-of-network level of coverage.

### Emergency Care

You are always covered for emergency care, no matter where you are when you need care. For purposes of the plan, an *emergency* is defined as a serious medical condition or symptom resulting from injury or sickness that arises suddenly and, in the judgment of a reasonable person, requires immediate care and treatment, generally within 24 hours of onset, to avoid jeopardy to the life or health of a covered person.

If you need emergency care, you should go immediately to the nearest emergency room or international hospital. When you arrive, simply show your Global Choice ID card to provide the facility with the contact details of the appropriate service center to be contacted.

If emergency procedures are followed, emergency room facility charges are covered at 90% if received outside the United States or at 100% after a $150 copayment if received inside the United States (copayment is waived if admitted).

### Ambulance Services

The plan covers ground ambulance transportation in emergency cases no matter where you are. In addition, the plan covers emergency air-ambulance service in the United States if ground transportation is impossible or would cause your life or health serious jeopardy.

### Family Planning Benefits

Family planning benefits (for example, Depo-Provera injections, diaphragms, IUDs as well as FDA-approved oral, injectable and emergency contraceptives) are covered at 100%. Note that in order to receive 100% coverage for any prescription that qualifies as preventive care, you must use a generic equivalent, if available.

If you fill your prescription outside the United States, you must use a retail pharmacy and file a claim for reimbursement. (There isn't an international mail-order service.)

If you fill your prescription in the United States, see the *CVS/caremark Prescription Drug Program* section for pharmacy information.

---

**Member Website for Cigna Global Health Benefits**

Once you have registered with www.cignaenvoy.com, you can:

- Identify, choose and locate providers and hospitals that are Cigna Global Health Benefits–recommended or in the CHC OAP network;
- Quickly and easily submit claims;
- Check the status of your claims;
- Download international explanations of benefits;
- Request, view and print ID cards;
- Review your benefits and verify eligible enrolled dependents; and
- Access a wide range of health care information.

You can also call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100 for assistance.

Global Choice–Medical

---

**COVERAGE FOR AUTISM SPECTRUM DISORDERS**

*Global Choice provides coverage for autism spectrum disorders, as mandated by the state of Delaware, where CIGNA Global Health Benefits is based.*

*Covered services include those for the treatment of autism spectrum disorder that is diagnosed by a physician for behavioral health treatment; pharmacy care; psychiatric care; psychological care; therapeutic care; items and equipment necessary to provide, receive or advance these services, including those necessary for applied behavioral analysis; and any care determined by the Secretary of the Department of Health and Social Services based upon that department's review of best practices and or evidence-based research to be medically necessary.*

*Services are covered the same as any other covered medical expense.*

## Maternity Care Benefits

Global Choice covers maternity care the same as any other covered medical expense.

## Short-Term Therapies

Benefits are provided based on the allowed charge for short-term rehabilitative therapy by a physical therapist; at a general, chronic disease or rehabilitative hospital or community health center; or in a doctor's office. Benefits include physical therapy, speech therapy (restorative only), occupational therapy, pulmonary therapy, cardiac rehabilitation or an organized program of these combined services.

## Mental Health Care

The plan provides benefits for medically necessary mental health and substance abuse treatment. Benefits are coordinated to provide confidential counseling and referral services for mental and nervous disorders as well as for substance abuse problems.

If you need mental health care outside the United States, you can receive care from any qualified mental health and substance abuse medical professional.

If you need care inside the United States, Global Choice offers a network of providers who specialize in the treatment of mental health and substance abuse problems. Every provider in the network has been carefully screened and selected for his or her experience and quality of care. By using network providers, you maximize the mental health and substance abuse benefits available through the plan. No matter where you seek care, remember that inpatient care must be authorized in advance or benefits may be reduced.

## LifeResources

In addition to managed mental health care through our medical plans, Raytheon offers LifeResources, an international employee assistance program (EAP) that can help with:

- Adjusting to relocation;
- Dealing with stress, anxiety or depression;
- Marital or relationship problems;
- Communicating effectively;
- Coping with grief or loss;
- Managing conflicts;
- Parenting concerns; and
- Alcohol or drug issues.

You may call LifeResources at any time, day or night, or you may request a personal online chat (which takes place on a secure website at a time you schedule with a counselor).

All calls and online chats are confidential and available to you and your family members.

To use LifeResources, simply:

- Call 0800-731-0934 if you are within the United Kingdom;
- Call +44-1865-397-221 if you are outside the United Kingdom; or

## Global Choice–Medical

<div style="text-align:right">**Medical**</div>

- Log on to www.liferesourcesray.com. (Note that resource and referral information applies inside the United States only.)

There's never any out-of-pocket cost for the services received from LifeResources, which can include up to eight counseling sessions (where available) per problem per calendar year.

*How LifeResources Integrates with Your Medical Coverage (Inside the United States* Only)

If you call LifeResources with a problem that needs to be treated as a mental health and/or substance abuse benefit under your medical plan (such as long-term counseling or inpatient care), LifeResources works to assist you. With your permission, the LifeResources specialist will contact a mental health care professional to develop an effective and appropriate treatment plan.

> Inside the United States, call LifeResources at 866-640-7008 or visit www.liferesourcesray.com 24 hours a day, seven days a week.

You may call the LifeResources number *before* receiving counseling or treatment services. If you need a referral to the mental health and/or substance abuse benefit under your medical plan, the LifeResources specialist works with you. It's important that you check your plan's precertification procedures before receiving care. Benefits provided for covered mental health and substance abuse services are listed in the *Global Choice Summary of Benefits Chart.*

### When You Are Away from Home or Residence

You are always covered while you are away from home or your expatriate residence. If you need medical care, simply call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100 for assistance.

If you are traveling and serious injury or illness occurs, you should seek treatment from the nearest hospital, emergency room or clinic. If emergency procedures are followed, emergency room facility charges are covered at 90% when received outside the United States or at 100% after a $150 copayment (waived if admitted) when received inside the United Sates. If emergency procedures are not followed, benefits are reduced.

### Transplant Coverage

You are covered for transplants received outside the United States.

Transplants received inside the United States are covered when received at a CIGNA LIFESOURCE Transplant Network® facility. The CIGNA LIFESOURCE Transplant Network performs:

> Note that cornea transplants are covered at the U.S. in-network level when you seek care at a participating facility that has specifically contracted with Cigna to provide those services. Cornea transplants are *not* covered at CIGNA LIFESOURCE Transplant Network facilities.

- Heart transplants;
- Lung transplants;
- Heart/lung transplants;
- Liver transplants;
- Small bowel transplants;
- Liver/small bowel transplants;
- Kidney transplants;
- Pancreas transplants;
- Kidney/pancreas transplants;
- Bone marrow/stem cell transplants; and
- Other transplant procedures when the plan determines it is necessary to perform the procedure at a designated transplant facility.

Procedures must be performed at a designated transplant facility—a facility designated by the plan to provide medically necessary covered health services and supplies for qualified procedures under the plan.

Services and supplies for necessary organ or tissue transplants are payable under this plan.

## Global Choice–Medical

<div style="text-align:right">**Medical**</div>

### Global Choice Medical Summary of Benefits Chart

This chart provides only a summary of your medical benefits with Cigna Global Health Benefits. A listing of limitations and exclusions is provided later in this section. For more information about covered health services received internationally, visit www.cignaenvoy.com or call the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

| Global Choice–Medical | | | |
|---|---|---|---|
| **Benefit** | **Outside the United States** | **Inside the United States** | |
| | | **In-Network** | **Out-of-Network** |
| **Calendar-Year Deductible** | None | $200 individual; $400 family | $600 individual; $1,200 family |
| | | The in- and out-of-network deductibles are combined. This means eligible expenses you incur in-network apply to the out-of-network deductible, and vice versa | |
| **Calendar-Year Out-of-Pocket Maximum** (excludes certain charges as described earlier in this section) | $1,500 individual; $3,000 family | $1,500 individual; $3,000 family | $6,000 individual; $12,000 family |
| | | The in- and out-of-network out-of-pocket maximums are combined. This means eligible expenses you incur in-network apply to the out-of-network out-of-pocket maximum, and vice versa | |
| **Lifetime Maximum** | None | None | None |
| **Inpatient Hospital and Related Services** | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | | Care must be authorized in advance or benefits may be reduced | |
| **Inpatient Mental Health and Substance Abuse Services** | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | | Care must be authorized in advance or benefits may be reduced | |
| **Professional Fees for Surgical and Medical Services** | 90% of covered charges | 100% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| **Outpatient or Day Case Diagnostic and Therapeutic Services** | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| **Outpatient or Day Case Surgery** | 90% of covered charge | 100% of covered charges after a $100 copayment | 70% of covered charges after deductible has been met |
| **Medical Services in a Physician's Office** (includes voluntary family planning and immunizations as well as urgent care) | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| **Wellness Care\*** | 100% of covered charges | 100% of covered charges | 70% of covered charges after deductible has been met |
| **Outpatient Rehabilitation** (physical, occupational, speech, cardiac, pulmonary therapy) | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| **Outpatient Mental Health and Substance Abuse Services** | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |

\*Wellness care includes:
- Preventive care, such as routine physical examinations, mammograms, pap tests, PSA tests, etc.;
- Additional Women's Health Services, such as breast-feeding equipment, contraceptives (including FDA-approved oral, injectable and emergency contraceptives; Depo-Provera; diaphragms; IUDs; and voluntary sterilization for women), domestic violence screenings, folic acid supplements (patients must meet age guidelines), gestational diabetes screenings and voluntary sterilization for women; and
- Well-child care.

Contact the plan for additional routine health care provided to men and children at 100% coverage without a copayment.

(continued)

## Global Choice–Medical

Medical

| Benefit | Outside the United States | Inside the United States | |
|---|---|---|---|
| | | **In-Network** | **Out-of-Network** |
| **Accident-Related Dental Services** | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| | | *Care must be authorized in advance or benefits may be reduced* | |
| **Hearing Care** (hearing exam and hearing aids limited to $1,000 per calendar year) | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| **Vision Care** Exam (one every 24 consecutive months) | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| Lenses and Frames | 100% of covered charges | 100% of covered charges | 100% of covered charges |
| **Chiropractic Treatment** | 90% of covered charges | 90% of covered charges | 70% of covered charges after deductible has been met |
| | | *Care must be authorized in advance or benefits may be reduced* | |
| **Acupuncture Services** | 90% of covered charges | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| **Maternity Services** (includes prenatal and postnatal care) | 90% of covered charges | *Inpatient care:* 90% of covered charges after deductible has been met<br><br>*Office visits:* 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| **Emergency Room Services** | 90% of eligible expenses | 100% of eligible expenses after a $150 copayment per visit (waived if admitted) | 100% of eligible expenses after a $150 copayment per visit (waived if admitted) |
| **External Prosthetics and Durable Medical Equipment** | 90% of eligible expenses | 90% of eligible expenses after deductible has been met | 70% of eligible expenses after deductible has been met |
| | | *Items costing over $1,000 must be authorized in advance or benefits may be reduced* | |
| **Prescription Drugs** (outpatient) | Global Choice reimburses 90% of covered charges (retail only; mail order not available) | Administered by CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for details | |
| **Home Health Care Services** | 90% of covered charges after a $25 copayment per visit | 100% of covered charges after a $25 copayment per visit | 70% of covered charges after deductible has been met |
| | | *Care must be authorized in advance or benefits may be reduced* | |
| **Hospice Facility** (inpatient or outpatient) | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | | *Care must be authorized in advance or benefits may be reduced* | |
| **Skilled Nursing Facility** | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | | *Care must be authorized in advance or benefits may be reduced* | |

*(continued)*

## Global Choice–Medical

<div style="text-align:right">**Medical**</div>

| Global Choice–Medical | | | |
|---|---|---|---|
| **Benefit** | **Outside the United States** | **Inside the United States** | |
| | | **In-Network** | **Out-of-Network** |
| **Ambulance Services** (emergency only) | 90% of covered charges | 90% of covered charges | 90% of covered charges |
| **TMJ** (surgery) | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | | Up to a maximum of $1,000 (in- and out-of-network combined, for care received inside the United States) | |
| **Autism Spectrum Disorders** (includes screening, diagnosing and treating services) | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| **Obesity/Bariatric Surgery** | 90% of covered charges | 90% of covered charges after deductible has been met | 70% of covered charges after deductible has been met |
| | Care must be authorized in advance or benefits may be reduced | | |
| | | Up to a lifetime maximum of $10,000 (in- and out-of-network combined, for care received inside the United States) | |
| **Cochlear Implants** | 90% of covered charges | *Inpatient:* 90% of covered charges after deductible has been met  *Outpatient:* 100% of covered charges after a $100 copayment per visit | 70% of covered charges after deductible has been met |
| | Care must be authorized in advance or benefits may be reduced | | |
| **Breast Reduction** | 90% of covered charges | *Inpatient:* 90% of covered charges after deductible has been met  *Outpatient:* 100% of covered charges after a $100 copayment per visit | 70% of covered charges after deductible has been met |
| | Care must be authorized in advance or benefits may be reduced | | |
| **Transplant Services** | 90% of eligible expenses (you will be required to receive services at a designated CIGNA LIFESOURCE Transplant Network® facility. Procurement of organ is not covered) | 90% of covered charges after deductible has been met (services must be received at a designated facility. Procurement of organ is not covered) | 70% of covered charges after deductible has been met (procurement of organ is not covered) |
| | Care must be authorized in advance or benefits may be reduced | | |

| Medical |
| --- |

# Global Choice–Dental

With Global Choice dental coverage, preventive and routine care is covered at 100% with no deductible. After you meet the individual or family deductible ($50/$100), the plan covers basic services (such as fillings, root canal therapy and oral surgery) at 80%, and major services (such as the installation of bridges and crowns) at 60%. The annual per person benefit maximum is $1,500 (separate lifetime maximums for orthodontia and implants apply).

Dental provider networks vary depending on if you seek care outside or inside the United States:

- *Outside the United States:* Although there isn't a network of providers, similar to medical coverage, direct payment is available with more than 160,000 Cigna Global Health Benefits preferred providers worldwide.
- *Inside the United States:* Similar to medical coverage, you and your eligible dependents have access to a network of providers, which for dental coverage is called the Cigna Dental PPO/EPO network. You are covered whether you visit an in-network or an out-of-network provider. To receive the highest level of benefits, it is your responsibility to confirm that a U.S. provider is a member of the Cigna Dental PPO/EPO network.

For more information about dental benefits, including a list of direct payment providers, visit www.cignaenvoy.com.

| Global Choice–Dental | |
| --- | --- |
| **Deductibles and Maximums**<br>(do not apply to preventive and routine care) | |
| Individual deductible | $   50 |
| Family deductible | $  100 |
| Annual benefit maximum (per person) | $1,500* |
| Orthodontia maximum (per person, lifetime) | $2,000 |
| Implants maximum (per person, lifetime) | $2,000 |
| **Preventive and Routine Care (Type 1)**<br>• Oral exam** and cleaning twice each calendar year<br>• Bitewing x-ray, twice per calendar year<br>• Full mouth x-ray, once every five years<br>• Periodontal cleaning, once every three months following active periodontal treatment (not to be combined with preventive cleanings)<br>• Space maintainers, fixed unilateral (limited to nonorthodontic treatment)<br>• Topical application of sealant, per tooth, on a posterior tooth (only 1 treatment per tooth in any 3 calendar years) | Plan pays 100% |
| **Basic Services (Type 2)**<br>• Fillings<br>• Root canal therapy<br>• Oral surgery and extractions<br>• Repair of bridgework and dentures<br>• Periodontics | After you meet the deductible, plan pays 80% |
| **Major Services (Type 3)**<br>• Installation of bridges and dentures<br>• Crowns and gold restorations<br>• Reconstructive dental surgery | After you meet the deductible, plan pays 60% |
| **Implants** | After you meet the deductible, plan pays 50% |
| **Orthodontics**<br>(including treatment for adults) | After you meet the deductible, plan pays 80% |

*All coverage is based on the participating provider's fee if services are rendered by a dentist who participates in the Cigna Dental PPO/EPO network. With an out-of-network provider, coverage is based on the maximum allowable charge for a particular service or procedure; you may be responsible for paying the difference between the actual charge and the maximum allowable charge.

**Coverage for oral exams is available twice per calendar year regardless of whether care is routine.

Global Choice–Medical and Dental

<div style="text-align:right">Medical</div>

# Exclusions and Limitations

Additional coverage limitations determined by plan or provider type are shown in the *Certificate of Coverage* booklet. Payment for the following is specifically excluded from this plan:

- **Aids or devices that assist with nonverbal communications,** including but not limited to, communication boards, prerecorded speech devices, laptop computers, desktop computers, personal digital assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.

- **Artificial aids,** including, but not limited to, corrective orthopedic shoes, arch supports, elastic stockings, garter belts, corsets, dentures and wigs.

- Charges for **assistance in the activities of daily living,** including but not limited to eating, bathing, dressing or other custodial services or self-care activities; homemaker services; and services primarily for rest, domiciliary or convalescent care.

- **Blood administration** for the purpose of general improvement in physical condition.

- Charges made by a hospital owned or operated by, or which provides care or performs services for, the United States government, if such **charges are directly related to a military-service-connected injury or sickness.**

- **Charges made by any covered provider who is a member of your family** or your dependent's family.

- For **charges that would not have been made if the person had no insurance.**

- Fees associated with the **collection or donation of blood or blood products,** except for autologous donation in anticipation of scheduled services where, in the utilization review, the physician's opinion the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery.

- **Consumable medical supplies,** other than ostomy supplies and urinary catheters. Excluded supplies include, but are not limited to, bandages and other disposable medical supplies; skin preparations; and test strips, except as specified in the *Home Health Services* or *Breast Reconstruction and Breast Prostheses* sections of the *Certificate of Coverage* booklet.

- **Cosmetic surgery and therapies.** For purposes of the plan, *cosmetic surgery or therapy* is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance. This includes—regardless of clinical indication for—macromastia or gynecomastia surgeries; surgical treatment of varicose veins; abdominoplasty/panniculectomy; rhinoplasty; blepharoplasty; redundant skin surgery; removal of skin tags; acupressure; craniosacral/cranial therapy; dance therapy/movement therapy; applied kinesiology; rolfing; prolotherapy; and extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions.

- **Cosmetics, dietary supplements as well as health and beauty aids.**

- Medical and hospital care and **costs for the infant child of a dependent,** unless this infant child is otherwise eligible under this plan.

- **Court-ordered treatment or hospitalization,** unless such treatment is prescribed by a physician and listed as covered in this plan.

- Charges that **exceed the reasonable and customary amount.**

- To the extent of the **exclusions imposed by any certification requirement** shown in this plan.

- To the extent that you or any one of your dependents is in any way paid or entitled to payment for those **expenses covered by or through a public program,** other than Medicaid.

## Global Choice–Medical and Dental

<div style="text-align: right">**Medical**</div>

- For or in connection with **experimental, investigational or unproven services.** For purposes of this plan, *experimental, investigational and unproven services* are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments, procedures, drug therapies or devices that are determined by the utilization review physician to be:

  – Not demonstrated, through existing peer-reviewed, evidence-based, scientific literature to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed;

  – Not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use;

  – The subject of review or approval by an Institutional Review Board for the proposed use except as provided in the *Clinical Trials* section of the *Certificate of Coverage* booklet; or

  – The subject of an ongoing phase I, II, or III clinical trial, expect as provided in the *Clinical Trials* section of the *Certificate of Coverage* booklet.

- **Genetic screening** or pre-implantations genetic screening. For purposes of the plan, *general population–based genetic screening* is a testing method performed in the absence of any symptoms or any significant, proven risk factors for genetically linked, inheritable disease.

- Cost of **immunizations or medications to protect against occupational hazards and risks.**

- Therapy or treatment intended primarily to **improve or maintain general physical condition** or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long-term or maintenance care that is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected.

- **Injectable prescription drugs that do not require physician supervision and are typically considered self-administered drugs,** nonprescription drugs, and investigational and experimental drugs, except as provided in this plan.

- For or in connection with an **injury or sickness arising out of, or in the course of, any employment for wage or profit.**

- Charges for or in connection with an **injury or sickness that is due to war, declared or undeclared; riot; civil commotion; or police action that occurs in the employee's country of citizenship.**

- **Massage therapy.**

- **Medical treatment for a person age 65 or older, who is covered under this plan as a retiree or a retiree's dependent, when payment is denied by the Medicare plan because treatment was received from a nonparticipating provider.**

- **Membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs.**

- **Non-medical counseling or ancillary services,** including but not limited to custodial services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back school, return-to-work services, work hardening programs, driving safety, as well as services, training, educational therapy or other nonmedical ancillary services for learning disabilities, developmental delays or mental retardation.

- Expenses for supplies, care, treatment or surgery that are **not medically necessary.**

- Charges for which you are **not obligated to pay,** for which you are not billed or for which you would not have been billed except that they were covered under this plan.

- **Nutritional supplements** and formulae, except for infant formula needed for the treatment of inborn errors of metabolism.

Global Choice–Medical and Dental

<div style="text-align:right">**Medical**</div>

- Medical treatment when **payment is denied by a primary plan because treatment was received from a nonparticipating provider.**

- To the extent that **payment is unlawful where the person resides when the expenses are incurred.**

- Charges for claim **payments that are illegal** under applicable law.

- **Personal or comfort items,** such as personal care kits provided on admission to a hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements and other articles that are not for the specific treatment of an injury or sickness.

- **Private hospital rooms and/or private duty nursing,** except as provided under the *Home Health Services* section of the *Certificate of Coverage* booklet.

- Unless otherwise covered in this plan, charges for **reports, evaluations, physical examinations or hospitalization not required for health reasons.** This includes, but is not limited to, employment, insurance, government licenses as well as court-ordered, forensic or custodial evaluations.

- **Routine foot care,** including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when medically necessary.

- Charges made for or in connection with **routine refractions, eye exercises and for surgical treatment for the correction of a refractive error,** including radial keratotomy, when eyeglasses or contact lenses may be worn.

- **Telephone, email and Internet consultations and telemedicine,** with the exception of Cigna Global Health Benefits' My Consult program with the eClevelnd Clinic, or as specifically authorized by Cigna Global Health Benefits.

- **Transsexual surgery,** including medical or psychological counseling and hormonal therapy in preparation for, or subsequent to, any such surgery.

## Claims Procedure

### Outside the United States

When you receive care from a provider who has established direct payment with Cigna Global Health Benefits, you do not have to file a claim form. Simply show your Global Choice ID card. Your provider may request payment for any required coinsurance or charges for services that are not covered.

If direct payment is not established with your provider, you pay for your care when it is received and then file a claim for reimbursement.

You can submit claims via www.cignaenvoy.com, email, fax or post, and request reimbursement in more than 80 currencies via wire transfer to your bank or with a check.

If you have any questions, representatives are available by calling the Cigna Global Health Benefits Service Center 24 hours a day, seven days a week, year-round at 800-441-2668 or 302-797-3100.

### Inside the United States

**If you visit a CHC OAP network provider,** you generally do not have to file a claim form. Simply show your Global Choice ID card. A network provider will not charge at the time of treatment of a covered health service, but may request payment for any required copayments, coinsurance or charges for services that are not covered.

**If you visit an out-of-network provider,** you may be required to file the claim yourself, as described on the next page.

**Available Currencies**
In most cases, you can receive reimbursement in the currency used to pay for care or services. International claims can be reimbursed in more than 80 currencies via check or wire transfer, when possible. If Cigna Global Health Benefits cannot send a payment in local currency, reimbursement will be made in U.S. dollars. (If a U.S.-based service cannot be paid directly to the provider, the claim will be reimbursed with a check in U.S. dollars.)

If it is necessary to make a conversion from one currency to another, Cigna Global Health Benefits uses the exchange rate in force on the date the services were incurred.

## Global Choice–Medical and Dental

<div align="right">Medical</div>

### Filing a Claim

Regardless of your location, follow these steps to file a claim:

1. **Be sure that you know your benefits.** In order to get the most out of your benefits, it's important that you understand what is and is not covered, as well as how the plan pays benefits.

2. **Get an itemized bill.** Be sure the bill includes:
   - Name, phone number and address of the service provider;
   - Patient's full name, address and date of birth;
   - Employee's name and address;
   - Membership ID number;
   - Date of service;
   - Description of the service/supply rendered;
   - Procedure code;
   - Amount charged; and
   - Diagnosis or nature of illness.

   Canceled checks, cash register receipts, credit card receipts or personal itemizations are **not** acceptable as itemized bills.

3. **Keep a copy of your itemized bill.** Because you must submit originals, it's important that you keep a copy for your records. Once your claim is received, itemized bills cannot be returned.

4. **Complete a claim form.** Make sure all information is completed properly and then date and sign the form. Claim forms are available online at www.cignaenvoy.com or by calling the Cigna Global Health Benefits Service Center at 800-441-2668 or 302-797-3100.

5. **Submit your claim form.** You can do this either online through www.cignaenvoy.com or by hard copy. If you choose to mail in your claim, be sure to attach your itemized bill(s) and send the materials to:

   Cigna Global Health Benefits
   PO Box 15050
   Wilmington, DE 19850

Separate claim forms must be filed for each covered dependent. Be sure to submit all bills for covered health services. All claims must be filed no later than 365 days after the date the services or supplies were received.

Once your international claim is processed, you may check its status and/or view or print an *Explanation of Benefits* (EOB) by visiting www.cignaenvoy.com. Your EOB lists:

- Provider's charge;
- Allowable amount;
- Copayment, deductible and coinsurance amounts, if any, that you're required to pay;
- Reason for any denial or partial payment;
- Total benefits payable; and
- How much you owe.

You will receive a paper EOB for all claims.

**Ongoing Treatment**

If your treatment involves several outpatient services for the same sickness or injury, Global Choice requires only one claim form every six months—as long as the itemized invoice has all the information necessary to identify the patient and the treatment rendered.

## Global Choice–Medical and Dental

**Medical**

### Prescription Drug Claims

If you or your covered dependents purchase prescriptions outside the United States, you must pay for the prescription drugs out of pocket and submit a claim form. Cigna Global Health Benefits reimburses the cost for eligible prescription drugs at 90%.

If you or your covered dependents purchase a prescription inside the United States, your coverage is through CVS/caremark. See the *CVS/caremark Prescription Drug Program* section for coverage information.

### Claims Appeal

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting:

Cigna Global Health Benefits
ATTN: Appeals Department
P.O. Box 15800
Wilmington, DE 19850
800-441-2668 or 302-797-3100

Please see *Applying for Benefits* in the *Administrative* section for details.

# Medical Administrative

## As Your Needs Change

### If You Take a Leave of Absence

**Medical Leave**

If you are on an authorized medical leave of absence, medical coverage for you and your dependents will continue for up to 24 months. You pay the employee contribution rate in effect during your leave. If your leave is for fewer than 90 days, your employee contributions for medical coverage will be taken from your paycheck on a retroactive basis when you return to work. These contributions will be taken over the same number of pay periods that you were out. If your leave is for 90 days or more, you will receive a bill for the amount of your employee contributions for medical coverage from the first day of your leave and instructions for payment.

If you are enrolled in an HSA Advantage plan, you can make your own contributions to your HSA while you are on leave (contact Fidelity Investments® at 800-544-3716 for information). When you return, you will receive the full company contribution as soon as administratively feasible.

After you have been on a medical leave of absence for 24 months, your employment will be administratively terminated and you may extend your coverage under COBRA regulations (see *Extending Your Coverage).* (In addition, Raytheon will no longer make contributions to your HSA. You can continue to make contributions to your HSA if you elect an HSA Advantage plan through COBRA.) You'll receive an administrative termination notice letter that explains your options and the steps you need to take to ensure your coverage continues uninterrupted. This letter also recommends that you check with the Raytheon Benefit Center (RBC) concerning rules governing eligibility for retiree health and welfare benefits that may apply to you.

**Workers' Compensation Leave**

If you're on an authorized workers' compensation leave of absence due to a work-related (occupational) illness or injury, your medical coverage for you and your dependents will continue for the duration of the leave on the same basis as for a medical leave of absence, as described earlier in this section.

**Family and Medical Leave**

If you take an authorized family and medical leave, contributions toward the cost of your coverage will be withheld from any paid time off (PTO) paid to you while on family and medical leave, or from your pay on a retroactive basis when you return from your leave. Therefore, medical coverage for you and your dependents will be continued for up to 12 weeks (or as required by state law). The amount of time off for which you are eligible may vary based on state regulations. For more information, see the *Work/Life* section or contact your Human Resources representative.

**Other Types of Leaves**

If you take an authorized leave of absence other than a medical, industrial or family and medical leave (such as personal or educational leave), medical coverage for you and your dependents may be continued through COBRA, as defined in each applicable policy. For more information, see *Extending Your Coverage.*

If you take an authorized military leave of absence, see your local HR representative for information on continuing your benefits.

Medical Administrative

## If You Are Laid Off

If you are laid off, contact your Human Resources representative for information regarding your last day of coverage.

## Coverage at Age 65

If you continue to work at Raytheon beyond age 65, medical coverage under your Raytheon plan will continue for you and your covered dependents. You may apply for Medicare, as described later in this section. However, regardless of whether or not you're eligible for Medicare benefits, your Raytheon plan will pay benefits first. Then, any charges not covered by Raytheon may be eligible for payment under Medicare (if they qualify as covered Medicare expenses).

Your eligible dependents over age 65 also continue to be covered by the Raytheon plan after they enroll for Medicare.

If you are enrolled in an HSA Advantage plan, **note that while tax laws do not permit you to make HSA contributions or receive company contributions to your HSA, your participation in the HSA Advantage plan will continue and you may continue to use your HSA to pay for eligible expenses.**

### Medicare Benefits

Medicare is divided into three parts—Part A is hospital insurance, Part B is supplemental medical insurance and Part D provides prescription drug coverage. While Medicare eligibility generally begins when you reach age 65, it's important to know that if you remain an active employee, you are not required to enroll in Medicare Part A, Part B or Part D when you turn 65. In addition, you do not incur any Medicare premium penalties if you wait until you leave Raytheon to enroll in Medicare (Part A, Part B or Part D).

Because the transition to Medicare has financial consequences, it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare when you are first eligible. It's also important to know that in the majority of cases, tax advisors recommend delaying your enrollment until you leave Raytheon.

If you do decide to enroll in Medicare, as long as you're an active employee, your Raytheon plan remains the primary payor and Medicare is the secondary payor on any claims incurred.

For more information about making your decisions, refer to the letter the RBC will send you approximately one month before you turn 65. Questions? Call the RBC at 800-358-1231. Note that if you are disabled and receiving Medicare before age 65, contact your Social Security office when you're nearing your 65th birthday.

## Coverage at Retirement

If you retire from Raytheon and meet certain eligibility requirements, you may be eligible for retiree medical coverage. Contact the RBC at 800-358-1231 for more information.

## In the Event of Your Death

If you die while you are an active employee covered under a Raytheon medical plan, your covered family members will have company-paid coverage for 90 days following your death. After that, they may extend their coverage under the provisions of COBRA (see *Extending Your Coverage*). Note that the 90-day period of company-paid coverage is included in your COBRA-eligible period.

If, at the time of death, you were eligible to retire, your covered family members will have company-paid coverage for 90 days following your death. After that, if they are eligible, they may purchase coverage under a retiree medical plan or extend their coverage under COBRA (see *Extending Your Coverage*).

Medical Administrative

# Other Important Information

## When Coverage Normally Ends

**When Your Coverage Ends**

Your Raytheon medical coverage will end when you:

- Terminate employment;
- No longer meet the plan's eligibility requirements;
- Cancel your coverage;
- Fail to make any required contribution; or
- Commit an act, practice or omission that constitutes fraud or an intentional misrepresentation of a material fact, including, but not limited to, providing false information regarding eligibility or status as a dependent.

Your coverage also will end if the plan is terminated for all employees.

**When Coverage for Your Dependents Ends**

Coverage for a dependent will end when:

- Your coverage ends;
- He/she no longer meets the definition of an eligible dependent;
- You cancel your dependent coverage; or
- You fail to make any required contribution.

Your dependent's coverage will also end if the plan is terminated.

## Extending Your Coverage

You and your covered dependents may be eligible to extend medical coverage for up to 18 or 36 months if you experience a "qualifying event" under the *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA). Qualifying events include loss of a job, death, divorce or an eligible dependent reaching age 26. Under COBRA, you and/or each affected dependent may purchase coverage at 100% of the full group cost plus an additional 2% for administrative costs.

If the qualifying event is your divorce or legal separation, or if your dependent no longer qualifies for coverage under the plan, you must notify the RBC at 800-358-1231 within 31 days from the last day covered to qualify for COBRA coverage. Refer to the *Administrative* section for details about COBRA coverage.

## Tax Considerations

Your contributions for medical coverage are paid through payroll deduction with before-tax dollars. Since your contributions are deducted from your pay before taxes are withheld, you will not pay federal, Social Security and, in many cases, state and local income tax on this money. The actual amount of your tax savings will depend on your income tax bracket and local tax laws.

This reduction in your taxable pay may slightly impact your future Social Security benefits because you may be paying lower Social Security taxes. Generally, the tax savings you receive now far outweigh any nominal decrease in your future Social Security benefit. However, if you have any questions, you should consult a personal tax advisor.

**Effect on Your Other Benefits**

While before-tax contributions reduce your pay for tax purposes, they do not have any effect on your other pay-related benefits, such as life insurance coverage or the Raytheon Savings and Investment Plan (RAYSIP). These benefits are based on your annual base pay, before any deductions are withheld.

Medical Administrative

## Your Rights

This section describes your medical coverage in general terms. If any conflict arises between this description and the plan documents, or if any point is not covered, the terms of the plan document will govern in all cases. See the *Administrative* section for information related to the administration of the Raytheon medical plans.



# Health
# Savings
# Account
## at a glance

## in this section

Enrolling in a Health
Savings Account (HSA)

Contributions to Your HSA

Managing Your HSA

Investing Your HSA

Other Important
Information

- Whether as a new hire or during the annual benefits open enrollment period, when you enroll in an HSA Advantage plan through *Desktop Benefits* at https://raytheon.benefitcenter.com, your HSA opens automatically once you review and agree to the terms and conditions of the *Custodial Agreement* and provide electronic consent by clicking on *Accept and Return to Summary*.

- Raytheon makes an annual contribution to your account in January. The amount of Raytheon's contribution varies by plan and coverage level. If, as a new hire, your HSA Advantage plan coverage becomes effective after January 1, Raytheon's contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan.

- You also can choose to make tax-free contributions to your HSA, lowering your taxable income. (While Alabama, California and New Jersey do not offer pre-tax savings on HSA contributions, you still save on the federal tax.) You always own the money in your HSA, including Raytheon's lump-sum contributions.

- Whenever you incur eligible health care expenses, you decide how to pay for them: either using the money in your HSA and/or out-of-pocket, allowing your HSA to grow.

*continued on next page*

- You can use the money in your HSA to pay for:

  – Covered health care expenses that count toward your deductible, as defined in Section 213 of the Internal Revenue Code;

  – Certain health expenses that an HSA Advantage plan does not cover (such as prescribed massage therapy or acupuncture) and, as such, do not count toward your deductible; and

  – Other health care expenses, such as eligible dental or vision expenses.

- Because your balance rolls over from year to year (there are no "use it or lose it" rules)—and can grow tax-free—funds in your HSA can be used to help pay for out-of-pocket health care costs incurred in retirement, including Medicare premiums, expenses not covered by Medicare, as well as long-term care insurance premiums and eligible dental and vision expenses.

- Your HSA is portable if you leave or retire from Raytheon.

- Fidelity Investments® administers the HSAs for Raytheon.

- Contact information: www.netbenefits.com/raytheon, 800-544-3716.



Health
**Savings**
Account
at a glance

**HSA**

# Enrolling in a Health Savings Account (HSA)

As long as you enroll in a Raytheon-sponsored HSA Advantage plan—either through UnitedHealthcare (UHC) or Kaiser Permanente—you are eligible to elect a health savings account (HSA). Raytheon makes an annual lump-sum contribution to your HSA in January. The amount of Raytheon's contribution varies by plan and coverage level. If, as a new hire, your HSA Advantage plan coverage becomes effective after January 1, Raytheon's contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan.

You also can choose to make tax-free contributions to your HSA, lowering your taxable income. (While Alabama, California and New Jersey do not offer pre-tax savings on HSA contributions, you still save on the federal tax.)

You always own the money in your HSA, including Raytheon's contributions. Your HSA balance rolls over year after year; there are no "use-it-or-lose-it" provisions. That means the money in your HSA is yours to keep until you spend it, even if you change your medical plan, leave the company or retire.

You choose to spend the money in your HSA to pay for eligible expenses as you incur them and/or save it to pay for eligible expenses and premiums in retirement. Your HSA debit card makes it easy to access the money in your account. Plus, you don't have to submit receipts to be reimbursed for eligible expenses (just keep your receipts for tax purposes).

Fidelity Investments® administers the HSAs.

*If you enroll in an HSA plan after January 1 or if you experience a qualified change in status during the year, see* For New Hires *or* If You Have a Change in Status During the Year *later in this section for important information regarding contributions to your HSA and your HSA Advantage plan's calendar-year deductible.*

---

**IMPORTANT INFORMATION ABOUT HSAS**

**Coordination with Other Types of Medical Coverage**

*To be eligible to make and receive contributions to an HSA, the only medical coverage you (the employee) can have is through a qualified high-deductible health plan, such as an HSA Advantage plan. (Note that federal regulations allow any one who is making or receiving contributions to an HSA to carry coverage for a specific disease or illness, such as cancer coverage. If you have questions about specific additional medical coverage, call UHC at 800-638-8884 or contact Kaiser Permanente.)*

*This regulation means that you (the employee) cannot be covered by and/or receive benefits from:*

- *Your spouse's medical plan, such as may be offered through his/her employer;*
- *TRICARE;\**
- *Medicare Part A, Part B and/or Part D. (Note that since the HSA are not linked to an HSA, if you are enrolled in Medicare, you can elect an HSA Advantage plan without electing an HSA);*
- *Medicaid; or*
- *The U.S. Department of Veterans Affairs (VA) or Indian Health Services (IHS) during the three months prior to you making or receiving contributions to an HSA.\*\* Note that this is an IRS exclusion and does not apply to employees who received VA or IHS preventive care, vision and/or dental services.*

*You also cannot be claimed as a dependent on a tax return. In addition, note that children are not eligible to establish their own HSAs.*

> *\*If you are enrolled in TRICARE (meaning you are not eligible to make or receive contributions to an HSA), you may enroll in an HSA Advantage plan and elect to participate in a health care flexible spending account (FSA), if applicable. In this case, you may use your pre-tax FSA contributions to pay for eligible medical, dental and vision expenses that other benefit plans do not cover, including the HSA Advantage plan's deductible and coinsurance, as well as those listed in IRS Publication 502, available at* www.irs. gov. *Keep in mind that if applicable, enrollment in a health care FSA is limited to benefits open enrollment or if you experience a qualified change in status. For a description of health care FSAs, see the* Flexible Spending Accounts *section, if applicable.*

> *\*\*Effective January 1, 2016, if you receive hospital and/or medical services from the VA for a service-related disability, you are continuously eligible to make and/or receive contributions to an HSA; the three-month period described here does not apply. In addition, as described in the above footnote, if you use the VA for non-service-related disability care, you may enroll in an HSA Advantage plan and elect to participate in a health care FSA, if applicable.*

*(continued)*

The restrictions listed here do not apply to your HSA-covered dependents. That means if your HSA Advantage plan-enrolled spouse or dependent child becomes eligible for another form of medical coverage, he/she continues to remain eligible for coverage with your Raytheon-sponsored HSA Advantage plan and you may continue to use any funds in your HSA to pay for eligible expenses that your dependent incurs. For more information, contact Fidelity at 800-544-3716.

## Health Savings Account

**IMPORTANT INFORMATION ABOUT HSAS (CONTINUED)**

**Effects on Flexible Spending Accounts (FSAs)**

*Since health care FSAs meet the IRS definition of other medical coverage, Raytheon employees who are making or receiving contributions to an HSA cannot also participate in a health care FSA, either through Raytheon, if applicable, or a spouse's employer. Note that HSA participants may use a dental and vision FSA for eligible dental and vision expenses, if applicable. For more information about the dental and vision FSA for HSA participants, see the* Flexible Spending Accounts *section of this handbook, if applicable.*

*If your spouse has a health care FSA through his/her employer and carries a balance into the next calendar year (meaning that company offers a grace period), IRS rules prohibit you from contributing to your HSA, receiving the company's lump-sum contribution to your HSA and using your HSA to pay for eligible medical expenses until after April 1.*

**Effects on Other Benefits**

*Eligibility for all other Raytheon-provided benefits is not affected. For example, HSA participants remain eligible for dental, vision, accidental death and dismemberment insurance, if applicable, disability insurance, if applicable, as well as participation in LifeResources, Raytheon's employee assistance program, and Raytheon wellness programs.*

**APPROACHING AGE 65?**
**BE SURE TO UNDERSTAND YOUR MEDICAL COVERAGE OPTIONS**

*While Medicare eligibility generally begins when you reach age 65, it's important to know that if you remain an active employee, you are not required to enroll in Medicare Part A when you turn 65. In addition, you do not incur any Medicare premium penalties if you wait until you leave Raytheon to enroll in Medicare Part A.*

*Because the transition to Medicare has financial consequences, it's wise to consult your tax advisor before making any decisions about your post-65 medical coverage, such as whether or not to enroll in Medicare Part A when you are first eligible. It's also important to know that in the majority of cases, tax advisors recommend delaying your enrollment until you leave Raytheon. That's because doing so means you continue to be eligible to make and receive contributions to an HSA.*

*If, in consultation with your tax advisor, you plan to enroll in Medicare Part A when you first become eligible, you can elect an HSA Advantage plan for that year and elect an HSA. In this case, you would be eligible to receive the company's lump-sum contribution to your HSA in January (as long as the company contribution is made before you enroll in Medicare) and make your own contributions until you enroll for Medicare. (Note that in this case, your tax advisor may suggest that you maximize your contribution to your HSA before you enroll in Medicare.)*

*While your contributions to your HSA must stop once you enroll in Medicare, your participation in an HSA Advantage plan will continue automatically. For years where your Medicare status prohibits you from making or receiving contributions to your HSA, you can elect to contribute to a health care FSA during the benefits open enrollment period, if applicable. Note that if your spouse or dependents enroll in Medicare but you (as the employee) do not, you can continue making contributions and receiving company contributions to your HSA. You may also continue to use any funds in your HSA to pay for eligible expenses incurred by your dependents.*

*No matter which Raytheon medical plan you elect, as long as you're an active employee, your Raytheon plan remains the primary payor and Medicare is the secondary payor on any claims incurred.*

*For more information about making your decisions, refer to the letter the Raytheon Benefit Center (RBC) will send you approximately one month before you turn 65. Questions? Call the RBC at 800-358-1231.*

Beginning in 2016, if you participate in Medicare Part A, B and/or D, you can elect an HSA Advantage plan *without electing an HSA,* allowing you to take advantage of the plan's low premiums. If you currently participate in Medicare, you should not elect an HSA during open enrollment or at any other time during the year if you become eligible to make a medical plan election.

For years where your Medicare status prohibits you from making or receiving contributions to your HSA, you can elect to contribute to a health care FSA during the benefits open enrollment period, if applicable. Note that if your spouse or dependents enroll in Medicare but you (as the employee) do not, you can continue making contributions and receiving company contributions to your HSA. You may also continue to use any funds in your HSA to pay for eligible expenses incurred by your dependents.

If you will enroll in Medicare during the calendar year following open enrollment, while you may elect an HSA during open enrollment, all contributions to your HSA must stop when your participation in Medicare begins. For more information, see the inset box *Approaching Age 65? Be Sure to Understand Your Medical Coverage Options.*

Health Savings Account

HSA

# Contributions to Your HSA

Each year, the IRS determines the maximum amount that the combination of you and the company may contribute to HSAs. Each year that you participate in an HSA Advantage plan, you choose how much to contribute to an HSA, up to a certain limit.

Contributions are deducted from your paycheck on a pre-tax basis in equal installments throughout the year. You also have the option of making a lump-sum contribution to your account, in which case you realize any tax savings when you file your tax return. To make a lump-sum contribution to your HSA, log on to www.netbenefits.com/raytheon.

You may decrease or increase the amount of your HSA contribution (up to the annual limit) at any time through *Desktop Benefits* (from the *My Life Changes* tab, select *Change Your HSA Contribution Amount)* or by calling the RBC at 800-358-1231. Any change you request, including stopping or starting contributions, becomes effective with the next available pay period. Note that the amount you elect to contribute via payroll deduction when you enroll remains on record until the end of the calendar year or until you make another election, whichever comes first. If you do wish to make a lump-sum contribution to your HSA, you will need to contact Fidelity to make that deposit.

The following chart shows HSA contribution limits for 2016.

## 2016 HSA Contribution Limits

| Coverage Level | Total Maximum Contribution* | UHC HSA Advantage 1 Kaiser Permanente HSA Advantage Plans (The Kaiser Permanente Plans Are Available in California, Colorado and the Mid-Atlantic States) | | UHC HSA Advantage 2 | |
|---|---|---|---|---|---|
| | | Raytheon's Contribution | Your Maximum Contribution* | Raytheon's Contribution | Your Maximum Contribution* |
| Employee only | $3,350 | $ 750 | $2,600 | $ 500 | $2,850 |
| Employee and spouse | $6,750 | $1,125 | $5,625 | $ 750 | $6,000 |
| Employee and child(ren) | $6,750 | $1,125 | $5,625 | $ 750 | $6,000 |
| Employee and family | $6,750 | $1,500 | $5,250 | $1,000 | $5,750 |

*If you are age 55 or older, you may make an additional $1,000 catch-up contribution to your HSA each year. If both you and your spouse are 55 or older, you each must have an HSA in order for both of you to be eligible to make a catch-up contribution. While you may continue to participate in an HSA Advantage plan when you enroll in Medicare Part A, Part B and/or Part D, all HSA contributions must stop.

The amount of Raytheon's contribution depends upon the HSA plan and coverage level you elect, and is subject to change each year depending on general health-care costs and business needs. Raytheon's contribution is deposited annually in January in a lump sum regardless of how much you choose to contribute.

## Annual Benefits Open Enrollment

Each year during the benefits open enrollment period, you have the opportunity to change your medical plan for the coming year. Generally, if you want to keep your current medical plan, no action is necessary; your current choices automatically carry forward. However, with an HSA, you must actively elect how much you want to contribute to your account each year—*your current contribution election does not carry forward.*

If you do not make an election during the annual benefits open enrollment period, your contributions will default to $0 as of the following January 1. Note that if this occurs, you can later choose to increase your contribution by calling the RBC at 800-358-1231.

Health Savings Account

## For New Hires

If, as a new hire, your HSA Advantage plan coverage becomes effective after January 1, Raytheon's contribution to your HSA is pro-rated based on the number of biweekly pay periods you are enrolled in the plan. For example, if you join the company on September 16 (which for 2016 is in the middle of the company's 20th biweekly pay period), and choose individual coverage with UHC HSA Advantage 1, your medical coverage and your HSA enrollment is effective on September 16. As long as you do not have other health care coverage that would make you ineligible to make or receive HSA contributions (described earlier in this section), Raytheon would contribute a pro-rated amount of $201.92 (7/26 of the total contribution amount, representing the number of biweekly pay periods remaining in the year, including the 20th) of the $750 annual company contribution—in a lump sum to your HSA.

In addition to being eligible to contribute the maximum employee amount for the year, you may choose to make up any difference between the pro-rated amount Raytheon contributes and the total maximum contribution amount for the year. For example, continuing with the example above for employee-only coverage, you may contribute a total of $3,148.08 to your HSA in 2016—the maximum employee contribution for your coverage level ($2,600) plus the remaining amount of Raytheon's contribution ($548.08). Note that to be eligible to make this additional contribution, you must enroll in an HSA by December 1 and remain covered by an HSA Advantage plan the following year.

Remember that if you are eligible to make a catch-up contribution, you may contribute an additional $1,000 to your HSA each year beyond the limits stated earlier.

In terms of the deductible for your HSA Advantage plan, note that regardless of when your coverage with an HSA plan becomes effective, the entire calendar-year deductible applies for the remainder of that year; the deductible is not pro-rated.

## If You Have a Change in Status During the Year

If, as the result of a qualified change in status that occurs after January 1 and before December 1, your coverage level *increases* (such as from employee only to employee plus family):

• The company contribution to your HSA is adjusted to match your new coverage level, and you may contribute up to the new employee maximum contribution amount.

• Any eligible expenses incurred to date by you and/or your covered dependents prior to your change in status continue to offset your new calendar-year deductible.

If your qualified change in status results in your coverage level *decreasing* (such as from employee plus family to employee only):

• Any company contribution you have received that is in excess of the company contribution amount for your new coverage level remains in your account.

Note that you may need to adjust the amount you contribute to your HSA to ensure you do not exceed the maximum total contribution amount for your new coverage level. Any excess contributions are subject to standard income tax rates plus a penalty. For more information, consult with your tax advisor.

• Any expenses your previously covered dependent had incurred *do not* offset your new deductible amount.

For example, assume you start the year with family coverage in the UHC HSA Advantage 1 plan and meet the in-network family deductible of $4,000 in June ($1,000 in expenses for you, $1,000 for your spouse and $2,100 for your child). On July 12, your child turns 26 and must be removed from your coverage. At that time, your coverage level is adjusted to the employee and spouse level, which has a $3,000 in-network deductible. Since your child's expenses no longer apply toward your deductible, and your and your spouse's eligible expenses are $2,000, you will **not** have met your new deductible amount.

If you have questions about how a change in status affects contributions to your HSA, contact Fidelity at 800-544-3716. If you have questions about how a change in status affects your deductible, contact your medical plan.

In determining the annual IRS limit, note that any contributions made to an HSA with a previous employer are combined with contributions made to your Fidelity HSA (both yours and Raytheon's). It is your responsibility to keep track of the combined total, as Raytheon has no knowledge of your prior HSA participation.

Health Savings Account

# Managing Your HSA

## Account Statements

To keep track of your account balance, Fidelity posts monthly account statements online. Your statement shows:

• Your current balance;

• All transactions you made during the month;

• Investment earnings; and

• Any fees charged.

Your statement is available by logging on to www.netbenefits.com/raytheon.

## Owning the Money in Your Account

There are no vesting rules for the HSA plans. You always own all of the money in your account.

## Rollover Feature

Any money remaining in your HSA at the end of the calendar year rolls over from year to year—there aren't any "use it or lose it" rules. You decide how you want to use your account balance and, if you leave or retire from Raytheon, your HSA is portable. That means you can choose to keep your HSA with Fidelity or transfer it to an alternate trustee.

If you carry your account balance forward into the next calendar year, you can invest the money in your HSA. For details, see *Investing Your HSA.*

## Opening Your HSA

Whether as a new hire or during the annual benefits open enrollment period, when you first enroll in an HSA Advantage plan through *Desktop Benefits* at https://raytheon.benefitcenter.com, your HSA opens automatically once you review and agree to the terms and conditions of the *Custodial Agreement* and provide electronic consent by clicking on *Accept and Return to Summary*. By providing electronic consent, you agree to the stated terms and your HSA is opened.

After you enroll in an HSA Advantage plan, Fidelity will mail you a welcome kit verifying that your account is opened. This kit will contain your account number, customer service and website information, bank disclosures, a schedule of fees and other important information about your HSA.

Keep in mind that the *USA Patriot Act* requires financial institutions to acquire and maintain a physical address for all account holders. Note that if your address on file with the RBC is a PO box, you will receive a letter from Fidelity requesting that you call Fidelity to provide your physical address. It's important to note that *until Fidelity is provided with your physical address, your HSA will not be opened.*

Once Fidelity has the required information, you will receive the welcome kit described above verifying that your account is opened.

## Activating Your HSA

Shortly after your account is open, log on to www.netbenefits.com/raytheon to activate your HSA. During the process to activate your account, you will be prompted to name your beneficiary, order debit card(s) and select your investment option(s); see the following sections for details.

If you'd like to receive a paper copy of your HSA statement, log on to www.netbenefits.com/raytheon or call Fidelity at 800-544-3716.

By offering access to payroll deduction, using Fidelity to manage your HSA is convenient. Please note that you can open an HSA with an alternate trustee at any point while enrolled in an HSA Advantage plan. You can choose to roll over your entire account balance (including the company's contributions) to an alternate trustee while you are still employed by Raytheon.

Health Savings Account

## Naming Your Beneficiary

Because you always own the money in your HSA, you should elect a beneficiary(ies) when you enroll in an HSA Advantage plan. To designate a beneficiary, follow the prompts when you activate your account via NetBenefits (www.netbenefits.com/raytheon).

If there is no beneficiary(ies) designation on record at the time of your death, your account balance will be transferred to your legal spouse, or if you are not married, to your estate.

For more information about what happens to your HSA in the event of your death, see the *Custodial and Deposit Agreement* in the welcome kit you will receive when your account is first opened.

## HSA Debit Card

As long as you request a debit card during the activation process, Fidelity will send you an HSA debit card shortly after you activate your account. You can use your debit card to pay for eligible expenses—such as specialist visits, emergency room care and prescription drugs—wherever the provider accepts MasterCard.® You can only use the debit card to access funds deposited to your account.

For security purposes, your HSA debit card is mailed in an unmarked envelope. The letter you receive with your debit card will include instructions on how to activate your card.

If you need additional debit cards, log on to www.netbenefits.com/raytheon. If you encounter any problems ordering cards online, call Fidelity at 800-544-3716.

## Using Your HSA

Generally, your network provider will send the bill directly to the administrator of your medical plan (UHC or Kaiser Permanente). UHC or Kaiser Permanente will then send you and your provider an *Explanation of Benefits,* showing the amount that is owed. If you have not yet met your deductible, your provider will send you a bill, based on the information from the *Explanation of Benefits.*

You can choose how to pay your bill: using money in your HSA or out-of-pocket. If you choose to use your HSA, you can pay with your HSA debit card, write a check from your HSA or use the online bill payment feature available via www.netbenefits.com/raytheon.

If you choose to use your HSA to pay for your expenses, you may only use funds that are in your HSA at the time you pay your bill. In other words, if you have an eligible expense that exceeds your current HSA balance, you cannot pay for it using your HSA until your HSA contributions exceed the amount owed.

You may use your available HSA funds to pay for eligible expenses incurred by those dependents you claim on your federal tax return, even if they are not covered by your HSA plan.

Note that if you use HSA funds for non-qualified expenses, the money used is included in your annual income and becomes taxable. In addition, the money is subject to a 20% penalty. This penalty is waived if you are older than age 65, if you become disabled or if you die.

*Remember:* One of the biggest benefits of an HSA is that it allows you to save for future health care expenses. If you pay for eligible expenses out-of-pocket, your HSA balance can continue to grow.

# Investing Your HSA

When you open your Fidelity HSA, which is a brokerage account, your contributions are initially invested in a "core account," Fidelity Cash Reserves. This conservative money market fund holds both the company's and your contributions until you invest or withdraw them.

As described in the welcome kit you will receive from Fidelity, you can choose to invest the money in your HSA in a variety of investment options—including more than 5,000 mutual funds, individuals stocks and bonds, treasuries and certificates of deposit (CDs). The choices you make depend on your investment objective, time horizon and risk tolerance.

After your account is activated and funded, you can invest the money in your account using various "Trade" options available on NetBenefits (from the homepage, click on the *Quick Links* dropdown list from the *Health Savings Account* tile.

Health Savings Account

# Other Important Information

## Taxes

Federal taxes are not applied to:

- Your contributions (both before-tax contributions made through payroll deduction and any lump-sum contributions), any catch-up contributions, the company's contributions and any investment earnings on any contributions to your account while the money remains in an HSA: or

- Payments made from an HSA for qualified health-care-related expenses.

Although most states comply with federal regulations regarding HSA taxation, you're encouraged to consult a tax advisor for the applicable state tax information where you live.

Taxes and penalties will apply if you use HSA funds for non-qualified expenses.

Each year, Fidelity is required to provide you with a:

- Form 1099-SA, which shows all distributions; and

- Form 5498-SA, which shows all contributions and your year-end account value.

HSA participants are required to file a Form 8889 with their annual tax returns, showing their total distributions for qualified medical expenses.

## Fees

Similar to many bank accounts, your HSA is charged a quarterly maintenance fee. Additional fees—such as a check re-order fee and an overdraft fee (for writing a check for more than the balance in your HSA)—may also apply. Fidelity determines all fees. The welcome kit you will receive shortly after your account is open will include a complete list of fees.

## Plan Security

Your HSA is a proprietary savings account that you—as the account holder—own to save or spend at your discretion. Your HSA can only be used for current or future qualified medical expenses.

## Your Rights

This section describes HSAs in general terms. If any conflict arises between this description and the plan document or the *Health Savings Account (HSA) Custodial and Deposit Agreement* or if any point is not covered, the terms of the plan document or the *Health Savings Account (HSA) Custodial and Deposit Agreement* will govern in all cases.

If you have any questions about the HSA Advantage plans or your participation in one of the plans or this section of your handbook, call your medical plan and see the *Administrative* section of this handbook. If you have questions about the HSAs, call Fidelity at 800-544-3716.



# CVS/caremark
# Prescription Drug
## Program  at a glance

## in this section

**CVS/caremark-Administered Prescription Drug Program**

**Using the CVS/caremark Prescription Drug Benefit**

**Other Important Information**

- Prescription drug coverage for eligible Raytheon-sponsored UnitedHealthcare medical plans is administered as a separate program by CVS/caremark. CVS/caremark also administers prescription drug coverage for eligible expatriate employees and their Global Choice–enrolled dependents who fill a prescription *inside* the United States.

- Note that prescription drug benefits with CVS/caremark do not apply to participants covered by Kaiser Permanente or to expatriate employees and their Global Choice–enrolled dependents who fill a prescription *outside* the United States. For more information about prescription drug benefits for these plans, refer to the applicable medical plan section.

- You automatically receive coverage for prescription drugs when you enroll in any Raytheon medical plan. There is no additional cost to you for this coverage. You cannot elect prescription drug coverage separately from medical coverage.

- Your out-of-pocket cost for prescription drugs varies based on your medical plan; if you need a short-term or long-term prescription; and, in most cases, whether your prescription is for a generic equivalent, preferred brand or non-preferred brand drug. In all cases, your out-of-pocket costs are lower when you use a CVS/caremark network pharmacy.

- If you have specific questions about your CVS/caremark prescription drug coverage, or for more information about covered services and supplies, visit www.caremark.com or call Customer Care toll-free at 866-329-4023.

# CVS/caremark-Administered Prescription Drug Program

The CVS/caremark-administered prescription drug program provides benefits for a wide range of prescription drugs, both those for short-term (up to a 30-day supply) and long-term needs (maintenance medications you take on an ongoing basis, prescribed for up to 90 days, plus refills). The amount you pay for your prescription depends on your medical plan and whether you are purchasing a generic equivalent, preferred brand or non-preferred brand drug.

*For short-term prescriptions*—those prescribed for up to 30 days—you have access to CVS/caremark's national network, which includes over 65,000 retail locations, such as Walgreen's, Rite-Aid, Walmart, Kroger and CVS/pharmacy. Your out-of-pocket costs are lower when you use a CVS/caremark network pharmacy. *Note that you are* not *required to use a CVS/pharmacy when you purchase a 30-day supply of a prescription.*

*For long-term prescriptions*—maintenance drugs you take on an ongoing basis, prescribed for 90 days—you have access to Maintenance Choice. This program gives you the flexibility to choose how to fill your maintenance prescriptions:

1. Through the CVS/caremark Mail Service Pharmacy, *or*

2. At any CVS/pharmacy (for the same cost as the mail service). (Note that in-network benefits are extended to additional pharmacies where there isn't a strong CVS/pharmacy presence, as described below.)

Keep in mind that your out-of-pocket costs are lower when your doctor prescribes up to a 90-day supply. For example, if your coverage is with one of the UHC HSA Advantage plans, your out-of-pocket costs with Maintenance Choice are lower because the percentage you pay is based on lower contracted rates for mail-service prescriptions. If your coverage is with a non-HSA UnitedHealthcare plan or Global Choice (inside the United States), a 90-day supply of a generic-equivalent maintenance drug is available for the same out-of-pocket cost as two 30-day supply copayments or coinsurance amounts.

*Important note:* Under the plan provisions, you may only purchase *up to three 30-day supplies* of each maintenance drug prescribed at any network pharmacy. Before your third refill, if you are using a CVS/pharmacy, CVS/caremark will remind you to obtain a 90-day prescription from your provider and choose a Maintenance Choice option as described earlier. *You must get a 90-day prescription and also select a Maintenance Choice option, or you will have to pay 100% of the cost of the drug the next time you have that prescription filled at a retail pharmacy.*

*Important Information for Members Residing in Arkansas, Colorado, Idaho, Oregon or Washington.* Because you do not have access to a CVS/pharmacy or Maintenance Choice, you can fill your 90-day supply of maintenance prescriptions at any participating Walmart or Kroger pharmacy for the same out-of-pocket cost as with the CVS/caremark Mail Service Pharmacy.

*Important Information for Members Residing in New Mexico.* Because you do not have access to a CVS/pharmacy or Maintenance Choice, you can fill your 90-day supply of maintenance prescriptions at any participating Walmart pharmacy for the same out-of-pocket cost as with the CVS/caremark Mail Service Pharmacy.

## CVS/caremark Prescription Drug ID Card

If your prescription drug benefits are administered by CVS/caremark, you and your eligible dependents will receive a CVS/caremark prescription drug ID card(s). Be sure to show this card to the pharmacist each time you fill a prescription.

Your prescription drug ID card also includes the toll-free Customer Care number. You can call 866-329-4023 for information about your prescription drug benefits 24 hours a day, seven days a week.

Prescription drug benefits for Raytheon-sponsored UnitedHealthcare medical plans are administered as a separate program by CVS/caremark. CVS/caremark also administers prescription drug coverage for eligible expatriate employees and their Global Choice-enrolled dependents who fill a prescription *inside* the United States.

While your coverage is accepted at any retail pharmacy nationwide, your out-of-pocket costs are lower when you use one of the more than 65,000 pharmacies nationwide that participate in CVS/caremark's national network (including Walgreen's, Rite-Aid, Walmart, Kroger and CVS/pharmacy). *Note that you are* not *required to use a CVS/pharmacy when you purchase a 30-day supply of a prescription.*

Prescription drug coverage with CVS/caremark does not apply to participants covered by Kaiser Permanente or to expatriate employees and their Global Choice–enrolled dependents who fill a prescription *outside* the United States. For more information about prescription drug benefits for these plans, refer to the applicable medical plan section.

**CVS/caremark:**
www.caremark.com

**Customer Care:**
866-329-4023 (available 24/7)

## In-Network Prescription Drug Benefits

### UHC HSA Advantage Plans

With the UHC HSA Advantage plans, eligible prescriptions—whether generic or brand-name—are covered the same way. The only exception is for the preventive prescription drugs on the Treasury Guidance list—such as those used to treat cardiovascular conditions, diabetes and hypertension—that are covered *before* you meet the plan's deductible (coinsurance does apply. Note that any coinsurance you pay for preventive prescription drugs *does not apply* to the UHC HSA Advantage plan's in-network deductible; see the chart below for details).

Your coinsurance depends on the UHC HSA Advantage plan you choose, as shown in this chart:

| Plan | Your Cost* For | |
| --- | --- | --- |
| | Up to a 30-Day Supply At a CVS/caremark Network Pharmacy | Up to a 90-Day Supply Through Maintenance Choice (CVS/caremark Mail Service or CVS/pharmacy)** |
| **UHC HSA Advantage 1** | Covered at 80% after deductible*** | Covered at 80% after deductible*** |
| **UHC HSA Advantage 2** | Covered at 90% after deductible*** | Covered at 90% after deductible*** |

*In most cases, the full cost you pay for a prescription drug *before* you meet the UHC HSA Advantage plan's deductible and any coinsurance you pay toward the cost of a prescription drug *after* you have met the deductible apply to your plan's in-network deductible and in-network out-of-pocket maximum. This helps you receive a higher level of benefits sooner. Note that if your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available, you pay the difference between the retail costs of the brand-name drug and its generic equivalent *plus* the applicable coinsurance. **The cost difference between brand-name drugs and their generic equivalents does not apply to your plan's deductible or out-of-pocket maximum.**

**You may purchase up to three 30-day supplies of each maintenance drug prescribed at any CVS/caremark network pharmacy. Before your third refill, if you are using a CVS/pharmacy, CVS/caremark will remind you to obtain a 90-day prescription from your provider and choose a Maintenance Choice option. **You must get a 90-day prescription and select a Maintenance Choice option, or you will have to pay 100% of the cost of the drug beginning with the fourth time you have that prescription filled at a retail pharmacy.**

***The UHC HSA Advantage plans cover certain preventive prescription drugs *before* you meet the plan's deductible (coinsurance does apply. Note that any coinsurance you pay for preventive prescription drugs *does not apply* to the UHC HSA Advantage plan's in-network deductible). The prescription drugs that are eligible for this coverage are listed on the Treasury Guidance list, issued by the federal government. To review the Treasury Guidance list, visit www.caremark.com or call Customer Care.

---

**IMPORTANT NOTE**

*In most cases, any amount you pay toward the cost of a prescription drug applies to your UHC HSA Advantage plan's in-network deductible and in-network out-of-pocket maximum. This helps you receive a higher level of benefits sooner.*

*If your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available, you pay the difference between the retail costs of the brand-name drug and its generic equivalent plus the applicable coinsurance. **The cost difference between brand-name drugs and their generic equivalents does not apply to your plan's deductible or out-of-pocket maximum.***

---

You can reduce your out-of-pocket prescription drug costs by using generic equivalent drugs whenever possible. Tell your doctor you prefer generic medications, which meet the same standards for safety, strength, purity and quality as the brand-name alternatives. Then, confirm with your pharmacist that you are receiving a generic-equivalent medication. For more information see *Generic Equivalent Drugs* later in this section.

If you are a new employee and want to know what certain medications will cost you or find network pharmacies in your area, visit www.caremark.com/raytheon.

## UnitedHealthcare Choice Plus; UnitedHealthcare Out-of-Area Plan; and Global Choice (Inside the United States)

Your out-of-pocket cost depends on the type of medication (generic equivalent, preferred brand or non-preferred brand), its cost and where you purchase it, as described in this chart:

| Type of Prescription | Your Cost* For | |
|---|---|---|
| | Up to a 30-Day Supply At a CVS/caremark Network Pharmacy | Up to a 90-Day Supply Through Maintenance Choice (CVS/caremark Mail Service Pharmacy or CVS/pharmacy)** |
| **Generic equivalent** | $7 copayment | $14 copayment |
| **Preferred brand*** | You pay 20% of the drug's cost | You pay 20% of the drug's cost |
| **Non-preferred brand** | You pay 30% of the drug's cost | You pay 30% of the drug's cost |

*While amounts you pay toward the cost of prescription drugs do not apply to your medical plan's deductible, with the exception of Global Choice, prescription drug copayments and coinsurance apply to your medical plan's in-network out-of-pocket maximum. This helps you receive a higher level of benefits sooner.

If your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available, you pay the difference between the retail costs of the brand-name drug and its generic equivalent *plus* the applicable generic copayment. **The cost difference between brand-name drugs and their generic equivalents does _not_ apply to your medical plan's deductible or out-of-pocket maximum.**

**You may purchase up to three 30-day supplies of each maintenance drug prescribed at any CVS/caremark network pharmacy. Before your third refill, if you are using a CVS/pharmacy, CVS/caremark will remind you to obtain a 90-day prescription from your provider and choose a Maintenance Choice option. **You must get a 90-day prescription and select a Maintenance Choice option, or you will have to pay 100% of the cost of the drug beginning with the fourth time you have that prescription filled at a retail pharmacy.**

***The CVS/caremark-administered prescription drug benefit uses a formulary for paying claims. Any brand-name drug that is not on the formulary is considered a non-preferred brand and is subject to the non-preferred brand coinsurance.

> **IMPORTANT NOTE**
>
> While amounts you pay toward the cost of prescription drugs do not apply to your medical plan's deductible, with the exception of Global Choice, prescription drug copayments and coinsurance apply to your medical plan's in-network out-of-pocket maximum. This helps you reach your plan's out-of-pocket maximum and receive a higher level of benefits sooner.
>
> If your provider prescribes—or you request—a preferred brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available, you pay the difference between the retail costs of the brand-name drug and its generic equivalent plus the applicable generic copayment. **The cost difference between brand-name drugs and their generic equivalents does _not_ apply to your medical plan's deductible or out-of-pocket maximum.**

**Save Money with Maintenance Choice!**
As illustrated here, a 90-day supply of a generic-equivalent maintenance drug is available for the same out-of-pocket cost as you would pay for a 60-day supply (two fills of a 30-day supply) at a CVS/caremark network pharmacy.

## Out-of-Network Prescription Drug Benefits

If you choose to fill a prescription at a retail pharmacy that does not participate in CVS/caremark's national network, your claim will be reimbursed at a lower rate. In this case, the amount you pay depends on the medical plan you're enrolled in, as shown below:

| Medical Plan | Your Cost* |
|---|---|
| UHC HSA Advantage 1 | After you meet the deductible, you pay 40% of the cost *plus* the difference between the amount charged by a CVS/caremark–network pharmacy and the out-of-network pharmacy |
| UHC HSA Advantage 2 | After you meet the deductible, you pay 10% of the cost *plus* the difference between the amount charged by a CVS/caremark–network pharmacy and the out-of-network pharmacy |
| UnitedHealthcare Choice Plus, Out-of-Area plan and Global Choice (inside the United States) | You pay 20% of the cost *plus* the difference between the cost of a CVS/caremark–network pharmacy and the out-of-network pharmacy |

*Note that benefits described apply to prescriptions that are not required to be filled through Maintenance Choice or the CVS/caremark Specialty Pharmacy Program.

Your prescription is covered the same at an out-of-network pharmacy regardless of whether you fill a generic, preferred brand-name or non-preferred brand-name prescription.

You must pay for your out-of-network prescription at the pharmacy, complete a *Prescription Drug Reimbursement Form* (Direct Claim Form) and submit it to CVS/caremark. *Prescription Drug Reimbursement Forms* (Direct Claim Forms) are available at www.caremark.com or by calling Customer Care.

---

**EXTRACARE HEALTH CARD**
*With CVS/caremark, you will receive an ExtraCare Health card. When you use this card at a CVS/pharmacy or through www.cvs.com, you receive a 20% discount on CVS/pharmacy-brand health items, some of which are also eligible for reimbursement from a health care flexible spending account (FSA), if applicable. FSA-eligible expenses include bandages, contact lens solutions, first-aid supplies and thermometers. (For more information about FSA-eligible expenses, see the* Flexible Spending Accounts *section.) Other items that are eligible for the ExtraCare Health card discount but not for FSA reimbursement include digital thermometers, hand sanitizer, vitamins and supplements. (For a complete list, call the toll-free number on the back of your ExtraCare Health card.)*

*This discount is available to all Raytheon employees with prescription drug benefits through CVS/caremark;* **you do not have to be enrolled in a health care FSA to use the ExtraCare Health card.** *Note that the discount does not apply to brand-name over-the-counter items, prescription drugs or sale items.*

**Using the ExtraCare Health Card**
*In order to receive the discount, simply show your ExtraCare Health card when you make your purchase at a CVS/pharmacy. You can also use your ExtraCare Health card when you shop at www.cvs.com. To do so, create an account (or log on to your existing account) and add your ExtraCare Health card number under* ExtraCare Information. *When you shop online, eligible items are identified with an* ExtraCare Health Savings *logo.*

**Additional Benefits with the ExtraCare Health Card**
*In addition to the 20% discount, your ExtraCare Health card maintains the same benefits as the standard CVS ExtraCare card, which is available to any CVS/pharmacy customer. In other words, you'll also be eligible to receive:*

- *One Extra Buck® for every two prescriptions filled at a CVS/pharmacy;*
- *2% back in Extra Bucks on all your in-store and online CVS purchases; and*
- *Instant savings on items featured in the CVS weekly circular.*

*If you currently have an ExtraCare card, you should replace it with your ExtraCare Health card to receive the 20% discount on CVS/pharmacy-brand health items. You can call the toll-free number on the back of your ExtraCare Health card to transfer any accumulated savings from your existing ExtraCare card.*

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

# Using the CVS/caremark Prescription Drug Benefit

## Short-Term Prescriptions

When you need to fill a short-term prescription—for example, if you need an antibiotic to treat an infection—you have access to more than 65,000 retail pharmacy locations nationwide. The CVS/caremark network includes independent pharmacies and chains such as Walgreen's, Rite-Aid, Walmart and CVS/pharmacy. **Note that you are not required to use a CVS/pharmacy when you purchase a 30-day supply of a prescription.**

While your benefits are accepted at any retail pharmacy nationwide, your out-of-pocket costs are lower when you use a pharmacy in the CVS/caremark network. To find out if a pharmacy participates in the CVS/caremark network:

• Ask your retail pharmacist;

• Use the online pharmacy locator at www.caremark.com; or

• Call Customer Care.

If you purchase a prescription drug at a participating pharmacy, simply:

• Show your prescription drug ID card at the pharmacy; and

• Pay your share of the cost when you pick up your prescription.

Note that for maintenance medications (described below), you have the option of purchasing *up to three 30-day supplies* of each maintenance drug at a CVS/caremark network pharmacy before you select a Maintenance Choice option (also described below). If you do not, beginning with the fourth fill, you will be required to pay 100% of the cost of your 30-day prescription for your maintenance medication at a retail pharmacy—including a CVS/pharmacy.

## Maintenance Choice
## (Long-Term Prescriptions)

If you need medication on an ongoing basis—such as to manage high blood pressure, asthma, diabetes or high cholesterol—Maintenance Choice offers flexibility in how you can purchase maintenance drugs. With Maintenance Choice, you choose whether to fill up to 90-day supplies of your maintenance prescriptions:

1. Through the CVS/caremark Mail Service Pharmacy, *or*

2. At any CVS/pharmacy (for the same cost as the mail service). (Note that in-network benefits are extended to additional pharmacies where there isn't a strong CVS/pharmacy presence, as described earlier.)

For each prescription, you choose the approach that works best.

As stated earlier, you may purchase **up to three 30-day supplies** of each maintenance drug at a CVS/caremark network pharmacy. Before your third refill, if you are using a CVS/pharmacy, CVS/caremark will remind you to obtain a 90-day prescription from your provider and choose a Maintenance Choice option. **You must get a 90-day prescription and also select a Maintenance Choice option, or you will have to pay 100% of the cost of the prescription the next time you have that drug filled at a retail pharmacy.**

No matter which option you choose, you have access to a number of support services, as outlined in the following section.

If you have a 90-day supply of a maintenance prescription, you can fill it by mail or at any CVS/pharmacy (or applicable alternate pharmacy as described earlier). Remember, for any prescriptions you take on an ongoing basis, you must get a 90-day prescription and choose a Maintenance Choice option.

| | Contact Information | | |
|---|---|---|---|
| **Service** | **Any Retail Pharmacy Participating in the CVS/caremark Network** | **CVS/pharmacy\*** | **CVS/caremark Mail Service Pharmacy** |
| **Online access to manage or refill your prescription(s)** | Check with your pharmacy of choice | www.cvs.com | www.caremark.com (see the section *Using the CVS/caremark Website* for more information) |
| **Refills available by phone** | Call your pharmacy of choice | Call your local CVS/pharmacy | Call the toll-free phone number on your prescription drug ID card 24 hours a day, seven days a week |
| **Access to pharmacists** | Available in-person whenever your pharmacy of choice is open | Available in-person whenever your local CVS/pharmacy is open | Call the toll-free phone number on your prescription drug ID card 24 hours a day, seven days a week |

\*If you are eligible for in-network coverage with a pharmacy other than a CVS/pharmacy as described earlier, contact that pharmacy for customer service details.

You can access many of these services on the go by downloading the CVS and/or Caremark apps (available in your app store for either iPhone or Android platforms) and following the prompts.

### Using the CVS/caremark Mail Service Pharmacy

When you fill a maintenance prescription through the CVS/caremark Mail Service Pharmacy, your medications are dispensed by the CVS/caremark Mail Service Pharmacy and shipped to you by standard delivery at no additional cost (express shipping is available for an additional charge).

The CVS/caremark Mail Service Pharmacy can be used with either a new prescription or to refill an existing prescription. For a new prescription, ask your doctor to write it for up to a 90-day supply, plus refills (if appropriate) for up to one year. Then follow these steps:

| Ordering a New Prescription | |
|---|---|
| **Method** | **Steps** |
| **Through your health care provider** | • Ask your health care provider to electronically submit your prescription and any refills directly to CVS/caremark. |
| **Online** | • If you are ordering a prescription online for the first time, you will need to register at www.caremark.com. (See the section *Using the CVS/caremark Website* for instructions.)<br>• After you have registered with CVS/caremark, simply log on and:<br>  - Enter your email address and password.<br>  - Click on *Start a New Prescription* on the homepage and follow the instructions. You will need to have your prescription drug ID card number. |
| **With your smartphone** | • Download the CVS and/or Caremark apps (available in your app store for either iPhone or Android platforms) and follow the prompts. |
| **By mail** | • Fill out a *CVS/caremark Mail Service Pharmacy Order Form.*<br>• Mail the form with your prescription and your share of the prescription's cost to CVS/caremark.<br>  To determine your share of the cost, or request additional order forms and envelopes, visit www.caremark.com or call Customer Care. |

To take full advantage of CVS/caremark's long-term prescription benefits, ask your doctor to prescribe your maintenance medication for up to 90-day supplies with refills for up to a year.

Since your medication can take from seven to 11 days to be delivered, you should have at least a 14-day supply of that medication on hand to hold you over. If you do not have enough medication, you may need to ask your doctor for an additional prescription for a 14-day supply that you can fill at a retail pharmacy.

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

To refill an existing prescription, follow these steps:

| Refilling an Existing Prescription | |
| --- | --- |
| **Method** | **Steps** |
| Online | • If you are ordering a prescription refill online for the first time, you will need to register at www.caremark.com. (See the section *Using the CVS/caremark Website* for instructions.)<br>• After you have registered with CVS/caremark, simply log on and:<br>  - Enter your email address and password. Then follow the online instructions. You will need to have your prescription drug ID card number and your prescription number.<br>  - Each time you log in, you can view your available prescription refills and renewals. |
| By phone | • Call the automated refill service at 866-329-4023. Before placing your call, you will need your prescription drug ID card number and the prescription number. |
| With your smartphone | • Download the CVS and/or Caremark apps (available in your app store for either iPhone or Android platforms) and follow the prompts. |
| By mail | • Complete the refill label that accompanied your last order and attach to a *CVS/caremark Mail Service Pharmacy Order Form*.<br>• Mail this information with your share of the prescription's cost to CVS/caremark, using the return envelope provided. To determine your share of the prescription's cost, visit www.caremark.com or call Customer Care. |

**Using a CVS/pharmacy to Fill Your Long-Term Prescription**

If you purchase a long-term (maintenance) prescription drug at a CVS/pharmacy, simply:

• Show your prescription drug ID card; and

• Pay your share of the prescription's cost when you pick it up.

Remember: You may purchase **up to three 30-day supplies** of a maintenance drug at a pharmacy that participates in the CVS/caremark network. Before your third refill, if you are using a CVS/pharmacy, CVS/caremark will remind you to obtain a 90-day prescription from your provider and choose a Maintenance Choice option as described previously. **You must get a 90-day prescription and also select a Maintenance Choice option, or you will have to pay 100% of the cost of the drug the next time you have that prescription filled at a retail pharmacy.**

If you are eligible for in-network coverage with a pharmacy other than a CVS/pharmacy as described earlier, contact that pharmacy for information on filling a prescription there.

> **INTRODUCING SCRIPTSYNC**
>
> *Do you take three or more maintenance medications each month? To help you avoid making multiple trips to the pharmacy, CVS/caremark offers ScriptSync,™ a new service that saves you time, simplifies the process and helps you stay on your medications.*
>
> *With ScriptSync, CVS/caremark works with you to identify the eligible prescriptions\* you'd like to pick up together—whether for yourself or someone you're caring for.*
>
> *Your refills will be coordinated for pickup on one date each month, saving you trips to the pharmacy. Before each pickup date, you'll receive a reminder call or text message letting you know your prescriptions are ready.*
>
> *Note that this program is currently available at CVS/pharmacy locations, and is slated to become available through the CVS/caremark Mail Service Pharmacy early in 2016. For more information, visit CVS.com/ScriptSync or call Customer Care.*
>
> *\*Eligible prescriptions include 30-day medications taken on a regular basis for an ongoing medical condition. Controlled substances are not eligible for this service.*

If you are enrolled in a health care FSA, you also can use your health Spending Account Card to pay for eligible prescription drug expenses from your FSA at the time of purchase. See the *Flexible Spending Accounts* section for more information.

If you are enrolled in a UHC HSA Advantage plan, you can use your HSA debit card to pay for eligible prescription drug expenses using the funds in your HSA. See the *Health Savings Account (HSA)* section for more information.

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

## Paying for Your Prescriptions

You may pay for your medication at an in-network pharmacy with a credit or debit card (i.e., Visa®, MasterCard®, Discover®/NOVUS® or American Express®); a check; or a money order.

If you use the CVS/caremark Mail Service, you also may choose to pay with:

- Electronic check processing (note that preregistration is required through www.caremark. com or by calling Customer Care); or

- Bill Me Later®, an open-end credit plan offered through CIT Bank, Salt Lake City, Utah. Note that this service is subject to credit approval; preregistration is required through www.caremark.com or by calling Customer Care.

Please note: The pharmacist's judgment and dispensing restrictions—such as quantities allowable—govern certain controlled substances and other prescribed drugs. Federal law prohibits the return of dispensed controlled substances.

---

**CVS/CAREMARK'S PHARMACY ADVISOR**

**A More Personal Approach to Diabetes Care**

*Living with a chronic condition adds a few more "to do" items to your everyday lists. To help make it easier to get the best possible treatment, CVS/caremark offers the Pharmacy Advisor Program to employees and their covered family members living with diabetes.*

*Once CVS/caremark receives information that you have filled a medication typically associated with diabetes, you have the option to be connected with a pharmacy advisor representative who is familiar with your individual medication history and who is educated to help you stay on track with your medications and offer one-on-one advice. Here's how the program works.*

- *Medication counseling. With every medication, all CVS/pharmacy pharmacists will provide information such as the medication dosage, possible side effects and the benefits of the prescription. However, when a prescription for diabetes treatment is filled, CVS/pharmacy pharmacists take it a step further and talk about why it's important to take the medication exactly as it's prescribed as well as explain any available cost-savings opportunities. (If you fill your prescription through the CVS/caremark Mail Service Pharmacy, you'll receive information by mail and receive a follow-up phone call.)*

- *Gaps in care counseling. CVS/caremark will review your medication history with clinical guidelines to ensure you're getting the recommended treatment. If a CVS/caremark pharmacist has concerns or suggestions about your treatment plan, he/she will ask your permission to contact your provider. For example, most patients with diabetes should be taking a medication that protects the kidneys. If you're not currently prescribed such a medication, the pharmacist and your provider can discuss the importance of including it in your treatment plan, if appropriate.*

*It's important to note that this service is provided at no out-of-pocket expense to you as part of your CVS/caremark prescription drug coverage. You do not have to enroll in the Pharmacy Advisor Program—you will be contacted if you are currently eligible or if you become eligible in the future.*

---

**CVS/CAREMARK'S FASTSTART® PROGRAM**

*FastStart® is designed to make it easier to manage chronic conditions. Through FastStart, CVS/caremark can contact your doctor for a new prescription for most common maintenance medications used for chronic conditions or long-term therapies, such as high blood pressure, high cholesterol or diabetes.\**

*To find out if FastStart can help you:*

- *Call 800-875-0867. FastStart representatives are available Monday through Friday from 7 a.m. to 7 p.m. Central Time (CT), or*

- *Log on to www.caremark.com/faststart. You will need to register before your participation begins.*

*When contacting FastStart, please have your prescription drug ID card number, name of your medication, your doctor's contact information and your payment information ready.*

*\*Note that FastStart complies with pharmacy law and aims to ensure appropriate drug therapy. As such, some medications—such as controlled substances and specialty drugs—are not eligible for this program. Please contact your doctor directly for a new prescription for a controlled substance.*

For more information about living with diabetes, visit www. caremark.com/diabetes. Once you register with CVS/caremark, you can also access information about your prescription benefit plan. If you have any questions, call Customer Care.

CVS/caremark:
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

**CVS/caremark**

**SPECIALTY PHARMACY PROGRAM**

*The CVS/caremark Specialty Pharmacy Program provides benefits for your and/or your eligible enrolled dependents' special pharmacy products, often in the form of injected or infused medicines as well as the corresponding supplies, equipment and care coordination needed.*

*These medications often are used to treat complex, chronic conditions, including asthma, hepatitis C, cancer, HIV, infertility, multiple sclerosis, osteoporosis, pulmonary arterial hypertension (high blood pressure), pulmonary disorders and rheumatoid arthritis. (Visit www.caremark.com or call Customer Care for a complete list.)*

*When you participate in the CVS/caremark Specialty Pharmacy Program, you have access to:*

- ***Personalized, expert attention,*** *including help identifying coverage for new drugs and therapies; assistance with insurance paperwork and preauthorization; access to a personalized CareTeam that is led by either a pharmacist or a nurse; and counseling programs on living with a chronic condition.*

- ***Education and support,*** *including access to information about your condition, telephone training and support groups; evaluations to assess your progress while on a particular therapy; opportunities to speak with a pharmacist or nurse to discuss any concerns; and 24-hour-a-day access to emergency consultations with a pharmacist.*

- ***Convenient features,*** *including fast, confidential mail service delivery of your medications; refill reminders; and easy online or phone enrollment.*

*When you are prescribed a specialty drug for the first time, you may use a retail pharmacy to fill the prescription and to obtain one refill. You will then receive a letter from CVS/caremark introducing the specialty pharmacy. Going forward, in order to receive benefits for your specialty prescription, you must follow the instructions in the letter. Otherwise, you will pay 100% of the cost of future refills at a retail pharmacy.*

## Using the CVS/caremark Website

To learn how to get the most from the CVS/caremark-administered prescription drug benefit, visit www.caremark.com, where you'll find convenient, time-saving features.

First-time users will need to register to customize the site. To register, have your prescription drug ID card handy, click on the *Not Registered* link on the homepage and fill in the required information.

Once you have registered, you can:

- Refill, renew or request new CVS/caremark Mail Service Pharmacy prescriptions;

- Track the status of CVS/caremark Mail Service Pharmacy orders;

- Determine your out-of-pocket cost for brand-name drugs;

- Compare pricing and benefits for brand-name and generic equivalent drugs—for both CVS/caremark Mail Service Pharmacy and retail pharmacies;

- Determine if your prescription requires prior authorization from CVS/caremark before it can be filled;

- Keep track of your prescription history and related expenses;

- Review your account summary and pay any balance due;

- Look up the plan's specific guidelines;

- Print *CVS/caremark Mail Service Pharmacy Order Forms;*

- Request that *CVS/caremark Mail Service Pharmacy Order Forms* be mailed to you;

- Request claim forms for prescriptions filled at non-participating pharmacies;

- Locate and get directions to a participating retail network pharmacy;

- Choose to receive email notices so that you can stay informed about your prescription orders;

- Learn about your prescription medications and your plan's benefits; and

- Take charge of your health with a variety of wellness information, tools and resources.

### A Note about Infertility Coverage

Infertility coverage is limited to $7,500 per lifetime for prescription drugs that are related to infertility and covered by CVS/caremark.

### Manage Your CVS/caremark Coverage on the Go

When you download the CVS and/or Caremark apps (available for either iPhone or Android platforms) to your smartphone, you can find pharmacies, request a refill or new prescription, check your order status, determine your out-of-pocket costs and view your prescription history. Find the app in your app store.

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

CVS/caremark includes educational and safety information with every new prescription ordered through the CVS/caremark Mail Service Pharmacy. By visiting www.caremark.com, you can access this same information as well as other health-related facts and resources. To take advantage of personalized health alerts, news and information, be sure to register with CVS/caremark by completing the registration information.

**Learning More by Telephone**

CVS/caremark's interactive phone service gives you a convenient way to get information or materials at any time of the day or night. Also, with the voice-activated feature, you don't even have to press numbers on the telephone.

Before you call Customer Care, you should have your prescription drug ID card number and any other numbers you might need, such as your prescription number or your credit card number.

When you call Customer Care, for security purposes, you will be asked to enter or speak your prescription drug ID card number. (This information is confidential and will not be shared.) Through the interactive telephone service, you can, for example:

• Locate a participating retail network pharmacy;

• Refill a prescription;

• Check the status of an order;

• Request a *CVS/caremark Mail Service Pharmacy Order Form;* and

• Request a *Prescription Drug Reimbursement Form* (Direct Claim Form).

Be sure to write down the confirmation number after the telephone order is completed in case you need to call Customer Care with any follow-up questions.

## Generic Equivalent Drugs

Many prescription drugs have two names: the trademark or brand name, and the chemical or generic name. Be assured that a generic equivalent drug and its brand-name counterpart have the same active ingredients and are manufactured according to the same strict federal regulations.

Generic equivalent drugs may differ in color, size or shape, but the Food and Drug Administration (FDA) requires that they meet the same standards for safety, strength, purity and quality as the brand-name alternatives.

Prescriptions filled with generic equivalent drugs will have lower out-of-pocket costs at participating retail pharmacies or through the mail service. Therefore, you can get the same health benefits at a lower cost. Whenever your provider writes you a prescription, you should check to see if a generic equivalent is available. If your provider prescribes—or you request—a brand-name drug specifying "dispense as written" (which means substitutions are not permitted) and a generic equivalent is available, you will be responsible for paying the cost difference between the brand-name and the generic equivalent *plus* the generic copayment or, if you're in a UHC HSA Advantage plan, applicable coinsurance. In this case, the cost difference does not apply to your medical plan's out-of-pocket maximum.

## Primary/Preferred Drug List

Although generic equivalent drugs should always be considered first, the CVS/caremark prescription drug benefit includes a *formulary,* which is a list of preferred drugs that the FDA has determined to be safe and effective. This list includes a wide selection of drugs and is preferred because it offers you choices while helping to keep the cost of your prescription drug benefit affordable. Each drug is approved by the FDA and reviewed by an independent group of doctors and pharmacists for safety and efficacy.

CVS/caremark may contact your doctor to request that he/she consider prescribing either a generic equivalent or a medicine on the formulary. Of course, the final decision about which prescription to use is yours and your doctor's. However, your out-of-pocket costs are affected by your decision.

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)

## Protecting Your Privacy and Safety

CVS/caremark promotes the safe and effective use of medications. When your prescription is filled through a CVS/caremark network pharmacy or the CVS/caremark Mail Service Pharmacy, CVS/caremark pharmacists use the health and prescription information they have on file for you to consider many important clinical factors, including drug selection, dosing, interactions, duration of therapy and allergies.

If there is a potential problem, an experienced, registered pharmacist may contact your doctor. If you have any questions about your prescriptions, call Customer Care and talk to a CVS/caremark pharmacist.

CVS/caremark includes educational and safety information with every new prescription ordered at a participating retail pharmacy or through the CVS/caremark Mail Service Pharmacy. In addition, CVS/caremark may contact your prescribing doctor to discuss certain clinical factors and benefit management matters. CVS/caremark may also contact you from time to time with information about the prescription drug(s) you are taking.

## Prior Authorization

Some medications are covered only for certain uses or in certain quantities, and/or may require prior authorization or step therapy. (For example, a drug may not be covered when it is used for cosmetic purposes. Also, the quantity covered may be limited to certain amounts over certain time periods.) These limits are based on clinically approved prescribing guidelines that are routinely reviewed by CVS/caremark.

If you present a prescription for a medication that requires prior authorization, it cannot be filled until your doctor calls the Clinical Prior Authorization Department at 866-329-4023 to provide additional clinical information.

To see if your prescription requires prior authorization, visit www.caremark.com and enter the name of the prescription, or call Customer Care. If you know in advance that your prescription requires prior authorization, ask your doctor to call the prior authorization unit before you go to the pharmacy.

---

**EXPERIMENTAL, INVESTIGATIONAL OR UNPROVEN PRESCRIPTION DRUGS**
*This plan does not cover any expenses incurred for treatments, drug therapies or devices that, at the time CVS/caremark makes a determination regarding coverage in a particular case, are determined to be:*

- *Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service, or the United States Pharmacopoeia Dispensing Information, as appropriate for the proposed use; or*

- *The subject of an ongoing clinical investigation to determine FDA approval, regardless of whether the trial is actually subject to FDA oversight; or*

- *Not demonstrated through prevailing peer-reviewed medical literature to be safe and effective for treating or diagnosing the condition or illness for which its use is proposed.*

*Please note: Coverage may be denied even if the treatment, drug therapy or device has received FDA approval. Please check with CVS/caremark to confirm coverage.*

---

# Other Important Information

## When Coverage Normally Ends

CVS/caremark-administered prescription drug benefits for you and your covered dependents ends when your Raytheon medical coverage ends. If you continue your medical coverage through COBRA, your CVS/caremark prescription drug benefits will also be continued. Prescription drug coverage cannot be converted to an individual or non-group plan.

## Claims Appeal

If a claim is denied, you have the right to request a review of the claim by contacting the carrier. See *Applying for Benefits* in the *Administrative* section for details.

---

Note: The dispensing of certain controlled substances and other prescribed drugs is governed by the pharmacist's judgment and dispensing restrictions, such as quantities allowable. Federal law prohibits the return of dispensed controlled substances.

**CVS/caremark:**
www.caremark.com
**Customer Care:**
866-329-4023 (available 24/7)



# Vision
## at a glance

## in this section

Enrolling in a Vision Plan

VSP® Vision Care

Basic Vision Plan

Vision Plus Plan

Additional Available Benefits

What the Plans Do Not Cover

As Your Needs Change

Other Important Information

- Raytheon offers two vision coverage options—the Basic Vision Plan and the Vision Plus Plan.

- You may choose from four coverage levels: employee only, employee and spouse, employee and child(ren) or employee and family.

- New employee? If you want vision coverage, you must enroll in a vision plan within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. Your coverage will become effective on your first day of work.

- You may make changes to your vision coverage (i.e., add or drop dependents, add or drop coverage, or change plans) each year during the benefits open enrollment period.

- Outside of the annual benefits open enrollment period, you may make changes only under certain circumstances as outlined in the section *Changing Your Coverage, At Other Times of the Year.*

- Both vision plans provide coverage for a wide range of vision care services, including routine examinations, lenses, frames and contact lenses. The plans differ in how often benefits are payable and the retail allowance for benefits.

- If you are required to wear eye protection at work, you are eligible to receive prescription safety eyeglasses, with supervisory approval, free of charge from a VSP doctor every two calendar years—even if you do not elect vision coverage.

*continued on next page*

**For the names of VSP doctors in your area, visit www.vsp.com or call VSP at 888-426-3937.**

- The amount of your contribution toward the cost of your vision coverage depends on the vision plan you choose and your level of coverage. You pay your share with before-tax dollars through payroll deduction.

- The claims administrator makes the final decision as to whether a particular service is covered, based on the benefits available under the Raytheon plan in which you are enrolled. For more information about covered services for the plan you are enrolled in, contact your vision claims administrator. For information about how to appeal a denied claim, see the *Administrative* section.



**Vision**
at a glance

# Enrolling in a Vision Plan

## Coverage Levels

If you choose to enroll in a Raytheon vision plan, you may choose from four coverage levels. This allows you to choose the coverage level that best meets your specific family situation while ensuring that you only pay for the coverage you actually need.

The four coverage levels are:

- Employee only;
- Employee and spouse;
- Employee and child(ren); or
- Employee and family (spouse and children).

You may select different coverage levels for medical, dental and vision coverage. For example, you may choose medical coverage for your entire family and vision coverage for just yourself.

If you are married to a Raytheon employee, you may each select the plan of your preference or only one of you may elect coverage, depending upon your needs and the cost of your plan options.

Note that when you cover eligible dependents, you and your dependents must be enrolled in the same vision plan. In other words, you cannot choose the Basic Vision Plan for you and the Vision Plus Plan for your children.

## Eligible Dependents

You may enroll your eligible dependents for vision coverage. Eligible dependents include your:

- *Spouse.* A spouse includes a *common-law spouse* if your common-law marriage was established in a state that legally recognizes common-law marriage; all requirements of that state have been met; and the common-law marriage has not ended.

  Note that a spouse from whom you are divorced or legally separated is *not* eligible for coverage. Note also that a party to a civil union is not a spouse;

- *Children before their 26th birthday,* including natural children, legally adopted children (including children lawfully placed for adoption), stepchildren and foster children, regardless of residency, financial dependence, student status, employment status or marital status;

- *Children and other dependents up to their age of majority (usually 18) for whom you are a legal guardian.* If you or your spouse is not the child's parent (or step-parent) and the child is not a foster or adopted child, you must have a court order designating you or your spouse as the child's legal guardian or as the person who has legal responsibility for the care, control and custody of the child that is equivalent to the responsibility of a legal guardian. (Please note that if the court order extends the guardianship beyond the age of majority, the child's coverage will still end no later than the child's 26th birthday.) In all cases, the child must also meet the IRS definition of a dependent of you or your spouse; and

- *Unmarried children age 26 and older who are disabled as well as other dependents age 26 and older for whom you have legal guardianship who are disabled,* if approved by a Raytheon health plan to be disabled. In general, to qualify, the disabled child must have become disabled before age 26 and be incapable of self-sustaining employment because of mental retardation, serious mental illness, physical sickness or injury. Coverage may continue for as long as your coverage continues and as long as your child remains incapacitated and is otherwise eligible for coverage.

Note that if you are eligible to add a dependent to your Raytheon-sponsored vision plan, you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received. Complete details are on *Desktop Benefits.*

If your covered dependent becomes ineligible for coverage during the year (for example, due to divorce, legal separation or reaching age 26), you must remove your dependent from your coverage as of the date that person is no longer eligible for coverage. For more information, see the section *Changing Your Coverage.*

Can't locate one or more of the documents that are required to add a dependent to your Raytheon-sponsored vision plan? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

## Cost of Coverage

You and Raytheon share the cost of your vision coverage. The amount you contribute toward the cost of vision coverage depends on:

• The vision plan you choose; and

• Your level of coverage.

Your premium contribution is deducted from your paycheck. You pay no federal income taxes or Social Security taxes on your contribution amount for coverage for you, your spouse or your children. In most cases, you also pay no state income taxes.

The amount of your premium contribution is provided in your new hire materials as well as during annual benefits open enrollment. For current contribution amounts and additional information, contact the Raytheon Benefit Center (RBC) at 800-358-1231.

## Initial Enrollment for New Employees

As a newly hired employee, you may enroll in a Raytheon vision plan within the 31-day period following the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. This coverage remains in effect for the rest of the calendar year. Note that there is no default vision coverage; if you do not enroll within the 31-day period, you will not have vision coverage for the remainder of that calendar year.

The coverage you elect is effective retroactively to your first day of work, provided you enroll within the 31-day period. Coverage for your dependents generally begins at the same time as your coverage, or as soon as the dependent becomes eligible and his/her verification documents are confirmed (see the section *Eligible Dependents* for more information). This coverage remains in effect for the remainder of the calendar year. You may change your vision plan and/or coverage level during the next benefits open enrollment period or sooner if you meet the guidelines outlined in the section *Changing Your Coverage.*

## Changing Your Coverage

After you make your initial enrollment elections as a new employee, you are permitted to make changes to your vision coverage as outlined in this section. In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section *Eligible Dependents* for more information.

### Annual Benefits Open Enrollment

Each year, Raytheon conducts a benefits open enrollment during which you may make changes to your vision coverage (i.e., add or drop dependents, add or drop coverage, or change plans). Any changes you make become effective the following January 1.

---

**IMPORTANT INFORMATION ABOUT CHANGING YOUR VISION PLAN**

*If you are enrolled in the Vision Plus Plan and receive glasses and frames or contact lenses during the year, and then elect to change from the Vision Plus Plan to the Basic Vision Plan during open enrollment, you will not be eligible for glasses and frames or contact lenses until the second year you're enrolled in the Basic Vision Plan. For more information about switching between the Vision Plus Plan and the Basic Plan, contact the RBC at 800-358-1231.*

---

It's very important that you understand the enrollment procedures and enroll for the coverage you want when you are first eligible. Once your coverage begins, it will be in effect for the remainder of the calendar year. You may not change your elected coverage during the year (unless you meet certain criteria described in the section *Changing Your Coverage).*

**At Other Times of the Year**

Outside of the annual benefits open enrollment period, you are permitted to make changes to your vision coverage only in the event of the following:

- If you have a qualified change in status, as follows:
  - Marriage.
  - Divorce or legal separation.
  - Gain or loss of an eligible dependent, such as a child reaching age 26.
  - Change in your, your spouse's or your dependent's employment status, for example:
    – Gain or involuntary loss of vision coverage,
    – Changing from full to part time or vice versa,
    – Transferring between different contracts or positions, providing there is a significant change in the cost of coverage (for example, to or from a Service Contract Act or RayTech position), or
    – Beginning or ending an unpaid leave of absence.

  ***In the situations above, the change(s) you make must be due to and consistent with your change in status.***

  For example, if one of your covered dependents is no longer eligible for coverage (such as due to divorce or legal separation, or if your child reaches age 26), you are required to remove your dependent from your Raytheon-sponsored vision coverage as of the date that person is no longer eligible for coverage. Coverage would end for that dependent as of 12:01 a.m. that day. If you gain an eligible dependent, such as by marriage, you may add your spouse to your coverage. However, in both of these situations, you cannot add or remove other still-eligible dependents from your coverage or choose a different plan.

  Note that in the event of the birth or adoption of a child, you must call within 31 days to enroll your child for coverage. Once the verification documents are confirmed, coverage is effective as of the birth date or, for adoptions, the custody date. If you make your change before the date of the qualified change, coverage becomes effective as of the date of the qualified change and the verification documents are confirmed.

- If your spouse's employer holds benefits open enrollment at a time other than Raytheon's—and, as a result of its benefit offerings, you would like to make a change.

- If you, your spouse or your dependent enrolls in Medicare or Medicaid, or if you, your spouse or your dependent loses eligibility for Medicare or Medicaid.

- If you, your spouse or your dependent becomes eligible for a special enrollment opportunity, as described in the inset box *HIPAA Privacy and Special Enrollment Opportunities*; see the inset box on the next page for a description of your HIPAA rights.

If any of these situations apply to you, you can make your change by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com or calling the RBC at 800-358-1231.

Note that you are required to remove your spouse from your Raytheon-sponsored vision coverage if:

- You and your spouse divorce or legally separate; or

- Your common-law marriage to your covered spouse terminates.

To remove your previously eligible dependent from your Raytheon-sponsored coverage, you must call the RBC at 800-358-1231 on or before the date that your spouse is no longer eligible for coverage. If you don't remove your previously eligible dependent from your coverage as of the date of the event, you must reimburse the company for any claims incurred after that date.

If you enroll in a vision plan and add to your family through birth or adoption during that year, ***you must enroll your child within 31 days of the birth date or, for adoptions, the custody date.*** You can enroll your child either online through *Desktop Benefits* at https://raytheon.benefitcenter.com or by calling the RBC at 800-358-1231. Note that if you do not add your newborn or newly adopted child, he/she will not be covered—***even if you currently have family coverage.***

**HIPAA PRIVACY AND SPECIAL ENROLLMENT OPPORTUNITIES**

*The* Health Insurance Portability and Accountability Act of 1996 *(HIPAA) is designed to help keep personal health information private as well as to make it easier for you and your family members to have continued group health plan coverage when you or a family member loses coverage through an employer. Here is a summary of the act's provisions.*

**Protected Health Information.** *The Raytheon health benefit plans'* HIPAA Notice of Privacy Practices for Protected Health Information *explains what "protected health information" is; how the plans may use and disclose this information; and how you can exercise your rights concerning this information. HIPAA requires that the plans remind you that this notice is available on* Desktop Benefits *at https://raytheon.benefitcenter.com (click on the link to  Notice of Privacy Practices in the* Resource Library *under My Resources) or by calling the RBC at 800-358-1231.*

**Special Enrollment Opportunities.** *If you decline coverage for yourself or your eligible family members because of other health insurance coverage, you may be able to enroll yourself or your dependents in a Raytheon health plan or change your health plan election in the future, provided that you request enrollment within 31 days of when your other coverage ends.*

*This special enrollment right is available only if one of the following conditions is met:*

- *You or a family member becomes ineligible for coverage under another employer's health plan or other health insurance;*
- *An employer's contributions for the other coverage stop; or*
- *In the case of COBRA coverage, because the maximum COBRA period has expired.*

*In addition, if you or a dependent gains or loses eligibility for Medicaid, Medicare or a state children's health plan, or if you or a dependent becomes eligible or ineligible for state assistance for coverage under the plan, you may be able to enroll or end coverage for yourself or your dependents, provided you request enrollment within 31 days of the date eligibility was gained or lost or within 60 days in the case of a Medicaid or state assistance event.*

*You also have a special enrollment opportunity if:*

- *You marry; or*
- *You or your spouse acquires a dependent through your marriage or the birth, adoption or placement for adoption of the dependent.*

*In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section* Eligible Dependents *for more information.*

**If Your Coverage Ends.** *If your coverage under a Raytheon health plan ends, you and your qualified dependents will be provided with a written certificate of coverage to provide to your new employer. This certificate will help determine if your new plan may impose pre-existing condition limitations. Be sure to keep this certificate when you receive it.*

# VSP® Vision Care

Routine eye care is an important part of your overall health. That's why Raytheon offers two vision plans to choose from:

- Basic Vision Plan, and
- Vision Plus Plan.

Both plans provide coverage for routine examinations and services. Raytheon's vision plans are provided through VSP Vision Care—the nation's largest vision benefits provider.

No matter which plan you choose, each time you need routine vision care, you may choose either a VSP doctor or a non-VSP provider. You may receive care from any licensed optometrist, ophthalmologist or optician. Generally, your cost is lower when you use a VSP doctor.

For the names of VSP doctors in your area, visit www.vsp.com or call VSP at 888-426-3937. VSP Vision Care administers all routine vision-related claims regardless of whether your care is provided by a VSP doctor or a non-VSP provider.

## Using a VSP Doctor

Using a VSP doctor can help you save money on routine vision expenses. To make the most of your benefits, simply follow these steps:

1. Choose a VSP doctor;

2. Make an appointment, identifying yourself as a VSP Vision Care-covered individual through Raytheon. Your doctor will confirm your eligibility and coverage with VSP Vision Care; and

3. Pay only your copayment for care when you receive it. You will also be responsible for any charges that your plan does not cover, such as cosmetic items, tinted lenses and, in the case of the Basic Vision Plan, polycarbonate lenses for adults after the discount has been applied.

When you follow these steps, VSP Vision Care will pay the balance directly to your doctor. You do not need to complete any claim forms.

---

**ABOUT VSP PARTICIPATION PROVIDERS**

*VSP offers a nationwide network of VSP doctors and participating retail chains—including Costco, Visionworks, OPTYX, Shopko Eyecare Centers, Cohen's Fashion Optical, Wisconsin Vision and Rx Optical—providing many options in finding the eye-care provider that is right for you. You can choose from more than 31,000 independent doctors in 57,000 locations. This means chances are good that your current eye care doctor is a VSP doctor.*

*If you go to a participating retail chain partner, tell your provider your coverage is with VSP—you don't need an ID card and there are no claim forms. Note that while ID cards are not required, you can obtain an ID card when you log on to www.vsp.com with your user ID and password.*

*To find participating doctors and retail chain partners in your area, confirm eligibility or verify benefits, visit www.vsp.com or call VSP at 888-426-3937.*

---

## Using a Non-VSP Provider

If you choose to receive routine vision care from a non-VSP provider, you may ask the provider to contact VSP directly to confirm your eligibility before your appointment. Once confirmed, your provider may submit your claim to VSP. In this case, VSP will directly reimburse your provider the allowed amount, which can then be deducted from your bill.

If your provider does not contact VSP to confirm your eligibility, you must pay the full cost of your care when you receive it. To receive reimbursement, you can upload receipts and submit your request online at www.vsp.com (visit the *Benefits & Claims* section), or submit a *VSP Member Reimbursement Form* along with a copy of your itemized receipt (keep your original receipt for your records) to:

VSP Vision Care
Attn: Out-of-Network Claims
P.O. Box 385018
Birmingham, AL 35238-0518

VSP will reimburse either a provider or you for up to the amounts shown in the summary of benefits chart for your plan (see the column "From a Non-VSP Provider" in the charts for both plans, which appear later in this section). If your provider charges more than this amount, you are responsible for paying the difference. Your claim must be submitted *within six months* of the date you receive the vision services or supplies.

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting the carrier. See *Applying for Benefits* in the *Administrative* section for more details.

| | | | | Vision |
|---|---|---|---|---|

# Basic Vision Plan

The Basic Vision Plan covers a range of vision services, including routine eye exams and a wide array of eyewear.

## Basic Vision Plan Summary of Benefits Chart

This chart provides an overview of coverage under the Basic Vision Plan. For a more detailed description of your coverage, refer to the *What the Basic Vision Plan Covers* section.

| Benefit | Frequency | Copayment | From a VSP Doctor | From a Non-VSP Provider[1] |
|---|---|---|---|---|
| **Routine examination** | One every calendar year | $10 | Fully covered | Up to $43[2] |
| **Lenses**[3] | One pair every 2 calendar years | $10 (total for lenses and/or frames) | Fully covered | Up to $35 single[2]<br>Up to $51 bifocal[2]<br>Up to $68 progressives[2]<br>Up to $68 trifocal[2]<br>Up to $80 lenticular[2] |
| **Frame** | One every 2 calendar years | $10 (total for lenses and/or frames) | Covered up to the retail plan allowance of $130 ($150 for featured brands[4]) plus 20% discount on amount over the plan allowance | Up to $45 |
| **Contact lenses**[5]<br>Necessary | Every 2 calendar years | $10 | Fully covered | Up to $210 |
| Elective | Every 2 calendar years | None | Up to $105 for contact lens exam (fitting and evaluation) and contacts | Up to $105 |
| **Anti-reflective and polycarbonate lens enhancements for adults** | Every 2 calendar years | N/A | Average 20% to 25% discount at VSP participating locations | Not covered |

[1] Non-VSP provider benefits will be paid minus any applicable copayments.
[2] If a child under 19 receives this service from a non-VSP provider, benefits are paid the same as if the child had seen a VSP doctor.
[3] Polycarbonate lenses for covered dependent children up to age 19 are covered at 100% when purchased from a VSP doctor only.
[4] For a list of featured-frame brands or to find a doctor who carries them, visit www.vsp.com or call 888-426-3937.
[5] Contact lenses are in lieu of lenses and frames.

## What the Basic Vision Plan Covers

The Basic Vision Plan covers a wide variety of vision services when you use a VSP doctor, including the following:

- *Routine eye exams* are covered in full every calendar year after a $10 copayment.

- *Frames* are covered in full up to the plan allowance, after a $10 copayment (total for frames and/or lenses). Benefits are provided for one pair every two calendar years in lieu of contact lenses. If the frame costs more than the plan allowance, you will receive a 20% discount on the amount over the plan allowance (the additional amount you pay), as long as you see a VSP doctor. For 2016, the plan allowance is $130 ($150 for featured brands—for details, visit www.vsp.com or call 888-426-3937).

- *Spectacle lenses* are covered in full after a $10 copayment (total for frames and/or lenses). Benefits are provided for one pair every two calendar years in lieu of contact lenses. Covered lenses include single vision, lined bifocal, lined trifocal or other more complex lenses necessary for the patient's welfare. Polycarbonate lenses for covered dependent children up to age 19 are covered at 100% when purchased from a VSP doctor only. (While

the plan does not cover polycarbonate lenses or anti-reflective coatings for adults, you are eligible for certain discounts when you visit a VSP doctor.) The cost of lenses or lens options that are not necessary for visual welfare is *not* covered.

- **Medically necessary contact lenses** are covered in full after a $10 copayment when prescribed for certain medical conditions, including:

  - Following cataract surgery;

  - To correct extreme vision problems that cannot be corrected with spectacle lenses; and

  - Certain conditions of anisometropia or keratoconus.

  Benefits are provided once every other calendar year.

- **Elective contact lenses** are covered for up to $105 toward the cost of the contact lens materials and the provider's professional fees, including contact lens evaluation examination, fitting costs and any follow-up evaluations (in lieu of lenses and frames). Benefits are provided once every other calendar year. If you obtain contact lenses from a participating provider, you are also eligible for a 15% discount off the provider's professional services (discount does not apply to materials).

# Vision Plus Plan

If you or your eligible dependent needs more vision care coverage than is provided by the Basic Vision Plan, you may enroll in the Vision Plus Plan.

## Vision Plus Plan Summary of Benefits Chart

The Vision Plus Plan covers the same range of vision services as the Basic Vision Plan but provides benefits more often and has higher retail allowances. This chart provides an overview of coverage under the Vision Plus Plan. For a more detailed description of your coverage, refer to the *What the Vision Plus Plan Covers* section.

| Benefit | Frequency | Copayment | From a VSP Doctor | From a Non-VSP Provider[1] |
|---|---|---|---|---|
| **Routine examination** | One every calendar year | $10 | Fully covered | Up to $43[2] |
| **Lenses** | One pair every calendar year | $10 (total for lenses and/or frames) | Fully covered | Up to $35 single[2]<br>Up to $51 bifocal[2]<br>Up to $68 progressives[2]<br>Up to $68 trifocal[2]<br>Up to $80 lenticular[2] |
| **Frame** | One every calendar year | $10 (total for lenses and/or frames) | Covered up to the retail plan allowance of $140 ($160 for featured brands[3]) plus 20% discount on amount over the plan allowance | Up to $45 |
| **Contact lenses[4]**<br>Necessary | Every calendar year | $10 | Fully covered | Up to $210 |
| Elective | Every calendar year | None | Up to $120 for contact lens exam (fitting and evaluation) and contacts | Up to $105 |
| **Anti-reflective and polycarbonate lens enhancements for children and adults** | Every calendar year | N/A | Fully covered. Other lens enhancements: Average 20% to 25% discount at VSP participating locations | Not covered |

[1] Non-VSP provider benefits will be paid minus any applicable copayments.
[2] If a child under 19 receives this service from a non-VSP provider, benefits are paid the same as if the child had seen a VSP doctor.
[3] For a list of featured-frame brands or to find a doctor who carries them, visit www.vsp.com or call 888-426-3937.
[4] Contact lenses are in lieu of lenses and frames.

## What the Vision Plus Plan Covers

The Vision Plus Plan covers a wide variety of vision services when you use a VSP doctor, including the following:

- *Routine eye exams* are covered in full every calendar year after a $10 copayment.

- *Frames* are covered in full up to the plan allowance, after a $10 copayment (total for frames and/or lenses). Benefits are provided for one pair every calendar year in lieu of contact lenses. If the frame costs more than the plan allowance, you will receive a 20% discount on the amount over the plan allowance (the additional amount you pay), as long as you see a VSP doctor. For 2016, the plan allowance is $140 ($160 for featured brands—for details, visit www.vsp.com or call 888-426-3937).

- *Spectacle lenses* are covered in full after a $10 copayment (total for frames and/or lenses). Benefits are provided for one pair every calendar year in lieu of contact lenses. Covered lenses include single vision, lined bifocal, lined trifocal or other more complex lenses necessary for the patient's welfare. Polycarbonate lenses and anti-reflective coatings for children and adults are covered at 100% when purchased from a VSP doctor only. The cost of lenses or lens options that are not necessary for visual welfare is *not* covered.

- *Medically necessary contact lenses* are covered in full after a $10 copayment when prescribed for certain medical conditions, including:

  - Following cataract surgery;

  - To correct extreme vision problems that cannot be corrected with spectacle lenses; and

  - Certain conditions of anisometropia or keratoconus.

  Benefits are provided once every calendar year.

- *Elective contact lenses* are covered for up to $120 toward the cost of the contact lens materials and the provider's professional fees, including contact lens evaluation examination, fitting costs and any follow-up evaluations (in lieu of lenses and frames). Benefits are provided once every calendar year. If you obtain contact lenses from a participating provider, you are also eligible for a 15% discount off the provider's professional services (discount does not apply to materials).

# Additional Available Benefits

## Value-Added Discounts and Special Programs

With either the Basic Vision Plan or the Vision Plus Plan, you can take advantage of value-added discounts and special programs:

- If you order *additional prescription or non-prescription glasses or sunglasses* (lenses and frames) from a VSP doctor within 12 months of your routine exam, you are eligible for a 20% discount.

- VSP has partnered with Bausch + Lomb to provide VSP members with an exclusive offer that includes *mail-in rebate savings* of up to $110 on eligible contact lenses. Visit http://specialoffers.vsp.com to learn more.

- A 15% discount on *fees for contact lens exams* (fitting and evaluation) as long as you see a VSP doctor within 12 months of a covered routine eye exam.

- Discounts on *laser-vision-correction surgery* through VSP-contracted surgery centers. Discounts vary by location, but average between 15% and 20% off the usual and customary price. If the participating laser center is offering a temporary price reduction, VSP members receive 5% off the advertised price. After surgery, you may use your frame allowance (if eligible) for non-prescription sunglasses from any VSP doctor. Visit www.vsp.com for the name of a VSP-participating laser vision doctor near you.

For more information on any of these discounts and programs, visit www.vsp.com or ask your VSP doctor for details.

163

## Low-Vision Coverage

Raytheon vision coverage also includes low-vision coverage from either a VSP doctor or a non-VSP provider. This benefit is available for those patients whose vision loss is sufficient enough to prevent reading, moving around in unfamiliar surroundings and completing desired tasks. If the patient is eligible for low-vision benefits, the VSP doctor will obtain prior authorization from VSP Vision Care. Benefits under this plan include, but are not limited to:

- Supplemental testing for low-vision evaluation;
- Low-vision prescription services; and
- Optical and non-optical aids.

If low-vision supplemental testing is approved, VSP Vision Care will pay up to a maximum of $125 per covered individual every two calendar years. If low-vision aids are approved, VSP Vision Care will pay 75% of the approved amount, up to a maximum of $1,000 per covered individual (less any amount paid for supplemental testing) every two calendar years. The patient is responsible for the remaining 25% of the approved amount in addition to any amount over the maximum.

## Extra Cost Items

Vision coverage is designed to cover your vision needs rather than cosmetic materials. Therefore, if you select certain optional items, you will have to pay an additional amount. However, the cost of such items is generally less if you purchase them from a VSP doctor. For some items, such as frames that cost more than the plan allowance, discounts are available when you use a VSP doctor.

Examples of optional items include:

- *Blended or progressive* multifocal lenses;
- *Coated or laminated lenses,* such as scratch-resistant and anti-glare coatings for the Basic Vision Plan;
- *Contact lenses,* in excess of the plan allowance;
- *Cosmetic lenses;*
- A *frame* that is valued at more than the plan allowance;
- *Optional cosmetic processes;*
- *Oversized lenses;* and
- *UV-protected lenses.*

For more information about extra cost items, visit www.vsp.com or call VSP at 888-426-3937.

---

**SAFETY EYEGLASSES AS REQUIRED BY OSHA**

*If you work in an area or on a job that requires eye protection, you are eligible to receive prescription safety eyeglasses with permanently affixed or attachable side shields from a VSP doctor every two calendar years (this benefit includes one repair every two years, based on the date of the first repair). You are eligible for the safety eyeglasses benefit even if you do not enroll in a vision plan. There are no copayments for safety glasses. However, you will be responsible for the cost of any lens options not covered under the plan and/or frame costs that exceed the plan allowance.*

*You must obtain authorization for safety eyeglasses from your manager or supervisor. The authorization must be presented to the VSP doctor at the time of your appointment. You can receive your safety eyeglasses from your network provider at the same time you receive your examination and regular eyewear. However, if you receive an eye exam for regular eyewear and safety eyewear at the same time, you will be responsible for paying the eye exam copayment.*

*For more information on how the safety eyeglasses program works, call VSP at 888-426-3937; check with your manager or supervisor; or refer to the* Environmental, Health and Safety *section of the Raytheon homepage at www.ray.com/ehs/safety_ih/glasses.htm.*

Note that the prescription safety eyeglasses benefit described here is available only in the U.S. In the case of an overseas assignment where safety eyeglasses are required, be sure to follow the procedures outlined here *before* you are deployed.

# What the Plans Do Not Cover

While both Raytheon-sponsored vision plans provide coverage for a wide range of vision services, there are some services that are not covered, including, but not limited to:

- Any eye examination or corrective eyewear that is required as a **condition of employment;**

- Corrective vision services, treatments and materials of an **experimental nature;**

- Services or materials otherwise covered, at no cost, under any type of **governmental contract or another insurance contract;**

- Lenses and frames furnished under this plan that are **lost, broken or scratched,** except at the normal intervals when services are otherwise available;

- **Medical or surgical eye treatment;**

- Benefits payable under a Raytheon **medical plan or other medical program;**

- **Non-prescription lenses,** when the refractive error is less than a +/–.50 diopter power;

- **Non-prescription sunglasses,** when the refractive error is less than a +/–.50 diopter power;

- **Orthoptics or vision training** and any supplemental testing;

- Expenses **paid by an employer,** whether under workers' compensation law or otherwise; and

- **Two pairs of glasses** in lieu of bifocals.

# As Your Needs Change

## If You Take a Leave of Absence

### Medical Leave

If you're on an authorized medical leave of absence, vision coverage for you and your dependents will continue for up to 24 months. You pay the employee contribution in effect during your leave directly to Raytheon. If your leave is for fewer than 90 days, your employee contributions for vision coverage will be taken from your paycheck on a retroactive basis when you return to work. These contributions will be taken over the same number of pay periods that you were out. If your leave is for more than 90 days, you will receive a bill for the amount of your employee contributions for vision coverage.

After you have been on a medical leave of absence for 24 months, your employment will be administratively terminated and you may extend your coverage under COBRA regulations (see *Extending Your Coverage).* You'll receive a letter explaining your options and the steps you need to take to ensure your coverage continues uninterrupted.

### Industrial Leave

If you're on an authorized industrial leave of absence due to an industrial injury, vision coverage for you and your dependents will continue for the duration of the leave on the same basis as a medical leave of absence, as described earlier.

### Family and Medical Leave

If you take an authorized family and medical leave, and make arrangements to continue contributions toward the cost of your coverage, vision coverage for you and your dependents will be continued for up to 12 weeks (or as required under state law).

### Other Types of Leaves

If you take an authorized leave of absence other than a medical, industrial or family and medical leave (such as personal or educational leave), you can continue vision coverage for you and your dependents through COBRA. For more information, see *Extending Your Coverage* later in this section.

To save money on expenses the vision plans do not cover, you may want to consider enrolling in a health care flexible spending account (FSA); a vision and dental FSA if you participate in an HSA Advantage plan. With this account, you can put money aside before taxes are withheld from your paycheck to pay for expenses that your medical, vision or dental plans do not cover or cover only in part. For more information, see the *Flexible Spending Accounts* section.

## If You Are Laid Off

If you are laid off, contact your Human Resources representative for information regarding your last day of coverage.

## Coverage at Retirement

If you retire from Raytheon and meet certain eligibility requirements, you may be eligible to purchase retiree vision coverage. Contact the RBC at 800-358-1231 for more information.

# Other Important Information

## When Your Coverage Ends

Your Raytheon vision coverage will end when you:

- Terminate employment;
- No longer meet the plan's eligibility requirements;
- Cancel your coverage; or
- Fail to make the required contribution.

Your coverage will also end if a plan is terminated for all employees.

## When Coverage for Your Dependents Ends

Coverage for a dependent will end when:

- Your coverage ends;
- He or she no longer meets the definition of an eligible dependent;
- You cancel your dependent coverage; or
- You fail to make the required contribution.

Coverage will also end if dependent coverage under the plan is terminated for all employees.

## Extending Your Coverage

You and your covered dependents may be eligible to extend vision coverage for up to 18 or 36 months if you lose coverage as the result of a "qualifying event" under the *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA). Qualifying events include loss of a job, death, divorce or a dependent reaching age 26. Under COBRA, you and/or each affected dependent may purchase coverage at 100% of the full group cost plus an additional 2% for administrative costs.

If the qualifying event is your divorce or legal separation, or if your dependent no longer qualifies for coverage under the plan, you must notify the RBC at 800-358-1231 within 31 days from the last day covered to qualify for COBRA coverage. Refer to the *Administrative* section for details about COBRA coverage.

## Tax Considerations

Your contributions toward the cost of vision coverage are paid through payroll deduction with before-tax dollars. Since your contributions are deducted from your pay before taxes are withheld, you will not pay federal, Social Security and, in many cases, state and local income tax on this money. The actual amount of your tax savings will depend on your income tax bracket and local tax laws.

This reduction in your taxable pay may slightly impact your future Social Security benefits because you may be paying lower Social Security taxes. Generally, the tax savings you receive now far outweigh any nominal decrease in your future Social Security benefit. However, if you have any questions, you should consult a personal tax advisor.

**Effect on Your Other Benefits**

While before-tax contributions reduce your pay for tax purposes, they do not have any effect on your other pay-related benefits, such as life insurance coverage or Raytheon Savings and Investment Plan (RAYSIP) participation. These benefits are based on your annual base pay before any deductions are withheld.

## Claims Appeal

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting the vision carrier. Please see *Applying for Benefits* in the *Administrative* section for details.

## Your Rights

This section describes Raytheon's vision plans in general terms. If any conflict arises between this description and the plan documents, or if any point is not covered, the terms of the plan documents will govern in all cases. See the *Administrative* section for information related to the administration of the Raytheon vision plans.



# Dental
## at a glance

## in this section

**Enrolling in a Dental Plan**

**Delta Dental PPO**
*Plus Premier*

**DeltaCare USA Dental Maintenance Organization (DMO)**

**As Your Needs Change**

**Other Important Information**

- You may choose from up to three options for dental coverage. All employees may choose either the Delta Dental PPO *Plus Premier* High Option or the Delta Dental PPO *Plus Premier* Low Option.

  If you live in Arizona, California, Colorado, Florida, Indiana, Massachusetts, Virginia or Texas, you have the option of choosing coverage with the DeltaCare USA Dental Maintenance Organization (DMO).

  Note that since Global Choice includes medical *and* dental coverage, expatriate employees who elect Global Choice are not eligible to elect dental coverage with the plans described in this section.

- You may choose from four coverage levels: employee only, employee and spouse, employee and child(ren) or employee and family.

- New employee? You must enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. Your coverage will become effective on your first day of work.

- You may make changes to your dental coverage (i.e., add or drop dependents, add or drop coverage, or change plans) each year during the benefits open enrollment period.

- Outside of the annual benefits open enrollment period, you may make changes only under certain circumstances as outlined in the section *Changing Your Coverage, At Other Times of the Year.*

*continued on next page*

- All dental plans provide coverage for a wide range of dental services, including oral exams and cleanings, x-rays and fillings.

- The plans differ in how you access care (which dentists are available to you); how much you pay out-of-pocket for deductibles, copayments or coinsurance; and whether coverage for major services and orthodontia is provided. (The Delta Dental PPO *Plus Premier* Low Option does not provide coverage for major services or orthodontia.)

- The amount of your contribution toward the cost of your dental coverage, if any, depends on the dental plan you choose and your level of coverage.

  If you are required to contribute to the cost of your coverage, you pay your share with before-tax dollars through payroll deduction.

- The claims administrator makes the final decision as to whether a particular service is covered, based on the benefits available under the Raytheon plan in which you are enrolled. For more information about covered services for the plan you are enrolled in, contact your dental claims administrator. For information about how to appeal a denied claim, see the *Administrative* section.



**Dental**
at a glance

# Enrolling in a Dental Plan

## Coverage Levels

When you enroll in a Raytheon dental plan, you may choose from four coverage levels. This allows you to choose the coverage level that best meets your specific family situation while ensuring that you only pay for the coverage you actually need.

The four coverage levels are:

- Employee only;
- Employee and spouse;
- Employee and child(ren); or
- Employee and family (spouse and children).

You may select different coverage levels for medical and dental coverage. For example, you may choose medical coverage for your entire family and dental coverage for just yourself.

If you are married to a Raytheon employee, you may each select the plan of your preference or only one of you may elect coverage, depending upon your needs and the cost of your plan options.

## Eligible Dependents

You may enroll your eligible dependents for dental coverage. Eligible dependents include your:

- *Spouse.* A spouse includes a *common-law spouse* if your common-law marriage was established in a state that legally recognizes common-law marriage; all requirements of that state have been met; and the common-law marriage has not ended.

  Note that a spouse from whom you are divorced or legally separated is *not* eligible for coverage. Note also that a party to a civil union is not a spouse;

- *Children before their 26th birthday,* including natural children, legally adopted children (including children lawfully placed for adoption), stepchildren and foster children, regardless of residency, financial dependence, student status, employment status or marital status;

- *Children and other dependents up to their age of majority (usually 18) for whom you are a legal guardian.* If you or your spouse is not the child's parent (or step-parent) and the child is not a foster or adopted child, you must have a court order designating you or your spouse as the child's legal guardian or as the person who has legal responsibility for the care, control and custody of the child that is equivalent to the responsibility of a legal guardian. (Please note that if the court order extends the guardianship beyond the age of majority, the child's coverage will still end no later than the child's 26th birthday.) In all cases, the child must also meet the IRS definition of a dependent of you or your spouse; and

- *Unmarried children age 26 and older who are disabled as well as other dependents age 26 and older for whom you have legal guardianship who are disabled,* if approved by a Raytheon health plan to be disabled. In general, to qualify, the disabled child must have become disabled before age 26 and be incapable of self-sustaining employment because of mental retardation, serious mental illness, physical sickness or injury. Coverage may continue for as long as your coverage continues and as long as your child remains incapacitated and is otherwise eligible for coverage.

Note that if you are eligible to add a dependent to your Raytheon-sponsored dental plan, you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received. Complete details are on *Desktop Benefits* at https://raytheon.benefitcenter.com.

If your covered dependent becomes ineligible for coverage during the year (for example, due to divorce, legal separation or reaching age 26), you must remove your dependent from your coverage as of the date that person is no longer eligible for coverage. For more information, see the section *Changing Your Coverage.*

Can't locate one or more of the documents that are required to add a dependent to your Raytheon-sponsored dental plan? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

## Cost of Coverage

The amount of your contribution toward the cost of your dental coverage depends on:

• The dental plan you choose; and

• Your level of coverage.

If you elect the Delta Dental PPO *Plus Premier* Low Option, you currently don't contribute toward the cost of coverage, regardless of which level of coverage you choose. If you enroll in the Delta Dental PPO *Plus Premier* High Option or the DeltaCare USA DMO, you will pay a percentage of the cost the company pays for your coverage. Rates are provided in your new hire materials as well as during annual benefits open enrollment.

Your premium contribution, if applicable, is deducted from your paycheck. You pay no federal income taxes or Social Security taxes on your contribution amount for coverage for you, your spouse or your children. In most cases, you also pay no state income taxes.

For current contribution amounts and additional information, contact the Raytheon Benefit Center (RBC) at 800-358-1231.

## Initial Enrollment for New Employees

As a newly hired employee, you may enroll in a Raytheon dental plan within the 31-day period following the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. If you do not enroll within this 31-day period, you will be enrolled in the Delta Dental PPO *Plus Premier* Low Option plan (for yourself only) and this coverage will remain in effect for rest of the calendar year. Your next opportunity to enroll in a Raytheon dental plan will be during the next benefits open enrollment period (held each fall).

The coverage you elect is effective retroactively to your first day of work, provided you enroll within the 31-day period. Coverage for your dependents generally begins at the same time as your coverage, or as soon as the dependent becomes eligible and his/her verification documents are confirmed (see the section *Eligible Dependents* for more information). This coverage remains in effect for the remainder of the calendar year. You may change your plan and/or coverage level during the next benefits open enrollment period, held each fall. You are permitted to make certain changes sooner if you meet the guidelines outlined in the section *Changing Your Coverage.*

Note that if you enroll in the DeltaCare USA DMO, you will need to name a dentist for yourself and each family member that you cover. You should contact the DMO directly to request an information kit, including a provider election form.

## Changing Your Coverage

After you make your initial enrollment elections as a new employee, you are permitted to make changes to your dental coverage as outlined in this section. In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section *Eligible Dependents* for more information.

### Annual Benefits Open Enrollment

Each year, Raytheon conducts a benefits open enrollment during which you are permitted to make changes to your dental coverage (i.e., add eligible dependents, remove dependents, add or drop coverage, or change plans). Any changes you make become effective the following January 1.

### At Other Times of the Year

Outside of the annual benefits open enrollment period, you are permitted to make changes to your dental coverage only in the event of the following:

Be sure you understand the enrollment procedures and enroll for the coverage you want when you're first eligible. Once your coverage begins, it will be in effect for the remainder of the calendar year. You are not permitted to change your elected coverage during the year unless you meet certain criteria described in the section *Changing Your Coverage.*

## Dental

- If you have a qualified change in status, as follows:
  - Marriage.
  - Divorce or legal separation.
  - Gain or loss of an eligible dependent, such as a child reaching age 26.
  - Change in your, your spouse's or your dependent's employment status, for example:
    – Gain or involuntary loss of dental coverage,
    – Changing from full to part time or vice versa,
    – Transferring between different contracts or positions, providing there is a significant change in the cost of coverage (for example, to or from a Service Contract Act or RayTech position), or
    – Beginning or ending an unpaid leave of absence.
- If your home address changes to outside the dental plan service area for which you are enrolled.

***Note that in the situations above, the change(s) you make must be due to and consistent with your change in status.***

For example, if one of your covered dependents is no longer eligible for coverage under your Raytheon dental plan (such as due to divorce or legal separation, or if your child reaches age 26), you are required to remove your dependent from your Raytheon-sponsored dental coverage as of the date that person is no longer eligible for coverage. Coverage would end for that dependent as of 12:01 a.m. that day. If you gain an eligible dependent, such as by marriage, you may add your spouse to your coverage. However, in both of these situations, you cannot add or remove other still-eligible dependents from your coverage or choose a different plan.

Note that in the event of the birth or adoption of a child, you must call within 31 days to enroll your child for coverage. Once the verification documents are confirmed, coverage is effective as of the birth date or, for adoptions, the custody date. If you make your change before the date of the qualified change, coverage becomes effective as of the date of the qualified change and the verification documents are confirmed.

- If your spouse's employer holds benefits open enrollment at a time other than Raytheon's and, as a result of its benefit offerings, you would like to make a change.
- If you, your spouse or your dependent enrolls in Medicare or Medicaid, or if you, your spouse or your dependent loses eligibility for Medicare or Medicaid.

If any of these situations apply to you, you can make your change by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com or calling the RBC at 800-358-1231.

Note that you are required to remove your spouse from your Raytheon-sponsored dental coverage if:

- You and your spouse divorce or legally separate; or
- Your common-law marriage to your covered spouse terminates.

To remove your previously eligible dependent from your Raytheon-sponsored coverage, you must call the RBC at 800-358-1231 on or before the date that your spouse is no longer eligible for coverage. If you don't remove your previously eligible dependent from your coverage as of the date of the event, you must reimburse the company for any claims incurred after that date.

---

In general, you may not change your dental plan until the next annual benefits open enrollment period, unless you move out of the service area covered by your plan. If you move out of the service area for your plan, you may elect coverage with another Raytheon-sponsored dental plan. To enroll in a new plan, you must call the RBC at 800-358-1231.

***In the event of the birth or adoption of a child, you must enroll your child within 31 days of the birth date or, for adoptions, the custody date.*** You can enroll your child either online through *Desktop Benefits* at https://raytheon.benefitcenter.com or by calling the RBC at 800-358-1231. Note that if you do not add your newborn or newly adopted child, he/she will not be covered—***even if you currently have family coverage.***

172

**Dental**

**HIPAA PRIVACY**

*The* Health Insurance Portability and Accountability Act of 1996 *(HIPAA) is designed to help keep personal health information private as well as to make it easier for you and your family members to have continued group health plan coverage when you or a family member loses coverage through an employer. Here is a summary of the act's provisions as they relate to dental coverage.*

**Protected Health Information.** *The Raytheon health benefit plans'* HIPAA Notice of Privacy Practices for Protected Health Information *explains what "protected health information" is; how the plans may use and disclose this information; and how you can exercise your rights concerning this information. HIPAA requires that the plans remind you that this notice is available on* Desktop Benefits *at* https://raytheon.benefitcenter.com *(click on the link to* Notice of Privacy Practices *under* My Resources *in the* Other Benefits *section) or by calling the RBC at 800-358-1231.*

**If Your Coverage Ends.** *If your coverage under a Raytheon health plan ends, you and your qualified dependents will be provided with a written certificate of coverage to provide to your new employer. This certificate will help determine if your new plan may impose pre-existing condition limitations. Be sure to keep this certificate when you receive it.*

# Delta Dental PPO *Plus Premier*

You may elect dental coverage from one of two Delta Dental PPO *Plus Premier* options: High and Low. Both options provide coverage for a wide range of dental services, including oral exams, cleanings, x-rays and fillings. The plans differ in covered services, how much you pay for your coverage and how much you pay when you receive care.

No matter which option you choose, there is no deductible for preventive services and routine care. The High and Low options cover these services at 100% if you see a network dentist, up to the maximum allowable charge if you see an out-of-network dentist. In all cases, out-of-network services are subject to *balance billing,* which means you may be required to pay any difference between the out-of-network dentist's charge and the maximum allowable charge.

If your needs go beyond preventive services and routine care, you must first meet the calendar-year deductible for the option you choose. Then, benefits are paid as a percentage of eligible costs, up to a per-person annual benefit maximum (see the *Delta Dental PPO* Plus Premier *Summary of Benefits Chart* later in this section for details). If you elect the High Option, you may add to your annual benefit maximum with *Rollover Max,* described later in this section. Note that if you receive treatment after you have reached the annual benefit maximum (including any *Rollover Max* amount, if applicable), you will be billed at the dentist's standard rate—not the Delta Dental negotiated rate.

With the Delta Dental PPO *Plus Premier,* you may go to any dentist you choose. While your costs are always lower when you visit a Delta Dental network dentist than if you visit an out-of-network dentist, you will realize the most significant savings when you see a Delta Dental PPO dentist. In addition, there is no balance billing when you use a Delta Dental PPO or Delta Dental Premier dentist. Plus, Delta Dental PPO or Delta Dental Premier dentists will file claims for you.

For a complete list of services covered by Delta Dental PPO *Plus Premier,* see *What Delta Dental PPO* Plus Premier *Covers,* later in this section.

## Network Providers

With the Delta Dental PPO *Plus Premier,* you have access to both the Delta Dental PPO and Delta Dental Premier networks. When you use a network provider:

- *You generally pay less* each time you receive eligible services, since your share of the cost is based on specially negotiated rates. (Note that you realize the most significant savings when you see a Delta Dental PPO dentist.)
- *There is no balance billing.* You are not billed for charges in excess of the maximum allowable charge for an eligible service.
- *There are no claim forms to file.* Your provider takes care of all the paperwork.

To take advantage of all that Delta Dental has to offer, check that your dentist participates in either the Delta Dental PPO or Delta Dental Premier network before receiving care.

## Non-Network Providers

With Delta Dental PPO *Plus Premier,* you always have the option of seeing a provider who does not participate in the plan's networks. In this case, you generally pay a larger share of the cost for your care. Here's an overview:

- Eligible services are covered up to the maximum allowable charge for dentists in your area. For purposes of the plan, the *maximum allowable charge* means the lowest of:
  - The usual charge by the dentist or other provider for the same or similar service or supplies;
  - The prevailing charge of most other dentists or other providers in the same or a similar geographic area for the same or similar service or supplies; or
  - The actual charge.
- If your dentist charges more than the maximum allowable charge for your geographic area, your care is subject to balance billing.

Questions? Delta Dental representatives are available by calling 877-335-8227, Monday through Thursday from 8:30 a.m. to 8 p.m., and Friday from 8:30 a.m. to 4:30 p.m. (Eastern Time).

With Delta Dental PPO *Plus Premier,* you may always see the dentist of your choice. Your claims are paid based on the option you have elected, the services performed, and whether you use a participating or a nonparticipating dentist.

To check if your dentist participates in either the Delta Dental PPO or Delta Dental Premier network, visit www.delta dentalma.com/raytheon, click on *Dentist Search* and choose the appropriate network. If your dentist is not a member of either network, call Delta Dental at 877-335-8227 to recommend your dentist. A Delta Dental provider relations representative will then contact your dentist.

**Dental**

- You may be asked by your dentist to pay for your care up front and then submit a claim for reimbursement to Delta Dental.

Delta Dental will reimburse you directly for eligible charges from non-network providers. You are responsible for payment to the dental provider.

## Delta Dental PPO *Plus Premier* Summary of Benefits Chart

The following chart shows the deductibles and maximums for the Delta Dental PPO *Plus Premier* and your share of the cost for some common covered services, depending on which option you elect.

| | Delta Dental PPO *Plus Premier* High Option* | Delta Dental PPO *Plus Premier* Low Option* |
|---|---|---|
| **Deductibles and Maximums**<br>(do not apply to preventive and routine care) | | |
| Individual deductible | $ 50 | $ 50 |
| Family deductible | $ 100 | $100 |
| Annual benefit maximum (per person) | $1,500** | $500 |
| Orthodontia maximum (per person, lifetime) | $2,000 | N/A |
| **Preventive and Routine Care (Type 1)**<br>• Oral exam*** and cleaning twice each calendar year<br>• Bitewing x-ray, twice per calendar year for covered persons under age 19 and once per calendar year for covered persons age 19 and over<br>• Full mouth x-ray once every five years<br>• Periodontal cleaning, once every three months following active periodontal treatment (not to be combined with preventive cleanings)<br>• Space maintainers, dependents covered to age 14<br>• Sealants for unrestored permanent molars, every 4 years per tooth for covered persons through age 15. Sealants are also covered for covered persons aged 16 up to age 19 for those who had a recent cavity and are at risk for decay | Plan pays 100% | Plan pays 100% |
| **Basic Services (Type 2)**<br>• Fillings<br>• Root canal therapy<br>• Oral surgery and extractions<br>• Repair of bridgework and dentures<br>• Periodontics | After you meet the deductible, plan pays 80% | After you meet the deductible, plan pays 75% |
| **Major Services (Type 3)**<br>• Installation of bridges, dentures and implants<br>• Crowns and gold restorations<br>• Reconstructive dental surgery | After you meet the deductible, plan pays 60% | Not covered; you pay 100% |
| **Orthodontics**<br>(including treatment for adults) | After you meet the deductible, plan pays 80% | Not covered; you pay 100% |

*All coverage is based on the participating provider's fee if services are rendered by a dentist who participates in the Delta Dental PPO or Delta Dental Premier networks. With an out-of-network provider, coverage is based on the maximum allowable charge for a particular service or procedure; you may be responsible for paying the difference between the actual charge and the maximum allowable charge.

**The Delta Dental PPO *Plus Premier* High Option offers *Rollover Max*, a program that allows participants to roll forward a portion of unused dental benefits to accumulate for future use. See the section *Rollover Max* for details.

***Coverage for oral exams is available twice per calendar year regardless of whether care is routine.

*While the Delta Dental PPO Plus Premier High and Low options cover many of the same services, certain types of care are covered under the Delta Dental PPO Plus Premier High Option only. For more information, see Services Covered under the Delta Dental PPO Plus Premier High Option Only, later in this section.*

## Rollover Max

The Delta Dental PPO *Plus Premier* High Option offers access to *Rollover Max,* a program that allows participants to roll forward a portion of unused dental benefits to accumulate for future use.

Provided you receive at least one cleaning or oral exam each calendar year, you can roll forward up to $500 of your unused annual benefit maximum to help pay for more expensive procedures down the road. To qualify, your total claims paid in any given year (including claims for preventive care) cannot exceed $700—*the annual threshold amount.* The maximum amount you can accumulate is $1,250.

Here's an example of how *Rollover Max* works (assumes you have at least one cleaning or oral exam each year):

| Delta Dental PPO *Plus Premier* High Option Feature | Years You Participate in the High Option | | | |
| | First Year | Second Year | Third Year | Fourth Year |
|---|---|---|---|---|
| **Annual Benefit Maximum** | $1,500 | $1,500 | $1,500 | $1,500 |
| **Rollover Amount from Previous Year** | N/A (this is the first year you participate in the High Option) | $500 (From the prior year) | $500 (From your first year, since you were not eligible in your second year) | $200 (Remainder from your second year, since you were not eligible for an additional rollover in your third year) |
| **Adjusted Annual Maximum** | $1,500 | $2,000 | $2,000 | $1,700 |
| **Total Claims Paid\*** | $600 | $1,200 | $1,800\*\* | $600 |
| **Eligible for *Rollover Max*** | Yes | No | No | Yes |
| **Accumulated *Rollover Max* Total** | $500 | $500 (the amount you accumulated in your first year still applies) | $200 ($500 from your second year minus $300 applied to this year's claims) | $700 |

*To be eligible for *Rollover Max,* total claims paid cannot exceed the annual threshold amount ($700) in any given year.

\*\*In this example, while the total claims paid exceeded the annual benefit maximum of $1,500, the plan paid an additional $300 in benefits thanks to *Rollover Max.*

If you qualify for *Rollover Max* and then opt out of the High Option, you forfeit access to the rolled over amount, including if you later re-enroll in the High Option.

## Pre-Treatment Estimates

Before undergoing any dental treatment that will cost more than $300, you should request a pre-treatment estimate to find out what the plan will cover for the proposed treatment. You are encouraged to request a pre-treatment estimate before beginning any costly or extensive dental treatment (for example, a root canal or bridgework).

To request a pre-treatment estimate, ask your dentist to complete the regular dental claim form, indicating the type of work planned and the estimated cost. Delta Dental will provide you and your dentist with a statement showing the estimate of benefits payable under your plan.

When you request a pre-treatment estimate, you find out up front how much your dental plan will pay for that treatment. You also have the opportunity to learn about alternative treatment methods that may meet your needs.

**Alternative Treatments**

For many dental conditions, there may be more than one acceptable course of treatment. When you request a pre-treatment estimate, Delta Dental may suggest one or more alternative treatment methods that meet professional dental standards. In this case, you may still choose the original treatment proposed by your dentist. However, the plan will only pay benefits equal to the less expensive treatment. You are responsible for paying any difference *in addition to* any deductible or coinsurance.

---

**HEALTHY MOUTHS FOR LIFE℠**

*Healthy Mouths for Life, Delta Dental's comprehensive oral health program, offers education on treatment and prevention of oral disease as well as coverage for enhanced benefits if you ever need them, such as:*

- **Periodontal cleaning,** *available once every three months following active periodontal treatment;*
- **Fluoride toothpaste,** *as a covered benefit when administered and dispensed in the dentist's office following periodontal surgery; and*
- **Sealants,** *which are covered for members age 16 through 19 for those who had a recent cavity and are at risk for decay.*

*For more information about Healthy Mouths for Life, call Delta Dental at 877-335-8227.*

---

## How to File a Claim

When you receive care from a network dentist, your dentist will file claims directly with Delta Dental. If you use a non-network dentist, you may have to pay the dentist up front for your care and file a claim for reimbursement. In this case, simply follow these steps to file a claim for reimbursement:

1. Before your appointment, obtain a dental claim form by calling Delta Dental at 877-335-8227. (You may also use a standard American Dental Association (ADA) claim form);

2. Complete and sign the following sections of the form:
   - *Insurance Company/Dental Benefit Plan Information,*
   - *Policyholder/Subscriber Information,*
   - *Other Coverage,*
   - *Patient Information,* and
   - *Authorizations;*

3. Give the form to your dentist to complete and sign the remaining sections; and

4. Submit the completed form, together with your original itemized dental bill(s) and the plan group number (called the *Subscriber Number* on your dental ID card), to:

   Delta Dental of Massachusetts
   P.O. Box 249
   Thiensville, WI 53092

If your claim for benefits is denied in whole or in part, you have the right to an appeal, as described in the *Administrative* section. All claims must be submitted within one year from date of service.

## What the Delta Dental PPO *Plus Premier* Covers

The Delta Dental PPO *Plus Premier* High and Low options cover a wide variety of services. When you receive care from a non-participating provider, services are covered up to the maximum allowable charge.

If you receive payment from a third party that is held liable for any injury that required dental care, you may be required to reimburse Delta Dental for claim payments. For more information, see *Subrogation and Reimbursement Obligations of Participants and Beneficiaries* in the *Administrative* section.

**Dental**

**Services Covered under the High and Low Options**

- **Apicoectomy,** once per tooth;

- **Bitewing x-rays,** twice per calendar year for covered persons under age 19 and once per calendar year for covered persons age 19 and over;

- **Cleaning of teeth** (oral prophylaxis), twice per calendar year;

- **Emergency, minor treatment for pain relief,** three occurrences in six months;

- **Extractions.** Note that benefits are paid once per tooth for all attempted extractions and successful extractions;

- Amalgam, silicate, acrylic, synthetic porcelain or composite **fillings.** Note that silver amalgam and, in the case of front teeth, synthetic tooth color fillings are limited to one filling for each tooth surface every two years. Synthetic (white) fillings are limited to single-surface restorations for posterior teeth. Multisurface synthetic restorations on posterior teeth are treated as an alternate benefit, covered with an amalgam allowance and the patient is responsible up to the submitted charge;

- **Fluoride treatments,** once per calendar year for covered persons up to age 20;

- **Full mouth x-rays,** once every five years;

- Recommended **general anesthesia/IV sedation administration** when medically necessary in conjunction with covered oral surgical procedures, up to one hour per visit;

- **Occlusal guard,** once every five years after active periodontal treatment;

- Comprehensive **oral evaluation** for new and established patients, once every five years per dentist;

- **Oral exams,** twice each calendar year;

- **Oral surgery** when performed to remove diseased or damaged natural teeth; treat oral disease and injury involving the teeth and oral tissues; or treat diseased gum tissue or bone;

- **Periodontal cleaning,** once every three months following active periodontal treatment. Note: This is not to be combined with preventive cleanings;

- **Periodontal surgery,** once every three years per quadrant and no more than two quadrants on the same date of service;

- **Prosthetic maintenance** of crowns, inlays, onlays, dentures or bridgework, once every 12 months per tooth or denture;

- **Recementing** of crowns, inlays, onlays or bridgework, once every 12 months per tooth;

- **Relinings and rebasings** of existing removable dentures, once every 36 months;

- **Root canal treatment,** once per tooth;

- **Root canal retreatment,** once per tooth, after 24 months of original root canal;

- **Scaling and root planing,** once every two years per quadrant and no more than two quadrants on the same date of service;

- **Sealant.** Coverage is provided once every four years per unrestored permanent molar for covered persons through age 15 as well as for covered persons age 16–19 who have had a recent cavity and are at risk for decay;

- **Single tooth x-rays** (intraoral-periapical), as needed;

- **Space maintainers** for covered persons to age 14; and

- **Vital pulpotomy,** limited to deciduous teeth (once per tooth, primary teeth only).

**Services Covered under the Delta Dental PPO *Plus Premier* High Option Only**

- **Adding teeth to an existing partial removable denture** or to bridgework when needed to replace one or more natural teeth after the existing denture or bridgework was installed, once per tooth every 12 months. *If the dentist is adding a missing tooth (pontic crown) to an existing bridge, Delta Dental prior authorization is required;*

**Dental**

- For covered persons age 12 or older, **crowns (onlays),** when teeth cannot be restored with regular fillings. Once every five years per tooth;
- Replacement of an **existing immediate temporary full denture** by a new permanent full denture when:
  - The existing denture cannot be made permanent, and
  - The permanent denture is installed within 12 months after the existing denture was installed;
- Replacement of an **existing removable denture or fixed bridgework** if needed because the existing denture or bridgework can no longer be used and was installed at least five years prior to replacement;
- **Implants,** once per tooth per five years. An implant is covered only when:
  - One tooth is missing (instead of a three-unit bridge),
  - The two adjacent teeth have a good prognosis from both a restorative and periodontal perspective and do not require crowns (otherwise they would only be eligible for a three-unit bridge), *and*
  - There are fewer than three teeth missing in the arch.

  If multiple three-unit bridges are necessary, each implant space is evaluated separately. To qualify for a surgical implant, the patient must be at least age 16. For specific information about available coverage, contact Delta Dental. You are encouraged to request a pre-treatment estimate before receiving any implants;
- **Inlays.** Note that multisurfaces will be processed as an alternate benefit of an amalgam filling and the patient is responsible up to the submitted charge;
- Replacement of one or more **natural teeth** through installation of:
  - Fixed bridgework, once every five years, or
  - A full or partial removable denture, once every five years;
- **Occlusal guards** once every five years, after active periodontal treatment **or** for bruxism;
- **Orthodontia, including appliance therapy or harmful-habit appliances,** for all covered persons. Coverage is subject to the deductible. Then eligible treatment is covered at 80% of the maximum plan allowance charges. There is a $2,000 separate lifetime maximum. Payable in monthly installments; and
- Treatment of **temporomandibular joint (TMJ) syndrome,** including the appliance, necessary adjustments and diagnostic services. (Surgery is generally covered under the individual's medical plan.)

## What the Delta Dental PPO *Plus Premier* Does Not Cover

While the Delta Dental PPO *Plus Premier* provides coverage for a wide range of dental services, there are some services that are not covered, even if your dentist approves or recommends them. Services that Delta Dental PPO *Plus Premier* does not cover include the following:

- Services or supplies received **before your coverage becomes effective;**
- **Bleaching;**
- **Bone grafts** and guided tissue regeneration in conjunction with surgical implant placement and endodontic procedures, such as apicoectomy (a surgical procedure to remove the end of a tooth root), root amputations, soft tissue grafts and extractions;
- Charges for **broken appointments;**
- **Caries susceptibility tests;**
- Charges by the dentist for **completing dental forms;**
- **Cosmetic services,** meaning those that are meant to change or improve appearances, such as laminate veneers;

| | Dental |
|---|---|

- *Cosmetic surgery,* treatment or supplies, unless required for the treatment or correction of a congenital defect of a newborn covered child;
- *CT (computerized tomography) scans, cone beam images, surgical stents or surgical guides* for implants;
- Adjustment of a *denture or bridgework that is made within six months after installation;*
- Any *duplicate appliance or prosthetic device;*
- Services or supplies that are covered by any *employers' liability laws;*
- Services or supplies that are deemed *experimental* in terms of generally accepted dental standards;
- Services or supplies furnished by a *family member;*
- *Home health aids* used to prevent decay, such as toothpaste and fluoride gels;
- Surgical or nonsurgical procedures around dental *implants;*
- *Injections of antibiotic drugs;*
- *Instruction for oral care,* such as hygiene or diet;
- Replacement of a *lost, missing or stolen crown, bridge or denture;*
- Services or supplies received through a *medical department or similar facility that is maintained by the covered person's employer;*
- *Myofunctional therapy;*
- *Nitrous oxide;*
- Services or supplies received by a covered person for which *no charge would have been made* in the absence of dental coverage for the covered person;
- Services *not performed by a dentist,* except for the services of a licensed hygienist whose services are supervised and billed by a dentist and that are for:
  - Cleaning and scaling of teeth, or
  - Fluoride treatments;
- Services or supplies for which a covered person is *not required to pay;*
- Repair or replacement of an *orthodontic appliance;*
- Services or supplies to the extent that benefits are *otherwise provided under this plan or under any other plan* sponsored or contributed to by the company;
- *Periodontal splinting;*
- *Photographs,* such as any "before and after" pictures;
- *Prescription drugs;*
- Services or supplies that any employer is *required by law* to furnish in whole or in part;
- *Restorations for reasons other than decay or fracture,* such as to increase the height of teeth;
- *Ridge augmentation or preservation;*
- *Sinus lifts;*
- *Sterilization supplies;*
- *Temporary crowns, fixed bridges and dentures* that are placed as part of the procedure to place a permanent appliance;
- *Therapeutic drug injections;*
- *Transitional implants;*
- *Treatment of failed dental implants,* including surgical debridement (removal of dead tissue) and bone graft placement;

To save money on expenses your dental plan does not cover or covers only in part, you may want to consider enrolling in a health care flexible spending account (FSA). With this account, you can put money aside from your paycheck before taxes are withheld to pay for expenses that your medical, vision or dental plans do not cover or cover only in part. For more information, see the *Flexible Spending Accounts* section.

- Services or supplies received as the result of dental disease, defect or injury due to an act of **war or warlike act in time of peace,** which occurs while coverage is in effect; and

- Services or supplies that are covered by any **workers' compensation law** or occupational disease law.

# DeltaCare USA Dental Maintenance Organization (DMO)

If you live in Arizona, California, Colorado, Florida, Indiana, Massachusetts, Virginia or Texas, you have the option of enrolling in the DeltaCare USA dental maintenance organization (DMO). A DMO works similarly to a medical health maintenance organization (HMO), in that you and your covered family members receive care from a network of participating dentists.

With the DMO, there is little to no cost to you for diagnostic and preventive care, such as oral exams, fluoride treatments and cleanings. For other dental care, there is no annual deductible and no annual benefit maximum. You simply pay a fixed amount (called a *copayment)* when you receive care. This means that you always know exactly how much your care will cost. And, there are no claim forms to file. It's important to note that **care received outside the DMO network is not covered except in emergencies** (see the section *Emergency Care* for details).

## Choosing Your Dentist

When you enroll in the DeltaCare USA DMO, you must choose a primary care dentist (PCD) for yourself and your eligible dependents from the DeltaCare USA network of providers in the state where you live. You may each choose a different PCD or you may choose one PCD to provide care for all covered family members. (Note that if you live in a state other than Massachusetts and cover your eligible dependents, you cannot choose more than three different PCDs for your family.)

To find a network dentist in your area, consult the DeltaCare USA provider directory, available on www.deltadentalma.com/raytheon or by calling DeltaCare USA at 877-335-8227. All dentists who participate in the DMO network meet or exceed strict quality standards.

**Changing Your Dentist.** You may change your PCD at any time by calling DeltaCare USA at 877-335-8227. Changes become effective the following month.

**Visits to Specialists.** If you need to see a specialist, your dentist will refer you to another provider in the DeltaCare USA network.

## Emergency Care

You are *always* covered for emergency care under a DMO. If you are in the DMO network area, you should contact your network dentist immediately. If you cannot reasonably reach your dentist (for example, you are traveling outside the DMO network area), you should see a local licensed dentist for treatment. The DMO will provide limited coverage for emergency services required to reduce swelling, relieve pain and reduce the potential for infection. Your network dentist must coordinate all follow-up care.

The DeltaCare USA DMO is available to employees in Arizona, California, Colorado, Florida, Indiana, Massachusetts, Virginia and Texas.

When you choose a dentist, make sure he or she participates in the DeltaCare USA network in the state where you live. Find a provider through *Dentist Search* on www.deltadentalma.com/raytheon or call DeltaCare USA at 877-335-8227.

Note that with the DMO, your dentist is responsible for coordinating your care. Care received outside the DMO network is covered only in emergencies.

181

## DeltaCare USA DMO Overview of Benefits Chart

With the DeltaCare USA DMO, you are covered for all services under the plan when your coverage becomes effective. There is no need to meet an annual deductible first. This chart provides examples of your copayment for some common covered services.

| Covered Service | Copayment (Amount You Pay) |
|---|---|
| **Diagnostic and Preventive Care** | |
| Periodic oral exam | $    0 |
| Panoramic x-ray | $    0 |
| Fluoride treatment (up to age 19) and cleaning | $    0 |
| **Restorative Services** | |
| One surface white filling (front tooth) | $   21 |
| Porcelain and noble metal crown | $  225 |
| Repair broken denture | $   25 |
| **Major Services** | |
| Complete upper denture | $  250 |
| Add tooth to existing partial denture | $   10 |
| Periodontal scaling and root planing (per quadrant) | $   45 |
| Root canal treatment for molar tooth | $  180 |
| **Orthodontics** | |
| 24-month comprehensive treatment under age 19 | $1,950 |
| 24-month comprehensive treatment over age 19 | $2,150 |

**For More Information about Covered Services.** As highlighted in the above chart, the DeltaCare USA DMO covers a wide variety of services. However, there are some services that are not covered, even if your dentist approves or recommends them. For detailed information about what the DMO does and does not cover, contact DeltaCare USA directly.

## What the DeltaCare USA DMO Does Not Cover

- **Accidental injury,** defined as damage to the hard and soft tissues of the oral cavity resulting from forces external to the mouth. Damages to the hard and soft tissues of the oral cavity from normal masticatory (chewing) function are covered at the normal schedule of benefits;
- Dental expenses incurred in connection with any dental procedures started **after termination of eligibility for coverage;**
- General **anesthesia** and the services of a special anesthesiologist;
- **Congenital malformation;**
- **Cosmetic dental care;**
- **Cysts and malignancies;**
- Dispensing of **drugs** not normally supplied in a dental office;
- Dental conditions arising out of and due to the covered person's **employment** or for which workers' compensation is payable;
- Treatment of **fractures and dislocations;**
- Services that are provided to the enrollee by state **government** or agency thereof, or are provided without cost to the covered person by any municipality, country or other subdivision;
- Dental services performed in a **hospital** and related fees;
- **Implant placement or removal,** appliances placed on or services associated with implants;

**Dental**

- Any service that is **not specifically listed** as a covered expense;
- Loss or theft of fixed and removable **prosthetics** (crown, bridges, full or partial dentures);
- Dental services **received from any dental office other than the assigned PCD's office,** unless expressly authorized in writing from DeltaCare USA;
- Prophylactic **removal of impactions** (asymptomatic nonpathological);
- Cases in which the attending dentist determines, in his or her professional judgment, that a **satisfactory result cannot be obtained** or where the prognosis is poor or guarded;
- **Specialist consultations** for noncovered benefits; and
- Treatment required by reason of **war.**

# As Your Needs Change

## If You Take a Leave of Absence

**Medical Leave**

If you're on an authorized medical leave of absence, dental coverage for you and your covered dependents will continue for up to 24 months. You pay the employee contribution in effect during your leave directly to Raytheon. If your leave is for 90 days or fewer, your employee contributions for dental coverage will be taken from your paycheck on a retroactive basis when you return to work. These contributions will be taken over the same number of pay periods that you were out. If your leave is for more than 90 days, you will receive a bill for the amount of your employee contributions for dental coverage from the first day of your leave.

After you have been on a medical leave of absence for 24 months, your employment will be administratively terminated and you may extend your coverage under COBRA regulations (see *Extending Your Coverage* later in this section). You'll receive a letter explaining your options and the steps you need to take to ensure your coverage continues uninterrupted.

**Industrial Leave**

If you're on an authorized industrial leave of absence due to an industrial injury, dental coverage for you and your covered dependents will continue for the duration of the leave on the same basis as a medical leave of absence, as described earlier.

**Family and Medical Leave**

If you take an authorized family and medical leave, contributions toward the cost of your coverage will be withheld from any paid time off (PTO) paid to you while on family and medical leave, or from your pay on a retroactive basis when you return from your leave. Therefore, dental coverage for you and your covered dependents will be continued for up to 12 weeks (or as required by state law). The amount of time off for which you are eligible may vary based on state regulations. For more information, see the *Work/Life* section or contact your Human Resources office.

**Other Types of Leaves**

If you take an authorized leave of absence other than a medical, industrial or family and medical leave (such as personal or administrative leave), dental coverage for you and your covered dependents may be continued through COBRA. For more information, see *Extending Your Coverage* later in this section.

## If You Are Laid Off

If you are laid off, contact your Human Resources representative for information regarding your last day of coverage.

## Coverage at Retirement

If you retire from Raytheon and meet certain eligibility requirements, you may be eligible to purchase retiree dental coverage. Contact the RBC at 800-358-1231 for more information.

# Other Important Information

## When Your Coverage Ends

Your Raytheon dental coverage will end when you:

- Terminate employment;
- No longer meet the plan's eligibility requirements;
- Cancel your coverage; or
- Fail to make any required contribution.

Your coverage will also end if a plan is terminated for all employees.

## When Coverage for Your Dependents Ends

Coverage for a dependent will end when:

- Your coverage ends;
- He or she no longer meets the definition of an eligible dependent;
- You cancel your dependent coverage; or
- You fail to make any required contribution.

Coverage will also end if dependent coverage under the plan is terminated for all employees.

## Extending Your Coverage

You and your covered dependents may be eligible to extend dental coverage for up to 18 or 36 months if you lose coverage as the result of a "qualifying event" under the *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA). Qualifying events include loss of a job, death, divorce or a dependent reaching age 26. Under COBRA, you and/or each affected dependent may purchase coverage at 100% of the full group cost plus an additional 2% for administrative costs.

If the qualifying event is your divorce or legal separation, or if your dependent no longer qualifies for coverage under the plan, you must notify the RBC at 800-358-1231 within 31 days from the last day covered to qualify for COBRA coverage. Refer to the *Administrative* section for details about COBRA coverage.

## Tax Considerations

Your contributions for the Delta Dental PPO *Plus Premier* High Option or a DMO are paid through payroll deduction with before-tax dollars. Since your contributions are deducted from your pay before taxes are withheld, you will not pay federal, Social Security and, in many cases, state and local income tax on this money. The actual amount of your tax savings will depend on your income tax bracket and local tax laws.

This reduction in your taxable pay may slightly impact your future Social Security benefits because you may be paying lower Social Security taxes. Generally, the tax savings you receive now far outweigh any nominal decrease in your future Social Security benefit. However, if you have any questions, you should consult a personal tax advisor.

### Effect on Your Other Benefits

While before-tax contributions reduce your pay for tax purposes, they do not have any effect on your other pay-related benefits, such as life insurance coverage or RAYSIP. These benefits are based on your basic annual salary, before any deductions are withheld.

## Claims Appeal

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting the dental carrier. Please see *Applying for Benefits* in the *Administrative* section for details.

## Your Rights

This section describes Raytheon's dental plans in general terms. If any conflict arises between this description and the plan documents, or if any point is not covered, the terms of the plan documents will govern in all cases. See the *Administrative* section for information related to the administration of the Raytheon dental plans.

---

**FINAL COVERAGE DETERMINED BY DENTAL PLAN CARRIER**

*The dental plan carrier makes the final decision as to whether or not a particular service is covered. In order to determine what is and is not covered under your plan, see your plan's summary of benefits chart as well as the list of limitations and exclusions, or contact your dental carrier at the toll-free Customer Service number listed on your dental ID card.*

*For information about how to appeal a denied claim, see* Applying for Benefits *in the* Administrative *section.*

---

**COORDINATION OF BENEFITS AND SUBROGATION PROVISIONS**

*All Raytheon's dental plans include coordination of benefits (COB) and subrogation provisions.*

*COB means that payments from our plans are coordinated with those you may be entitled to receive from other plans. This prevents duplication of payment if you or your dependents are covered by another group insurance plan.*

*Subrogation applies if you receive payment from a third party that is held liable for any injury that required dental care. In this case, you may be required to reimburse your plan for claim payments.*

*See the* Administrative *section for more information about COB and subrogation.*

---



# Flexible Spending Accounts *at a glance*

## in this section

**Enrolling in a Flexible Spending Account(s)**

**Health Care Flexible Spending Account (FSA)**

**Dependent Care Flexible Spending Account (FSA)**

**How to File FSA Claims for Reimbursement**

**As Your Needs Change**

**Other Information**

- With Raytheon's flexible spending accounts (FSAs), you can reduce your taxable income by paying for eligible health care and/or dependent care expenses before taxes are withheld from your pay. Participation is optional.

- Raytheon offers the following FSAs:
  - A **health care FSA,** which you can use to pay for eligible health care expenses that your medical, vision or dental plans do not cover or cover only in part, such as deductibles, copayments and orthodontia.

    Note that if you elect medical coverage with an HSA Advantage plan, federal regulations prohibit employees who enroll in health savings accounts (HSAs) from having any other health care coverage, including a health care FSA. In this case, you have access to a **dental and vision FSA,** which works the same as a health care FSA but can only be used for eligible dental and vision expenses. Unless otherwise stated, the description of health care FSAs in this section also applies to the dental and vision FSA.
  - A **dependent care FSA,** which you can use to pay for child or elder care expenses so you (and your spouse, if married) can work or attend school.

- To participate in an FSA(s), you contribute money to an account in your name each pay period on a pre-tax basis—meaning before federal and Social Security, as well as most state and local taxes, are withheld from your pay. If you are enrolled in:
  - A health care (or for HSA Advantage plan participants, dental and vision) FSA, you are issued a health Spending Account Card that you can use to pay for eligible expenses, which allows funds to be automatically deducted from your account, or

*continued on next page*

- A dependent care FSA, you must pay for eligible expenses and then request reimbursement from your account.

• You may enroll in one or both accounts within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later.

• You may change your election(s) or the amount you contribute each year during the benefits open enrollment period. If you wish to participate in an FSA(s), you must actively enroll each year during the benefits open enrollment period, even if you do not wish to make changes to your previously elected contribution amount.

• Outside of the annual benefits open enrollment period, you may make changes to your FSA participation or election only under certain circumstances, as outlined in the section *Changing Your Coverage*.

• FSAs are administered in accordance with Internal Revenue Service (IRS) regulations. Each type of account has specific guidelines regarding which expenses are eligible for reimbursement. It's important to note that not all expenses you incur are eligible. To be eligible for reimbursement, expenses must be deemed eligible by the IRS. Partial listings of eligible expenses can be found later in this section. For detailed guidelines on eligible expenses, call the Raytheon Benefit Center (RBC) at 800-358-1231, log on to *Desktop Benefits* at https://raytheon.benefitcenter.com or review Internal Revenue Service (IRS) Publication 502 (health care) or 503 (dependent care), available at www.irs.gov.

## Flexible Spending Accounts at a glance

# Enrolling in a Flexible Spending Account(s)

## Initial Enrollment for New Employees

As a newly hired employee, you may enroll in one or both flexible spending accounts (FSAs) within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. Your participation is optional and becomes effective on the date you enroll. Deductions begin as soon as administratively feasible, generally within two pay periods after you enroll. If you do not enroll within this 31-day period, you must wait until the next annual benefits open enrollment period to enroll.

This coverage remains in effect for the remainder of the calendar year. You may change your coverage during the next benefits open enrollment period, held each fall, or sooner if you meet the guidelines outlined in the section *Changing Your Coverage.*

## Changing Your Coverage

After you make your initial enrollment elections as a new employee, you are permitted to make changes to your FSA participation or election as outlined in this section.

**Annual Benefits Open Enrollment**

Each year, Raytheon conducts a benefits open enrollment during which you may make changes to your FSA participation or election. Any changes you make become effective the following January 1 and remain in effect for the full calendar year. (Note that if you want to continue your participation in a dental and vision FSA, you must continue your participation in an HSA Advantage plan.) **Your enrollment does not carry over from year to year—you must enroll for each year that you wish to participate in one or both accounts**.

**At Other Times of the Year**

Outside of the annual benefits open enrollment period, you are permitted to make changes to your FSA participation or election in the event of the following.

*Health Care FSA and Dependent Care FSA*

- If you have a qualified change in status, as follows:
  - Marriage.
  - Divorce or legal separation.
  - Loss or gain of an eligible dependent.
  - Change in your, your spouse's or your dependent's employment status, for example:
    – Gain or involuntary loss of coverage,
    – Changing from full to part time or vice versa, or
    – Beginning or ending an unpaid leave of absence.

*Dependent Care FSA Only*

- A change in the cost of your dependent's care (e.g., if you signed up to have $5,000 deducted from your pay and mid-year you switch to a less expensive provider, you may change your contributions to a dependent care FSA for the remainder of the year).

If any of these situations apply to you, you can make your change by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com or calling the RBC at 800-358-1231.

**You may only make changes that are due to and consistent with the change in status.** For example, if you have a child, you may begin making or increase the amount of contributions to a dependent care FSA. (Note: If your qualified change in status means you can elect to decrease the amount you contribute, you must call the RBC at 800-358-1231 to make your change.)

The change you request will become effective as soon as administratively feasible. If your change results in you no longer being eligible to participate or if you suspend your participation in a health care FSA, you will be reimbursed only for health care expenses

Please note: FSAs do not earn interest during the year. Also, setting aside part of your pay in an FSA does not affect your other salary-related benefits, such as your contributions to the Raytheon Savings and Investment Plan (RAYSIP) or your life insurance and disability coverage since benefits for these plans are calculated before any FSA deductions are taken from your pay. Because you do not pay Social Security taxes on any pre-tax contributions, your future Social Security benefits could be reduced if you participate in an FSA.

incurred up to the date you stopped contributing to the plan. For dependent care expenses, you will be reimbursed up to the balance of your dependent care FSA if the expenses are incurred by December 31 of the year in which your contributions ended.

---

**KEY RESTRICTIONS**

*While FSAs can reduce your taxable income, you should be aware of the following restrictions when considering enrolling in one or both accounts:*

- **Once you sign up for an FSA(s), you elect to participate for the full calendar year (or the remainder of the calendar year, if you become eligible to enroll during the year).** *Once you enroll, your contribution amount is fixed for the calendar year unless one of the situations described in the section* Changing Your Coverage *applies to you.*

- **If you become eligible to participate in an FSA(s) during the year,** *only eligible expenses you incur* after *the effective date of the qualifying event are eligible for reimbursement.*

- **If you become eligible to increase the amount you contribute to an FSA(s) during the year,** *eligible expenses you incur prior to* the *effective date of the qualifying event are eligible for reimbursement up to* the *original amount you elected to contribute. Eligible expenses you incur* after *the effective date of the qualifying event are eligible for reimbursement up to* the total amount *available in your account.*

- **You cannot claim a credit or deduction for the same expenses on your federal income tax return** *when you use an FSA. For more information, see the section* Important Information about Taxes.

- **If you and your spouse both participate in a dependent care FSA and you file a joint tax return, your contributions to the account cannot exceed a combined maximum of $5,000 per year.** *For more information, see* Amount You May Contribute *in* the Dependent Care Flexible Spending Account (FSA) *section.*

- **Effective with the 2016 plan year, the FSAs do not offer a grace period. That means if you do not incur enough in eligible expenses during the calendar year to use all the available funds in your account(s), the IRS requires you to forfeit any excess balance in your account.** *You cannot receive a refund, carry balances over to pay for the next year's expenses or transfer money from one account to another. For more information, see* How to File FSA Claims for Reimbursement.

- **To be eligible for reimbursement, health care expenses must be incurred while you are making contributions to your health care FSA.** *In other words, health care expenses you or an eligible family member incurs while you are not contributing to your health care FSA are not eligible for reimbursement.*

    **You may be reimbursed for dependent care expenses incurred after you have stopped making contributions to your dependent care account,** *up to the remaining balance in your account.*

- **You have until March 31 of the next year to submit claims for reimbursement for expenses incurred during the current year.** *Any money left in your account after that date will be forfeited. For more information, see the section* How to File FSA Claims for Reimbursement.

---

**A Note about 2015 FSAs**

While the 2016 FSAs will not offer a grace period, if you participated in an FSA(s) for the 2015 plan year, you have until March 15, 2016 (the end of the 2015 plan year grace period) to incur eligible expenses. The deadline to submit requests for reimbursement for 2015-related expenses, including any you incur during the grace period, is March 31, 2016.

Note that if you elected to participate in an HSA Advantage plan for 2016 without electing a health savings account (HSA), (for example, if you participate in Medicare), you can use any remaining 2015 health care FSA balance to pay for eligible health care expenses you incur related to your HSA Advantage plan, such as the deductible, during the grace period. Again, the deadline to incur eligible expenses is March 15, 2016, and the deadline to submit requests for reimbursement is March 31, 2016.

# Health Care Flexible Spending Account (FSA)

You may use a *health care flexible spending account (FSA)* to pay for eligible health care expenses that your own or your spouse's health care plans through another employer do not cover or cover only in part, such as deductibles, copayments and orthodontia. You may participate in a health care FSA even if your medical coverage is not through a Raytheon-sponsored plan (for example, if you receive medical coverage through your spouse's employer).

Expenses must be incurred by you, your spouse or your eligible dependents. An eligible dependent is someone you claim as a dependent on your federal income tax return or an adult child up to age 26.

***Note that if you elect medical coverage with an HSA Advantage plan, federal regulations prohibit employees who enroll in health savings accounts (HSAs) from having any other health care coverage, including a health care FSA.*** In this case, you have access to a dental and vision FSA, which works the same as a health care FSA but can only be used for eligible dental and vision expenses. Unless otherwise stated, the following description of health care FSAs also applies to the dental and vision FSA.

While this section aims to provide information on federal tax rules that apply to health care FSAs, it's important to note that state or local tax laws may also apply. Because tax laws are complex and subject to change, you are encouraged to consult a qualified tax or financial advisor with any questions. You may also obtain information from IRS Publication 969 *(Health Savings Accounts and Other Tax-Favored Health Plans),* available at www.irs.gov.

## Amount You May Contribute

Each year that you participate in the account, you decide how much you want to contribute by estimating how much you anticipate your out-of-pocket health care expenses will be for the upcoming calendar year. The annual minimum contribution amount is $100 and the annual maximum contribution amount is $2,550.

The amount you choose to contribute is deducted from your paycheck in equal installments throughout the year. If because of a situation described in the section *Changing Your Coverage* you become eligible to enroll in the middle of the year, you may still contribute the annual maximum to your account for that year. In this case, the amount you elect to contribute will be divided by the number of pay periods remaining in the year.

Raytheon may have to reduce, change or cancel your health care FSA election at any time to satisfy IRS regulations. You will be notified if this affects you.

If you elect medical coverage with an HSA Advantage plan, expenses paid through your HSA are not eligible for reimbursement from your dental and vision FSA.

Note that if you elect medical coverage with an HSA Advantage plan and do not participate in an HSA (either because you elect not to or because your Medicare status makes you ineligible), you can elect a health care FSA and not be limited to only dental and vision expenses.

### HOW YOU SAVE WITH A HEALTH CARE FSA—AN EXAMPLE

*When you elect to participate in a health care FSA, you set up an account to reimburse yourself during the year for eligible expenses using pre-tax dollars.*

*For example, if you earn $55,000 per year and contribute the maximum amount of $2,550 to a health care FSA, here's how you could save compared to paying for the same expenses on an after-tax basis:*

|  | Paying for expenses on a pre-tax basis through a health care FSA | Paying for expenses on an after-tax basis |
|---|---|---|
| Your annual pay | $55,000 | $55,000 |
| You pay for eligible expenses on a pre-tax basis through a health care FSA | $ 2,550 | - 0 - |
| Your taxable income | $52,450 | $55,000 |
| Amount you pay in federal income and FICA taxes | $ 4,632 | $ 5,210 |
| You pay for eligible expenses on an after-tax basis | - 0 - | $ 2,550 |
| Your take-home pay | $47,818 | $47,240 |
| Your take-home pay increases by | $ 578 | |

*Note: Taxes for this example are based on a family with four withholding allowances, married, filing jointly and using 2016 tax rates. In most states, you would also save on state income taxes. This example is for illustrative purposes only. Your situation would likely differ depending on a number of factors, including actual earnings, amount saved, where you live and tax law changes.*

## Estimating Your Eligible Health Care Expenses

To determine how much to contribute to a health care FSA, you may wish to take the following steps:

- Review your own and your family's health care expenses from the past year;
- Consider whether you expect these health care expenses to increase or decrease in the coming year. For example, if you or a family member will be purchasing prescription eyewear, you may expect to incur additional expenses for the year. Or, if you currently take a prescription drug that is newly available—or will become available—in a generic form, your out-of-pocket costs may decrease for the year;
- Review the *Eligible Health Care Expenses* section for a partial listing of eligible expenses; and
- Review the services that your medical, vision and dental plans do not cover or cover only in part.

Be sure to estimate your expenses carefully. Since IRS regulations require that you forfeit any money not used while you're contributing to the plan (generally by December 31), be sure you can use what you set aside. The Health Care Flexible Spending Account (FSA) Modeler can help you estimate these expenses. To access the modeler, visit *Desktop Benefits* at https://raytheon.benefitcenter.com, click on *My Resources* and then *Show More Links* under Tools & Resources.

**Note for HSA Advantage Plan Participants**
Remember: The list of eligible expenses for a dental and vision FSA is limited. Be sure to understand what's eligible for reimbursement when estimating your expenses. For guidelines on eligible expenses, log on to *Desktop Benefits* at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.

Remember: While the FSAs do not offer a grace period, you have until March 31 of the following year to submit claims for eligible expenses incurred during the current calendar year. After that time, any amount remaining in your FSA is forfeited and cannot be returned to you.

## Eligible Health Care Expenses

You may use a health care FSA for a wide variety of eligible health care expenses that are either not covered or covered only in part under your medical, vision care or dental coverage. (Participants in an HSA Advantage plan should see the later section *Eligible and Ineligible Expenses for the Dental and Vision FSA* for examples of eligible expenses.) In some cases, you may be required to complete a letter of medical necessity.

Eligible health care expenses recognized by the IRS include but are not limited to:

- *Acupuncture;*
- *Ambulance;*
- *Braille books and magazines,* limited to the difference between the cost of the Braille items and the cost for regular items;
- Special *car controls* for those living with a handicap (a letter of medical necessity must be provided);
- *Chiropractic, medical or podiatric expenses* in excess of medical plan limits;
- Cost for medical services by *Christian Science practitioners;*
- *Contact lenses and supplies,* such as saline and cleaning solutions;
- *Crutches;*
- Plan *deductible and coinsurance amounts;*
- *Dental examinations,* if not reimbursed under a dental plan;
- Treatment for *drug abuse or alcoholism,* including meals and lodging, if they are necessary for the treatment;
- *Eye surgery;*
- Prescription *eyeglasses,* including lenses, frames and exams;
- Purchase of a *guide dog* for a blind or deaf individual;
- Cost for keeping a mentally retarded person in a *halfway house or special home* (not the home of a relative), when recommended by a psychiatrist to help the person adjust from life in a psychiatric hospital to community living;
- *Health club fees* (a letter of medical necessity must be provided);
- *Hearing expenses,* including examinations, hearing aids and batteries required to operate a hearing aid;
- *Hospitalization charges* in excess of the usual and customary fees, including private room coverage;
- Over-the-counter (OTC) *insulin* (a prescription isn't required);
- *Laboratory fees;*
- Costs for *medical services* provided by physicians, surgeons, specialists or other medical practitioners;
- *Medicine* or other drugs that require a prescription and are prescribed by a doctor, including birth control pills. (To comply with the *Health Insurance Portability and Accountability Act of 1996* (HIPAA), your pharmacy may not include the prescription drug's name on the prescription label. Since the RBC needs the name of the drug to ensure it meets IRS eligibility rules, you must include the name of the drug when you submit your claim. If you do not provide the drug's name, your claim will be denied);
- *Mileage.* The plan reimburses you for mileage to and from medical visits, based on the IRS reimbursement schedule, provided you have a medical receipt;
- Expenses for medical care of a dependent in a *nursing home;*
- *Nursing services* when provided by a registered nurse or licensed practical nurse for medical care;

For detailed guidelines on eligible and ineligible health care expenses, log on to *Desktop Benefits* at https://raytheon. benefitcenter.com, call the RBC at 800-358-1231 or review IRS Publication 502, available at www.irs.gov.

192

- Services by an **optometrist;**
- **Orthodontia;**
- **Orthopedic shoes,** orthotics and braces;
- **Over-the-counter (OTC) health care items that are not medications** such as bandages, contact lens solutions, first-aid supplies and thermometers. Expenses for products that are merely beneficial to general health, such as vitamins, toiletries, cosmetics and sundry items, are not eligible for reimbursement;
- **Over-the-counter (OTC) medications that are prescribed by a physician.** Any OTC prescriptions must be prescribed *before* you purchase them. In addition, you must include a copy of the prescription along with your reimbursement request. Note that insulin does not require a prescription to be eligible for reimbursement;
- **Oxygen or oxygen equipment** to relieve breathing problems caused by a medical condition;
- Medically necessary **psychiatrist/psychologist fees;**
- **Smoking cessation programs;**
- Purchase or rental of **special medical equipment,** such as wheelchairs, crutches and orthopedic shoes, if the primary purpose is medical care;
- Medical expenses paid to a **special school** if the main reason for using the school is relieving the medical or physical disability;
- Tuition fees for a **special school for a learning disabled child** who has severe learning disabilities caused by mental or physical impairments, including nervous system disorders, when recommended by a doctor. Tutoring fees for a teacher specially trained and qualified to work with children with severe learning disabilities are also eligible when recommended by a doctor;
- **Sterilization fees;**
- **Surgery,** including experimental procedures;
- Special **telephone** for the deaf, limited to the difference between the cost of the special telephone and the cost for a regular telephone;
- Audio display **television** for the deaf, limited to the difference between the cost of the audio display television and the cost for a regular television;
- Medical expenses for **therapy** received as medical treatment, such as speech, occupational, physical or cardiac therapy;
- **Weight loss programs and weight loss medications** (a letter of medical necessity must be provided); and
- **Vaccinations.**

Orthodontia expenses are generally reimbursed either in the year that payment is due or in the year that payment is made (with proof of payment). For more information about eligible expenses, log on to *Desktop Benefits* at https://raytheon.benefitcenter.com or call 800-358-1231.

When submitting claims for eligible OTC health care items (remember, OTC medications are *not* eligible for reimbursement without a doctor's prescription), you will need to attach a copy of the physician's prescription and the drug store receipt to the claim form, along with an itemized list identifying the products purchased, the date the expense was incurred and the amount of the expense. For more information, see the inset box *Important Information about Eligible Health Care Expenses.*

---

**IMPORTANT INFORMATION ABOUT ELIGIBLE HEALTH CARE EXPENSES**

*In accordance with federal health care reform legislation, OTC medications—such as acid controllers, antihistamines, baby rash ointments, cough medicines, laxatives, pain relievers and sleep aids—are not considered eligible expenses for health care FSAs unless prescribed by a physician.*

*In other words, you will not be able to receive reimbursement or payment for these medications without a doctor's prescription. The only exception is OTC insulin, which is eligible for reimbursement without a prescription.*

*Costs for OTC health care items that are* not *medicines (such as bandages, contact lens solutions, first-aid supplies and thermometers) are eligible for reimbursement; a prescription is not required.*

*If you have questions, log on to* Desktop Benefits *at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.*

## Ineligible Health Care Expenses

In general, health care expenses that do not qualify as medical deductions for federal income tax purposes are not eligible for reimbursement through a health care FSA. (Participants in an HSA Advantage plan should see the later section *Eligible and Ineligible Expenses for the Dental and Vision FSA* for examples of ineligible expenses.) Examples of ineligible health care expenses include but are not limited to:

- *Automobile insurance premiums,* including any portion of the premium providing medical coverage for persons injured through an accident in or with the covered individual's vehicle;

- *Bottled water;*

- Premiums for *continued coverage through COBRA;*

- *Cosmetic surgery,* except to correct congenital abnormality, bodily injury or disfiguring disease;

- *Cosmetics,* such as toiletries and toothpaste;

- Any expense *covered by a health plan;*

- *Custodial care* in an institution;

- *Dancing or swimming lessons,* even when recommended by a qualified physician for health improvement;

- Expenses that are *filed on a federal tax return* for a tax credit or for which a deduction is taken;

- *Funeral and burial expenses;*

- Expenditures for the *general health* of an individual, including expenses related to exercise, fitness, nutrition, recreation, vacation or membership in a spa or health club;

- *Hair removal* (electrolysis);

- *Hair transplants;*

- *Health club dues,* YMCA dues, steam bath, etc. (unless a letter of medical necessity is provided);

- *Household and domestic help,* even if recommended by a qualified physician due to an individual's inability to perform physical housework;

- Any expenses incurred in connection with an *illegal operation or treatment;*

- *Life insurance premiums* or premiums for policies taken to provide repayment for loss of earnings or accidental loss of life, limb, sight, etc.;

- *Maternity clothes,* diaper service, etc.;

- *Medical insurance premiums,* including premiums for employer-provided medical and dental coverage and for contact lens insurance;

- Charges by a *nurse (RN or LPN)* who cares for your normal healthy newborn child;

- *Over-the-counter (OTC) medications purchased without a prescription.* Note that insulin is the only exception;

- Costs for sending a child with behavioral or disciplinary problems to a *special school* for benefits the child may receive from the course of study and disciplinary methods;

- *Student health fees;*

- *Transportation expenses* to and from work, even if a physical condition requires a special means of transportation;

- **Vacation or travel,** when taken for general health purposes, improvement of morale or to relieve physical or mental discomfort;

- **Vitamins,** when taken for general health purposes; and

- **Weight loss programs and weight loss medications.** These products are eligible, however, if a letter of medical necessity is provided.

---

**ELIGIBLE AND INELIGIBLE EXPENSES FOR THE DENTAL AND VISION FSA**

**Eligible Expenses**

*Participants in an HSA Advantage plan may use a dental and vision FSA for a variety of dental and vision expenses recognized by the IRS, including but not limited to:*

- **Contact lenses and supplies,** *such as saline and cleaning solutions;*

- **Dental examinations,** *if not reimbursed under a dental plan;*

- **Dental or vision plan deductible and coinsurance amounts;**

- **Eye surgery;**

- *Prescription* **eyeglasses,** *including lenses, frames and exams;*

- *Services by an* **optometrist;** *and*

- **Orthodontia.** *(Note that special reimbursement rules apply; see the* How to File FSA Claims for Reimbursement *section.)*

*In some cases, you may be required to complete a letter of medical necessity.*

**Ineligible Expenses**

*In general, dental and vision care expenses that do not qualify as medical deductions for federal income tax purposes are not eligible for reimbursement through a dental and vision care FSA. Examples of ineligible expenses include but are not limited to:*

- **Any expenses paid through your HSA;**

- **Automobile insurance premiums,** *including any portion of the premium providing health coverage for persons injured through an accident in or with the covered individual's vehicle;*

- **Bottled water;**

- *Insurance premiums for* **continued coverage through COBRA;**

- **Cosmetic surgery,** *except to correct congenital abnormality, bodily injury or disfiguring disease;*

- **Cosmetics,** *such as toiletries and toothpaste;*

- *Any expense* **covered by a health plan;**

- *Expenses that are* **filed on a federal tax return** *for a tax credit or for which a deduction is taken;*

- *Expenditures for the* **general health** *of an individual, including expenses related to exercise, fitness, nutrition, recreation, vacation or membership in a spa or health club;*

- *Any expenses incurred in connection with an* **illegal operation or treatment;**

- **Medical insurance premiums,** *including premiums for employer-provided medical and dental coverage and for contact lens insurance;*

- **Transportation expenses** *to and from work, even if a physical condition requires a special means of transportation; and*

- **Vitamins,** *when taken for general health purposes.*

*For detailed guidelines on eligible and ineligible dental and vision care expenses, log on to* Desktop Benefits *at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.*

---

### HEALTH SPENDING ACCOUNT CARD MAKES HEALTH CARE FSA EASY TO USE

*When you enroll in a health care FSA (or for participants in an HSA Advantage plan, a dental and vision FSA) for the first time, you automatically receive one health Spending Account Card. Additional cards are available upon request.*

You can use your health Spending Account Card to pay for most of the eligible expenses that your health care FSA covers, including:

- *Medical and prescription drug copayments, deductibles and coinsurance;*
- *Many vision expenses—eyeglasses, contact lenses, even contact lens cleaning solutions;*
- *Dental and orthodontic care; and*
- *Certain OTC health care items, such as bandages, contact lens solutions, first-aid supplies and thermometers, as well as insulin (available without a prescription).*

*Cards are accepted at a variety of participating providers that accept Visa®, including doctor and dentist offices, pharmacies, vision care providers and hospitals. Because your health Spending Account Card gives you immediate access to your funds, when you use your card at a participating provider, you don't need to pay first and then file a claim for reimbursement. If your qualified health care provider does not accept your health Spending Account Card, you must pay for the eligible expenses up-front and file a claim for reimbursement, as described in the section How to File FSA Claims for Reimbursement. (Remember, you will not be able to use your card to pay for OTC medications. If you have a prescription for an OTC medication, you must file a claim for reimbursement and provide proof of your prescription. This restriction does not apply to insulin.)*

*To activate your card, follow the instructions in your welcome kit and sign the card. When you visit a participating provider, swipe your card and select "credit." (Note that some payment systems may provide the ability to select "debit" at the point of sale. You will receive an assigned PIN for your account when you enroll.) The amount of your transaction will automatically be deducted from your pre-tax FSA balance.* **As always, it's important to keep all of your receipts to verify that your purchases were eligible for reimbursement.**

*If you use your health Spending Account Card for eligible expenses at a location that is* **not** *a qualified health care provider (such as a gas station or convenience store), your card will be declined. In this case, you must pay for the eligible expenses up-front and file a claim for reimbursement (as described in section How to File FSA Claims for Reimbursement).*

*In some cases, you may be required to provide additional documentation about your purchase. If this applies to you, you'll receive a notice in the mail; if the RBC has your email address, you'll receive an email notification; or you may log on to* Desktop Benefits *at https://raytheon. benefitcenter.com to identify any transaction that requires documentation. You can provide any needed documentation by uploading it through https://raytheon.benefitcenter.com, or by faxing or mailing it to the RBC (using the contact information in the How to File FSA Claims for Reimbursement section). To comply with IRS requirements, note that if you do not provide additional documentation within the time frame required, the amount of the eligible expense(s) that required the documentation may be deemed taxable and withheld from your pay.*

*If you have questions about the health Spending Account Card, or to report a lost or stolen card, contact the RBC at 800-358-1231 Monday through Friday from 8 a.m. to 8 p.m. ET.* **Note that the health Spending Account Card can only be used for health care FSAs, not dependent care FSAs.**

### A Word about Your Health Spending Account Card and Electronic Substantiation

*According to IRS guidelines, grocery and discount stores that sell OTC medications are required to track items purchased with FSA cards to ensure that such cards are used only for FSA-eligible expenses.*

*If you purchase an eligible health care item (see partial list above) at an IRS-compliant retailer, you may be able to use your health Spending Account Card and have the purchase electronically substantiated. In other words, these eligible expenses may automatically verified—you should not have to provide any additional information.*

*If you purchase an OTC medication prescribed by a physician at an IRS-compliant retailer, you will be required to submit documentation—including a copy of your prescription—to the RBC. In this case, you will not be able to use your health Spending Account Card.*

*Regardless of your purchase, you should keep all receipts in case you are asked to provide them to the IRS.*

*A list of IRS-compliant merchants is available on* Desktop Benefits *at https://raytheon. benefitcenter.com under My Resources in the Other Benefits section.*

If your health Spending Account Card transaction cannot be approved (i.e., the transaction was for an ineligible expense or you cannot substantiate that the transaction was for an eligible expense), the amount of that transaction will either be offset against future submitted claims, if any, or you will be required to pay back the amount of that transaction. Please note that if you do not pay back the amount of the transaction, the amount of the unsubstantiated transaction may be withheld from your wages and treated as a debt you owe the company.

**A Note about Using Your Health Care FSA and Any Wellness Reward**

If you participate in a health care FSA and have earned a Wellness Reward that was deposited into a wellness account, you would have received two debit-like cards—one for the FSA and one for the Wellness Reward. Because FSAs are subject to "use-it-or-lose-it rules" and Wellness Rewards are not, be sure to use the card associated with your FSA until that balance is exhausted before you use the card associated with the Wellness Reward.

# Dependent Care Flexible Spending Account (FSA)

You may use a dependent care flexible spending account (FSA) to reimburse yourself during the year for the care of your eligible dependents (such as day care or adult care) while you work. Your *eligible dependent* is:

- A *qualifying child* under age 13, whom you claim as a dependent for federal income tax purposes. For purposes of the plan, a qualifying child must reside with you for more than half the year and must not provide over half of his/her own support;

- Your *legal spouse,* who is physically or mentally incapable of self-care; or

- A *qualifying relative* who is physically or mentally incapable of self-care, provided:

  - You provide more than one half of that person's support,

  - You can claim that dependent as a dependent on your federal income tax return, and

  - The person is not a qualifying child of you or any other taxpayer.

## Amount You May Contribute

Each year that you participate in the account, you decide how much you want to contribute by estimating how much you anticipate your out-of-pocket dependent care expenses will be for the upcoming calendar year. The annual minimum contribution amount is $100 and the annual maximum contribution amount is $5,000. If you are married and file separate tax returns, you may contribute $2,500 each (up to a combined maximum of $5,000).

The amount you choose to contribute is deducted from your paycheck in equal installments throughout the year. If you enroll in the middle of the year (for example, you are newly eligible or you have a qualified change in status), you may still contribute the annual maximum to your account for that year. In this case, the amount you elect to contribute will be divided by the number of pay periods remaining in the year.

Raytheon may have to reduce, change or cancel your dependent care FSA election at any time to satisfy IRS regulations. You will be notified if this affects you.

### Limitations

The amount you contribute to a dependent care FSA cannot exceed your compensation for the year. If you are married and your spouse's compensation is less than yours, the amount you contribute cannot exceed your spouse's income.

For example, if your income is $55,000 per year and your spouse's income is $3,500 per year, the maximum you may contribute to a dependent care FSA is limited to $3,500 for that year.

If your spouse is a full-time student or is incapable of self-care, his or her income is assumed to be:

- $250 per month, if you have one person for whom you incur eligible dependent care expenses; or

- $500 per month, if you have two or more persons for whom you incur eligible dependent care expenses.

You are encouraged to consult a qualified financial or tax advisor if you have questions about these limitations.

Only expenses incurred that allow you (and your spouse, if applicable) to work or attend school can be reimbursed through a dependent care FSA.

**HOW YOU SAVE WITH A DEPENDENT CARE FSA—AN EXAMPLE**

*In years when you elect to participate in a dependent care FSA, you set up an account to reimburse yourself for eligible dependent care expenses using pre-tax dollars.*

*For example, if you earn $55,000 per year and contribute $5,000 per year to a dependent care account, here's how you could save compared to paying for the same expenses on an after-tax basis:*

|  | Paying for expenses on a pre-tax basis through a dependent care FSA | Paying for expenses on an after-tax basis with tax credit |
|---|---|---|
| Your annual pay | $55,000 | $55,000 |
| You pay for eligible expenses on a pre-tax basis through a dependent care FSA | $ 5,000 | - 0 - |
| Your taxable income | $50,000 | $55,000 |
| Amount you pay in federal income and FICA taxes | $ 4,078 | $ 4,210 |
| You pay for eligible expenses on an after-tax basis | - 0 - | $ 5,000 |
| Your take-home pay | $45,922 | $45,790 |
| Your take-home pay increases by | $ 132 |  |

*Note: Taxes for this example are based on a family with four withholding allowances, married, filing jointly and using 2016 tax rates. This example further assumes that a tax credit is claimed when expenses are paid on an after-tax basis. In most states, you would also save on state income taxes. This example is for illustrative purposes only. Your situation would likely differ depending on a number of factors, including actual earnings, amount saved, where you live and tax law changes. You should consult a tax advisor to determine whether a dependent care FSA or a tax credit is best for you.*

## Estimating Your Eligible Dependent Care Expenses

To determine how much to contribute to a dependent care FSA, you may wish to take the following steps:

- Review your dependent care expenses from the past year;
- Consider whether you expect these expenses to increase or decrease in the coming year. For example, if you have a child who will be turning age 13 during the year, you cannot be reimbursed for dependent care expenses incurred on or after the child's 13th birthday;
- Take into consideration times when you may not need care, such as your vacation time and holidays; and
- Review the list of dependent care expenses eligible for reimbursement (see the *Eligible Dependent Care Expenses* section for a partial listing of eligible expenses).

It's a good idea to estimate your expenses carefully. Since IRS regulations require that you forfeit any money not spent by December 31, be sure you can use what you set aside. The Dependent Care Flexible Spending Account (FSA) Modeler can help you estimate these expenses. To access the modeler, visit *Desktop Benefits* at https://raytheon.benefitcenter.com, click on *My Resources* and then *Show More Links* under Tools & Resources.

Remember: While the FSAs do not offer a grace period, you have until March 31 of the following year to submit claims for eligible expenses incurred during the current calendar year. After that time, any amount remaining in your FSA is forfeited and cannot be returned to you.

## Eligible Dependent Care Expenses

You may use a dependent care FSA for a wide variety of eligible dependent care expenses, including but not limited to:

- Expenses for an *after-school program;*

- Amounts paid for *care performed outside the home* for the care of your dependent or disabled spouse. In order to be reimbursed for expenses incurred by a dependent who is not a qualifying child, the dependent must regularly spend at least eight hours a day in your household;

- Amounts paid to a *dependent care center, babysitter or nurse* who cares for fewer than six individuals;

- Expenses for a *licensed day care center* that cares for six or more unrelated individuals;

- Amounts paid to a *maid or cook* if part of the services are provided to a person who qualifies for dependent care;

- The full amount paid to a *nursery school (pre-kindergarten),* even when the school provides lunch and educational services as long as these services are not itemized on the bill;

- Amounts paid to a *relative who provides dependent care services,* provided the individual is not a:

  - Dependent for whom a personal exemption deduction is allowed for federal income tax purposes, or

  - Child or stepchild who is under age 19 at the end of the calendar year; and

- Expenses for a *summer day camp.*

## Ineligible Dependent Care Expenses

Certain expenses are not eligible for reimbursement through a dependent care FSA. Examples of ineligible expenses include but are not limited to:

- *Babysitting expenses,* when for non-work or non-school activities;

- Care in a *convalescent nursing home;*

- *Custodial care* for a dependent who resides outside your home;

- The cost of *food, clothing and education;*

- Expenses for any *kindergarten program;*

- *Overnight camp;*

- Expenses for any K-12 *private schools.*

- *Services provided by one dependent* to care for another;

- Expenses for which a dependent care *tax credit* is taken or that are reimbursed under a health care FSA;

- *Transportation* expenses furnished by anyone other than the provider;

- *Tuition* for schooling for the first grade or higher; and

- Dependent care that allows you or your spouse to do *volunteer work.*

For detailed guidelines on eligible and ineligible dependent care expenses, log on to *Desktop Benefits* at https://raytheon.benefitcenter.com, call the RBC at 800-358-1231 or review IRS Publication 503, available at www.irs.gov.

# How to File FSA Claims for Reimbursement

After you have incurred eligible health care and/or dependent care expenses, you may submit your claim in one of the following ways:

- **File your claim online** and upload any supporting documentation to the RBC at https://raytheon.benefitcenter.com.

- **Mail your claim form** and any supporting documentation to:

  Raytheon Benefit Center
  Spending Accounts
  P.O. Box 8991
  Norfolk, VA 23501.

- **Fax your claim form** and supporting documentation to the RBC at 855-543-4065.

Claim forms are available for completion or printing out from *Desktop Benefits* at https://raytheon.benefitcenter.com or by calling the RBC at 800-358-1231.

The following guidelines apply to reimbursement requests:

- **Health care FSA.**

\* For expenses where you do not use your health Spending Account Card, you may request reimbursement for an amount up to your full annual election at any time, as long as your expense was incurred while you were actively participating in the plan.

For expenses that you are submitting for reimbursement, you must attach either an *Explanation of Benefits* (EOB) from the insurance company *or* the original itemized receipt or bill identifying:

- Name and address of the provider or merchant;

- The patient's name (itemized receipts may not have this information);

- The date the service was rendered or the purchase was made;

- The amount of the patient's responsibility for services or amount of purchase;

- The type of services rendered or a description of the purchased item. (For prescriptions, the actual prescription documentation may need to be transmitted if the itemized receipt does not contain the prescription description);

- If applicable for OTC medications, a physician's prescription; and

- If applicable (for dual-purpose items), a letter of medical necessity.

\* Remember: All references to health care FSAs also apply to dental and vision FSAs, unless indicated otherwise.

- **Dependent care FSA.** You may only be reimbursed up to the year-to-date payroll contributions made into your account. If you submit a request that exceeds your current available balance, you will be reimbursed for any remaining approved amount once the payroll contributions have been deposited into your dependent care FSA.

In order to be reimbursed for dependent care FSA expenses, you must submit either a signed affidavit from the dependent care provider (found on the claim form) along with the provider's tax identification number, name and address **or** you can provide an itemized bill from your provider that contains the:

- Name and address of the provider;

- The dependent's name (itemized expense by dependent);

- The date(s) the services were rendered; and

- The tax identification number of the dependent care provider.

In all cases, you must provide independent third-party validation for expenses incurred.

## Health Care FSA Reimbursement Made Easier

If you elect to participate in a health care FSA, you automatically receive one health Spending Account Card. You can use this card to pay for most eligible out-of-pocket health care expenses at any participating provider that accepts Visa® (including doctor and dentist offices, pharmacies, vision care providers and hospitals). For more information, see the inset box *Health Spending Account Card Makes Health Care FSA Easy to Use* earlier in this section.

Remember: While the FSAs do not offer a grace period, you have until March 31 of the following year to submit claims for eligible expenses incurred during the current calendar year. After that time, any amount remaining in your FSA is forfeited and cannot be returned to you.

Reimbursement can only be made for expenses incurred after you enrolled in either/both account(s). In addition, reimbursement can be issued only after eligible expenses are incurred, not when you are billed or when you pay for the services. You may not receive advance reimbursement for services not yet rendered. For example, if you pay for your child's summer day care program in March, but the program takes place in June and July, you must wait until the end of the program to submit your reimbursement request. (Note that this does not apply to orthodontia expenses; see *A Word about Orthodontia Claims*.)

In addition, eligible expenses are only reimbursed if they are incurred in the same calendar year as your contributions are withheld from your pay. (If you suspend your participation in a health care FSA, you will be reimbursed only for health care expenses incurred up to the date you stopped contributing to the plan.) You have until March 31 of the following calendar year to request reimbursement from your account(s). *Under current IRS regulations, any money left in your account after that date will be forfeited.*

The claims administrator may request additional documentation or proof of eligibility for reimbursement, if necessary. If you have a claim that is denied in whole or in part, you have the right to appeal the denial. For information on how to appeal a denied claim, refer to the *Administrative* section.

---

**A WORD ABOUT ORTHODONTIA CLAIMS**
*The IRS recognizes that orthodontia services are generally provided over an extended period of time, often without a direct relationship between the date of treatment and when payments are due. For this reason, you can receive reimbursement for orthodontia expenses in the plan year that payment is due or in the plan year in which payment is made. Proof of payment is required in all cases.*

---

## Receiving Payment

Reimbursement requests are processed daily. Checks are either mailed directly to your home address or deposited directly into your bank account. To request direct deposit, log on to *Desktop Benefits* at https://raytheon.benefitcenter.com and then select *My Health & Insurance, My Flexible Spending Accounts* and *Manage Direct Deposit*.

**Your Account Statement.** When you register your email address with the RBC, you will receive an email to verify that your claim has been processed for payment.

All FSA participants will receive a paper account statement in the fourth quarter as a reminder of any remaining balance as well as the deadlines for incurring expenses and filing claims for reimbursement.

---

**MANAGING YOUR FSA(S) ONLINE**
*You can log on to* Desktop Benefits *at https://raytheon.benefitcenter.com to file a claim; check on the status of a current claim; verify your account balance; view a list of payments that have been made, including when they were paid; download claim forms; upload any needed documentation; enter new claims; or provide documentation for unsubstantiated debit card transactions.*

---

# As Your Needs Change

## If You Take a Leave of Absence

Unless you cancel your enrollment in an FSA due to a qualified change in status before your medical or workers' compensation leave of absence, your FSA participation continues during your leave. Your payroll contributions stop on the last day you are paid by the company. If you return to work within the same calendar year, your payroll contributions resume when you return to work.

Whether you can make contributions and/or submit claims to your FSA for eligible expenses incurred during your leave depends on the type of FSA, as described in the following sections.

Requesting reimbursement from your account(s) is easy. Simply upload a completed claim form, together with the required documentation, to the RBC at https://raytheon.benefitcenter.com; or submit this information via mail or fax as instructed on the claim form. Be sure to keep a copy of your bills and receipts for your records. Note that the same expense cannot be submitted to more than one FSA.

**Health Care FSA**

As long as you do not cancel your participation in your health care FSA prior to your leave, claims for eligible expenses incurred before the start date of your leave can be submitted during your leave. You can only submit claims for eligible expenses incurred *during* your leave if you are actively making contributions to your health care FSA during your leave.

Once your leave begins, the RBC will send you a bill so you can continue making contributions to your health care FSA. If you wish to continue making contributions, you pay the RBC directly. In this case, your health Spending Account Card remains activated and you may submit claims for eligible expenses incurred during your leave.

To receive reimbursement, upload your claim form and supporting documents to the RBC via https://raytheon.benefitcenter.com, or mail or fax a reimbursement form to the RBC. For details, see the section *How to File FSA Claims for Reimbursement.*

If you do *not* wish to make contributions during your leave, you must wait for your payroll contributions to resume after you have returned to work before you can submit claims for eligible expenses incurred while you were on leave. Note that if you do not make contributions during your leave, your health Spending Account Card is suspended during your leave. It generally takes two weeks from the date you return to work to reactivate your health Spending Account Card.

**Dependent Care FSA**

As long as you do not cancel your participation in your dependent care FSA prior to your leave, you can submit claims for eligible expenses incurred before the start date of your leave during your leave. While you cannot make contributions to your dependent care FSA during your leave, you may submit claims for expenses incurred while you are on leave, provided:

- Your current account balance will cover those expenses, and
- Your expenses were incurred in the same calendar year in which your contributions to your account stopped.

To receive reimbursement, upload your claim form and supporting documents to the RBC via https://raytheon.benefitcenter.com, or mail or fax a reimbursement form to the RBC. For details, see the section *How to File FSA Claims for Reimbursement.*

## If You Are Laid Off

You will receive a COBRA notification, which explains how you can elect to continue your participation in your health care FSA under COBRA. For details, see *Extending Your Participation* later in this section. Your participation in your dependent care FSA cannot be continued.

# Other Information

## Important Information about Taxes

In some cases, you may be able to deduct certain health care expenses from your income and receive a tax credit for certain dependent care expenses, instead of obtaining reimbursement through a health care and/or dependent care FSA. You are encouraged to consult a qualified financial or tax advisor to determine what is best for your personal financial situation.

All expenses submitted for reimbursement to an FSA are subject to review by the IRS. If the IRS determines that a particular expense does not qualify for reimbursement, the claims administrator will act according to IRS instructions. Employees who wish to appeal the decision of the IRS are responsible for any legal or other costs incurred in processing the appeal.

## Health Care Expenses

If you decide to reimburse yourself for eligible health care expenses through a health care FSA, you cannot also claim those same expenses as deductions on your income tax return or through an HSA, such as if you participate in an HSA Advantage plan.

Under current IRS regulations, you may deduct only those medical expenses that exceed 7.5% of your adjusted gross income. By using pre-tax dollars to pay for eligible expenses, your tax advantage begins immediately.

Any expenses for which you are reimbursed through a health care or dependent care FSA cannot also be claimed as itemized deductions or a tax credit on your federal income tax return. You are encouraged to consider your participation carefully before enrolling in one or both accounts.

**Dependent Care Expenses**

Current IRS regulations allow you to take a dependent care tax credit when you file your taxes. You may claim credit on qualified expenses up to $3,000 for one dependent and $6,000 for two or more dependents.

If you choose to reimburse yourself on a pre-tax basis through a dependent care FSA, those reimbursed expenses will reduce the amount of federal tax credits available to you. In other words, for each dollar reimbursed from your dependent care FSA, one less dollar of expenses may be claimed for a federal tax credit.

In some cases, using a dependent care FSA will result in greater tax savings. If your expenses are more than $3,000 for one dependent, the dependent care FSA may be especially advantageous because you can set aside up to $5,000, regardless of how many dependents you have.

## When Participation Normally Ends

If you retire, terminate your employment or your employment otherwise ends, your participation in the FSA(s) ends on your last day paid. If you request to stop participating in your account(s) during the year due to a qualified change in status, your participation will end as soon as administratively possible, generally within two pay periods after you submit your request.

Only reimbursement requests for health care expenses incurred on or before the date your participation ends will be reimbursed.

Dependent care expenses incurred in the same calendar year your participation ends may be reimbursed after your participation ends, up to the maximum amount in your account. You may submit requests for reimbursement of your eligible expenses until March 31 of the year following the year in which your participation ends.

## Amendment and Termination

The health care FSA and the dependent care FSA are offered based on the current provisions of the Internal Revenue Code, which are subject to change. Raytheon's FSAs may be amended or discontinued in the event of changes in the law or regulations, or for any other reason.

**If the Plan Is Terminated**

If Raytheon terminates the plan, your payroll deductions will cease. If there is any money in your account(s) when the plan terminates, you may request reimbursement for expenses incurred prior to the date of the plan's termination. All such reimbursement requests must be submitted within 60 days following the end of the year in which the plan is terminated. Any money remaining in your account(s) after that date will be forfeited.

## Extending Your Participation

Under some circumstances, you may be able to continue participation in a health care FSA on an after-tax basis under COBRA. If you elect to continue your health care FSA participation, you make after-tax contributions for the amount you elected in equal installments for the remainder of the year. Participation in a dependent care FSA cannot be extended.

As long as you elect COBRA coverage, are enrolled and continue after-tax contributions to your health care FSA through December 31, you may continue to request reimbursement for eligible expenses through March 31 of the following year. Remember that the plan does not have a grace period; eligible expenses must be incurred by December 31.

## Your Rights

This section describes Raytheon's FSAs in general terms. If any conflict arises between this description and the plan document, or if any point is not covered, the terms of the plan document will govern in all cases. See the *Administrative* section for information related to the administration of the FSAs.



# Disability
## at a glance

## in this section

**Enrolling in Disability Coverage**

**Short-Term Disability (STD) Coverage**

**Long-Term Disability (LTD) Coverage**

**Occupational Long-Term Disability (LTD) Coverage**

As Your Needs Change

Other Important Information

- Short-term and long-term disability benefits replace all or part of your income in the event that a non-work-related injury or illness keeps you out of work.

- Raytheon provides you with company-paid basic short-term disability (STD) coverage, which provides income replacement equal to 75% of your weekly base pay when you are disabled. The maximum STD period is 10 weeks, which includes an unpaid, five-weekday waiting period. To supplement basic STD coverage, you may purchase STD Plus coverage, equal to 25% of your base pay. You pay the full cost for this additional coverage.

- You also have the option of electing long-term disability (LTD) coverage, which provides you with benefits when an illness or injury keeps you out of work for more than 10 weeks. You may choose LTD coverage equal to either 50% or 60% of your basic monthly earnings.

- You may have the option of electing occupational long-term disability (LTD) coverage, which supplements workers' compensation benefits in the event you suffer a disability that is work-related.

- If you are eligible to elect occupational LTD coverage, you must choose the same coverage level as your LTD coverage (50% or 60% of your basic monthly earnings).

*continued on next page*

MetLife can be reached at:

- **https://mybenefits.metlife.com** or
- **888-48CLAIM (888-482-5246).**

- New employee? If you enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire (whichever is later), you will not be required to complete a *Statement of Health* to show proof of good health. You must be actively at work for coverage to begin.

- You may enroll in STD Plus and/or LTD coverage at any other time during the year, but you will be required to complete a *Statement of Health* to show proof of good health. You can enroll in the occupational LTD plan only during the annual benefits open enrollment period. A *Statement of Health* is not required. You may drop disability coverage at any time.

- You pay for the cost of any disability coverage that you elect with after-tax dollars through payroll deductions.

- Metropolitan Life Insurance Company ("MetLife") administers the disability plans for Raytheon.



**Disability** at a glance

# Enrolling in Disability Coverage

## Initial Enrollment for New Employees

When you are hired, you automatically receive basic short-term disability (STD) coverage as of the first day you are actively at work. There are no enrollment forms to complete.

Provided you enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire (whichever is later), you are eligible to purchase STD Plus and/or long-term disability (LTD) coverage without completing a *Statement of Health* to show proof of good health. Your coverage then becomes effective as of your first day actively at work.

If you are eligible for occupational LTD, this option will appear on your *Personalized Enrollment Worksheet*. A *Statement of Health* is not required. Your coverage becomes effective as of your first day actively at work.

## Enrollment During the Year

### STD Plus and LTD Coverage

If you do not enroll in STD Plus and/or LTD coverage within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire (whichever is later), you may apply for coverage at any time. In this case, you will be required to complete a *Statement of Health* to show proof of good health. It's important to note that applying for coverage at a time other than when you are first eligible, including during the annual benefits open enrollment period, means that MetLife may decline your application for coverage.

You may request an application and a *Statement of Health* at any time by calling the Raytheon Benefit Center (RBC) at 800-358-1231. Submit the completed application and *Statement of Health* to MetLife at the address on the form. You may be responsible for expenses associated with supporting information (such as a medical exam) for your *Statement of Health*. MetLife will send you a written notice explaining whether your application for coverage has been approved or denied. If your application is approved, your coverage becomes effective as of the date it is approved or, if you are not actively at work on that date, on the first day you are actively at work after your application is approved.

### Occupational LTD Coverage

If you first become eligible to elect occupational LTD coverage during the year, such as if your salary increases to a level where you are eligible to elect the plan, the RBC will send you a *Personalized Enrollment Worksheet* listing occupational LTD as an available benefit option. To elect coverage, call the RBC at 800-358-1231.

If you do not enroll in occupational LTD coverage when you are first eligible, you may enroll in the plan only during the annual benefits open enrollment period. A *Statement of Health* is not required.

## When Coverage Becomes Effective

You must be actively at work for coverage to begin. *Actively at work* means that you are performing all of the material duties of your job where these duties are normally carried out. If you are not actively at work on the date your coverage is scheduled to begin, your coverage will become effective on the day you start or return to active work.

## Cost of Coverage

### Short-Term Disability Coverage

Raytheon pays the full cost of your basic STD coverage. If you elect STD Plus, you pay the cost for covering the additional 25% of your base pay. Rates for STD Plus coverage are set as a flat rate per hundred dollars of your total base pay. If you elect STD Plus, your cost for this coverage is deducted from your pay on an after-tax basis.

You may drop your STD Plus, LTD and/or occupational LTD coverage at any time. If you drop STD Plus and/or LTD coverage and later wish to re-apply, you may do so at any time. In this case you will be required to complete a *Statement of Health* to show proof of good health. Re-enrolling in the occupational LTD plan is limited to the annual benefits open enrollment period; a *Statement of Health* is not required.

**Long-Term Disability Coverage**

You pay for any LTD coverage that you elect. Rates are based on whether you elect the 50% coverage level or the 60% coverage level and are set as a flat rate per hundred dollars of your total base pay. The cost of any LTD coverage you elect is deducted from your pay on an after-tax basis.

**Occupational Long-Term Disability Coverage**

If eligible, you pay for any occupational long-term disability coverage that you elect. Rates are based on whether you elect the 50% coverage level or the 60% coverage level (you must choose the same coverage level as your LTD coverage) and are set as a flat rate per hundred dollars of your total base pay. The cost of any occupational LTD coverage you elect is deducted from your pay on an after-tax basis.

---

**HOW THE COST FOR DISABILITY COVERAGE IS CALCULATED**

*Rates for STD Plus, LTD and occupational LTD coverage are a flat rate per hundred dollars of total base pay. The premium you pay depends not only on your pay, but also on which coverage level you elect and your work location.*

*For example, if you make $55,000 per year, work in a state with no state disability insurance and elect STD Plus coverage at a cost of $0.14 per hundred dollars of pay, you will pay $77.00 per year ($2.96 per biweekly paycheck) for your coverage. Here's how the cost is calculated:*

| | |
|---|---|
| Your annual base pay | $55,000 |
| Divided by 100 | ÷   100 |
| | 550 |
| Times cost per $100 of pay | x   0.14 |
| **Your annual cost for coverage** | **$77.00** |

*The cost for LTD coverage is calculated the same way. For example, if you make $55,000 per year and wish to elect LTD coverage at 50%, at a cost of $0.15 per hundred dollars of base pay, your cost will be $82.50 per year ($3.17 per biweekly paycheck). If you elect LTD coverage at 60% at a cost of $0.23 per hundred dollars of pay, your cost would be $126.50 per year ($4.87 per biweekly paycheck).*

*Please note that these rates assume that you work in a state that does not have state disability insurance. If you work in California, Rhode Island, New York, New Jersey, Hawaii or Puerto Rico, your rate per hundred dollars of pay would be calculated using the costs listed in this chart:*

| If you work in | Cost per hundred dollars of pay for 50% LTD | Cost per hundred dollars of pay for 60% LTD |
|---|---|---|
| California | $0.08 | $0.13 |
| Hawaii or New Jersey | $0.13 | $0.20 |
| New York | $0.14 | $0.21 |
| Puerto Rico | $0.15 | $0.22 |
| Rhode Island | $0.12 | $0.19 |

*Your cost for occupational LTD is also calculated the same way, at a rate of $0.045 per hundred dollars of base pay for 50% coverage and $0.063 per hundred dollars of base pay for 60% coverage.*

*Remember, your cost for disability coverage is based on the full amount of your base pay, not just the amount you select to receive for a benefit (50% or 60%). Rates for disability coverage are included in your benefits open enrollment materials each year. For more information about rates for disability coverage, call the RBC at 800-358-1231.*

---

When you elect STD Plus coverage, LTD coverage and occupational LTD coverage (if eligible), the cost is deducted from your pay on an after-tax basis. This means that any benefits you may receive from these plans are paid tax free. In the case of STD Plus, only benefits associated with any company-paid portion of your coverage (the 75% basic option) are subject to normal tax withholding as required by the Internal Revenue Service (IRS). For more information, see the section *Important Information about Taxes.*

# Short-Term Disability (STD) Coverage

If you become disabled, Raytheon provides you with company-paid STD insurance coverage equal to 75% of your weekly base pay. The maximum STD period is 10 weeks, which includes an unpaid, five-weekday waiting period.

You are considered *disabled* if, due to a non-work-related illness or injury, you are:

- Under the regular care and attendance of a doctor; and

- Unable to perform all of the essential elements of your regular job with reasonable accommodation.

To be eligible for STD benefits, you must:

- Have been actively at work immediately prior to becoming disabled. (You also meet this requirement if you are continuously on properly authorized paid time off (PTO) from your last day at work until the day before you become disabled); and

- Be considered disabled due to an approved non-work-related illness or injury for six or more consecutive weekdays (Monday–Friday), including holidays. In other words, the plan has a five-weekday waiting period. **If you return to work on the sixth weekday, no STD benefits are payable.**

To receive credit toward satisfying the five-weekday waiting period, make sure your doctor notes the first day of your illness or injury, even if you do not see the doctor until later. Once you satisfy the waiting period, the plan begins paying approved STD claims starting with your 6th weekday of disability. **Please note: To qualify for benefits, you must always satisfy the waiting-period requirement.**

You use your available PTO (if any) during the five-weekday waiting period. Unless you request otherwise, you will receive as many PTO days beyond the initial five as you have available while MetLife is reviewing your claim. (Note: If you have no PTO available, you are not paid for this time.)

You may "buy back" as many or as few of the PTO days that you used as you wish. You must elect whether and how many PTO days to buy back on the earliest of:

- Within 30 days of your return to work; or

- Within 30 days of transitioning from STD to LTD. Your buy back must be completed by December 31 of the year in which the short-term disability occurred.

You will be sent an *STD PTO Buyback* form during your disability. You may also obtain this form from your Human Resources representative or via *Desktop Benefits* at https://raytheon. benefitcenter.com. Buying back PTO is always optional. If you prefer not to buy back the PTO you have used, you should not submit an *STD PTO Buyback* form.

Note that the annual maximum number of PTO days continues to apply. For more information about PTO, refer to the *Work/Life* section.

Raytheon's STD Plus plan is optional, which means you must enroll in the plan if you want STD Plus coverage. You may apply for STD Plus coverage at any time. However, if you do not apply when you are first eligible, or drop coverage and later wish to re-enroll, you will be required to complete a *Statement of Health* to show proof of good health.

It's important to remember that a portion of your annual PTO allowance is for illnesses and/ or injuries that last five or fewer days. As a result, you must use any available PTO days during the first five weekdays of your disability. In the event of a more serious illness or injury, PTO can also provide you with income while you are waiting to receive STD benefits.

To avoid a delay in receiving STD benefits, it's important that you file your claim **by the sixth weekday that you are absent from work.** While you may start this process sooner if you know in advance that you are absent for six or more consecutive weekdays, the claims review process does not begin until the sixth weekday of your absence. For information on how to file a claim, see *Applying for STD Benefits* later in this section.

> **HOW STD BENEFITS INTEGRATE WITH PTO—AN EXAMPLE**
>
> *When you are first out of work due to an illness or injury, you are paid using your available PTO. If your approved disability lasts for six or more consecutive weekdays, you are eligible for STD benefits, beginning on the sixth weekday. Here's an example:*
>
> *You are sick with a bad chest cold and call in sick on Wednesday, the 5th of the month. You call in sick again on Thursday and Friday. Your supervisor codes your time away from work as PTO.*
>
> *You see the doctor on Friday. Your doctor notes the first day of your disability as Wednesday, the 5th. Based on the diagnosis of severe bronchial pneumonia, your doctor recommends you remain out of work for another week, for a total of eight weekdays.*
>
> *Since you know you will be out of work for more than six consecutive weekdays, you follow the steps to apply for benefits (outlined in the section* Applying for STD Benefits) *by the sixth weekday that you are absent from work. The claims review process starts on the sixth weekday you are absent.*
>
> *On Wednesday the 12th, the sixth weekday of your disability, your claim is now eligible for processing and MetLife obtains the necessary information, including your first day of absence. MetLife approves your claim in writing on Friday the 14th.*
>
> *Your STD benefits are paid beginning as of Wednesday the 12th, the sixth weekday of your disability. Upon finding out your claim has been approved, your supervisor codes your remaining time absent as Medical Leave, beginning on Wednesday the 12th.*

The time you are out on disability counts toward any unpaid leave for which you may be eligible under the *Family and Medical Leave Act of 1993* (FMLA) (and similar state laws). For more information about FMLA leave, contact your Human Resources representative.

## Your STD Benefit Amount

The amount of your STD benefit is based on your *annual base pay* immediately prior to the date your disability began and whether you have basic STD coverage or STD Plus coverage. Your annual base pay means your regular base pay (including additional pay received as a supervisor, group leader or instructor), not including overtime, shift premiums, performance bonuses or other incentive compensation.

With basic STD coverage, your benefit is equal to 75% of your base pay. If you are enrolled in STD Plus coverage, your benefit is equal to up to 100% of your base pay. With both levels of coverage, your benefit may be reduced by other income or benefits you may be eligible to receive from other sources (see the section *Other Income* in the *Short-Term Disability (STD) Coverage* section for more information).

## Applying for STD Benefits

To apply for STD benefits, follow these steps:

- Contact your supervisor to report your absence;

- Initiate your request for a leave online using Raytheon's self-service application through MyInfo on the oneRTN homepage (click on *Request a Leave of Absence);* and

- Call MetLife to follow up. You can reach MetLife by calling 888-48CLAIM (888-482-5246). When you speak with a MetLife representative, you will be asked to provide certain information, including authorization to release medical information to MetLife.

**You must complete this process by the sixth weekday that you are absent from work.** You may call *earlier* if you know in advance that you will be out of work for six or more weekdays, for example, due to childbirth or scheduled surgery or because your doctor indicates you need to be out of work for an extended period of time. However, the claims review process will not start until the sixth weekday you are absent (when eligibility for STD benefits begins).

Once you have applied for benefits, visit https://mybenefits.metlife.com or call MetLife at 888-48CLAIM (888-482-5246) to check on the status of a benefit payment, a claim or a claims appeal. To discuss returning to work, you must speak with a MetLife representative.

MetLife is the claims administrator for the STD plan and has the sole discretionary authority to determine your eligibility for STD benefits. MetLife will notify you in writing as soon as possible if your claim has been approved or denied, including the period for which

MetLife "fast tracks" certain common claims that can be easily verified, such as childbirth, scheduled surgeries, bronchitis and viral pneumonia. To avoid a delay in receiving benefits, it's important that you file your claim in a timely manner.

Once you have applied for benefits, visit https://mybenefits.metlife.com or call MetLife at 888-48CLAIM (888-482-5246) to check on the status of a benefit payment, a claim or a claims appeal. To discuss returning to work, you must speak with a MetLife representative.

any benefits will be paid. MetLife reserves the right to periodically request that a physician of its choice or another medical review organization conduct an independent medical examination of employees receiving STD benefits. MetLife pays the full cost of the exam.

You are responsible for providing the medical documentation needed to substantiate your claim. Failure to submit to a requested medical examination or to provide any additional information upon request may result in the suspension or termination of your STD benefits. You are responsible for any expenses that *your* doctor charges to prepare forms, furnish medical records or handle other administrative tasks.

## Other Income

Your STD benefit is reduced by any other income or benefits you may be eligible to receive from other sources, including, but not limited to:

- The gross amount you receive under any Raytheon salary continuance, severance or sick pay plan (except PTO);

- Social Security disability or retirement benefits;

- The gross amount you receive or for which you are eligible under any compulsory benefit act or law;

- The gross amount of any disability income benefit for which you are eligible under:

  - Any other group insurance plan offered by the company or another employer;

  - Any governmental retirement system as a result of your job with the company;

  - Any government disability benefits from any agency or source, not including military disability benefits; or

  - A state disability plan;

- The gross amount of benefits you receive under any of the company's retirement plans as follows:

  - Any disability benefit; or

  - Any retirement benefits.

  Note that this does not apply to non-disability pensions from other employers, including the military;

- Payments from third parties who have caused your disability, for example, if you are involved in a car accident and receive compensation from the other driver or the other driver's insurance company;

- The gross amount you receive from the company or any employer for temporary part-time employment; and

- The gross amount you receive from self-employment in which you are actively engaged in the conduct of business.

If other income benefits are paid as a lump sum, the sum will be applied to reduce your STD benefits until exhausted. Please note that income from a private, non-group disability insurance policy is not considered a source of "other income" under the STD plan.

## Pre-Existing Conditions

A *pre-existing condition* is an illness or injury for which you received medical advice or treatment during the three-month period immediately prior to the effective date of your STD coverage. *Medical advice or treatment* includes medical treatment, medical care or services, diagnostic tests or taking of prescribed drugs or medicines.

If you have a pre-existing condition, including pregnancy, you are not eligible for STD benefits for any disability caused by that sickness or injury until you have been covered under the plan for 12 consecutive months.

As of January 1, 2006, STD and any resulting LTD benefits are not reduced by any amount you may be eligible to receive from a military disability pension. Other reductions may apply, if applicable.

## Successive Disabilities

If you return to full-duty work *without* accommodations and become disabled again as a result of the same or a related injury or illness within three months, your benefits will be paid as though your disability had been continuous. In other words, your disability is considered one period of disability. For example, if you had received seven weeks of STD benefits before returning to work and then becoming disabled again, STD benefits will begin again on your first day of absence and you will have three weeks of STD benefits remaining. Any time you return to work *with* accommodations does not count toward this three-month period.

If you become disabled more than three months after you return to work *without* accommodations, whether from the same or an unrelated cause, your disability is considered a new claim with a new benefit period. In this case, you are only eligible for STD benefits if your new disability lasts for six or more consecutive weekdays and your claim is approved. Again, any time you return to work *with* accommodations does not apply.

---

**SPECIAL COVERAGE FOR APPROVED SCHEDULED INTERMITTENT TREATMENTS**

*Occasionally, employees who have serious illnesses and require substantial treatment are not disabled from performing the essential elements of their job. Raytheon provides pay under a separate program for absences due to approved scheduled intermittent treatments. Covered treatments are:*

- *Cardiac rehabilitation,*
- *Chemotherapy (including blood work/diagnostics required to determine the course and/or efficacy of chemotherapy treatment),*
- *Dialysis (onsite at a dialysis center),*
- *Intermittent parenteral/intravenous therapy (not self-administered),*
- *Organ transplant preparation, and*
- *Radiation therapy.*

*To receive pay under this program, you must complete and return an application, available from your Human Resources department, Medical department or in the* Benefit Forms *section under* My Resources *on Desktop Benefits at* https://raytheon.benefitcenter.com. *Please note that this program is not part of the STD plan.*

---

## When STD Benefits Are Not Payable

The STD plan does not pay benefits for any disability resulting from any of the following:

- An *occupational illness or injury.* An *occupational illness or injury* is an illness or injury that happens in the course of, or is caused by, any work performed by you for wage or profit and that entitles you to benefits under a workers' compensation or occupational disease law (whether or not you actually receive these benefits);
- A *pre-existing condition,* unless your disability begins after you have been covered under the plan for 12 consecutive months;
- Absences for *precautionary reasons* or to avoid the possible occurrence of a condition;
- *Attempted suicide* or an intentionally self-inflicted injury;
- Participation in a *felony;* or
- *War* or war-like action in time of peace.

## When STD Benefits End

Your STD benefit payments end on the earliest of the date you:

- Cease to be disabled, as determined by the claims administrator and according to the guidelines of the plan;
- Reach the maximum duration of coverage under the plan (10 weeks);
- Fail to provide objective proof of your continued disability;

- Cease to be treated by a physician;
- Refuse to allow a medical examination requested by the insurance company; or
- Die.

# Long-Term Disability (LTD) Coverage

You have the option of electing long-term disability (LTD) coverage, which provides you with benefits when an illness or injury keeps you out of work for more than the 10-week STD period. This coverage can only be purchased on an after-tax basis.

As with our STD plan, you must be under the regular care and attendance of a doctor while you are disabled to be eligible for LTD benefits. Unlike the STD plan, all benefits under the LTD plan are paid from plan participants' contributions and earnings on those contributions. All contributions are held in the Raytheon Employees' Disability Trust.

For purposes of the LTD plan, you are considered *disabled* for the first 18 months after your date of disability if you are unable to perform the essential elements of your job with reasonable accommodation. After this initial 18-month period, you must *also* be unable to work at *any job* for which you are reasonably qualified by training, education or experience through the maximum age for receiving benefits.

MetLife is the claims administrator for the LTD plan and has the sole discretionary authority to determine your eligibility for LTD benefits.

## Your LTD Benefit Amount

The amount of your LTD benefits is based on your base monthly earnings up to $265,000 per year (for 2016; subject to change each year) and whether you have elected LTD coverage equal to 50% or 60% of your base pay. *Base monthly earnings* means:

- *For exempt salaried employees:* Earnings based on a 40-hour workweek, excluding bonuses, overtime or incentive pay and all other special compensation;

- *For hourly or non-exempt salaried employees:* Earnings are determined by multiplying your base rate of pay (including supervisor's differential, and excluding overtime and bonuses) by the number of hours you are regularly scheduled to work in a two-week period, not to exceed 40 hours per week.

If you have LTD coverage equal to 50% of your base pay, the maximum benefit is $10,833 per month. If you are enrolled in LTD coverage at 60%, the maximum benefit is $13,000 per month. With both levels of coverage, your benefit is reduced by any other income or benefits you may be eligible to receive from other sources (see the section *Other Income* in the *Long-Term Disability (LTD) Coverage* section for more information).

Employees who earn more than $265,000 per year may elect supplemental LTD coverage, which includes coverage for annual base pay up to $400,000 and occupational LTD. For more information on the supplemental LTD plan, call the RBC at 800-358-1231.

## Receiving LTD Benefits

Because MetLife administers both the STD and LTD plans, you are not required to submit a separate claim for LTD benefits. While you are receiving STD benefits, MetLife remains in close contact with your doctor to monitor your condition. If you continue to be disabled beyond 10 consecutive weeks, MetLife automatically converts your STD benefits to LTD benefits.

While you are receiving benefits, you may be asked to provide proof of your continued disability. MetLife reserves the right to periodically request that a physician of its choice conduct an independent medical examination. There is no cost to you for any such examination. Failure to cooperate with such a request or provide requested information may result in a loss of benefits.

Raytheon's LTD plan is optional, which means you must enroll in the plan if you want LTD coverage. You may apply for LTD coverage at any time. However, if you do not apply when you are first eligible, or drop coverage and later wish to re-apply, you will be required to complete a *Statement of Health* to show proof of good health.

In order to qualify for LTD benefits, you must first receive the full period of STD benefits.

## Other Income

Your LTD benefits will be reduced by the following forms of other income* or benefits you may be eligible to receive, *whether or not you apply for such benefits.* Other income or benefits include, but are not limited to:

- The gross amount of salary, wages or other periodic payment from employment or self-employment;

- Workers' compensation payments made in error or prior to a determination that the claim was not payable under workers' compensation;

- The gross amount of benefits received from a state disability benefit plan;

- The gross amount of salary continuance paid from a regular company payroll;

- Payments from certain other company-sponsored plans, including all pensions of any type from retirement plans as well as severance plans;

- Payments from third parties who have caused your disability, for example, if you are involved in a car accident and receive compensation from the other driver or the other driver's insurance company;

- Social Security disability or retirement benefits; and

- Any government disability benefits from any agency or source, not including military disability benefits.

*Please note that non-disability pensions from other employers, including the military, and private, non-group disability insurance are not considered sources of "other income" under the LTD plan and will not reduce your benefits. However, disability pensions from other sources, with the exception of the military, will offset LTD benefits. You will be required to sign a promissory note agreeing to repay benefits paid to you if such benefits should have been offset by income from other sources, in accordance with the terms of the plan.

---

**A WORD ABOUT SOCIAL SECURITY BENEFITS**

*When you are disabled, you may be eligible to receive primary and/or family Social Security benefits. In general, you are eligible to begin receiving these benefits after you have been disabled for at least five consecutive months. Benefits then continue for as long as you meet the definition of disability under Social Security law.*

*Your monthly Social Security disability benefit is equal to the amount you would receive in benefits at age 65. An additional 50% of your benefit is payable for your spouse and for each dependent child to age 17 (to age 18 if attending secondary school). Total family benefits are subject to maximums set by law. It's important that you report any changes in your marital status or your number of eligible dependents that impact the amount of your Social Security benefit to MetLife, since the change may also affect your LTD benefit amount.*

*If you receive a cost of living increase in Social Security benefits, it may reduce your LTD benefit. However, a cost of living increase to family benefits you receive once you have been disabled for at least 15 months will not reduce your LTD benefit amount.*

*Social Security benefits are not paid automatically—you must apply for them. It's important to note that your LTD benefits will be reduced by the amount MetLife estimates you are eligible to receive in Social Security disability benefits, even if you do not apply for them. For more information, contact your local Social Security office (to find your local office, visit www.ssa.gov or check your telephone directory).*

---

## Pre-Existing Conditions

If you have a pre-existing condition, you are not eligible for LTD benefits for a disability caused by that condition unless your disability begins more than 12 months from the date you became covered *and* you have completed six months of continuous service at your job while covered. A *pre-existing condition* is a condition for which you have received advice or treatment, including prescription drugs or medicines, within three months of the date you become covered under the plan.

Your LTD benefits are coordinated with any other benefits you are eligible to receive while you are disabled, such as Social Security disability and retirement benefits. Before you enroll in the LTD plan, be sure to carefully review any sources of income you may be eligible to receive in the event of a disability that would reduce your LTD benefit.

If you receive pay from part-time or other employment while receiving LTD benefits, the amount of your LTD benefit will be reduced by 100% of the amount of your earnings. *Part-time or other employment* is any other work performed for pay, whether with Raytheon or any other company. This means that each dollar you earn through part-time or other employment, including self-employment, reduces your LTD benefit by one dollar.

## Maximum Benefit Duration

Depending on your age when you first become disabled, LTD benefits may be paid up to the time limits shown in this chart:

| Age at Disability | LTD Benefits Payable |
|---|---|
| Before age 62 | To age 65 |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 27 months |
| 66 | 24 months |
| 67 | 21 months |
| 68 | 18 months |
| 69 or over | 12 months |

***Disabilities Due to Substance Abuse.*** If your disability is caused by the use of drugs or is alcohol related, you are eligible to receive LTD benefits for a maximum of two years. Your benefits may continue beyond this two-year period if you are enrolled in a treatment plan approved by your Raytheon medical plan's managed mental health carrier. In this case, benefits continue until the earlier of the date you:

• No longer meet the LTD plan's definition of disabled; or

• Leave the approved treatment program.

Benefits may be paid for up to two periods of disability related to substance abuse in a ten-year period.

For more information, call MetLife at 888-48CLAIM (888-482-5246).

***Disabilities Due to a Mental or Nervous Condition.*** If your disability is related to stress or a mental or nervous condition, you are eligible to receive LTD benefits for a maximum of two years from the date of your disability. Your benefits may continue beyond this two-year period if you are an inpatient in a hospital or enrolled in a treatment plan approved by your Raytheon medical plan's managed mental health carrier. In this case, benefits continue until the earlier of the date you:

• No longer meet the LTD plan's definition of disabled;

• Are discharged from the hospital; or

• Leave or complete the approved treatment plan.

For more information, call MetLife at 888-48CLAIM (888-482-5246).

There are certain limitations on LTD benefits for disabilities due to substance abuse or a mental or nervous condition. For more information, call MetLife at 888-48CLAIM (888-482-5246).

## Successive Disabilities

If you return to work *without* accommodations and become disabled again as a result of the same or a related injury or illness within three months, your benefits will be paid as though your disability had been continuous. In other words, your disability is considered one period of disability, and you are not required to complete a new waiting period before LTD benefits begin again. Any time you return to work *with* accommodations does not count toward this three-month period.

If you become disabled more than three months after you return to work *without* accommodations, whether from the same or an unrelated cause, your disability is considered a new claim. In this case, you are required to complete a new waiting period before being eligible for LTD benefits. Again, any time you return to work *with* accommodations does not apply.

## When LTD Benefits Are Not Payable

The LTD plan will not pay benefits under the following circumstances:

- If you fail to provide satisfactory and objective medical proof that you are disabled;
- If you refuse to see an independent medical examiner at MetLife's request;
- If you are no longer being treated by or are not under the continuing care of a fully licensed physician for your disability;
- If you are receiving other pay from the company or another employer. For example, if your work provides earnings that are equal to or greater than your benefits under the plan;
- During the plan elimination period (while on STD); or
- Beyond the length of time outlined in the following section *When LTD Benefits End*.

In addition, the LTD plan does not pay benefits for any disability resulting from any of the following:

- A condition for which you were treated within three months of your date of hire, until you have been covered by the plan for 12 months;
- If you are eligible to receive benefits under workers' compensation or other occupational disability or similar law;
- Service in the armed forces;
- Absences for precautionary reasons or to avoid the possible occurrence of a condition;
- Intentionally self-inflicted injury or illness (including attempted suicide);
- Participation in a felony; or
- War, declared or undeclared.

## When LTD Benefits End

Your LTD benefit payments end on the earliest of the date you:

- Cease to be disabled, according to the terms of the plan as determined by MetLife;
- Reach the maximum duration of coverage under the plan;
- Fail to provide proof of your continued disability;
- Cease being treated by a physician;
- Refuse to allow a medical examination requested by MetLife; or
- Die.

# Occupational Long-Term Disability (LTD) Coverage

The occupational long-term disability (LTD) plan supplements state workers' compensation lost-time benefits in the event that such benefits are reduced because of state benefit limits. To be eligible to receive a benefit from the occupational LTD plan, you must have an annual salary that will allow you to qualify for plan benefits. (More information and examples are included later in this section.)

To be eligible to elect coverage, you must be enrolled in the LTD plan, which covers disabilities that result from non-work-related illnesses or injuries. Your occupational LTD coverage must equal your coverage with the LTD plan (either 50% or 60% of your base pay, up to $265,000). Employees who earn more than $265,000 per year (subject to change annually) may elect supplemental LTD coverage, which includes coverage for annual base pay up to $400,000 and occupational LTD. (For more information on the supplemental LTD plan, call the RBC at 800-358-1231.)

## Eligibility for Benefits from the Occupational LTD Plan

If you are eligible for and enroll in the occupational LTD plan, to qualify for benefits:

1. You must be unable to work for more than 10 consecutive weeks because of a work-related illness or injury. Note that if you return to work without having been disabled for at least 10 consecutive weeks, you will not qualify for benefits from the occupational LTD plan, **and**

2. You must be receiving lost-time benefits from a workers' compensation claim through the Raytheon Workers' Compensation Program. To be eligible for lost-time benefits, you must be unable to work due to an occupational illness or injury. Note that if your lost-time benefits stop for any reason—including because of a claim settlement—any benefits you would otherwise be eligible to receive from the occupational LTD plan also stop, **and**

3. The maximum benefit limit for your state must cause a reduction in the lost-time benefits you would otherwise be eligible to receive, as described in this example:

   Robert lives and works in Arizona. His annual salary is $62,000. Robert suffered a work-related injury 10 weeks ago and, under Arizona law, has been receiving workers' compensation lost-time benefits since that time. Based on his salary, Robert's full Arizona lost-time benefit would be calculated as $794.08 per week. However, the current weekly benefit maximum in Arizona is $666.70. As a result, Robert's actual lost-time benefit is reduced to that amount.

   Robert has always purchased the 60% occupational LTD coverage option (which, as required, is the same percentage he elects for LTD coverage). His occupational LTD coverage protects 60% of his annual salary, or $715.38 per week. Because the current benefit limit in Arizona is *lower than* his actual lost-time benefit, Robert qualifies for benefits from the occupational LTD plan. His benefit is based on the difference between the amount of his pay protected by the plan ($715.38) and the amount he receives in lost-time benefits from Arizona ($666.70), which is limited by the state's benefit maximum. In this case, Robert's benefit from the occupational LTD plan is $48.68 per week ($715.38 - $666.70).

It's important to note that you must meet all three criteria to be eligible to receive benefits from the occupational LTD plan. For example:

   John lives and works in California. His annual salary is $71,000. John suffered a work-related injury 10 weeks ago and, under California law, has been receiving workers' compensation lost-time benefits of $909.35 per week since that time.

   California's current benefit limit is $1,103.29. John also has always purchased the 60% occupational LTD coverage option. However, he is not eligible for benefits from the occupational LTD plan because the current benefit limit in California ($1,103.29) is *higher than* his weekly workers' compensation lost-time benefits ($909.35).

The occupational long-term disability (LTD) plan is designed to provide financial protection in the event that any workers' compensation lost-time benefits you are eligible for are reduced because of your state's maximum benefit limit. (State benefit limits vary widely—see the examples in the *Eligibility for Benefits from the Occupational LTD Plan* section—and generally change each year.)

To avoid buying occupational LTD coverage you may not be able to use—even if you might otherwise become eligible for workers' compensation lost-time benefits—be sure you know your state's maximum benefit limit and the date it may change as well as how the occupational LTD plan works. Only then can you make an informed decision about whether this plan is right for you.

Raytheon's occupational LTD plan is optional, which means you must enroll in the plan if you want occupational LTD coverage. If you do not enroll in occupational LTD coverage when you are first eligible, you may enroll in the plan only during the annual benefits open enrollment period. A *Statement of Health* is not required.

As shown in these examples, the amount of your occupational LTD benefit is determined by subtracting your state's maximum benefit limit from the full amount of your state's workers' compensation lost-time benefit. The occupational LTD plan then pays the difference, if any, based on your occupational LTD coverage level (either 50% or 60% of your base pay, the same as you have elected for LTD coverage).

You should determine the limit for your state before electing this coverage. For more information about the occupational LTD plan, call MetLife at 888-48CLAIM (888-482-5246).

# As Your Needs Change

## If You Take a Non-Medical Leave of Absence

If you take a leave of absence, your disability coverage ends on your last day of work.

## If You Become Disabled

There is no cost to you for your current level of disability coverage (STD, LTD and/or occupational LTD) while you are out on an approved medical leave of absence.

## If You Are Laid Off

If you are laid off, your disability coverage ends on the last day you are considered actively at work. For employees on salary continuance (or severance), premiums for STD Plus coverage and contributions for LTD and occupational LTD stop and coverage ends as of the last day worked.

# Other Important Information

## When Coverage Normally Ends

### Short-Term Disability Coverage

Your STD coverage ends on the earliest of the date:

- Your employment ends. Your employment ends when you cease active work as an employee;
- This plan ends in whole or in part;
- You transfer to a Raytheon company that does not offer this plan; or
- You no longer meet the plan's eligibility requirements.

In addition, if you fail to make any required contributions toward the cost of your STD Plus coverage, your STD Plus coverage will revert to basic STD coverage.

The STD plan does not offer a conversion option.

### Long-Term Disability Coverage

Your LTD coverage ends on the earliest of the date:

- Your employment ends. Your employment ends when you cease active work as an employee;
- This plan ends in whole or in part;
- You transfer to a Raytheon company that does not offer this plan;
- You no longer meet the plan's eligibility requirements; or
- You fail to make any required contributions toward the cost of your LTD coverage.

The LTD plan does not offer a conversion option.

**Occupational Long-Term Disability Coverage**

Your occupational LTD coverage ends on the earliest of the date:

- Your employment ends. Your employment ends when you cease active work as an employee;
- This plan ends in whole or in part;
- You transfer to a Raytheon company that does not offer this plan;
- You no longer meet the plan's eligibility requirements;
- You fail to make any required contributions toward the cost of your occupational LTD coverage; or
- Your LTD coverage ends for any reason.

The occupational LTD plan does not offer a conversion option.

## Important Information about Taxes

Under current tax regulations, benefit payments you receive from company-paid plans, such as PTO and basic STD coverage, are subject to federal, FICA and state income taxes at the time payments are made. Currently, benefits from any disability coverage for which you pay using after-tax dollars (STD Plus, LTD at either 50% or 60% or occupational LTD at either 50% or 60%) are not taxable.

Raytheon complies with all state and federal laws regarding the taxation of disability benefits. You are encouraged to consult a tax advisor for additional information.

## Claims Appeal Procedure

The procedure to be followed to appeal a denied claim is explained in the *Administrative* section. It is important to note that under the applicable STD, LTD and occupational LTD plan documents, any action at law or in equity must be commenced within one year of the denial of the appeal from an initial claim denial, regardless of any state or federal statutes establishing provisions relating to limitations of actions.

## Your Rights

This section describes your disability coverage in general terms. If any conflict arises between this description and the plan documents, or if any point is not covered, the terms of the plan documents will govern in all cases.

See the *Administrative* section for information related to the administration of the Raytheon disability plans.



# Life Insurance
## at a glance

## in this section

Enrolling in Life Insurance Coverage

Basic Life Insurance

Employee Optional Life Insurance

Spouse Optional Life Insurance

Dependent Children Optional Life Insurance

Summary of Enrollment Options Chart

Accelerated Benefit Option

How to File a Claim

How Benefits Are Paid

As Your Needs Change

Other Important Information

- Raytheon automatically provides you with company-paid basic life insurance equal to one times your annual base pay as of the first day that you are actively at work. Because there are income tax implications for coverage in excess of $50,000, if your annual base pay is greater than $50,000, you have the option of capping your coverage at this amount.

- You may purchase optional coverage for yourself equal to one to eight times your annual base pay at favorable group rates. You must be actively at work for coverage to begin. Depending on the amount of coverage you elect and when you apply, you may be required to submit a *Statement of Health* with your application.

- You may purchase between $10,000 and $250,000 in coverage for your spouse. You must be actively at work for coverage to begin. Depending on the amount of coverage elected, your spouse may be required to provide a *Statement of Health*.

- You may purchase between $5,000 and $25,000 (in increments of $5,000) in coverage for your dependent child(ren). You must be actively at work for coverage to begin. When you elect coverage for your dependent children, all of your children are covered at the same amount for one premium. A *Statement of Health* is never required for your dependent children.

- Your contributions for any optional coverage you purchase for yourself or your eligible family members are deducted from your pay using after-tax dollars.

# Enrolling in Life Insurance Coverage

## Eligible Dependents

In addition to life insurance coverage for yourself, you can elect life insurance coverage for your eligible dependents. Your *eligible dependents* include your:

- *Legal spouse;*

- *Children from live birth up to age 26.* This includes natural children, legally adopted children and stepchildren, regardless of residency, financial dependence, student status or marital status, as well as unmarried foster children. Note that foster children must reside with you, the employee;

- *Children from live birth up to age 26 for whom you are a legal guardian.* If you, or your spouse is not the child's parent (or step-parent), you must have a court order designating you, or your spouse as the child's legal guardian or as the person who has legal responsibility for the care, control and custody of the child that is equivalent to the responsibility of a legal guardian. The child must also be a dependent, as defined by the Internal Revenue Service (IRS), of you or your spouse; and

- *Unmarried children age 26 and older who are disabled as well as other dependents age 26 and older for whom you have legal guardianship who are disabled,* if approved by Prudential to be disabled. In general, to qualify, the disabled child must have become disabled before age 26 and be incapable of self-sustaining employment because of mental retardation, serious mental illness, physical sickness or injury. Coverage may continue for as long as your coverage continues and as long as your child remains incapacitated and is otherwise eligible for coverage.

Note that in order to cover an eligible dependent, you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received and you meet the actively at work requirements described in the next section. Complete details are on *Desktop Benefits* at https://raytheon.benefitcenter.com.

## Effective Date of Coverage

Your effective date of coverage under the life insurance plans depends on the plan (basic, employee optional, spouse optional or dependent children optional) and:

- When you elect coverage (as a new hire, during annual benefits open enrollment or at another time of year);

- For employee optional and spouse optional life insurance, if a *Statement of Health* is required and if so, whether or not the Prudential Insurance Company of America (Prudential), the plans' insurer, approves your application; and

- If you are actively at work on the date coverage would otherwise go into effect.

For purposes of all the life insurance plans, the actively at work requirement means that you are actively at work on a full-time basis at the employer's place of business or at any other place that the employer's business requires you to go. You are considered actively at work during a normal vacation if you were actively at work on your last regularly scheduled workday, provided you are not disabled.

If you are *not* actively at work on the date coverage is scheduled to begin, your coverage becomes effective on the first day you return to active employment. For example, if you apply to increase your current coverage, whether during annual benefits open enrollment or at another time during the year, you must be actively at work on the effective date of your coverage for your increased employee optional life insurance coverage to be in effect.

## Naming Your Beneficiary

When you are hired, you will be asked to name a beneficiary(ies)—the person(s) who would receive benefits under the basic life insurance plan upon your death. Unless you elect otherwise, any beneficiary designation(s) also applies to any employee optional life insurance coverage you elect.

Raytheon's life insurance plans are insured by the Prudential Insurance Company of America. Prudential is one of the world's largest financial services institutions and one of the nation's leading providers of group insurance.

Can't locate one or more of the documents that are required to cover an eligible dependent? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

Raytheon also provides you with company-paid coverage through the business travel accident (BTA) insurance plan. For information, see the *Business Travel Accident Insurance* section.

In addition, you may elect coverage through Raytheon's accidental death and dismemberment (AD&D) plan for yourself, as well as for your spouse and/or your dependent children. For information about the AD&D plan, see the *AD&D Insurance* section.

When combined with your Raytheon life insurance coverage, these plans provide valuable financial protection in the event of death or serious injury.

For additional details regarding the effective date of coverage for each life insurance plan, see the appropriate section that follows.

You may name anyone you wish as your beneficiary. You may also name a contingent beneficiary(ies)—the person(s) who would receive benefits under the plan if your primary beneficiary(ies) dies before you.

You may name more than one person as your beneficiary. In this case, you must indicate what percentage of your benefit you would like each named beneficiary to receive. Otherwise, benefits will be distributed equally among all of your named beneficiaries.

If you elect coverage under the spouse optional and/or dependent optional life insurance plan, you are automatically the beneficiary for any coverage you elect.

You may change your beneficiary designation(s) online at any time for any reason by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com and clicking on *My Life* or by calling the Raytheon Benefit Center (RBC) at 800-358-1231. Changes become effective as of the date you make the change.

Note that if there is no beneficiary named at the time of your death, benefits will be paid to your spouse, child, parent, brothers and sisters or to your estate, as determined by Prudential. Note also that if you and a covered dependent die within a 24-hour period and you are the beneficiary for your dependent's coverage, the same beneficiary who receives payment of your life insurance will also receive your dependent's. If a beneficiary or a payee is a minor or incompetent to receive payment, payment will be made to that person's guardian.

## Basic Life Insurance

Raytheon provides you with company-paid basic life insurance equal to one times your annual base pay. Your *annual base pay* means your regular base pay plus supervisory, group leader or instructor's pay, but not including overtime, shift premiums, performance bonuses or other incentive compensation.

Because there are income tax implications for coverage in excess of $50,000, if your base pay is greater than $50,000, you have the option of capping your coverage at this amount.

Your coverage is rounded to the next highest thousand dollars. For example, if your annual base pay is $45,400, your basic life insurance coverage is rounded to $46,000. If your annual base pay increases, your basic life insurance coverage will increase on the same day provided you are actively at work. If your annual base pay decreases, your basic life insurance coverage will decrease on the same day.

***Note that the basic life insurance plan has no exclusions or limitations regarding payment of benefits in the event of your death. This means that benefits are payable in the event of your death, regardless of the cause.***

### Enrolling in Basic Life Insurance

You are automatically enrolled in basic life insurance; there are no enrollment forms to complete. Your basic life insurance coverage becomes effective on your date of hire provided you are actively at work on that date. For a description of actively at work, see the section *Effective Date of Coverage.*

### Cost of Coverage

Raytheon pays the full cost of your basic life insurance coverage.

---

**IMPORTANT TAX INFORMATION ABOUT BASIC LIFE INSURANCE OVER $50,000**
*Under current law, if the amount of your company-paid basic life insurance coverage is more than $50,000, the added value of the premium for that portion of your coverage over $50,000 is considered taxable income for purposes of federal income and Social Security taxes. This imputed income is reflected on your annual W-2 earnings statement each year for federal income tax purposes. Social Security and FICA taxes are withheld accordingly.*

*If your current annual base pay is more than $50,000, you may avoid paying taxes on your basic life insurance coverage by capping your coverage at $50,000 at the time you enroll in your other benefits or during the annual benefits open enrollment period.*

---

Having up-to-date beneficiaries for your life insurance is important, especially if you've had a life event change—such as marriage, birth, or divorce. You can elect and make changes to your beneficiary(ies) any time by visiting *Desktop Benefits* at https://raytheon.benefit center.com and clicking on *My Life*.

If your initial beneficiary election was made manually—and you want to know who your current beneficiaries are before making your online designation—just call the RBC at 800-358-1231, Monday–Friday, 8 a.m.–8 p.m. Eastern Time (ET). Once you've named your beneficiary online, you can view and change your designation online at any time.

If your annual base pay is more than $50,000 and you initially elect to cap your basic life insurance coverage at $50,000, you may elect to increase your coverage so that it equals your annual base pay (rounded to the next highest thousand dollars) during an annual benefits open enrollment period or if you experience a qualified change in status, as defined in the *Medical* section.

Keep in mind that taxes paid on imputed income are usually minimal. For example, if you are age 43 and your base pay is $69,000, you must pay tax on the value of the coverage over $50,000, or $19,000. In this example, the estimated annual value of the coverage is $1.20 per $1,000 of coverage, or $22.80 for the year ($1.20 x 19). Only $22.80 would be taxable.

> **IMPORTANT INFORMATION FOR PARTICIPANTS IN LIFE INSURANCE PLAN A OR PLAN B**
>
> *If you are a legacy Raytheon employee and were enrolled in Plan A or Plan B life insurance prior to January 1, 1995, you may continue to participate in these plans. Plan A provides optional life insurance coverage of at least two and one half times your annual base pay to a maximum of $600,000. Plan B provides optional life insurance coverage of at least one and one half times your annual base pay to a maximum of $600,000.*
>
> *You can switch between Plans A and B at any time. However, if you want to go from Plan B to Plan A, you will be required to submit a* Statement of Health *to Prudential for approval. Your coverage under Plan A will become effective when Prudential approves your application. Information about the cost of this coverage is provided during annual benefits open enrollment.*
>
> *If you are enrolled in Plan A or Plan B and you continue working beyond age 65, your coverage amount will be reduced to 65% of the coverage amount you had before you reached age 65.*

# Employee Optional Life Insurance

Depending on your personal situation, you may decide that you need additional life insurance coverage beyond what the company provides. Raytheon provides you with the opportunity to purchase coverage for yourself from an additional one to eight times your annual base pay.

The *combined* maximum for basic and employee optional life insurance is $15 million. You pay 100% of the cost for this optional coverage through payroll deduction using after-tax dollars.

The amount of coverage you choose is rounded to the next highest thousand. For example, if your annual base pay is $44,800 and you elect optional life insurance coverage equal to two times your annual base pay, your optional life insurance coverage amount will be $90,000 ($44,800 x 2 = $89,600, which is rounded to $90,000). If your annual base pay changes during the year, the amount and the cost of your employee optional life insurance coverage will be adjusted accordingly.

## Enrolling in Employee Optional Life Insurance

### Initial Enrollment for New Employees

As a new employee, you may elect employee optional life insurance coverage equal to one times your annual base pay up to and including $250,000 without completing a *Statement of Health* if you enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. In this case, your coverage becomes effective on your date of hire, provided you are actively at work on that date. (For a description of actively at work, see the section *Effective Date of Coverage.*)

For coverage in an amount greater than one times your annual base pay or greater than $250,000 of annual base pay, you must submit a *Statement of Health* with your application. In this case, your coverage becomes effective on the date Prudential approves your coverage, as long as you are actively at work on that date. If your application is *not* approved, you will still receive the guaranteed optional coverage amount of one times your annual base pay (to a maximum of $250,000 of annual base pay) as long as you are actively at work on the date you are notified that your application was not approved.

### Annual Benefits Open Enrollment

If you enroll in employee optional life insurance for the first time during an annual benefits open enrollment period, you may purchase coverage equal to one times your annual base pay (to a maximum of $250,000 of annual base pay) without providing a *Statement of Health*. You may also elect to increase your current coverage level by one times your annual base pay (to a maximum of $250,000 of annual base pay) without completing a *Statement of Health*. In either case, your coverage becomes effective the following January 1, provided you are considered actively at work on that date. If you are not considered actively at work on January 1, coverage becomes effective on the first day you are actively at work.

**Calculating the Amount of Life Insurance Coverage That's Right for You**
To calculate the amount of life insurance coverage you need, visit *Desktop Benefits* at https://raytheon.benefitcenter.com and link to Prudential at www.prudential.com/raytheon from the *My Resources* page. To access Prudential's online life insurance calculator, click on *Talk to Pete* in the *Tools* section.

For more detailed information on when a *Statement of Health* is required, see the *Summary of Enrollment Options Chart* later in this section.

If you wish to elect optional coverage for *more than* one times your annual base pay or for more than $250,000 of annual base pay (either to enroll for the first time since you were first eligible as a new hire, or to increase the amount of your current coverage), you will be required to complete and submit a *Statement of Health*.

If your application is approved, your coverage will become effective on the following January 1 or on the date the application is approved if after that date. In all cases, you must be considered actively at work in order for your coverage to go into effect.

If your application is *not* approved and:

- *For the first time since you were first eligible, you elected coverage of more than one times your annual base pay or your annual base pay is more than $250,000,* you will receive the guaranteed optional coverage amount of one times your annual base pay (to a maximum of $250,000 of annual base pay).

- *You elected to increase the amount of your coverage by more than one times your annual base pay or more than $250,000 of annual base pay,* you will automatically be guaranteed coverage at the next coverage level or an additional $250,000, whichever is less. For example, if your current coverage is two times your annual base pay and during annual benefits open enrollment, you apply to increase your coverage to five times your annual base pay, your coverage will automatically be increased to three times your annual base pay (to a maximum of $250,000 of annual base pay).

In either case, the guaranteed coverage amount becomes effective on January 1 of the following year, or on the date you are notified that your application was not approved if after January 1. You must be considered actively at work in order for the guaranteed coverage amount to go into effect.

### At Other Times During the Year

Because you pay for employee optional life insurance coverage on an after-tax basis, you may apply to enroll in or increase your coverage at any time during the year. In this case, you must provide a *Statement of Health*—regardless of the amount of coverage you request. Note that in this case, there are no guaranteed levels of coverage.

## Cost of Coverage

The cost of employee optional life insurance coverage is deducted from your paycheck on an after-tax basis. As a new hire, your cost is based on your annual base pay, your age on your date of hire and whether or not you are a tobacco user. You are considered a tobacco user if you have used tobacco products within the last 31 days.

During annual benefits open enrollment, your cost is based on your annual base pay, your age as of January 1 of each calendar year, as well as whether or not you are a tobacco user.

For the most part, the rates for employee optional life insurance are established using these age brackets:

- Under age 25
- Age 25 to 29
- Age 30 to 34
- Age 35 to 39
- Age 40 to 44
- Age 45 to 49
- Age 50 to 54
- Age 55 to 59
- Age 60 to 64
- Age 65 to 69
- Age 70 and over

This means that you pay less for your coverage when you are younger and your rates increase gradually as you age. Rates are provided in your new hire materials as well as during annual benefits open enrollment. For more information about rates, call the RBC at 800-358-1231.

***Although your cost for employee optional life insurance is based on your age when you are hired, it is adjusted during the calendar year when you either receive a change to your annual base pay or reach a new five-year age category.***

## What the Employee Optional Life Insurance Plan Does Not Cover

No benefits are payable under the employee optional life insurance plan if the covered person commits suicide while sane or insane within two years of the effective date of coverage. Instead, Raytheon will pay the beneficiary an amount equal to any premiums paid.

If the covered person commits suicide more than two years after the effective date of coverage but within two years of any increase in the coverage amount, benefits will be paid based on the amount of coverage in effect prior to the increase in coverage amount. In addition, Raytheon will pay the beneficiary an amount equal to any premiums paid for the increased amount.

# Spouse Optional Life Insurance

You may purchase life insurance for your spouse regardless of whether or not you have elected employee optional life insurance for yourself. Coverage for your spouse is available in the following amounts:

- $10,000 to $50,000 in increments of $10,000,
- $75,000, or
- $100,000 to $250,000 in increments of $50,000.

## Enrolling in Spouse Optional Life Insurance

### Initial Enrollment for New Employees

As a new employee, you may elect spouse optional life insurance in the amount of $10,000 within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later, without your spouse being required to complete a *Statement of Health*. Coverage for your spouse becomes effective on your date of hire, provided you are actively at work on that date. (For a description of actively at work, see the section *Effective Date of Coverage.*)

If you wish to elect spouse optional life insurance coverage in an amount *greater than* $10,000, your spouse will be required to complete and submit a *Statement of Health*. In this case, coverage will become effective when your spouse's application is approved, as long as you are considered actively at work on that date. If the application is not approved, he/she will still receive the guaranteed coverage amount of $10,000, again, as long as you are actively at work.

### Annual Benefits Open Enrollment

If you enroll in spouse optional life insurance for the first time during an annual benefits open enrollment period, you may purchase coverage equal to $10,000 for your spouse or elect to increase coverage by one level up to $100,000 without completing a *Statement of Health*. Coverage goes into effect on January 1 of the following year, as long as you are considered actively at work.

Your spouse must complete and submit a *Statement of Health* for approval by Prudential if you enroll in coverage in an amount greater than $10,000, increase coverage by more than one level or increase coverage to more than $100,000. If your application is approved, coverage will become effective on January 1 of the following year or on the date the application is approved if after that date. In either case, you must be actively at work for coverage to go into effect. If the application is *not* approved, he/she will still receive the guaranteed coverage amount of $10,000, or coverage will be increased by one level but to no more than $100,000. In this case, as long as you are actively at work, your coverage goes into effect on January 1 of the following year or on the date you receive notification that your application was not approved if after that date.

### At Other Times During the Year

Because you pay for spouse optional life insurance coverage on an after-tax basis, you may apply for coverage any time during the year. In this case, you must provide a *Statement of Health* for any amount of spouse optional life insurance you apply for, and there are no guaranteed levels of coverage.

For more detailed information on when a *Statement of Health* is required, see the *Summary of Enrollment Options Chart* later in this section.

Note: Any spouse on active military duty is excluded from coverage.

## Cost of Coverage

You pay 100% of the cost of spouse optional life insurance coverage through payroll deductions using after-tax dollars. As a new hire, your cost is based on your spouse's age, as well as whether or not the covered individual is a tobacco user. Your spouse is considered a tobacco user if he/she has used tobacco products within the last 31 days.

During benefits open enrollment, your cost is based on your spouse's age as of January 1 of each calendar year, as well as whether or not he/she is a tobacco user.

For the most part, the rates for spouse optional life insurance are established using these age brackets:

- Under age 25
- Age 25 to 29
- Age 30 to 34
- Age 35 to 39
- Age 40 to 44
- Age 45 to 49
- Age 50 to 54
- Age 55 to 59
- Age 60 to 64
- Age 65 to 69
- Age 70 and over

This means that you pay less for coverage when your spouse is younger and your rates increase gradually as he/she ages. Rates are provided in your new hire materials as well as during annual benefits open enrollment. For more information about rates, call the RBC at 800-358-1231.

***Your cost for spouse optional life insurance is adjusted during the calendar year if your spouse reaches a new five-year age category.***

---

**HOW THE COST FOR EMPLOYEE AND SPOUSE OPTIONAL LIFE INSURANCE IS CALCULATED—AN EXAMPLE**

*Rates for optional life insurance for yourself and your spouse are set as a flat rate per thousand dollars of coverage, based on each person's age during benefits open enrollment (as of January 1 each year) and tobacco user status.*

*To determine the annual cost for coverage for yourself, simply calculate:*

*Your annual base pay x the amount of coverage (rounded to the next highest thousand dollars) ÷ 1,000 x the annual rate for coverage*

*Here's how your cost for coverage would be calculated if you were 34 years old and not a tobacco user with an annual base pay of $54,500. This example assumes you have applied for coverage equal to three times your pay at an annual rate of $0.684 per thousand dollars of coverage:*

| | | |
|---|---|---|
| *Your annual base pay* | *$* | *54,500* |
| *Times amount of coverage* | *x* | *3* |
| | *$* | *163,500* |
| *Rounded to next highest $1,000* | *$* | *164,000* |
| *Divided by 1,000* | *÷* | *1,000* |
| | | *164* |
| *Times annual rate of coverage* | *x* | *0.528* |
| *Your annual cost for coverage* | *$* | *86.59* |
| *Your monthly cost for coverage* | *÷* | *12* |
| | *$* | *7.22* |

*To determine the cost for coverage for your spouse, simply calculate:*

*Spouse's coverage amount ÷ 1,000 x the annual rate for coverage*

*Here's how the cost for your spouse's coverage would be calculated for $50,000 of coverage if he/she was 35 years old and not a tobacco user:*

| | | |
|---|---|---|
| *Spouse's coverage amount* | *$* | *50,000* |
| *Divided by 1,000* | *÷* | *1,000* |
| | | *50* |
| *Times annual rate of coverage* | *x* | *0.648* |
| *Annual cost for coverage* | *$* | *32.40* |
| *Your monthly cost for coverage* | *÷* | *12* |
| | *$* | *2.70* |

*Rates are provided during annual benefits open enrollment. For more information about rates, call the RBC at 800-358-1231.*

# Dependent Children Optional Life Insurance

You may purchase life insurance for your eligible dependent child(ren) regardless of whether or not you have elected employee optional life insurance for yourself. You may elect between $5,000 and $25,000 (in increments of $5,000) in life insurance coverage for your dependent child(ren). When you elect this coverage, each of your dependent children is covered at the same amount for one premium. Dependent life insurance for a newborn child becomes effective when the child is born.

## Enrolling in Dependent Children Optional Life Insurance

You may purchase coverage for your dependent children within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later; during an annual benefits open enrollment period; or at any time during the year.

**Initial Enrollment for New Employees**

You may enroll in any available amount of dependent children optional life insurance without providing a *Statement of Health*. Coverage goes into effect on your date of hire, provided you are actively at work on that date. (For a description of actively at work, see the section *Effective Date of Coverage.)*

**Annual Benefits Open Enrollment**

You may enroll in any available amount of dependent children optional life insurance without providing a *Statement of Health*. Optional coverage elected during annual benefits open enrollment becomes effective the following January 1, as long as you are considered actively at work on that day.

**At Other Times During the Year**

You may apply for coverage for your eligible dependent children any time during the year. In other words, you are not limited to annual benefits open enrollment or if you have a change in status. A *Statement of Health* is not required for dependent children optional life insurance, regardless of when you apply. Dependent children coverage becomes effective on the date you elect coverage, as long as you are actively at work on that day.

## Cost of Coverage

You pay 100% of the cost of this coverage through payroll deductions using after-tax dollars. There is one flat monthly rate regardless of the number of children covered. Rates are provided in new hire materials as well as during annual benefits open enrollment. For more information about rates, call the RBC at 800-358-1231.

For more detailed information on when a *Statement of Health* is required, see the *Summary of Enrollment Options Chart* later in this section.

Note: Any dependent child on active military duty is excluded from coverage.

# Summary of Enrollment Options Chart

This chart summarizes your enrollment options for all optional life insurance coverage as well as when you or your spouse must provide a *Statement of Health* with your application.

| If you are interested in this type of life insurance coverage | You may | *Statement of Health* required? |
|---|---|---|
| **Employee Optional** | | |
| When you are hired | Enroll for coverage equal to one times your annual base pay (to a maximum of $250,000 of annual base pay) | No |
| | Apply for coverage equal to more than one times your annual base pay or more than $250,000 of annual base pay | Yes |
| During annual benefits open enrollment | Enroll for coverage equal to one times your annual base pay (to a maximum of $250,000 of annual base pay) | No |
| | For the first time since you were first eligible, apply for coverage greater than one times your annual base pay or more than $250,000 of annual base pay | Yes |
| | Enroll to increase your current coverage by one level (to a maximum of $250,000 of annual base pay) | No |
| | Apply to increase your current coverage by more than one level | Yes |
| At other times during the year | Apply for coverage equal to one to eight times your annual base pay | Yes |
| | Apply to increase your coverage by any amount | Yes |
| **Spouse Optional** | | |
| When you are hired | Enroll for coverage equal to $10,000 | No |
| | Apply for coverage in an amount greater than $10,000 | Yes |
| During annual benefits open enrollment | Enroll for coverage equal to $10,000 | No |
| | For the first time since you were first eligible, apply for coverage in an amount greater than $10,000 | Yes |
| | Enroll to increase current coverage by one level (up to $100,000) | No |
| | Apply to increase current coverage by more than one level or to any amount greater than $100,000 | Yes |
| At other times during the year | Apply for coverage in any amount | Yes |
| | Apply to increase coverage by any amount | Yes |
| **Dependent Children Optional** | | |
| When you are hired | Enroll for coverage | No |
| During annual benefits open enrollment | Enroll for or increase coverage | No |
| At other times during the year | Enroll for or increase coverage | No |

If you or your spouse is required to provide a *Statement of Health,* Prudential will notify you if your application for coverage has been approved, or send you a written notice explaining that your application has been denied. The amount and effective date of your coverage will depend on when you elect coverage and if your application is approved or denied.

For information on the status of a completed *Statement of Health* application, call Prudential at 844-4-RAY-LIF, prompt 2.

You may decrease or cancel any or all of your optional life insurance coverages at any time. The change you request will become effective as soon as administratively possible. For more information, call the RBC at 800-358-1231.

# Accelerated Benefit Option

If you are diagnosed with a terminal illness with 24 or fewer months to live, you may elect to have a portion of your life insurance benefit paid to you before your death. If you have purchased spouse optional life insurance, this benefit is also available to your spouse should he/she be diagnosed with a terminal illness with 24 or fewer months to live.

You may request an accelerated benefit of up to 80% of your coverage amount—with a maximum benefit of $500,000 for the company-paid basic life insurance plan and a maximum benefit of $500,000 for the employee optional life insurance plan (in the case of your spouse, to a maximum benefit of $200,000 for the spouse optional life insurance plan). An accelerated benefit option is not available if your or your spouse's life insurance amount is less than $10,000.

The elected payment is made in one lump sum (unless you or your legal representative selects another payment option). Upon your death, the remaining benefit is paid to your beneficiary.

It's important to note that any accelerated benefit you receive may affect eligibility for public assistance programs, such as Medicaid, aid to families with dependent children (AFDC) and supplemental security income (SSI). In addition, accelerated benefits may be taxable, based on the tax laws in effect at the time the benefit is paid. You are strongly encouraged to consult with the appropriate social services agencies and/or a qualified tax or financial advisor before taking advantage of this plan feature.

To apply for an accelerated benefit, request a claim form from the RBC by calling 800-358-1231. After you have completed your portion and your doctor has completed the physician portion, return the form to Prudential at the address on the form. Prudential will notify you in writing of:

- The amount of your life insurance policy;
- The amount you have requested to be accelerated; and
- The amount payable to your beneficiary if you accelerate your life insurance benefit.

Approval of your claim is subject to an independent medical review by the insurance carrier. You cannot increase your life insurance coverage once your claim for an accelerated benefit is approved. *Please note that the accelerated benefit option is not available under the dependent children optional life insurance plan.*

---

**HOW AN ACCELERATED BENEFIT IS CALCULATED—AN EXAMPLE**
*The accelerated benefit you are eligible to receive is based on the amount of your life insurance coverage. This example shows how the benefit would be calculated if you had $50,000 in coverage and requested 60% of your coverage amount as an accelerated benefit. (Note that you can request up to 80% of your coverage amount.)*

| | |
|---|---|
| Your current coverage | $50,000 |
| Times amount accelerated | x    0.60 |
| **Equals accelerated benefit** | **$30,000** |

*In this case, the total remaining benefit payable upon your death is $20,000 ($50,000 coverage amount minus $30,000 accelerated benefit).*

---

If you experience a change in status (such as marriage, divorce or the birth of a child), you may want to update your beneficiary information. To do so, visit *Desktop Benefits* at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.

If you have purchased spouse optional life insurance, the accelerated benefit option is also available to your spouse should he/she be diagnosed with a terminal illness with 24 or fewer months to live.

**SPECIAL SERVICES**

*Prudential offers the following no-cost features to participants in the Raytheon life insurance plans:*

- EstateGuidance® Online Will Preparation and Final Arrangements (available with basic and employee optional life insurance coverage). *Prudential offers free online will and final arrangements document preparation through EstateGuidance,® a ComPsych® service.*

  *To create your will and/or final arrangements document (which is designed to help you communicate your wishes to your loved ones, before or after your death), go to* www.estateguidance.com *and register using the company ID: Raytheon. Complete an easy-to-understand questionnaire, and then print and review your will. Follow the same steps to prepare a final arrangements document.*

- FinancialPoint® Beneficiary Financial Counseling. *This service provides objective financial planning assistance to beneficiaries with an approved life insurance claim or employees with an approved accelerated benefit option claim.*

  *To use this service, you and/or your beneficiary should call 888-327-4260 and request a welcome kit, which includes a risk tolerance questionnaire and helpful information. A personalized financial planning report is prepared once the completed questionnaire is submitted. This report can help with confusing issues, including budgeting, loss of income, creditors and planning for college. In addition to this service, in the event of an approved life insurance claim, your beneficiary is eligible for one year of access to financial professionals.*

## How to File a Claim

If you or your beneficiary needs to file a claim, contact the RBC at 800-358-1231 as soon as possible. Prudential will send a follow-up letter outlining the information that is needed in order to process the claim.

### If a Claim Is Denied

There are specific procedures to be followed if you or your beneficiary decides to file an appeal of a denied claim. See the *Administrative* section for more information on claim processing and appeal procedures. If you decide to request a review of a claim denial, send your written request to:

> The Prudential Insurance Company of America
> Group Life Claim Division
> P.O. Box 8517
> Philadelphia, PA 191976
> 888-4-RAY-LIF, prompt 1

## How Benefits Are Paid

Life insurance death benefits of $5,000 or more are generally deposited into a Prudential Alliance Account,® an interest-bearing account in the beneficiary's name. Note that an Alliance Account is not available for payments of less than $5,000, payments to individuals residing outside the United States and its territories as well as certain other payments. In these cases, payments are made by check.

Alliance Accounts earn continuous interest as long as they remain open. Beneficiaries have the option of withdrawing the full amount immediately, writing drafts against the balance (Alliance Account drafts are considered checks under federal law for certain purposes) or leaving the funds in the account to collect interest. Beneficiaries may wish to consult a tax advisor regarding interest earned on the account. Note that fees are assessed for special services, such as stop-payment requests.

**Other Personal Support Services**
To help you balance all aspects of your life, remember that Raytheon also offers LifeResources—an integrated work/life and employee assistance program (EAP). For details about this confidential service, see the *Work/Life* section.

The Bank of New York Mellon is the administrator of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Draft clearing and processing support is provided by The Bank of New York Mellon. Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC). The Bank of New York Mellon is not a Prudential Financial company. Prudential's Alliance Account is a registered trademark of The Prudential Insurance Company of America.

# As Your Needs Change

## Changes to Your Pay

The amount of your basic life insurance, employee optional life insurance and/or optional life insurance through Plans A and B, if applicable, will be adjusted if you receive a change in your annual base pay. Your new coverage and appropriate payroll deductions will become effective as of the date of the change.

## If You Take a Leave of Absence

If you take a leave of absence for a reason other than total disability, your life insurance coverage may end. For information about continuing your coverage while on leave, contact the RBC at 800-358-1231.

## If You Become Disabled

If you:

- Become totally disabled,
- Are unable to work at any occupation, and
- Were covered by basic only or basic and employee optional life insurance before your disability began,

then the full amount of your coverage will continue for 24 months following your date of disability or until you are no longer disabled, whichever comes first, as long as you continue to make the required payments for any employee optional coverage. The RBC will bill you for these payments.

## If You Are Laid Off

### Basic Life Insurance

If you are laid off and eligible for severance benefits, your Raytheon company-paid basic life insurance coverage will continue during your severance period. Contact your Human Resources representative for information regarding the date your basic life insurance coverage ends. You have 31 days from the date your basic life insurance coverage ends to apply to continue your coverage through Prudential's portability and/or conversion features. For more information, see the section *Coverage after Your Raytheon Employment Ends.*

### All Other Life Insurance

If you are laid off, any employee optional (including any coverage with Plan A or Plan B), spouse optional and/or dependent children optional life insurance coverage ends as described in the section *When Coverage Normally Ends.* Your coverage may be continued through Prudential's portability and/or conversion features, as described in the section *Coverage after Your Raytheon Employment Ends.*

## Coverage at Age 65 and Beyond

If you continue working beyond age 65, your coverage under the Raytheon life insurance plans will continue, as follows:

### Basic Life Insurance

Your full life insurance coverage amount will continue through age 70. If you are still working when you reach age 71, your basic life insurance coverage amount will be reduced to 65% of the coverage amount you had before you reached age 71. This change becomes effective on your 71st birthday. If your annual base pay increases after age 71, your coverage amount will be 65% of the full coverage amount for the higher base pay effective on the date of your base pay increase.

### All Other Life Insurance

Any employee optional, spouse optional and dependent children optional life insurance coverage continues without reduction for as long as you are an active employee.

If you are enrolled in Plan A or Plan B, your coverage amount will be reduced to 65% of the coverage amount you had before you reached age 65.

## Coverage at Retirement

You may be eligible for company-paid retiree life insurance. Call the RBC at 800-358-1231 for more information.

# Other Important Information

## When Coverage Normally Ends

### Basic Life Insurance and Employee Optional Life Insurance (Including Any Coverage through Plan A or Plan B)

If your employment ends while your life insurance coverage is in effect, *your basic and any employee optional life insurance coverage (including any coverage with Plan A or Plan B) ends 31 days after your employment termination date.* (If you are laid off and eligible for severance benefits, the date your basic life insurance ends is different. See the section *If You Are Laid Off* for more information.) During this 31-day period, you can apply for Prudential's portability and/or conversion options (described in the section *Coverage after Your Raytheon Employment Ends).*

Shortly after your employment terminates, Prudential will mail you a personalized notice regarding your portability and conversion options. Your notice will also list the date on which your Raytheon group life insurance coverage(s) end (in other words, 31 days after your employment termination date. Note that this 31-day period is also known as the application period).

*If you do not act to take advantage of the portability and/or conversion options during the application period, i.e., before the date printed on the notice you receive from Prudential, your life insurance coverage(s) end.* Any accrued and unused paid time off (PTO) does not extend the application period.

### Spouse Optional Life Insurance and Dependent Children Optional Life Insurance

Life insurance coverage under the spouse optional and/or dependent children optional life insurance plans will end on the earliest of:

• The date your dependent is no longer eligible as a dependent under the terms of the plan;

• The date you terminate your employment or retire;

• The date you are no longer regularly scheduled to work 20 or more hours per week; or

• The date of your death.

In the event of any of the above, your spouse optional and/or dependent children optional life insurance coverage may be continued through Prudential's portability and/or conversion features, as described in the following section.

231

## Coverage after Your Raytheon Employment Ends

Prudential offers two features—portability and conversion—that allow you to continue your life insurance coverage(s) after your employment with Raytheon ends.

Upon termination of employment, Prudential will mail you a personalized notice regarding your portability and/or conversion options as well as the date on which your Raytheon group coverage(s) ends (in other words, 31 days after your employment termination date).

***If you want to continue your life insurance coverage(s) with the portability and/or conversion options, it is your responsibility to complete the process by the date printed on the notice you receive from Prudential.***

### Portability (Available for All Types of Life Insurance)

If your employment with Raytheon ends, the portability feature allows you to continue your Raytheon basic (including any coverage with Plan A or Plan B), employee optional, spouse optional and/or dependent children optional life insurance group coverage at the same or lower benefit amount. Note that the portability feature is not available for dependent children over the age of 26 (regardless of disability status), or if your spouse and/or dependent child(ren) is confined for medical care or treatment, at home or elsewhere, on the day your employee optional life insurance coverage ends. In these cases, spouse and/or dependent children optional coverage can be converted; see the section *Conversion* below for more information.

Note that your coverage will be under a different policy, subject to plan design and state availability. A *Statement of Health* may be required to port, such as if you elect to increase your coverage or to port basic life, subject to state availability.

While your cost for any continued coverage is competitive, it will likely be higher than your current cost. You may continue between $10,000 and $2 million (but not more than five times your annual base pay) of your employee optional life insurance. Generally, there is no minimum time for you to be covered by the plan before you can take advantage of the portability feature.

### Conversion (Available for All Types of Life Insurance)

With the conversion option, you can convert your basic, any employee optional (including any coverage with Plan A or Plan B), any spouse optional and/or any dependent children optional life insurance coverage from a Raytheon group policy to an individual policy *without* a medical exam.

Because your converted coverage is not group coverage, your individual policy may not provide some of the features available through the group plan. You may be eligible for a term insurance policy that provides some of these benefits if you provide evidence of insurability (proof of good health) by having a medical exam.

If you have questions about Prudential's portability and/or conversion features, call Prudential at 844-4-RAY-LIF, prompt 3.

## Assigning Your Benefits

*Assigning your benefits* means that you transfer all rights, title and interest in your life insurance coverage to someone else. You may assign ownership of your life insurance with the written consent of Prudential. Contact the RBC at 800-358-1231 for the appropriate forms to assign your insurance. Because there are important legal and tax questions involved, you are strongly encouraged to seek professional advice before making this decision.

## Your Rights

This section describes Raytheon's life insurance coverage in general terms. If any conflict arises between this description and the plan documents, or if any point is not covered, the terms of the plan documents will govern in all cases. See the *Administrative* section for information related to the administration of the Raytheon life insurance plans.



# AD&D Insurance

## at a glance

## in this section

**Enrolling in Accidental Death and Dismemberment (AD&D) Coverage**

**AD&D Insurance for Yourself**

**AD&D Insurance for Your Spouse and/or Dependent Child(ren)**

What the AD&D Plan Covers

What the AD&D Plan Does Not Cover

How to File a Claim

As Your Needs Change

Other Important Information

- Accidental death and dismemberment (AD&D) insurance provides coverage 24 hours a day if you or a covered family member dies or suffers a covered loss or dismemberment, whether at work, at home or while traveling.

- You may choose from four coverage levels: employee only, employee and spouse, employee and child(ren) or employee and family.

- You may purchase AD&D insurance for yourself equal to one to five times your annual base pay at favorable group rates. Your coverage amount is called your *principal sum*.

- AD&D insurance for your spouse and/or dependent children is based on the amount of AD&D insurance you elect for yourself. Your spouse's coverage amount is equal to 60% of your principal sum. If you elect coverage for your dependent children, each child is covered at an amount equal to 20% of your principal sum.

- New employee? You may enroll within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later. You must be actively at work for coverage to begin.

- You may enroll in or increase your AD&D coverage during the annual benefits open enrollment period.

*continued on next page*

- Outside of the annual benefits open enrollment period, you may make changes only under certain circumstances as outlined in the section *Changing Your Coverage, At Other Times of the Year.*

- The cost of any AD&D coverage you purchase for yourself or your eligible family members is deducted from your pay before taxes are withheld.

- If you purchase AD&D insurance, you also have access to the AIG Benefits Travel Assist® program, which provides emergency travel assistance, VIP concierge services, worldwide travel assistance, travel medical assistance and security assistance, including if you are a victim of identity theft.

- AIG Group Benefits administers the AD&D plan. The plan is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa. (NUFIC), an AIG Company.



## AD&D
## Insurance
at a glance

# Enrolling in Accidental Death and Dismemberment (AD&D) Coverage

With the AD&D insurance plan, you and your insured family members are covered 24 hours a day in the case of death, loss or dismemberment as a result of a covered accident, whether at work, at home or while traveling.

## Coverage Levels

When you enroll in the Raytheon AD&D plan, you may choose from four coverage levels. This allows you to choose the coverage level that best meets your specific family situation while ensuring that you pay only for the coverage you actually need.

The four coverage levels are:

• Employee only;

• Employee and spouse;

• Employee and child(ren); or

• Employee and family (spouse and children).

If you are married to a Raytheon employee, you may each elect "employee only" coverage or one of you may cover the other as a dependent under either the "employee and spouse" or "employee and family" level of coverage. **No employee may be covered as both an employee and a dependent. In addition, only one of you may elect dependent coverage for your eligible children.** You are encouraged to review your personal situation to see which option best fits your family's needs.

## Eligible Dependents

You may enroll your eligible dependents for AD&D coverage. Eligible dependents include your:

• *Spouse.* A spouse includes a *common-law spouse* if your common-law marriage was established in a state that legally recognizes common-law marriage; all requirements of that state have been met; and the common-law marriage has not ended.

   Note that a spouse from whom you are divorced or legally separated is *not* eligible for coverage. Note also that a party to a civil union is not a spouse;

• *Children before their 26th birthday,* including natural children, legally adopted children (including children lawfully placed for adoption), stepchildren and foster children, regardless of residency, financial dependence, student status, employment status or marital status;

• *Children and other dependents up to their age of majority (usually 18) for whom you are a legal guardian.* If you or your spouse is not the child's parent (or step-parent) and the child is not a foster or adopted child, you must have a court order designating you or your spouse as the child's legal guardian or as the person who has legal responsibility for the care, control and custody of the child that is equivalent to the responsibility of a legal guardian. (Please note that if the court order extends the guardianship beyond the age of majority, the child's coverage will still end no later than the child's 26th birthday.) In all cases, the child must also meet the IRS definition of a dependent of you or your spouse; and

• *Unmarried children age 26 and older who are disabled as well as other dependents age 26 and older for whom you have legal guardianship who are disabled,* if approved by a Raytheon health plan to be disabled. In general, to qualify, the disabled child must have become disabled before age 26 and be incapable of self-sustaining employment because of mental retardation, serious mental illness, physical sickness or injury. Coverage may continue for as long as your coverage continues and as long as your child remains incapacitated and is otherwise eligible for coverage.

Note that if you are eligible to add a dependent to your Raytheon AD&D plan, you will need to provide dependent eligibility verification (such as a marriage certificate, birth certificate or joint tax return). Your dependent's coverage will not be effective until the verification documents are received. Complete details are on *Desktop Benefits* at https://raytheon. benefitcenter.com.

If your covered dependent becomes ineligible for coverage during the year (for example, due to divorce, legal separation or reaching age 26), you must remove your dependent from your coverage as of the date that person is no longer eligible for coverage. For more information, see the section *Changing Your Coverage.*

Can't locate one or more of the documents that are required to add a dependent to your Raytheon-sponsored AD&D plan? For a fee, Vitalchek can provide official government certificates (e.g., birth, marriage, divorce). For more information, visit www.vitalchek.com.

## Cost of Coverage

The cost of your AD&D coverage is based on:

- The amount of coverage you choose; and
- Your level of coverage.

Each coverage level has a flat rate for each thousand dollars of coverage. For rates, call the Raytheon Benefit Center (RBC) at 800-358-1231.

Your cost for coverage is deducted from your paycheck before taxes are withheld. In other words, you pay no federal income taxes or Social Security taxes on the amount you pay. In most cases, you also pay no state income taxes.

---

**HOW THE COST OF AD&D INSURANCE IS CALCULATED—AN EXAMPLE**

*Rates for AD&D insurance are set as a flat rate per thousand dollars of coverage, based on the level of coverage you elect (employee only; employee and child(ren); employee and spouse; or employee and family). To determine the annual cost for coverage, simply calculate:*

*Your annual base pay x the amount of coverage you elect (rounded to the next highest thousand dollars) ÷ 1,000 x the annual rate of coverage for the level of coverage*

*Here's how your cost for coverage would be calculated, assuming you had an annual base salary of $54,500 and applied for coverage equal to three times your pay. This example assumes you applied for the employee and spouse level of coverage at an annual rate of $0.264 per thousand dollars of coverage:*

| | |
|---|---|
| *Your annual base pay* | *$ 54,500* |
| *Times amount of coverage* | *x        3* |
| | *$163,500* |
| | |
| *Rounded to the next highest $1,000* | *$164,000* |
| *Divided by 1,000* | *÷   1,000* |
| | *164* |
| *Times annual rate of coverage* | *x   0.264* |
| **Your annual cost for coverage** | **$  43.29** |

*Rates for AD&D insurance are provided in your new hire materials as well as during annual benefits open enrollment. For more information, call the RBC at 800-358-1231.*

---

## Initial Enrollment for New Employees

You are eligible to enroll in AD&D insurance for yourself and your eligible family members within 31 days of the date printed on your *Personalized Enrollment Worksheet* or your date of hire, whichever is later.

This coverage remains in effect for the remainder of the calendar year. You may change your coverage level during the next benefits open enrollment period, held each fall. You are permitted to make certain changes sooner if you meet the guidelines outlined in the section *Changing Your Coverage.*

In order to be eligible for any change in AD&D coverage, you must satisfy the actively-at-work requirements. This means in order for your coverage to become effective, you must be performing all of the material duties of your job with Raytheon where these duties are normally carried out. Coverage for your dependents generally begins at the same time as your coverage, or as soon as the dependent becomes eligible and his/her verification documents are confirmed (see the section *Eligible Dependents* for more information).

Be sure you understand the enrollment procedures and enroll for the coverage you want when you're first eligible. Once your coverage begins, it will be in effect for the remainder of the calendar year. You are not permitted to change your elected coverage during the year unless you meet certain criteria described in the section *Changing Your Coverage.*

## Changing Your Coverage

After you make your initial enrollment elections as a new employee, you are permitted to make changes to your AD&D coverage as outlined in this section. In all cases, if you are adding eligible dependents, all necessary verification documents must be confirmed before a dependent's coverage becomes effective. See the section *Eligible Dependents* for more information.

**Annual Benefits Open Enrollment**

Each year, Raytheon conducts a benefits open enrollment during which you may enroll in or increase your AD&D coverage.

Any changes you make become effective the following January 1, provided you satisfy the actively-at-work requirements (defined in the section *Initial Enrollment for New Employees)*. If you are actively at work on your last scheduled working day, you will be deemed actively at work on a scheduled non-working day, provided you are not disabled. If you do not satisfy these requirements on the date a change is to become effective, your coverage will not become effective until you do satisfy them.

**At Other Times of the Year**

Outside of the annual benefits open enrollment period, you may make changes to your AD&D coverage only in the event of the following:

• If you have a qualified change in status, as follows:

  - Marriage.

  - Divorce or legal separation.

  - Gain or loss of an eligible dependent, such as a child reaching age 26.

  - Change in your, your spouse's or your dependent's employment status, for example:

    – Gain or involuntary loss of coverage,

    – Changing from full to part time or vice versa,

    – Transferring between different contracts or positions, providing there is a significant change in the cost of coverage (for example, to or from a Service Contract Act position), or

    – Beginning or ending an unpaid leave of absence.

  ***Note that in the situations above, the change(s) you make must be due to and consistent with your change in status.***

  For example, if one of your covered dependents is no longer eligible for coverage under your Raytheon AD&D plan (such as due to divorce or legal separation, or if your child reaches age 26), you are required to remove your dependent from your Raytheon-sponsored AD&D coverage as of the date that person is no longer eligible for coverage. In this case, coverage for your previously eligible dependent ends as of 12:01 a.m. on the day your dependent is no longer eligible for coverage. If you gain an eligible dependent, such as by marriage, you may add your spouse to your coverage. However, in both of these situations, you cannot add or remove other still-eligible dependents from your coverage.

  Note that in the event of the birth or adoption of a child, you must call within 31 days to enroll your child for coverage. Once the verification documents are confirmed, coverage is effective as of the birth date or, for adoptions, the custody date. If you make your change before the date of the qualified change, coverage becomes effective as of the date of the qualified change and the verification documents are confirmed.

• If your spouse's employer holds open enrollment at a time other than Raytheon's and, as a result of its benefit offerings, you would like to make a change.

If any of these situations apply to you, to make your change, visit *Desktop Benefits* at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.

Coverage for a newborn or adopted child becomes effective as of the child's birth date or, for adoptions, the custody date, provided you have elected dependent child coverage and call the RBC at 800-358-1231 within 31 days of the birth or custody date to add the child.

Note that you are required to remove your spouse from your Raytheon-sponsored AD&D coverage if:

• You and your spouse divorce or legally separate; or

• Your common-law marriage to your covered spouse terminates.

To remove your previously eligible dependent from your Raytheon-sponsored coverage, you must call the RBC at 800-358-1231 on or before the date that your spouse is no longer eligible for coverage. If you don't remove your previously eligible dependent from your coverage as of the date of the event, you must reimburse the company for any claims incurred after that date.

## Naming Your Beneficiary

When you elect AD&D coverage, you will be asked to name a *beneficiary(ies)*—the person(s) who would receive benefits under the plan upon your death. To make beneficiary designations online, visit *Desktop Benefits* at https://raytheon.benefitcenter.com and click on *My Life*.

You are automatically the beneficiary for your spouse and dependent children in the event of their death. Benefit payments for all other losses are paid to the person who suffered the loss. If the person to whom benefits are to be paid is a minor child or not competent to give a valid release for payment, the payment is made to the individual's legal guardian.

You may change your beneficiary at any time for any reason by visiting *Desktop Benefits* at https://raytheon.benefitcenter.com or by calling the RBC at 800-358-1231. Changes become effective as of the date you make the change.

# AD&D Insurance for Yourself

Raytheon provides you with the opportunity to purchase AD&D insurance for yourself—from one to five times your annual base pay. Your *annual base pay* means your regular base pay plus supervisory or group leader pay, but not including overtime, shift premiums, performance bonuses or other incentive compensation. Your coverage amount is called your *prinicpal sum*.

Coverage under this plan is in addition to your company-provided basic and any optional life insurance you elect for yourself. You pay 100% of the cost for this insurance on a pre-tax basis.

# AD&D Insurance for Your Spouse and/or Dependent Child(ren)

When you elect AD&D insurance for yourself, you can also purchase AD&D insurance for your spouse and/or dependent child(ren). Coverage under this plan is in addition to any optional life insurance you elect for your family. You pay 100% of the cost for this coverage on a pre-tax basis.

If you elect coverage for your spouse, he or she will automatically receive coverage equal to 60% of your coverage amount, called the principal sum. If both you and your covered spouse die within 90 days of, and as a direct result of, the same covered accident, your spouse's principal sum is increased to equal your principal sum.

If you elect coverage for your children, each dependent child will be covered at an amount equal to 20% of your principal sum. If your dependent child suffers a dismemberment in a covered accident, the child's coverage for that loss is increased to 40% of your principal sum. Coverage for a newborn or adopted child becomes effective as of the child's birth date or, for adoptions, the custody date, provided you have elected dependent child coverage and call the RBC at 800-358-1231 within 31 days of the birth or custody date to add the child.

If you experience a qualified change in status (such as marriage, divorce or the birth of a child), you may want to update your beneficiary information. To do so, visit *Desktop Benefits* at https://raytheon.benefitcenter.com or call the RBC at 800-358-1231.

If you elect AD&D coverage for your spouse and/or child(ren), the amount of their principal sum depends on your annual base pay and the amount of coverage you elect for yourself. For example, if your annual base pay is $50,000 and you elect coverage equal to two times your annual base pay or $100,000, your spouse's principal sum would be $60,000 ($100,000 x .60) and each child's principal sum would be $20,000 ($100,000 x .20).

# What the AD&D Plan Covers

## Amount of Coverage

Benefits are paid based on the insured person's principal sum, depending on the loss, as shown below:

| If, due to a covered accident, you or a covered family member | The plan pays this percentage of the insured person's principal sum |
|---|---|
| Dies | 100% |

| If, due to a covered accident, you or a covered family member loses | The plan pays this percentage of the insured person's principal sum |
|---|---|
| Both hands or both feet | 100% |
| Sight of both eyes | 100% |
| One hand and one foot | 100% |
| One hand and the sight of one eye | 100% |
| One foot and the sight of one eye | 100% |
| Speech and hearing in both ears | 100% |
| Permanent total loss of use of both arms and both legs | 100% |
| Permanent total loss of use of both arms or both legs | 75% |
| Permanent total loss of use of one arm and one leg | 75% |
| One hand, one foot or sight in one eye | 50% |
| Speech | 50% |
| Hearing in both ears | 50% |
| Permanent total loss of use of one arm or one leg | 50% |
| Thumb and index finger of one hand | 25% |
| Hearing in one ear | 25% |

For purposes of the plan, an *injury* means bodily injury that:

• Is sustained as a direct result of an unintended, unanticipated accident that occurs while your coverage is in force, and

• Directly (independent of sickness, disease, mental incapacity, bodily infirmity or any cause) causes a covered loss.

*Loss* means:

• *For a hand or a foot:* Complete severance through or above the wrist or ankle joint;

• *For sight of an eye:* Total and irrecoverable loss of the entire sight of that eye;

• *For hearing in an ear:* Total and irrecoverable loss of the entire ability to hear in that ear;

• *For speech:* Total and irrecoverable loss of the entire ability to speak;

• *For thumb and index finger:* Complete severance through or above the metacarpophalangeal joint of both digits;

• *For loss of use of an arm:* Loss of use of the entire arm from the shoulder joint, including the attached hand;

• *For loss of use of a leg:* Loss of use of the entire leg from the hip joint, including the attached foot;

• *For permanent total loss of use:* In this case, loss means complete and irreversible loss of functional, normal or characteristic use of the entire arm or leg due to:

- Complete and irreversible paralysis;
- Atrophy; or
- An arthritic condition.

The injury resulting in permanent total loss of use must occur within 365 days of the accident that caused the injury. The loss must continue for 12 consecutive months before payment can be made, except in the case of complete and irreversible paralysis, where there is no 12-consecutive-month waiting period.

If you suffer more than one loss in any one accident, only the largest eligible percentage for any one injury will be paid.

## Bereavement and Trauma Counseling

The AD&D plan provides benefits for counseling if you or a covered family member suffers death, dismemberment, coma or loss of use as the result of a covered accident. The plan will pay up to $150 per counseling session for a maximum of 10 sessions for the insured person and all of his/her immediate family members *combined* with respect to all losses caused by the same accident. Counseling expenses must be incurred within one year of the date of the covered accident.

## Carjacking Benefit

If you or a covered family member suffers a specified covered loss as the result of a carjacking, the AD&D plan pays an additional benefit of 10%, to a maximum of $50,000, of your or your covered family member's principal sum.

## Children's Additional Indemnity for Dismemberment and Loss of Use Benefit

When a covered dependent child suffers a covered accidental dismemberment loss, an additional benefit equal to the amount payable under the Accidental Dismemberment or Loss of Use benefit will be paid to or on behalf of an insured dependent. This amount is *in addition to* the benefit payable for the loss suffered and is based on *your* principal sum.

## Coma Benefit

If you or a covered family member is in a coma as a result of a covered accident, the AD&D plan pays benefits equal to 1% of your own or your affected covered family member's principal sum each month while in the coma, for a maximum of 100 months. To be eligible for this benefit, the coma must occur within 90 days of the covered accident and continue for 30 consecutive days.

## Day Care Benefit

If you have family coverage and die in a covered accident, the AD&D plan pays benefits for day care expenses for your insured dependent children under age 13 who are enrolled in a day care facility or who enroll within 90 days of your death. The maximum benefit payable for each eligible child is the lesser of the actual cost the day care center charges that year for your dependent child's care; 5% of your principal sum; or $7,500 per year for a maximum of four years.

## Common Disaster Benefit

If you have family coverage and you and your insured spouse both suffer accidental death within 90 days of the same accident and a benefit is payable for both insured persons, the insured spouse's principal sum is increased to equal 100% of *your* principal sum.

## Elder Survivor Benefit

If you suffer an accidental death, the AD&D plan pays a benefit equal to 10% of your principal sum, to a maximum of $50,000, to or on behalf of any surviving elder dependent. For purposes of the AD&D plan, *elder dependent* means your parent, parent-in-law, grandparent, grandparent-in-law, great-grandparent or great-grandparent-in-law (whether natural, step or adoptive) who is primarily dependent upon you for support and maintenance.

## Family Extension Benefit

If you have family coverage and a benefit is payable under the plan due to your accidental death, coverage for your insured dependents who remained insured from the date of the accident to your date of death will continue at no cost until the earliest of:

- 12 months from your date of death;
- The date your insured spouse remarries;
- The date your insured dependent child is no longer a dependent; or
- The date the policy ends.

## Group Medical/Dental Premium Continuation Reimbursement Benefit

If you have family coverage and die in a covered accident, your covered spouse and/or dependent children are eligible to receive an amount equal to the lesser of the cost of the COBRA premium for continued coverage or 10% of your total principal sum. The maximum benefit is $10,000 per year, for up to three consecutive years to pay for premiums to continue group medical and/or dental coverage provided by Raytheon.

## Home Alteration and Vehicle Modification Benefit

The AD&D plan pays a one-time benefit for covered home alteration and vehicle modification required if you or a covered family member suffers a dismemberment or loss of use due to a covered accident that requires use of a wheelchair, provided use of a wheelchair was not required prior to the accident. The maximum benefit under this provision is $25,000 for all losses caused by the same accident that are incurred within one year of the covered accident. Covered home alteration and vehicle modification expenses do not include any expenses for or resulting from any condition for which the insured person is entitled to benefits under any workers' compensation or similar act.

## Permanent Total Disability

If you or a covered family member is under age 70 and suffers a covered permanent total disability within 365 days of the covered accident, the AD&D plan pays a monthly benefit equal to 1% of your or your covered family member's principal sum starting with the 13th consecutive month of the covered permanent total disability. *Permanent total disability* means that you or your covered family member is permanently unable to perform the material and substantial duties of any occupation for which you or your covered family member is qualified by reason of education, experience or training.

Benefits are payable after you or a covered family member has remained permanently totally disabled for at least 12 consecutive months. The permanent total disability benefit continues until the earliest of the date you or your covered family member:

- Is no longer permanently totally disabled,
- Die, or
- Receive the permanent total disability benefit maximum (an amount equal to 100% of your or your covered family member's principal sum).

## Rehabilitation Benefit

The AD&D plan pays benefits for medically necessary rehabilitation expenses required if you or a covered family member suffers a dismemberment or loss of use due to a covered accident. Expenses must be incurred within two years of the covered accident. The maximum benefit under this provision is $25,000 for all injuries caused by the same accident.

## Seat Belt and Air Bag Benefit

The AD&D plan pays an additional seat belt and/or air bag benefit if you or a covered family member suffers a covered accidental death while operating or riding in a private passenger automobile.

The seat belt benefit is payable if the death occurs while wearing a properly fastened, original, factory installed seat belt. (Children must be in a properly installed and fastened child-restraint device as defined by state law.) If proper seat belt use is verified, the AD&D plan pays an additional benefit equal to 25%, to a maximum of $100,000, of your or your covered family member's principal sum.

The air bag benefit is payable if the death occurs while in a seat protected by a properly functioning, original, factory-installed air bag that inflated upon impact in the same accident. The AD&D plan pays an additional benefit equal to 10%, to a maximum of $50,000, of your or your covered family member's principal sum.

## Severe Burn Benefit

The AD&D plan pays benefits if you or a covered family member suffers a covered severe burn, as shown below.

| Specified Body Area | Maximum Payable Percentage of Principal Sum |
|---|---|
| Face, neck and head | 99% |
| Hand and forearm, below elbow joint (right or left) | 22.5% |
| Upper arm, below shoulder joint to elbow joint (right or left) | 13.5% |
| Torso, below neck to shoulder joints and hip joints (front or back) | 36% |
| Thigh, below hip joint to knee joint (right or left) | 9% |
| Foot and lower leg, below knee joint (right or left) | 27% |

## Travel Benefits

When you enroll in AD&D insurance, you or a covered family member has access to travel benefits while more than 100 miles from either your home or place of employment. Benefits are provided through AIG Group Benefits.

### Emergency Evacuation Benefit

The AD&D plan will pay benefits for covered evacuation expenses for a medically necessary evacuation if you or a covered family member suffers an injury or emergency sickness while more than 100 miles from home (as defined by the plan). A medically necessary evacuation is one ordered by a physician due to the severity of the accident or emergency sickness.

The plan will also pay benefits equal to the cost of an economy-class airfare ticket to:

• Return your dependent child(ren), who were traveling with you, to your home (in this case, a one-way economy airfare(s) may apply);

- Bring one person to and from the hospital or other medical facility where the covered person is confined, if more than 100 miles from home (in this case, a single round-trip economy airfare may apply); and
- Bring one non-medical person from the place of the medical emergency to the place where the insured person is evacuated if more than 100 miles from home (not to exceed the cost of an economy-class round-trip airfare ticket).

For covered expenses to be paid under the AD&D plan, all arrangements must be made by AIG Benefits Travel Assist,® as described in the section *AIG Benefits Travel Assist.*

**Repatriation of Remains Benefit**

If you or a covered family member dies in a covered accident or due to an emergency illness while more than 100 miles from home (as defined by the plan), the AD&D plan pays benefits for covered expenses to return the body home. Covered expenses include:

- Embalming or cremation;
- The most economical coffin or receptacle adequate for transportation of the remains; and
- Transportation of the remains by the most direct and economical method of transportation and route possible.

---

**AIG BENEFITS TRAVEL ASSIST**
*The AD&D plan provides emergency travel assistance, VIP concierge services, worldwide travel assistance, travel medical assistance and security assistance (including if you are a victim of identity theft) through AIG Benefits Travel Assist.*

**Registering with AIG Benefits Travel Assist**
*Before you leave for an international trip, be sure to register with AIG Benefits Travel Assist by logging on to www.aigbenefits.com/travelassist and registering for a user account to access the member-only assistance website (where the full array of services is available). To register for a user account:*

*1. Select Sign In in the top right corner.*

*2. Click the orange Register Here button to register for the first time.*

*3. Enter your first name, last name, email address and policy number (Raytheon's policy number is 9051307).*

*4. Click the Submit button.*

*Once your registration is complete, you will receive an automated email with a temporary password to access the secure website and create a permanent password.*
   *If you have questions during the registration process, call 877-249-5187.*
   *When you register with AIG Benefits Travel Assist, covered services include:*

**Emergency Travel Assistance**
*AIG Benefits Travel Assist's services are like having a dedicated travel counselor just a phone call away 24 hours a day, seven days a week to solve last-minute travel problems or emergencies, including:*

- *Flight, hotel and rental car booking or rebooking;*
- *Emergency return travel arrangements;*
- *Roadside assistance;*
- *Rental vehicle return service; and*
- *Coordinating a late-arrival hotel check-in following a travel delay.*

*To make the most of this service, be sure to set up your traveler profile to store emergency contact information and employer information. (Simply follow the log in instructions in the section Registering with AIG Benefits Travel Assist.)*

*(continued)*

---

For more information about AIG Benefits Travel Assist, call 877-249-5187 (when outside of the United States and Canada, contact an international operator to call 715-295-9624 collect), email travelassist@aigbenefits. com or read the *AIG Benefits Travel Assist Employee Guide* available on *Desktop Benefits* at https://raytheon.benefitcenter.com under *My Resources* in the *Other Benefits* section.

**AIG BENEFITS TRAVEL ASSIST (continued)**

**VIP Concierge Services**
*AIG Benefits Travel Assist's personal assistance coordinators are available 24 hours a day, seven days a week to help with obtaining:*

- *Restaurant referrals and reservations;*
- *Event tickets, including movie and theater information as well as local activity recommendations;*
- *Golf tee time reservations and referrals;*
- *Ground transportation;*
- *Private air and cruise charter assistance;*
- *Wireless device assistance;*
- *Up-to-date weather and ski reports worldwide;*
- *Floral services and gifts;*
- *Special occasion reminders and gift ideas; and*
- *Latest sports scores, stock quotes, lottery results.*

**Worldwide Travel Assistance**
*From arranging travel plans to providing the latest travel information for more than 180 countries, this complete suite of travel tools includes assistance with:*

- *Finding or replacing lost or stolen baggage and passport/travel documents;*
- *Return travel arrangements;*
- *Travel information, including travel health and safety information; visa/passport requirements; inoculation information; country guides and pre-trip travel tips; travel delays; and travel supplier strike information;*
- *Email travel alerts providing the latest updates on emerging situations for selected destinations plus daily news reports covering political instability, civil unrest and news from around the world;*
- *Financial assistance, including help locating ATMs; arranging emergency cash transfers; converting or purchasing currencies;*
- *Communications, including providing emergency telephone interpretation assistance; relaying urgent messages to family, friends or business associates; obtaining long-distance calling cards worldwide;*
- *Medical and health issues, including local medical advisories, epidemics, required immunizations and available preventive measures; inoculation information;*
- *Legal needs, such as embassy or consulate referrals, local legal referrals or bail bond assistance; and*
- *Worldwide public holiday information.*

**Travel Medical Assistance**
*AIG Benefits Travel Assist can help with any medical needs that may arise during your travel, such as:*

- *Emergency prescription, eyeglass, contact lens or medical equipment replacement;*
- *Local physician, hospital, dental or vision referrals, or dispatching a doctor or specialist;*
- *Accessing and providing medical records;*
- *Providing inpatient and outpatient medical case management;*
- *Acting as a qualified liaison to relay medical information to family members and coordinating travel arrangements for family in the event of a medical emergency;*
- *Medical bills, including audits, cost containment or expense recovery, and overseas investigation;*
- *Emergency medical evacuation transportation assistance; and*
- *Repatriation of mortal remains.*

*(continued)*

> **AIG BENEFITS TRAVEL ASSIST (continued)**
> **Security Assistance**
> *Available while you are at home or traveling, AIG Benefits Travel Assist's security assistance services are available 24 hours a day, seven days a week and include:*
> - *Assistance in evacuating a dangerous situation or event (note that you will be responsible for expenses incurred);*
> - *Providing security and safety advisories based on in-depth risk analysis by country and city;*
> - *Relaying urgent messages; and*
> - *Confidential storage of personal and medical information for use in emergency situations.*
>
> *AIG Benefits Travel Assist also provides assistance in the event of identity theft by:*
> - *Ordering and reviewing credit bureau records;*
> - *Investigating financial accounts if identity theft is suspected;*
> - *Interacting with law enforcement to pursue prosecution of criminals;*
> - *Reviewing account activity to identify any suspicious activities; and*
> - *Reviewing and resolving a victim's issues.*
>
> *Note that identity-theft assistance services are not available for residents of New York.*

## Tuition Benefit

If you have family coverage and die in a covered accident, your insured spouse and insured dependent children through the age of 26 are eligible to receive an additional benefit so they can enroll or continue their education in an institution of higher learning. To receive this benefit, your dependent(s) must have been covered by the plan at the time of your death. An *institution of higher learning* means any accredited institution that provides education or training beyond the 12th grade level, including but not limited to, any state university, private college or trade school. The maximum benefit is equal to the lesser of the actual tuition (excluding room and board); 5% of your principal sum; or $7,500 per year for dependent children and $5,000 per year for your spouse. Benefits are payable for up to four consecutive years. Proof of enrollment is required.

## What the AD&D Plan Does Not Cover

Certain losses are not covered by the AD&D plan, including losses caused in whole or in part by, or resulting in whole or in part from:

- Full-time **active duty in the armed forces,** National Guard or organized reserve corps of any country. Note that loss caused while on short-term National Guard or reserve duty for regularly scheduled training purposes is *not* excluded;
- Commission of or attempt to commit a **felony;**
- **Sickness, disease or infections of any kind,** except bacterial infections due to an accidental cut or wound, botulism or ptomaine poisoning; or
- **Suicide** or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury.

## How to File a Claim

If you or your beneficiary needs to file a claim, contact the RBC at 800-358-1231 for information. To claim death benefits, you or your beneficiary must provide a completed claim form together with a certified copy of the death certificate and any other documentation required by the insurance company.

## If a Claim Is Denied

There are specific procedures to be followed if you or your beneficiary decides to appeal a denied claim. See the *Administrative* section for more information on claims processing and appeal procedures. If you decide to request a review of a claim, send your written request to:

AIG Claims Services
P.O. Box 25987
Shawnee Mission, KS 66225-5987

# As Your Needs Change

## Changes to Your Pay

The amount of your AD&D insurance will be adjusted to reflect any changes in your annual base pay. Your new coverage will be effective as of the date your annual base pay changes. Your payroll deductions for the cost of your coverage change when the amount of your coverage changes.

## If You Take a Leave of Absence

**Medical Leave**

If you're on an authorized medical leave of absence, AD&D coverage for you and your covered family members will continue for up to 24 months and the premium for your coverage will be waived. If you are on a medical leave for longer than 24 months, you will have the option to convert your coverage to an individual policy. For more information about continuing coverage, call the RBC at 800-358-1231.

**Workers' Compensation Leave**

If you're on an authorized workers' compensation leave of absence due to a work-related (occupational) illness or injury, AD&D coverage for you and your covered family members will continue for 24 months.

**Family and Medical Leave**

If you take an authorized family and medical leave, the cost of AD&D coverage for you and your covered family members will be withheld from any paid time off (PTO) paid to you while on family and medical leave, or from your pay on a retroactive basis when you return from your leave. Therefore, AD&D coverage for you and your covered family members will be continued for up to 12 weeks (or as required by state law) while on leave. The amount of time off for which you are eligible for may vary based on state regulations. For more information, see the *Work/Life* section or contact your Human Resources representative.

**Other Types of Leave**

If you take an authorized leave of absence other than medical, industrial or family and medical leave, AD&D coverage for you and your covered family members will end on your last day worked. You will have the option to convert your coverage to an individual policy. For military leave of absence, you may continue your dependents' AD&D coverage under Raytheon's plan as long as you continue to pay the cost on their behalf. For more information about continuing coverage, call the RBC at 800-358-1231.

## If You Are Laid Off

If you are laid off, coverage ends on your last day worked. Coverage may be converted to a non-group policy, as described later in this section.

## Coverage at Retirement

Coverage ends upon your retirement and may be converted to an individual policy, as described later in this section.

AD&D insurance is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania insurance company, with its principal place of business at 175 Water Street, 15th Floor, New York, NY 10038. It is currently authorized to transact business in all states and the District of Columbia; NAIC No. 19445.

### If You Die

If you die as the result of a covered accident, coverage for your insured spouse and/or insured dependent children may continue for up to 12 months at no cost. Coverage ends if your spouse remarries during this 12-month period. For more information, see the *Family Extension Benefit* section.

# Other Important Information

### When Coverage Normally Ends

AD&D coverage for you and your covered family members will end when you:

- Terminate employment;
- No longer meet the plan's eligibility requirements; or
- Fail to pay the required premiums.

Your coverage will also end if the plan is terminated for all employees.

### Converting to a Non-Group Policy

You may convert your coverage to an individual policy if you are on a leave of absence for more than 12 months or if you leave Raytheon prior to age 79 for any reason. In order to apply for conversion, you must contact the RBC at 800-358-1231 to request a conversion application within 31 days from the date your coverage will end. For your application to be considered, it must be completed and returned to Reuben Warner Associates (contact information is on the form) within 31 days of the date your coverage ends. For more information about converting coverage, contact Reuben Warner Associates at 800-421-3005.

### Your Rights

This section describes Raytheon's AD&D plan in general terms. If any conflict arises between this description and the plan document, or if any point is not covered, the terms of the plan document will govern in all cases. See the *Administrative* section for information related to the administration of the AD&D plan.



## Business
# Travel Accident
## Insurance
### at a glance

### in this section

**Enrolling in Business Travel Accident (BTA) Insurance Coverage**

**What the BTA Plan Covers**

**What the BTA Plan Does Not Cover**

**How to File a Claim**

**How Benefits Are Paid**

**As Your Needs Change**

**Other Important Information**

- Raytheon provides you with business travel accident (BTA) insurance, which provides accidental death and dismemberment coverage if you are injured or die as a result of a covered accident while you are traveling on company business, including travel between company facilities.

- All employees, including rehired retirees, are automatically enrolled in the BTA plan on their first day of work. Raytheon pays the full cost of this coverage.

- Coverage begins when you leave your home, place of regular employment or permanent assignment and continues until you return to your home, place of regular employment or permanent assignment, whichever occurs first. The BTA plan does not, however, cover commuting between home and work, or time spent on an authorized leave of absence or on vacation. Benefits under this plan are in addition to any benefits payable under other life and/or accidental death and dismemberment (AD&D) insurance plans.

- In most cases, your benefit—called a *principal sum*—is equal to four times your annual base pay rounded to the next highest $1,000, with a minimum of $50,000 up to a maximum of $5 million.

- As a participant in the BTA plan, you automatically have access to the AIG Benefits Travel Assist® program, which provides emergency travel assistance, VIP concierge services, worldwide travel assistance, travel medical assistance and security assistance, including if you are a victim of identity theft.

*continued on next page*

- AIG Group Benefits administers the BTA plan. The plan is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa. (NUFIC), an AIG Company.

**Business**
**Travel Accident**
**Insurance** at a glance

# Enrolling in Business Travel Accident (BTA) Insurance Coverage

The BTA plan provides accidental death and dismemberment coverage if you are injured or die as a result of a covered accident while you are traveling on company business, including travel between company facilities. The plan also provides coverage for your eligible spouse and/or dependent children when they are accompanying you or on their way to join you, and when the trip is authorized and/or paid for by Raytheon.

You are automatically enrolled in the Raytheon Business Travel Accident (BTA) Insurance Plan on your first day of work. Raytheon pays the full cost of this coverage. There are no enrollment forms to complete.

## Naming Your Beneficiary

Your *beneficiary(ies)* is the person(s) who would receive benefits under the plan upon your death. When you are hired, you will be asked to name a beneficiary(ies) for your basic life insurance coverage. The person you name as beneficiary for your basic life insurance is automatically the beneficiary for your BTA coverage. For more information on naming your beneficiary, see the *Life Insurance* section.

# What the BTA Plan Covers

## Amount of Coverage

Your benefit, called a *principal sum,* is equal to four times your annual base pay rounded to the next highest $1,000, with a minimum of $50,000 up to a maximum of $5 million. (Note that benefits may vary depending upon your position or location.) Your *annual base pay* means your regular base pay, not including overtime or any other compensation.

The benefit for which you are eligible is based on the loss you experience, as shown in this chart:

| If, due to a covered accident, you lose | The BTA plan pays this percentage of the principal sum |
|---|:---:|
| Your life | 100% |
| Both hands or both feet or sight of both eyes | 100% |
| One hand and one foot | 100% |
| One hand or foot and sight of one eye | 100% |
| Speech and hearing in both ears | 100% |
| Use of all four limbs | 100% |
| Use of any two limbs | 75% |
| Speech or hearing in both ears | 50% |
| One hand or one foot | 50% |
| Sight of one eye | 50% |
| Use of one limb | 50% |
| Thumb and index finger of the same hand | 25% |
| Hearing in one ear | 25% |

With the Raytheon Business Travel Accident Insurance Plan, you are covered in the event of a covered accidental death, dismemberment or loss while traveling on company business.

For purposes of the plan, an *injury* means bodily injury that:

- Is sustained as a direct result of an unintended, unanticipated accident that occurs while your coverage is in force, and
- Directly (independent of sickness, disease, mental incapacity, bodily infirmity or any cause) causes a covered loss.

*Loss* means:

- *For a hand:* The actual, permanent and complete severance through and above the wrist joint.
- *For a foot:* The actual, permanent and complete severance through or above the ankle joint.
- *For a thumb and index finger:* The actual severance through or above the metacarpophalangeal joints.
- *For sight:* The total and irrecoverable loss of sight.
- *For speech and/or hearing:* The total and irrecoverable loss of the entire faculty of hearing and/or speech.

*Loss of use* means the total paralysis of a limb or limbs that is determined by competent medical authority to be permanent, complete and irreversible.

To be eligible for BTA benefits, you must suffer a loss within 365 days of an accident that occurs while you are traveling on company business. If more than one loss arises out of the same accident, the plan will pay only one benefit equal to the largest eligible percentage for any one injury. The most the plan will pay is the principal sum.

**Additional Principal Sum Applies to Injuries Sustained from a Test Aircraft**

An additional principal sum amount of $500,000 applies if a covered injury is sustained while building, operating, riding or alighting from any aircraft being used for test-flight purposes or any aircraft considered experimental. In order for benefits to be paid, the aircraft and the pilot must meet Federal Aviation Administration requirements or the requirements of a similar governing authority, where applicable.

**Maximum Limit of Liability**

If more than one insured participant under this plan should sustain a loss as the result of the same air travel accident, no more than a total of $25 million will be payable for losses due to that accident.

## Accident Medical Expense Benefit

If you incur eligible medical expenses as the result of a covered accident, the BTA plan will pay benefits that are in excess of benefits payable for medical expenses under a:

- Valid and collectible workers' compensation claim, including Canadian Workers' Compensation and California Unemployment Compensation Disability Benefits, etc.; or
- Group hospital, surgical or major medical plan sponsored by Raytheon.

*Eligible medical expenses* include but are not limited to:

- Treatment by a legally qualified physician or surgeon;
- Confinement within a legally constituted hospital;
- Employment of a registered nurse;
- X-rays; and
- Use of an ambulance.

Benefits payable under this plan provision are *in addition to* any other benefits you may be eligible to receive from the plan for any loss you experience as a result of the same accident. In other words, your benefit due to a loss from the same covered accident will not be reduced by benefits payable under this provision of the plan. The maximum benefit payable is $5,000 for any one covered accident. Expenses must be incurred within 26 weeks of the date of the covered accident.

## Carjacking Benefit

If you or a covered family member suffers a specified covered loss as the result of a carjacking, the BTA plan pays an additional benefit of 10%, to a maximum of $50,000, of your or your covered family member's principal sum.

## Family Member Benefit

Benefits are payable if your spouse and/or dependent children experience accidental death or dismemberment in a covered accident while traveling with you on company business, while on his or her way to join you or while relocating. Benefits for your spouse and/or dependent children are based on the amount of your BTA coverage:

- *For your spouse,* the maximum benefit payable is 50% of your principal sum, to a maximum of $250,000; and

- *For your dependent children,* the maximum benefit payable is 10% of your principal sum, to a maximum of $50,000.

Benefits are paid on the loss experienced, as outlined in the section *Amount of Coverage.*

## Permanent Total Disability Benefit

Under the BTA plan, you are also eligible for a benefit if you become permanently and totally disabled within 365 days of a covered injury, provided you are under age 75 at the time you become disabled. *Permanently and totally disabled* means that you are permanently unable to perform the material and substantial duties of any occupation for which you are qualified by reason of education, experience or training.

If you are disabled for 12 consecutive months, during the 13th consecutive month, you will be paid the principal sum of your BTA coverage less any other benefit that has been paid or is payable under other coverage for which you are eligible as the result of the same accident.

## Return of Pet

If your pet is traveling with you and is left unattended following your death in an area that is outside a 100-mile radius from your current place of primary residence, the BTA plan pays the reasonable cost, to a maximum of $1,000, to transfer your pet to your home (as defined by the plan).

## Return of Vehicle

In the event of your death in an area that is outside a 100-mile radius from your current place of primary residence or place of vehicle rental, the BTA plan pays the reasonable cost, to a maximum of $2,000, to transfer your motor vehicle to your home (as defined by the plan).

## Seat Belt and Air Bag Benefit

The BTA plan pays an additional seat belt and/or air bag benefit if you or an covered family member suffers a covered accidental death while operating or riding in a private passenger automobile.

The seat belt benefit is payable if the death occurs while wearing a properly fastened, original, factory installed seat belt. (Children must be in a properly installed and fastened child-restraint device as defined by state law.) If proper seat belt use is verified, the BTA plan pays an additional benefit equal to 25%, to a maximum of $100,000, of your or your covered family member's principal sum.

The air bag benefit is payable if the death occurs while in a seat protected by a properly functioning, original, factory-installed air bag that inflated upon impact in the same accident. In this case, the BTA plan pays an additional benefit equal to 10%, to a maximum of $50,000, of your or your covered family member's principal sum.

## Severe Burn Benefit

The BTA plan pays benefits if you or a covered family member suffers a covered severe burn, as shown below.

| Specified Body Area | Maximum Payable Percentage of Principal Sum |
|---|---|
| Face, neck and head | 99% |
| Hand and forearm, below elbow joint (right or left) | 22.5% |
| Upper arm, below shoulder joint to elbow joint (right or left) | 13.5% |
| Torso, below neck to shoulder joints and hip joints (front or back) | 36% |
| Thigh, below hip joint to knee joint (right or left) | 9% |
| Foot and lower leg, below knee joint (right or left) | 27% |

## Travel Benefits

The BTA plan provides you or a covered family member with access to travel benefits while more than 100 miles from either your home or place of employment. Benefits are provided through AIG Group Benefits.

**Emergency Evacuation Benefit**

The BTA plan will pay benefits for covered evacuation expenses for a medically necessary evacuation if you or a covered family member suffers an injury or emergency sickness while more than 100 miles from home or permanent place of assignment or residence (as defined by the plan). A medically necessary evacuation is one ordered by a physician due to the severity of the accident or emergency sickness.

The plan will also pay benefits equal to the cost of an economy-class airfare ticket to:

- Return your dependent child(ren), who were traveling with you, to your home or permanent place of assignment or residence (in this case, a one-way economy airfare(s) may apply);

- Bring one person to and from the hospital or other medical facility where the covered person is confined, if more than 100 miles from home or permanent place of assignment or residence (in this case, a single round-trip economy airfare may apply); and

- Bring one non-medical person from the place of the medical emergency to the place where the insured person is evacuated if more than 100 miles from home or permanent place of assignment or residence (not to exceed the cost of an economy-class round-trip airfare ticket).

For covered expenses to be paid under the BTA plan, all arrangements must be made by AIG Benefits Travel Assist, as described in the section *AIG Benefits Travel Assist.*

**Repatriation of Remains Benefit**

If you or a covered family member dies in a covered accident or due to an emergency illness while more than 100 miles from home or permanent place of assignment or residence for all expatriate insured persons (as defined by the plan), the BTA plan pays benefits for covered expenses to return the body home. Covered expenses include:

- Embalming or cremation;

- The most economical coffin or receptacle adequate for transportation of the remains; and

- Transportation of the remains by the most direct and economical method of transportation and route possible.

**AIG BENEFITS TRAVEL ASSIST**

*The BTA plan provides emergency travel assistance, VIP concierge services, worldwide travel assistance, travel medical assistance and security assistance (including if you are a victim of identity theft) through AIG Benefits Travel Assist.*

**Registering with AIG Benefits Travel Assist**

*Before you leave for an international trip, be sure to register with AIG Benefits Travel Assist by logging on to www.aigbenefits.com/travelassist and registering for a user account to access the member-only assistance website (where the full array of services is available). To register for a user account:*

1. *Select* Sign In *in the top right corner.*

2. *Click the orange* Register Here *button to register for the first time.*

3. *Enter your first name, last name, email address and policy number (Raytheon's policy number is 9051307).*

4. *Click the* Submit *button.*

*Once your registration is complete, you will receive an automated email with a temporary password to access the secure website and create a permanent password.*

*If you have questions during the registration process, call 877-249-5187.*

*When you register with AIG Benefits Travel Assist, covered services include:*

**Emergency Travel Assistance**

*AIG Benefits Travel Assist's services are like having a dedicated travel counselor just a phone call away 24 hours a day, seven days a week to solve last-minute travel problems or emergencies, including:*

- *Flight, hotel and rental car booking or rebooking;*
- *Emergency return travel arrangements;*
- *Roadside assistance;*
- *Rental vehicle return service; and*
- *Coordinating a late-arrival hotel check-in following a travel delay.*

*To make the most of this service, be sure to set up your traveler profile to store emergency contact information and employer information. (Simply follow the log in instructions in the section* Registering with AIG Benefits Travel Assist.*)*

**VIP Concierge Services**

*AIG Benefits Travel Assist's personal assistance coordinators are available 24 hours a day, seven days a week to help with obtaining:*

- *Restaurant referrals and reservations;*
- *Event tickets, including movie and theater information as well as local activity recommendations;*
- *Golf tee time reservations and referrals;*
- *Ground transportation;*
- *Private air and cruise charter assistance;*
- *Wireless device assistance;*
- *Up-to-date weather and ski reports worldwide;*
- *Floral services and gifts;*
- *Special occasion reminders and gift ideas; and*
- *Latest sports scores, stock quotes, lottery results.*

**Worldwide Travel Assistance**

*From arranging travel plans to providing the latest travel information for more than 180 countries, this complete suite of travel tools includes assistance with:*

- *Finding or replacing lost or stolen baggage and passport/travel documents;*
- *Return travel arrangements;*

*(continued)*

For more information about AIG Benefits Travel Assist, call 877-249-5187 (when outside of the United States and Canada, contact an international operator to call 715-295-9624 collect), email travelassist@aigbenefits.com or read the *AIG Benefits Travel Assist Employee Guide* brochure available on *Desktop Benefits* at https://raytheon.benefitcenter.com under *My Resources* in the *Other Benefits* section.

**BTA Insurance**

**AIG BENEFITS TRAVEL ASSIST (continued)**

**Worldwide Travel Assistance (continued)**

- *Travel information, including travel health and safety information; visa/passport requirements; inoculation information; country guides and pre-trip travel tips; travel delays; and travel supplier strike information;*
- *Email travel alerts providing the latest updates on emerging situations for selected destinations plus daily news reports covering political instability, civil unrest and news from around the world;*
- *Financial assistance, including help locating ATMs; arranging emergency cash transfers; converting or purchasing currencies;*
- *Communications, including providing emergency telephone interpretation assistance; relaying urgent messages to family, friends or business associates; obtaining long-distance calling cards worldwide;*
- *Medical and health issues, including local medical advisories, epidemics, required immunizations and available preventive measures; inoculation information;*
- *Legal needs, such as embassy or consulate referrals, local legal referrals or bail bond assistance; and*
- *Worldwide public holiday information.*

**Travel Medical Assistance**

*AIG Benefits Travel Assist can help with any medical needs that may arise during your travel, such as:*

- *Emergency prescription, eyeglass, contact lens or medical equipment replacement;*
- *Local physician, hospital, dental or vision referrals, or dispatching a doctor or specialist;*
- *Accessing and providing medical records;*
- *Providing inpatient and outpatient medical case management;*
- *Acting as a qualified liaison to relay medical information to family members and coordinating travel arrangements for family in the event of a medical emergency;*
- *Medical bills, including audits, cost containment or expense recovery, and overseas investigation;*
- *Emergency medical evacuation transportation assistance; and*
- *Repatriation of mortal remains.*

**Security Assistance**

*Available while you are at home or traveling, AIG Benefits Travel Assist's security assistance services are available 24 hours a day, seven days a week and include:*

- *Assistance in evacuating a dangerous situation or event (note that you will be responsible for expenses incurred);*
- *Providing security and safety advisories based on in-depth risk analysis by country and city;*
- *Relaying urgent messages; and*
- *Confidential storage of personal and medical information for use in emergency situations.*

*AIG Benefits Travel Assist also provides assistance in the event of identity theft by:*

- *Ordering and reviewing credit bureau records;*
- *Investigating financial accounts if identity theft is suspected;*
- *Interacting with law enforcement to pursue prosecution of criminals;*
- *Reviewing account activity to identify any suspicious activities; and*
- *Reviewing and resolving a victim's issues.*

*Note that identity-theft assistance services are not available for residents of New York.*

## Weekly Accident Disability Benefit

Under the BTA plan, you are eligible for a weekly disability benefit of 70% of your annual base pay for up to one year if you become disabled within 180 days of a covered accident. *Disabled* means that you are wholly and continuously unable to perform the major duties of your occupation.

The maximum benefit payable is $500 per week *less* any disability benefits you receive or are eligible to receive from any other Raytheon plan or other sources, such as state-mandated plans or Social Security disability benefits. Benefits are payable for a maximum of 52 weeks for any disability caused by the same accident.

Weekly benefits will continue until the earliest of the date that:

• The benefit is paid for the maximum number of weeks allowed under the plan;

• You no longer qualify as disabled, as defined by the plan;

• You fail to provide proof of your disability when requested by the insurance company;

• You return to work; or

• You die.

You may be required to periodically provide the insurance company with proof of your continued disability. Failure to provide proof may result in suspension or termination of your benefits.

# What the BTA Plan Does Not Cover

Business travel accident benefits are not payable for losses caused by:

• Any loss related to an **accident that occurs while you are on vacation, commuting between home and work, on a leave of absence or not actively employed;**

• Full-time active duty in the **armed forces, National Guard or organized reserve corps** of any country. Note that loss caused while on short-term National Guard or reserve duty for regularly scheduled training purposes is *not* excluded;

• **Infections** of any kind, regardless of how contracted. The exceptions are for bacterial infections directly caused by botulism; ptomaine poisoning; and an accidental cut or wound that is independent from and in the absence of any underlying sickness, disease or condition, including but not limited to diabetes;

• **Sickness, disease, mental incapacity or bodily infirmity,** whether the loss results directly or indirectly from any of these; or

• **Suicide** or any attempt at suicide, as well as intentionally self-inflicted injury or any attempt at intentionally self-inflicted Injury.

# How to File a Claim

If you or your beneficiary need to file a claim, contact your local Human Resources representative, who can provide information about filing a claim. To claim death benefits, you or your beneficiary must provide a completed claim form together with a certified copy of the death certificate and any other documentation required by the insurance company.

## If a Claim Is Denied

There are specific procedures to be followed if you or your beneficiary decides to appeal a denied claim. See the *Administrative* section for more information on claims processing and appeal procedures. If you decide to request a review of a claim, send your written request to:

AIG Claims Services
P.O. Box 25987
Shawnee Mission, KS 66225-5987

# How Benefits Are Paid

Upon approval of the claim, benefits are paid in a lump sum. In the event of a covered accidental dismemberment or loss of use, benefits are payable to you. In the event of your death, benefits are paid to your beneficiary. If the person to whom benefits are to be paid is a minor child or not competent to give a valid release for payment, the payment is made to the individual's legal guardian.

# As Your Needs Change

## Changes to Your Pay

The amount of your BTA coverage will be adjusted to reflect any changes in your annual base pay. Your new coverage will become effective as of the date your annual base pay changes.

## If You Take a Leave of Absence

Because the BTA plan covers only accidents that happen while you are traveling on company business, you are not covered for accidents that occur while you are on a leave of absence, except as described in this section.

If you are traveling at the request of the company while on leave, you are covered at four times your annual base pay rounded to the next highest $1,000, up to a maximum of $500,000, until you return to your home or permanent job location, whichever occurs first. While you are traveling at the request of the company, you are covered 24 hours a day for travel for business and pleasure.

If you are on a "home leave" (leave to travel while you are stationed in a country other than your home country), you are covered 24 hours a day for the duration of your home leave. This coverage includes the travel from and return trip to the country in which you are stationed. Home leave does not have to include travel to your home country.

## If You Are Laid Off

If you are laid off, your coverage ends on your last day worked.

## Coverage at Age 65

Your coverage under the BTA plan continues unchanged for as long as you work at Raytheon, regardless of your age.

## Coverage at Retirement

Coverage under the Raytheon BTA plan ends on your last day worked.

# Other Important Information

## When Coverage Normally Ends

Your coverage under the Raytheon BTA plan ends on your last day worked or on the date you are no longer eligible.

## Converting to a Non-Group Policy

BTA coverage cannot be converted.

## Assigning Your Benefits

*Assigning your benefits* means that you transfer all rights, title and interest in your BTA insurance to someone else. You may assign ownership of your BTA insurance with the written consent of the insurance company. Contact the Raytheon Benefit Center (RBC) at 800-358-1231 for the appropriate forms to assign your insurance. Because there are important legal and tax questions involved, you are strongly encouraged to seek professional advice before making this decision.

BTA insurance is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania insurance company, with its principal place of business at 175 Water Street, 15th Floor, New York, NY 10038. It is currently authorized to transact business in all states and the District of Columbia; NAIC No. 19445.

## Your Rights

This section describes your BTA insurance in general terms. If any conflict arises between this description and the plan document, or if any point is not covered, the terms of the plan document will govern in all cases. See the *Administrative* section for information related to the administration of the Raytheon life insurance plans, which include the BTA plan.



# RAYSIP
## at a glance

## in this section

Enrolling in the Raytheon Savings and Investment Plan (RAYSIP)

Contributions You Make to Your Account

Company-Matching Contributions

Owning the Money in Your Account

Investing the Money in Your Account

Accessing the Money in Your Account

Receiving Payment from Your Account

Important Information About Taxes

As Your Needs Change

Other Important Information

Retirement Income Savings Program (RISP)

- You are immediately eligible to enroll in the Raytheon Savings and Investment Plan (RAYSIP) as of your first day of work, regardless of how many hours per week you are regularly scheduled to work. Your participation will begin as soon as administratively possible after you enroll.

- You may elect to save as little as 1% of your eligible compensation through convenient payroll deduction. When you save:
  - On a *before-tax basis,* your contributions are deducted from your pay before taxes are withheld, reducing your taxable income.
  - On an *after-tax basis,* your contributions are deducted from your pay after federal, state and local income taxes are withheld. Earnings are tax-deferred as long as they remain in your account.
  - *Using the plan's Roth 401(k) feature,* your contributions are made on an after-tax basis. Your assets grow tax free as long as you meet certain distribution requirements.

  Your total RAYSIP contributions—before-tax, after-tax and Roth 401(k)—are limited to a maximum of 50% of your eligible compensation, up to certain limits set by the Internal Revenue Service (IRS) each year.

- Raytheon matches a portion of the amount you save in RAYSIP each pay period. The amount of Raytheon's contribution generally depends on your date of employment or most recent re-employment, as described in the section *Company-Matching Contributions.* You are immediately 100% vested in the company match.

- The plan offers 17 core investment options, including three asset allocation funds. Asset allocation funds are designed to meet specific investment objectives and offer a "one-stop shopping" approach to investing.

  In addition, for sophisticated investors, the plan offers Fidelity BrokerageLink,® which is a self-directed account that allows you to invest in a broad range of mutual funds and exchange traded funds

*continued on next page*

To access information about your RAYSIP account:

- Visit NetBenefits at www.netbenefits.com/raytheon; or

- Call the Savings and Investment Service Line at 800-354-3966 (TDD# 800-847-0348). Outside the United States, call Fidelity collect by dialing the International Access Code (IAC) and then 877-833-9900. IACs can be found at www.att.com/traveler. Customer Service Representatives are available during business days between 8:30 a.m. and midnight, Eastern Time (ET).

For information about Financial Engines, visit NetBenefits or call 877-401-5762.

(ETFs). ETFs are securities that are listed on an exchange, and traded intraday at a price set by the market, similar to stocks.

You make your investment choices in increments of 1%, and change your investment choices as your needs change.

---

- To help you build a diversified portfolio, Raytheon partners with Financial Engines, Inc., a leading, independent provider of investment advisory services for 401(k) plan participants. Raytheon offers two Financial Engines® programs:

  - *Professional Management,* which is designed to help participants who do not have the time, interest or expertise to actively manage their investment accounts, and

  - *Online Advice,* a service designed for participants who want to make investment decisions and manage their own accounts over time.

---

- While you are an active employee, you have access to your own and Raytheon's matching contributions to your account through loans, subject to certain conditions. In addition, you may withdraw money from your account under certain circumstances. Finally, your account is portable, which means you may take the vested money in your account with you if you leave the company.

---

- Recordkeeping for RAYSIP is performed on a day-to-day basis by Fidelity Investment Institutional Operational Company, Inc.

---

- RAYSIP also includes the Retirement Income Savings Program (RISP). Newly employed or re-employed employees generally become eligible for RISP after one year of employment. (In the case of your re-employment, you must have exhausted any severance pay to which you were entitled when you left the company before your eligibility for RISP begins.)

---

- For additional information about RAYSIP, including RISP, be sure to review the *Administrative* section.



# Enrolling in the Raytheon Savings and Investment Plan (RAYSIP)

You are immediately eligible to enroll in the Raytheon Savings and Investment Plan (RAYSIP) as of your first day of work, regardless of how many hours per week you are regularly scheduled to work. You may elect to make before-tax, after-tax and/or Roth 401(k) contributions to the plan. Your contributions begin as soon as administratively feasible after you enroll. Contributions to your account are not made retroactively to your date of employment or re-employment.

You may enroll at any time by visiting Fidelity NetBenefits® at www.netbenefits.com/raytheon or by calling the Savings and Investment Service Line at 800-354-3966. Both systems will walk you through the steps to:

- Set up your password;

- Select the percentage of eligible compensation you want to save, in increments of 1%;

- Decide whether to make before-tax, after-tax and/or Roth 401(k) contributions;

- Decide whether to have your before-tax contributions automatically spill over to after-tax contributions once you reach the before-tax contribution maximum (see the section *Contributions You Make to Your Account);*

- Choose how you want to invest your savings; and

- Choose the voluntary Financial Engines account management program that best fits your needs (for a description, see the section *Investing the Money in Your Account)*.

You must also name your beneficiary(ies), as described in the following section. Shortly after you enroll, you will receive a confirmation statement from Fidelity Investment Institutional Operational Company, Inc. (Fidelity) verifying your elections.

> *If you are hearing impaired, you will not be required to establish a password. Instead, each time you call 800-847-0348, the Savings and Investment Service Line's toll-free TDD number, you will be asked to identify yourself by providing certain personal information (for example, your Social Security number and date of birth).*

## Naming Your Beneficiary

When you first join the plan, you will be asked to name your *beneficiary(ies)*—the person(s) or legal entity(ies) (e.g., trust(s) or charity(ies)) that will receive your account balance in the event of your death. You may name or change your beneficiary(ies) at any time. Simply log on to NetBenefits, or use the paper *Beneficiary Designation* form available on NetBenefits or call the Savings and Investment Service Line.

If you are married and wish to name or later wish to change your beneficiary to someone other than your spouse, federal law requires that your spouse provide written, notarized consent in the "Spousal Consent" section of the *Beneficiary Designation* form.

If you are not married, you may name anyone you wish as your beneficiary.

Note that if you are married on the date of your death, your spouse is automatically your beneficiary, unless you have provided written, notarized consent from your spouse for your designation of someone other than him/her as your beneficiary.

For more information, visit NetBenefits or call the Savings and Investment Service Line.

---

If you were first employed or became re-employed (after expiration of any severance pay) on or after January 1, 2007, you may be eligible for the Retirement Income Savings Program (RISP) as described later in this section. RISP is a separate feature of RAYSIP. Eligible employees are automatically enrolled in RISP as of their date of employment or most recent re-employment.

If you are a new employee, a RAYSIP enrollment kit will be mailed to your home. Your kit includes the information you need to make your enrollment and investment decisions as well as a *Beneficiary Designation* form.

It is your responsibility to keep your beneficiary designation up to date. To update or change your beneficiary designation, visit NetBenefits or call the Savings and Investment Service Line.

**RAYSIP**

## MANAGING YOUR RAYSIP PLAN ACCOUNT

*You may access information about your RAYSIP account in two ways:*

- **Online,** *through NetBenefits at* www.netbenefits.com/raytheon*; or*
- **By phone,** *through the Savings and Investment Service Line at 800-354-3966 (TDD# 800-847-0348), (outside the United States, call Fidelity collect by dialing the International Access Code (IAC) and then 877-833-9900. IACs can be found at* www.att.com/traveler*).*

*The services of the Savings and Investment Service Line and NetBenefits are provided by Fidelity, the plan recordkeeper.*

**Services Available Online or by Phone**
- *Enroll in RAYSIP and make your initial investment elections.*
- *Set up or change your password.*
- *Name or change your beneficiary(ies).*
- *Check or change your current payroll deduction amount (in increments of 1%).*
- *Request fund prospectuses/fact sheets and obtain other information on the plan's core investment options, including current prices, expense ratios and historical performance information (real-time market updates available online only).*
- *Review or change how your current contributions are being invested.*
- *Enroll in or change your investments through Fidelity BrokerageLink.*
- *Enroll in or change your preferences in Financial Engines Professional Management or Online Advice.*
- *Check your current account balance(s).*
- *Obtain information about your transaction history.*
- *Elect the automatic "spillover" feature so you can continue making RAYSIP contributions on an after-tax basis and receiving the company match if you reach the before-tax/Roth 401(k) contribution limit (for details, see the section IRC Limits on Contributions).*
- *Request a rollover form for funds being transferred to RAYSIP.*
- *Obtain information about loans, including the outstanding balance.*
- *Initiate a new loan.*
- *Initiate an in-service withdrawal (hardship, after-tax, company match or upon reaching age 59½).*

**Services Available Only through a Customer Service Representative**
*You must speak with a Customer Service Representative to conduct certain transactions, including:*
- *Initiation of a final distribution.*
- *Initiation of a rollover to another employer's qualified retirement plan or to an individual retirement account.*
- *Change of address, if you are a retired or terminated plan participant.*

*Customer Service Representatives are available by calling the Savings and Investment Service Line from 8:30 a.m. to midnight Eastern Time (ET) any business day.*

## KEEPING TABS ON YOUR NEST EGG WITH FIDELITY ANYWHERE[SM]

*You can monitor your RAYSIP account at almost any time from wherever you are. With Fidelity Anywhere[SM] wireless service, you can use your Internet-ready phone or personal digital assistant (PDA) to access NetBenefits and your Fidelity retail accounts. For example, you can:*
- *Follow your RAYSIP account balance and total portfolio of Fidelity-managed accounts;*
- *Check current account balances by investment option and source;*
- *View and change your contribution percentages;*
- *Make exchanges between investment options; and*
- *Learn more about investment basics.*

*To access Fidelity Anywhere, log on to NetBenefits using any mobile device.*

For a complete, up-to-date display of all your financial information on one, easy-to-view webpage, check out Full View,[SM] available through NetBenefits. With a single log on to NetBenefits, you can access a consolidated view of your investment, bank, credit card, loan and mortgage accounts from more than 7,000 financial institutions—providing an easy way to manage your finances.

**RAYSIP Info to Go!**
With Fidelity, you can get expert insight on an array of personal finance topics and discover new investing strategies via Facebook and Twitter. Simply "like" or "follow" Fidelity Investments at facebook.com/fidelityinvestments and twitter.com/fidelity.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

# Contributions You Make to Your Account

There are three types of contributions you may make to RAYSIP:

- **Before-tax,** which are deducted from your pay before taxes are withheld, reducing your taxable income;

- **After-tax,** which are deducted from your pay after federal, state and local income taxes are withheld. Earnings are tax-deferred as long as they remain in your account; and

- **Roth 401(k),** an after-tax option that allows your assets to grow tax-free if you meet certain distribution requirements.

Your contributions can be as little as 1% of your eligible compensation and are made in increments of 1%. Contributions cannot exceed 50% of your eligible compensation, up to certain limits set by the Internal Revenue Service (IRS). For 2016, there is a $265,000 compensation limit (subject to annual cost of living adjustments). Note that if you reach the compensation limit, you may make only catch-up contributions as described later in this section. In this case, company contributions (also described later) cease. For more information about IRS limits, see the section *IRC Limits on Contributions.*

For the purpose of plan contributions, your *eligible compensation* includes your base pay, bonuses, overtime pay, Achievement Awards, Performance Sharing Program payments and most other earnings. Eligible compensation does *not* include imputed income for life insurance; income from the exercise of stock options; earnings above $265,000; reimbursed expenses, such as moving expenses or tuition reimbursement; certain amounts paid after termination of employment; or payments made under certain special compensation arrangements.

To help you determine your maximum RAYSIP contribution, the Raytheon Payroll Center offers the *401(k) Estimator* tool. To access the tool, visit *MyInfo* at https://myinfo.ray.com and click on the 401(k) icon.

---

**INCREASE THE AMOUNT YOU SAVE—AUTOMATICALLY**

*Increasing your savings can go a long way toward helping you have a comfortable nest egg at retirement. To make sure you don't miss an opportunity to increase the amount you save, such as when your pay increases, Fidelity offers the Annual Increase Program.*

*When you sign up, you elect to automatically increase the percentage of pay you save in RAYSIP, on a date that you choose, by 1%, 2% or 3% of your pay. You may also consider using this feature to automatically direct a portion of an anticipated annual merit increase toward RAYSIP. For more information or to elect this feature, visit NetBenefits or call the Savings and Investment Service Line.*

---

## Before-Tax Contributions

You may contribute from 1% to 50% of your eligible compensation to RAYSIP on a before-tax basis in increments of 1%. For 2016, the maximum amount you can contribute to the plan on a before-tax and/or Roth 401(k) basis combined is $18,000.

When you save on a before-tax basis, your contributions are deducted from your pay before federal and, in most cases, state and local income taxes are withheld. This reduces your taxable income. Withdrawals of before-tax contributions are taxable.

It's important to note that you have only limited access to any money you set aside on a before-tax basis. You may only access your money before age 59½ through loans or through withdrawals due to certain limited hardships. (For more information, see the section *Accessing the Money in Your Account.)*

You may elect to save as little as 1% of your eligible compensation to the plan through convenient payroll deduction. Your total RAYSIP contributions—before-tax, after-tax and Roth 401(k)—are limited to a maximum of 50% of your eligible compensation, up to certain limits set by the IRS each year.

Raytheon matches a portion of the amount you save in RAYSIP each pay period (see the *Company-Matching Contributions* section for details), regardless of what type of contribution you make—before-tax, after-tax or Roth 401(k).

To take full advantage of the company's matching contributions, be sure to elect to have your before-tax and/or Roth 401(k) contributions automatically spill over to after-tax contributions once you meet the before-tax contribution limit. (If you have elected an after-tax spillover and you also elected to make both before-tax and Roth 401(k) contributions, the total percentage of your after-tax spillover contributions will be the sum of your before-tax and Roth 401(k) contribution percentages.)

To elect the spillover feature, visit NetBenefits or call the Savings and Investment Service Line.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

## After-Tax Contributions

You may contribute from 1% to 50% of your eligible compensation to RAYSIP on an after-tax basis in increments of 1%. While there are no specific after-tax contribution limits, after-tax contributions are considered when calculating other contribution maximums as outlined in the section *IRC Limits on Contributions.*

When you save on an after-tax basis, your contributions are deducted from your pay after federal, state and local income taxes are withheld. Earnings on your after-tax contributions are tax-deferred as long as they remain in your account. Unlike with Roth 401(k) contributions, taxes are payable on the earnings on any after-tax contributions.

When you make after-tax contributions to your account, you have greater access to your savings while you are working. That's because you may access after-tax savings at any time through loans or withdrawals. (For more information, see the section *Accessing the Money in Your Account.)*

## Roth 401(k) Contributions

You may contribute from 1% to 50% of your eligible compensation to RAYSIP through the plan's Roth 401(k) feature in increments of 1%. For 2016, the maximum amount you can contribute to the plan on a before-tax and/or Roth 401(k) basis combined is $18,000.

A Roth 401(k) is an after-tax contribution option that allows your assets to grow tax-free. While Roth 401(k) contributions are deducted from your pay *after* taxes have been withheld, your earnings are tax-free as long as you meet the IRS requirements for a qualified distribution—one that is taken:

• At least five tax years from the year of your first Roth 401(k) contribution, and

• After you have either reached age 59½ or become disabled, or in the event of your death.

For more information about the Roth 401(k) feature, visit NetBenefits or call the Savings and Investment Service Line. You're encouraged to consult with a tax advisor to determine if Roth 401(k) contributions are right for you.

---

**CONVERTING EXISTING RAYSIP ACCOUNT BALANCES TO A ROTH 401(K)**

*If you choose, you may convert eligible funds from your RAYSIP accounts to a Roth 401(k) account (called an* in-plan Roth conversion).

*To be eligible for conversion, funds must be considered* immediately distributable. *Examples of immediately distributable funds are shown in this chart:*

| Your Age | RAYSIP Accounts Eligible for Conversion |
|---|---|
| Up to 59½ | • After-tax<br>• Company matching (only if you have participated in RAYSIP for five years) |
| 59½ and Above | Before-tax, after-tax and company matching, up to your entire account balance |

*You may elect to convert any amount of funds from eligible accounts to a Roth 401(k); there are no limits. Conversion is a taxable event; see your tax advisor for more information. Outstanding loans are not eligible for conversion.*

*For more information about in-plan conversions, call the Savings and Investment Service Line.*

---

**CATCH-UP CONTRIBUTIONS**

*If you will have reached at least age 50 during any given calendar year, you may make an additional "catch-up" contribution of up to $6,000 (in 2016) to RAYSIP beyond the IRS contribution and compensation limits. Your catch-up contribution can be made with before-tax and/or Roth 401(k) contributions. (Note that you do not have to wait until you reach the $18,000 limit before making your catch-up contribution.)*

*Similar to other types of contributions, a portion of your catch-up contribution is eligible for a company match (the percentage generally varies according to your date of employment or most recent re-employment; see the section* Company-Matching Contributions *for details). However, if you are also making a regular before-tax and/or Roth 401(k) contribution to RAYSIP in the same pay period, only the applicable percentage of the total amount you contribute will be matched.*

*For example, if you are eligible to make catch-up contributions during your first five years of participation in the plan and you are eligible for the plan's 3% match, you will receive a 3% match in a pay period in which you defer 2% and make a catch-up contribution of 1%. However, if your deferral equals or exceeds 3%, you will not receive a match on any catch-up contribution made that same pay period. In addition, if you reach the $265,000 compensation limit, you may make catch-up contributions, however they are not eligible for the company match.*

*You may make a catch-up contribution election through NetBenefits or by calling the Savings and Investment Service Line.*

*Any earnings on your before-tax catch-up contributions are not taxable as long as they remain in your account. This means that taxes are deferred until you withdraw the money from your account. Taxes are payable on the money you withdraw.*

*Any earnings on Roth 401(k) catch-up contributions are not taxable if you meet certain distribution requirements. See the* Roth 401(k) Contributions *section for details.*

**THE BENEFIT OF BEFORE-TAX SAVINGS**

*When you make before-tax contributions to the RAYSIP, it actually costs you less to save the same amount of money when compared with saving on an after-tax basis.\* For example, suppose you are single, your eligible compensation is $55,000 per year and you decide to save 10% of your compensation, or $5,500, in the plan. By saving with before-tax dollars, you lower your taxable income and save money. Here's how:*

|  | You save 10% on a before-tax basis | You save 10% on a Roth 401(k)\* or after-tax basis |
|---|---|---|
| Your eligible compensation | $55,000 | $55,000 |
| You save 10% in the plan on a before-tax basis | $ 5,500 | -0- |
| Your taxable income | $49,500 | $55,000 |
| Your federal income and FICA tax | $ 9,766 | $11,141 |
| You save 10% in the plan on an after-tax basis | -0- | $ 5,500 |
| Your take-home pay | $39,734 | $38,359 |
| Your tax savings for this calendar year | $ 1,375 | |

*\*While your immediate tax consequences mimic after-tax savings, with Roth 401(k) contributions, tax benefits are realized later. Specifically, if your withdrawal of Roth 401(k) contributions and any related earnings meets IRS regulations, no part of your distribution is taxable. However, if you withdraw before-tax contributions and any associated earnings, or any earnings associated with after-tax contributions, the plan is required to withhold 20% of any withdrawal for federal taxes, plus any applicable state taxes. An additional 10% penalty usually applies to the withdrawal of previously untaxed money (such as before-tax contributions and earnings on both before- and after-tax contributions to your account) made before age 59½.*

Taxes for this example are based on filing single with one exemption using 2016 federal tax withholding tables. In most states you would also save on state income taxes, which are not shown in this example. This example is for illustrative purposes only. Your situation would likely differ depending on a number of factors, including actual earnings, amount saved, where you live and tax law changes. Remember, with before-tax and after-tax contributions, taxes will generally be due on at least a portion of any distribution you take from your plan account.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

## Rollover Contributions

In certain circumstances, you may also make a tax-deferred rollover contribution to your account as of or after your date of employment or re-employment, even if you choose not to contribute to the plan. If you are an active employee of Raytheon and receive an eligible rollover distribution from another qualified savings and/or retirement plan (other than a retirement plan sponsored by Raytheon), from a Simplified Employee Pension–Individual Retirement Account (SEP-IRA), and/or from an individual retirement account (IRA) you have as a result of a previous rollover from an employer's plan, you may be able to defer taxes and penalties by rolling your distribution over into RAYSIP. You may also be eligible to roll over other forms of retirement savings, including:

- 403(b) and 457 plan accounts;
- After-tax retirement savings from a previous employer's retirement plan;
- Qualified domestic relations order (QDRO) distributions received from another qualified employer's retirement plan; or
- Distributions received as the beneficiary of a participant in another qualified employer's retirement plan.

In addition to simplifying the management of your retirement funds, rolling other retirement accounts into your RAYSIP account may save you money—particularly with IRAs, as most IRA administrators charge an annual fee.

Rollovers must be received within 60 days of your receipt from the other qualified savings and/or retirement plan or IRA. Otherwise, your rollover must be treated as a taxable withdrawal.

For information on making a rollover contribution to the plan or to request a rollover form, call the Savings and Investment Service Line. Information and forms are also available through NetBenefits.

## Changing or Stopping Your Contributions

You may change or stop the amount you contribute to your account at any time by visiting NetBenefits or by calling the Savings and Investment Service Line. It's important to note that the company's matching contributions to your account (described in the section *Company-Matching Contributions)* end if you stop making contributions to your account.

If you stop your contributions, you may restart them at any time by visiting NetBenefits or by calling the Savings and Investment Service Line. In this case, the company's matching contributions to your account resume when you begin contributing to your account again.

Any change you request, including stopping or starting contributions, will become effective as soon as administratively feasible. You will receive written confirmation of your requested change from Fidelity.

If your employment ends, your current contribution percentage election will remain on record for 35 days from your last day worked, unless you go online or call to change it. After 35 days, to comply with IRS regulations, Fidelity will automatically set your contribution percentage to zero. If you are re-employed or receive any payments after your termination date, the contribution percentage on record for you at that time—whether your most recent election or zero—will apply until you change or stop contributions. Please note that severance payments, salary continuation and Results Based Incentive (RBI)/Performance Sharing Program (PSP) payments that are made after your termination date are not eligible for RAYSIP.

If you are on a leave of absence for military service, your participation in RAYSIP continues. For information about how contributions are affected during a military leave of absence, see the section *If You Take a Leave of Absence* later in this section.

# Company-Matching Contributions

To encourage your participation in the plan, Raytheon matches a portion of the amount you save in RAYSIP each pay period. The amount of Raytheon's contribution depends on your date of employment or most recent re-employment, as shown in this chart:

| If Your Date of Employment Or Most Recent Re-Employment Is/Was: | Each Pay Period, Raytheon Matches Your Savings Dollar-for-Dollar: |
|---|---|
| On or after January 1, 2010 | Up to the first 3% of your eligible compensation (up to the first 4% of your eligible compensation after five years of continuous employment with the company)* |
| On or before December 31, 2009 | Up to the first 4% of your eligible compensation* |

*Regardless of your date of hire, you are eligible for a company-matching contribution of up to the first 4% of your eligible compensation if you are in one of the following employee groups: L01, L02, L03, RNI or RNP.
If your employee group is RN8, RNT, RNY or RTU, the amount of the company's matching contribution varies from those listed above. For details, call the Savings and Investment Service Line or contact your local Human Resources representative.

The company match is made regardless of whether your savings are before-tax, after-tax, Roth 401(k) or catch-up contributions—or any combination of these. You are immediately 100% vested in the company match.

You must make contributions to your account in order to receive a matching contribution from the company. *If you stop your contribution for any pay period, you will not receive a matching contribution for that pay period. In addition, matching contributions will not be made up in the future or at the end of the plan year.*

Company-matching contributions are invested in the same options you elect for your contributions. For information about the plan's investment options, see *Investing the Money in Your Account* later in this section.

## Raytheon Stock Fund: Contributions and Transfers

Prior to January 1, 2005, company-matching contributions were invested in the Raytheon Stock Fund. **You may transfer any company-matching contributions currently invested in the Raytheon Stock Fund to any other RAYSIP investment option(s) at any time.**

In addition, you may have chosen to invest your own contributions in the Raytheon Stock Fund. To encourage you to diversify the money in your RAYSIP account (see the inset box *Importance of Diversifying Your Retirement Savings* to learn more), no more than 20% of your RAYSIP contributions may be directed to the Raytheon Stock Fund. Funds may not be transferred from another investment option into the Raytheon Stock Fund—either by action you take or action taken by Financial Engines Professional Management—if more than 20% of your total account balance is invested in the Raytheon Stock Fund.

The Raytheon Stock Fund invests primarily in Raytheon common stock. It also invests in a small amount of short-term cash investments, so that the fund can buy or sell every business day, without the usual trade settlement period associated with stock transactions.

Your RAYSIP account statement (see the section *Investing the Money in Your Account*) shows any balance you have in the Raytheon Stock Fund in "units." The value of a unit includes the market value of the Raytheon common stock, plus any short-term cash or liquid investments held by the fund (usually from ¾% to 1¼%). Using unitization for this fund does not change the market value of your investment.

> **RAYTHEON STOCK OWNERSHIP PROGRAM (RAYSOP)**
> *Until January 2005, Raytheon made contributions to the Raytheon Stock Fund in your RAYSIP account through the Raytheon Stock Ownership Program (RAYSOP) component of the plan. The last contribution to this program for most eligible employees was made in March 2005, representing the benefit earned for 2004. However, certain participants whose participation is governed by a collective bargaining agreement received RAYSOP contributions until December 2006.*

You must contribute to your account to receive the company's matching contribution. You will not receive a matching contribution for any pay period in which you do not contribute to your account. Missed company-matching contributions for pay periods in which you did not contribute cannot be made up in future pay periods or at the end of the year.

To confirm your employee group, see your *Employee Fact Sheet,* which is available on oneRTN (click on the *MyInfo* link under *Life and Career).* Questions? Contact your local HR representative.

# Owning the Money in Your Account

You always own, or are vested in, the value of your contributions as well as company-matching contributions to your account, including investment earnings on those contributions, provided that:

• You are not subject to a collective bargaining agreement with a vesting schedule; **and**

• You worked for a Raytheon participating business unit on or after January 1, 1999.

Special rules apply if:

• You did not work for a participating business unit after December 31, 1998; or

• You worked for Raytheon UTD or Photon but you terminated employment before the merger of those employers' 401(k) plans with RAYSIP, and your employer contribution account was not fully vested at the time of your termination.

For more information, call the Savings and Investment Service Line.

# Investing the Money in Your Account

When you first enroll in RAYSIP, you are asked to choose how to invest the money in your account. The investment elections you choose apply to *all* your contributions—before-tax, after-tax and Roth 401(k), as well as Raytheon's matching contributions. If you do not make an investment election, your and Raytheon's contributions will be invested automatically in the Janus Balanced Fund Class N until you change the investment direction.

The plan offers 17 core investment options, including three asset allocation funds. Asset allocation funds are designed to meet specific investment objectives and offer a "one-stop shopping" approach to investing.

In addition, for sophisticated investors, the plan offers Fidelity BrokerageLink, a self-directed account that allows you to invest in a broad range of mutual funds and exchange traded funds (ETF). (Note that at least 10% of your RAYSIP contributions must be invested among the 17 core investment options.) You make your investment choices in increments of 1%, and change your investment choices as your needs change.

---

**PROFESSIONAL INVESTMENT HELP AVAILABLE**

*Since there are as many approaches to investing as there are people, unless you're well-versed in the field, developing the strategy that's right for you may require expert advice. To help, Raytheon offers Financial Engines—a leading, independent provider of investment advisory services for 401(k) plan participants. Whether your investment style is hands-off or hands-on, Financial Engines offers an independent advisory service for you. See the section* Professional Help Available through Financial Engines *for details.*

---

To meet the needs of a variety of investors, RAYSIP offers a range of investing approaches. Whether you think developing a plan is best left up to the experts, feel confident in your ability to choose investments, or fall somewhere in between, RAYSIP offers an investment approach that's right for you. Before making any investment decisions, think about how involved you want to be in developing and managing an investment strategy. For guidance, see the next page.

# Choose the Investment Approach That's Right for You

| Level of Your Involvement | Investing Approach |
|---|---|
| **Not Very Involved** | **Have a Professional Do It for You**<br>**Financial Engines Professional Management\***<br>*For those who do not have the time, interest or expertise to actively manage their investment accounts (fee applies)*<br>• Develops and implements a customized investment strategy using RAYSIP's core investment options (listed later in this section)<br>• Takes into account your personal situation—preferred risk tolerance, desired retirement age and other retirement income sources, if applicable<br>• Automatically monitors and manages your investments (buying and selling, as necessary) to keep pace with changes in your retirement horizon, the economy and investment markets |
| **Slightly More Involved** | **Do It Yourself: One-Stop Shopping**<br>**Asset Allocation Funds**<br>*For those who want a diversified portfolio, and have a strong sense of which mix of stocks and bonds best fits their investing style*<br>You select the asset allocation option(s) that best matches your investing style:<br>• Income Oriented Allocation Index Fund, designed for more conservative investors (35% stocks/65% bonds)<br>• Janus Balanced Fund Class N, designed for more moderate investors (normally 60% stocks/40% bonds)<br>• Growth Oriented Allocation Index Fund, designed for more aggressive investors (75% stocks/25% bonds) |
| **More Involved** | **Have a Professional Make Recommendations for You**<br>**Financial Engines Online Advice\***<br>*For those who are confident making investment decisions on their own and monitoring their accounts over time (no additional fee)*<br>• Models different contribution rates, risk preferences and retirement ages<br>• Provides personalized recommendations for your retirement portfolio using RAYSIP's core investment options (listed later in this section)<br>• Takes into consideration savings, investment mix, risk preferences, retirement age, additional retirement income (such as Social Security or a pension) and retirement income goals<br>• You choose whether or not to implement the recommendations<br>• You manage your investments over time |
| **Much More Involved** | **Do It Yourself**<br>**RAYSIP's Core Investment Options**<br>*For those who prefer having the flexibility to take a more active role in choosing their investments from a select number of options and are somewhat confident with investing and asset allocation*<br>• Choose from RAYSIP's core investment options (listed later in this section) |
| **Completely Involved** | **Do It Yourself**<br>**Fidelity BrokerageLink®**<br>*For experienced investors who are comfortable managing risk and having the responsibility of more closely monitoring this portion of their investment portfolio (no annual fee, however a Securities and Exchange Commission (SEC) sales fee and brokerage commissions apply)*<br>• Provides access to thousands of Fidelity mutual funds and non-Fidelity mutual funds, available through Fidelity FundsNetwork® and exchange traded funds (ETFs)<br>• Does not provide access to Raytheon's core investment options |

\*For more information about this program, *see* Professional Help Available through Financial Engines *later in this section.*

Financial Engines is a leading, independent provider of investment advisory services for 401(k) plan participants. To try a Financial Engines program, log on to www.financialengines.com/forRaytheon or call 877-401-5762 (representatives are available Monday through Friday from 8:30 a.m. to 8 p.m. ET). For more information, see *Professional Help Available through Financial Engines* later in this section.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

**RAYSIP**

## Core Investment Options

To help you build an investment portfolio with varying amounts of risk and return that are appropriate for you, Raytheon and Fidelity offer a streamlined lineup of 17 core investment options, including three asset allocation funds. Asset allocation funds are designed to meet specific investment objectives and offer a "one-stop shopping" approach to investing. The lineup is structured to focus on an analysis of the characteristics of each investment option's general investment categories, **not** on the actual options and their holdings, which can change frequently and often overlap between investment options, creating a false sense of diversification.

You can invest in any combination of these options, giving you a wide range of investment choices to help meet your personal goals.

---

**IMPORTANCE OF DIVERSIFYING YOUR RETIREMENT SAVINGS**

*To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.*

*In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of RAYSIP. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals and different tolerances for risk.*

*It is also important to periodically review your investment portfolio, your investment objectives and the investment options under RAYSIP to help ensure that your retirement savings will meet your retirement goals.*

*The Department of Labor website provides sources of information on investing and diversification at www.dol.gov/ebsa/investing.html.*

---

**BEFORE YOU INVEST, BE SURE TO KNOW …**

*All investment funds offer a different potential rate of return and associated level of risk. Risk means the possibility that your investment may go up or down. High-risk investments may fluctuate more over the short term but may offer the potential for higher returns over longer periods of time. Rate of return means the percentage of gain or loss on the money invested over a specific period of time.*

*For detailed information about RAYSIP's core investment options, see the fund's prospectus (if available) or fact sheet (available for funds that are not publicly traded), available on NetBenefits or by calling the Savings and Investment Service Line. The prospectus/fact sheet provides valuable information about the fund it describes, including the fund's investment goals, risk level, performance and any applicable fees.*

---

**RAYSIP**

## RAYSIP Core Investment Options

RAYSIP offers 17 core investment options across a broad risk spectrum. You can invest in any combination of these professionally managed core investment options. Note that 10% of your total RAYSIP account must be invested in the core investment options (you can allocate up to 90% of your account balance to the BrokerageLink account, described later). If you do not make an investment election, your and Raytheon's contributions will be invested automatically in the Janus Balanced Fund Class N, until you change the investment direction.

The chart below shows the risk spectrum of the core investment options. Categories at the top are typically less risky but have a potentially lower rate of return. Categories at the bottom are typically more risky but have a potentially higher rate of return.


### Money Market Fund
- Fidelity Institutional Money Market Government Portfolio—Institutional Class


### Managed Income Fund
- Raytheon Fixed Income Fund


### Bond Funds
- Northern Trust Collective[1] Aggregate Bond Index Fund—DC—Non-Lending—Tier Four[2]
- PIMCO Total Return Fund—Institutional Class


### Balanced/Hybrid Fund
- Principal Diversified Real Asset Fund—Institutional Class
- Income Oriented Allocation Index Fund[2,3,*]
- Janus Balanced Fund Class N[4,*]
- Growth Oriented Allocation Index Fund[2,3,*]


### Domestic Equity—Large-Cap Blend Funds
- Northern Trust Collective[1] S&P 500® Index Fund—DC—Non-Lending—Tier Four[2]
- Vanguard Institutional Total Stock Market Index Fund Institutional Plus Shares


### Domestic Equity—Small-Cap Blend Funds
- T. Rowe Price Institutional Small-Cap Stock Fund
- Northern Trust Collective[1] Russell 2000 Index Fund—DC—Non-Lending—Tier Four[2]


### International/Global Equity Funds
- Harris Associates Oakmark Global Collective[1] Fund
- Northern Trust Collective[1] All Country World ex-U.S. Fund—DC—Non-Lending—Tier Four[2]


### Emerging Markets Fund
- Oppenheimer Developing Markets Fund Class I


### Real Estate
- Vanguard REIT Index Fund—Institutional Shares


### Company Stock Fund
- Raytheon Stock Fund

*These general investment categories do not represent the investment options' objectives, do not predict the investment options' future styles, and do not represent actual or implied performance.*

To maintain the quality and performance integrity of the RAYSIP core investment options—with the exception of the Money Market, Raytheon Fixed Income and Raytheon Stock funds—any investment options that begin to perform below the median of their peer groups, if applicable, and/or benchmarks *or* do not meet other risk evaluation measures may be placed on a "Watch List." If relative performance does not improve, the fund may be eliminated from the plan. For more information on the Watch List, visit NetBenefits.

For detailed information about each option, see the fund's prospectus (if available) or fact sheet (available for funds that are not publicly traded), available on NetBenefits or by calling the Savings and Investment Service Line. The prospectus/fact sheet provides valuable information about the fund it describes, including the fund's investment goals, risk level, performance and any applicable fees.

[1] For a description of collective investment trusts, see the inset box *About Collective Investment Trusts* on the next page.

[2] The Growth Oriented Allocation Index Fund, the Income Oriented Allocation Index Fund and the Northern Trust Collective Index funds are relatively new CITs/funds and/or new classes of existing CITs/funds; therefore, performance history is limited.

[3] This is an asset allocation option. The portfolio of underlying funds for each fund will be rebalanced at every month-end, if needed, to pre-set equity and fixed income targets.

[4] This is an asset allocation option. It normally invests 35% to 65% of its assets in equity securities and the remaining assets in fixed-income securities and cash equivalents. It typically invests at least 25% of its assets in fixed-income securities.

*Regarding our asset allocation funds: Note that this approach to diversification and asset allocation does not ensure a profit or guarantee against loss. In addition, keep in mind that you will need to periodically re-evaluate your risk tolerance and adjust your investments accordingly.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

## ABOUT COLLECTIVE INVESTMENT TRUSTS

*Some RAYSIP investment options are collective investment trusts (CITs). These are tax-exempt, pooled investment vehicles maintained by a bank or trust company for investment by tax-qualified employee benefit plans and governmental retirement plans.*

*While CITs are exempt from registration with the U.S. Securities and Exchange Commission (SEC), they are considered "plan assets" and therefore subject to the Employee Retirement Income Security Act of 1974 (ERISA), as well as oversight by the Office of the Comptroller of the Currency (in the case of national bank trustees), local banking and trust law and SEC (in the case of registered adviser trustees).*

*It is important to note that the Northern Trust Collective Index funds and the Harris Associates Oakmark Global Collective Fund are new CITs, and/or new classes of existing CITs, therefore, performance history may not be immediately available for these funds.*

## DIVIDEND PAYOUT FEATURE FOR THE RAYTHEON STOCK FUND

*With the Dividend Payout feature, you have the option of choosing to receive the dividends paid on your Raytheon Stock Fund balance as a cash payment without a penalty or to reinvest them.*

*By visiting NetBenefits or calling the Savings and Investment Service Line, you can:*

- *Find out if a dividend has been declared for the quarter (the Raytheon Board of Directors decides if a dividend will be paid);*
- *See what date the Board of Directors has selected for payout; and*
- *Elect to receive your dividends in cash, if you wish.*

*You must make your election at least 10 days before the dividend payment date. Once you've made this election, you will continue to receive dividend payments as cash until you elect otherwise.*

*When you choose to receive your dividend payment in cash, it will be taxable in the year it is received. After the end of the year, you will receive a Form 1099-DIV indicating the total dividends you received as cash for the year.*

*It's important to note that while any cash received is taxable as ordinary income, there isn't a 10% penalty associated with this transaction. This means that the Dividend Payout feature allows you to obtain cash from your RAYSIP account to use for any purpose without incurring the 10% early withdrawal penalty normally associated with distributions made before you turn age 59¼.*

*If you have elected to receive dividends in cash, but payments out of your account are not permitted (because of a QDRO) or monies are undeliverable due to an incorrect address, your dividends will continue to be reinvested in your Raytheon Stock Fund account. In addition, the Dividend Payout feature is not available for non-vested RISP accounts. Dividends on non-vested RISP accounts will be reinvested in your account.*

*If you wish to continue to reinvest your dividend proceeds in the Raytheon Stock Fund, no action is necessary. Your dividends will continue to be reinvested on a tax-deferred basis. The choice is up to you. To speak with a Customer Service Representative, call the Savings and Investment Service Line. Representatives are available during business days between 8:30 a.m. and midnight, ET.*

### Becoming a Shareholder

One of the investment options available through RAYSIP is the Raytheon Stock Fund. When you hold stock in the Raytheon Stock Fund, you become a part owner of Raytheon. This means that you are eligible to vote confidentially on important issues at the stockholders' annual meeting, including electing members to the Board of Directors.

Here's how voting works:

- You will receive a packet of information in the mail or via email before the annual meeting. This packet will include an explanation of each issue requiring shareholder voting action, a ballot (also called a "proxy") and instructions on how to complete the ballot, including the deadline by which the ballot must be returned.

- Read the information in the packet carefully, then decide how you wish to vote on each issue.

- Mark the ballot with your votes, sign and date it, then mail it to the transfer agent before the voting deadline.

- The Plan Trustee will vote your shares as you have requested at the annual meeting.

It's important to note that you must return your ballot by the voting deadline or your votes cannot be counted.

# Fidelity BrokerageLink®

With Fidelity BrokerageLink,® RAYSIP provides you with the opportunity to invest in a broad range of investment options beyond the plan's core investment options. BrokerageLink® provides access to the Fidelity Funds Network,® which offers thousands of Fidelity and non-Fidelity mutual funds, and exchange traded funds (ETFs). This additional flexibility and choice may help you build a retirement portfolio that's more tailored to your individual goals.

While many mutual funds and ETFs are available through BrokerageLink, you cannot use the program to invest in any of the core investment options available through RAYSIP, tax-exempt securities, employer securities (including all types of equities, such as common stock, preferred stock, convertible stock and options), physical certificates, precious metal, limited partnerships (including investments that may generate unrelated business taxable income, such as limited partnerships and ETFs with a limited partnership structure), futures contracts, commodities, interest rate options, currencies, currency options, CAPS, or options levels 3, 4 and 5. In addition, you may not invest in any other issue/security that may result in a RAYSIP-prohibited transaction.

## Participating in BrokerageLink

To participate in BrokerageLink, you must establish a Fidelity BrokerageLink account with at least $2,500. Future transfers carry a $1,000 minimum. To open an account, you'll need a BrokerageLink kit, which is available:

- Through NetBenefits at www.netbenefits.com/raytheon. From here:
  - Under *Quick Links,* click on *BrokerageLink.*
  - Review the materials under *Learn More* and *Review BrokerageLink Plan Information.*
  - Click on *Open an Account* and follow the instructions.
- By calling the Savings and Investment Service Line.

Once you receive your kit, complete and return the Fidelity BrokerageLink *Participant Acknowledgment Form.* Approximately two weeks after Fidelity receives your form, you will receive your account number and the *Expand Your World of Investment Choices* handbook.

Once your BrokerageLink account is open, you can direct up to 90% of your future RAYSIP contributions to this service; 10% of your RAYSIP contributions must be invested among the 17 core investment options. You may also choose to transfer up to 90% of your existing contributions and any associated earnings to BrokerageLink. (Note that transfers are not allowed from the Raytheon Fixed Income Fund.)

Although there isn't an annual fee for the service, a SEC sales fee and brokerage commissions apply. For a complete list of fees, please refer to the *BrokerageLink Fact Sheet* and commission schedule in the *Participant Acknowledgment Form*.

For more information about BrokerageLink, log on to NetBenefits or call the Savings and Investment Service Line.

# Changing Your Investments

You may make changes to your investment strategy by transferring your current investments and/or your future contributions as often as you wish, subject to certain restrictions on frequent trading imposed by the funds. For example, you may not exchange money directly from the Raytheon Fixed Income Fund to the Fidelity® Institutional Money Market Government Portfolio—Institutional Class. In this case, money must be invested in other funds for 90 days before it can be invested in the money market fund. For information on short-term trading restrictions, frequent trading policies and/or fees for any specific fund, see the fund's prospectus/fact sheet.

You may change your investment elections in the 17 core investment options by visiting NetBenefits or calling the Savings and Investment Service Line. The change you request will become effective as of the date of your request, provided your request is confirmed by the close of the New York Stock Exchange (normally 4:00 p.m. ET). Changes confirmed after the close of the market or on weekends or holidays will receive the next available closing price.

Most people's financial goals vary over time. When you're young, you may be saving for shorter-term goals, such as buying a home or paying for your child's college education. Later, you may be more concerned about saving for retirement.

With RAYSIP, you can change your investment choices and contributions from time to time, as your needs change. Prior to making any investment decision, you should consider your current situation and your future needs carefully.

You are encouraged to consult with a qualified investment professional if you have any questions. It's important to note that past performance of an investment is no guarantee of future performance.

NetBenefits:
www.netbenefits.com/raytheon
Savings and Investment Service Line:
800-354-3966

You will receive written confirmation of the change from Fidelity once it has been processed. (Note that the minimum exchange amount is the lesser of $250 or 100% of your balance in the fund from which the exchange is being made.)

**Changing Your Investments with BrokerageLink**

Any changes you make to BrokerageLink investments—in terms of exchanges you make from a core investment option into your BrokerageLink account—go through a two-step process, as described here:

- 90% of your transfer amount is immediately available to trade through a Fidelity Retirement Brokerage Services Representative. The remaining 10% is held in the Fidelity BrokerageLink core account, Fidelity Cash Reserves, during the required settlement period to allow for market fluctuation.

- The following business day, the remaining portion of your transfer amount (or 100% if you did not take action the prior business day) is available for trading online or through a representative.

For questions about BrokerageLink trading, refer to your BrokerageLink kit, log on to NetBenefits or call the Savings and Investment Service Line.

## Professional Help Available through Financial Engines

To help you manage your RAYSIP account, Raytheon offers Financial Engines—a leading, independent provider of investment advisory services for 401(k) plan participants. Financial Engines Advisors LLC is an independent, registered investment advisor and wholly owned subsidiary of Financial Engines, Inc., which was co-founded in 1996 by Nobel Prize-winning economist Bill Sharpe. Financial Engines helps participants with their overall retirement picture by offering personalized plans for saving and investing for retirement and retirement income.

Since different individuals have different investment styles—from hands-off to hands-on—Raytheon offers two Financial Engines programs:

- **Professional Management,** in which Financial Engines investment professionals create, implement, monitor and manage a diversified retirement plan just for you. If you choose to participate in Professional Management, your current RAYSIP account is analyzed. Then, based on your personal situation—preferred risk tolerance, desired retirement age and other retirement income sources you may have, if you choose to provide this information—a customized investment strategy is created and implemented for you using the 17 core investment options.

  Your account is regularly monitored and your RAYSIP investment options are actively managed (bought or sold, as necessary) to keep pace with changes in your retirement horizon, the economy and investment markets.

  You will receive quarterly, printed Retirement Updates and always have access to investment advisor representatives by calling 877-401-5762 (the Advisor Center is open Monday through Friday from 8:30 a.m. to 8 p.m. ET).

  The cost to participate in this program is 0.40% for the first $100,000 in your RAYSIP account balance. That's about $3.33 a month for each $10,000 in your account. Discounts apply for higher account balances. Fees are deducted directly from your account on a quarterly basis. There are no commissions or transaction fees for the program, and you can end your participation at any time. For a complete fee schedule, log on to www.financialengines.com or call 877-401-5762.

- **Online Advice,** which is designed for RAYSIP participants who are confident in making investment decisions on their own and monitoring their accounts over time. With Online Advice, you can model different contribution rates, risk preferences and retirement ages.

  Once you select Online Advice, you are prompted to include any outside retirement investments—such as your spouse's account(s), IRAs and brokerage assets. Online Advice then provides personalized recommendations for your total retirement portfolio, considering savings, investment mix, risk preferences, retirement age, additional retirement income (such as Social Security or a pension) and retirement income goals.

For more information about Financial Engines, visit NetBenefits or call 877-401-5762.

*Professional Management* is available to all RAYSIP participants, but can be especially helpful to those who are not active, hands-on, educated investors, or to those who have portfolios that aren't appropriately diversified.

NetBenefits:
www.netbenefits.com/raytheon
Savings and Investment Service Line:
800-354-3966

Using this information, Online Advice provides specific recommendations, personalized to your goals. It is up to you, however, to implement any recommendations you receive.

While you don't pay an additional cost to use Online Advice, the program's cost is included in the cost of providing education and retirement-planning tools to all RAYSIP participants.

While Financial Engines can take a lot of the guesswork out of investing, you still are required to be an active participant in managing your investments.

You can find more information about these programs and enroll in either program on NetBenefits or by calling Financial Engines at 877-401-5762.

*Financial Engines® is a registered trademark of Financial Engines, Inc. Professional Management and Online Advice are provided by Financial Engines Advisors LLC. Financial Engines does not guarantee future results, and is not affiliated with Fidelity Investments or its affiliates. Note that Financial Engines may not be available to participants with an address outside the United States nor to 16(b) insiders.*

---

**ADDITIONAL RETIREMENT PLANNING SERVICES**

*In addition to Financial Engines, all RAYSIP participants have access to free one-on-one retirement-planning sessions with a Fidelity retirement planning representative.*

*Your retirement representative will assess your personal financial circumstances and help you develop a detailed investment plan that may include a suggested model portfolio strategy, indicating specific RAYSIP investment options and their target percentages.*

*In addition, Fidelity offers other financial planning programs, including retirement planning for those who are nearing retirement and multiple-goal planning as well as access to more than 170 Fidelity Investor Centers across the United States.*

*See the* Work/Life *section for more information about all these retirement planning services available to you.*

---

## 404(c) Applicability

RAYSIP is intended to constitute a plan described in Section 404(c) of the *Employee Retirement Income Security Act* and Title 29 of the Code of Federal Regulations, Section 2550.404(c)-1. Each individual participant in a 404(c) plan, such as RAYSIP, is responsible for his or her own investment decisions. Plan fiduciaries are relieved of liability for any losses that are a direct and necessary result of investment instructions given by a participant or beneficiary.

This section of your handbook is intended to provide you with an understanding of how RAYSIP works and the investment alternatives available to you under the plan. Additional information about basic investment principles, investing to meet your needs and detailed fund information—including fund expenses and performance—is available through NetBenefits or by calling the Savings and Investment Service Line.

Each participant should consider whether, under his or her particular circumstances, a consultation with a qualified professional financial advisor is appropriate. Any specific questions with respect to the plan should be directed to Fidelity, the plan's recordkeeper.

## Your Account Statement(s)

Quarterly account statements are automatically available through NetBenefits. When you log on to NetBenefits, you can enter your email address to receive an email notification that your updated statement is available. If you'd like to receive a paper statement(s), you can change your preferences on NetBenefits or call the Savings and Investment Service Line.

Your RAYSIP statement shows:

• Your total account value as of the last business day of the quarter;

• Your total vested account value as of the last business day of the quarter;

• Transactions you or Professional Management made during the quarter and transfers among funds;

• The total value of and interest or income earned on each of your investments; and

• Information about any outstanding loans you may have.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

**RAYSIP**

If you have a BrokerageLink account, you will receive a separate quarterly statement from BrokerageLink, which will contain more detailed transaction and account information.

Every effort is made to report the information on your statement(s) accurately. However, you are responsible for verifying that your deferral percentages are correct and that any transactions you or Professional Management made during the quarter (e.g., investment fund changes or fund transfers) are reflected. If you find an error, you must call the Savings and Investment Service Line within 90 days of receiving your statement(s). It may not be possible to correct errors reported after that time.

To learn the value of your account or view/request a statement(s) of your account at any time, visit NetBenefits or call the Savings and Investment Service Line. Accounts are valued at the close of the New York Stock Exchange (NYSE) each business day.

To learn the current value of your account or view/request a statement of your account at any time, visit NetBenefits or call the Savings and Investment Service Line.

**EDUCATIONAL TOOLS**

*In today's investment market, staying informed is essential. That's why RAYSIP offers a number of tools, including:*

- Fund profile *updates for information about investment funds specially designed for RAYSIP participants;*

- Prospectuses/fund fact sheets. *Click on a fund name anywhere it appears on NetBenefits and see a snapshot of investment information, including fund performance, Morningstar ratings, Lipper rankings, style maps and volatility measures;*

- Watch List, *which lists the funds the Investment Committee has determined to be currently performing below the median of their peer group and/or benchmarks or are not meeting other risk evaluation measures;*

- Online e-Learning seminars. *Offered several times per week, learn about investing by attending a web workshop;*

- Portfolio analysis. *Assess the diversification of your entire portfolio, including Fidelity workplace savings and personal investing accounts;*

- Investment research. *Screen, evaluate and compare plan investment options that may meet your preferences;*

- Retirement health care calculator. *Estimate your potential out-of-pocket health care costs in retirement; and*

- Retirement income planner. *Assess the strength of your retirement income plan and evaluate the plan against common retirement risks.*

*To take advantage of these tools, visit NetBenefits or watch your home mail during the year.*

Each quarter, Raytheon publishes useful information about the plan and a summary of current topics regarding its administration. This "Message from Raytheon" is available by visiting NetBenefits. (If you receive paper account statements, this message is included in your mailing.)

# Accessing the Money in Your Account

## Borrowing Against Your Account

RAYSIP is designed primarily to help you build savings for the future. However, there may be times when you need access to the money in your account before you retire.

While you are still employed with Raytheon, you may borrow against your account balance for any reason. Unlike a withdrawal from your account, you pay no current federal income taxes on the amount you borrow, provided you repay the loan within the specified time period.

The minimum you may borrow is $500. The maximum you may borrow is the lesser of 50% of your account balance (which is the total of your investments in the core investment options and BrokerageLink) or $50,000, minus your highest outstanding loan balance during the previous 12 months. If the amount you wish to borrow is more than is available in your core investment options, you will need to move any needed balance from your BrokerageLink account to the core investment options before your loan will be processed. You may have two loans outstanding at a time. Once you have paid off a loan, there is a 21-day waiting period before you can initiate another loan. If you obtain a loan from your RAYSIP account, there is a $50 loan origination fee.

The funds for any individual loan are taken first from any company-matching contributions in your account, proportionately reducing the amount in each investment option, and then from your contributions, again proportionately reducing the amount in each investment option. Note that your RAYSOP component and RISP account, if applicable, are not accessible for loans and may not be taken into account for calculating loan amounts.

When you borrow from your account, you repay the loan with automatic after-tax deductions from your pay. Loan payments are reinvested in the reverse order of how loan funds were borrowed, which means your contributions are repaid before company-matching contributions are repaid. Your entire payment, including any interest, is reinvested in the same investment options and in the same percentages that you have selected for your current contributions.

The interest charged on your loan is a fixed rate equal to the prime rate published in *The Wall Street Journal* on the last business day of the quarter (March, June, September and December) preceding the quarter in which the loan is made. The interest rate is fixed for the duration of the loan. You will not be charged any fees to continue a loan.

To apply for a loan, you may call the Savings and Investment Service Line, or you can request a loan from your RAYSIP account through NetBenefits. With this feature, you have the ability to model and initiate a loan online any time—virtually 24 hours a day, seven days a week. In most cases, you will receive a check within 10 business days of your request. Instead of waiting for a check, you may have the proceeds transferred electronically to your bank account. This feature also gives you the ability to set up or change your bank account information online via NetBenefits or through a Customer Service Representative, available by calling the Savings and Investment Service Line.

***Repaying Your Loan.*** Based on the reason for your loan, you may choose the repayment schedule that works best for you. The maximum repayment period for a loan to purchase your principal home or residence is 15 years. The maximum repayment period for all other loans is five years. You may also repay the full balance or any portion of the balance of your loan at any time in a lump-sum payment. Please note that loan repayments must be made in substantially level payments of principal and interest. For information, call the Savings and Investment Service Line.

If you have an outstanding loan and are approved for a leave of absence or are laid off, you may make arrangements to continue to repay your loan either online at NetBenefits or by calling the Savings and Investment Service Line. You can continue making payments on your loan by arranging for a "one-time" payment every two weeks through Automated Clearing House (ACH)—the nation's conduit for electronic funds transfer (EFT)—or you can choose not to make loan payments for up to 12 months or the length of your layoff period, whichever is less. At the end of this 12-month period, if you haven't been re-employed by Raytheon, Fidelity will convert your status to "terminated" on its system and send you

While RAYSIP is a great way to save for retirement, you have access to certain money in your account to meet shorter-term financial goals while you are still an active employee.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

information about repaying your loan with automatically recurring ACH payments. If you have missed any payments during the 12-month period, you will be required to become current in your payments in addition to arranging for automatically recurring ACH payments. If you fail to both make up your missed payments *and* arrange for automatically recurring ACH payments, the loan will be defaulted and the outstanding balance will be treated as a taxable distribution from the plan and may be subject to applicable income taxes and penalties. For more information, see the section *Important Information about Taxes.*

If you are not actively at work and not receiving severance or disability benefits, you will be required to make payments in the same frequency as you had been making payroll payments while you were actively at work; the loan will not be re-amortized to monthly payments.

If you are re-employed by Raytheon before the end of the 12-month layoff period, your payroll repayments will resume and, if you had chosen not to make payments during that period, you will be required to become current in the payments that you missed.

If your employment ends, Fidelity will send you an ACH instruction packet that will describe how to continue repaying your loan on a monthly basis. You can arrange for a "one-time" payment each month or set up automatically recurring monthly ACH payments either online at NetBenefits or by calling the Savings and Investment Service Line. If you would like to repay your loan by check, call the Savings and Investment Service Line to request payment coupons. If no payments are made within 90 days of your termination, the loan will be defaulted and the outstanding balance will be treated as a taxable distribution from the plan and may be subject to applicable income taxes and penalties. You will be sent a notice advising you of the specifics about your loan before your loan is defaulted. For more information, see the section *Important Information about Taxes.*

Special rules apply to repayment of loans during military service. For more information, call the Savings and Investment Service Line.

---

**ELECTRONIC FUNDS TRANSFER (EFT) SERVICES AVAILABLE**

*The electronic funds transfer (EFT) service allows participants to transfer funds electronically between their bank account and Fidelity. Offered by Fidelity, this service enables participants to electronically authorize Fidelity to debit or credit their checking or savings account.*

*For example, in the event you need to take a loan or withdrawal from your RAYSIP account, you may arrange for an EFT to your bank account. Approximately 10 business days after you set up an EFT through NetBenefits, your proceeds from any loan or withdrawal will be automatically deposited in your bank account within one or two business days—offering you quicker access to your money.*

*Electronic transactions are processed through ACH. If you have any questions about this service, call the Savings and Investment Service Line.*

---

## Withdrawals During Employment

You may make withdrawals from your *after-tax contributions* and any *rollover contributions* at any time for any reason. When you withdraw your *after-tax contributions,* a pro rata share of the earnings on those contributions must be withdrawn at the same time. The earnings withdrawn are taxed as ordinary income for the year in which the withdrawal is made. When you withdraw your *rollover contributions,* both the rollover contributions and earnings become taxable.

If you are age 59½ or older, you may withdraw *before-tax contributions* and earnings on those contributions for any reason without penalty. Before-tax contributions and earnings on those contributions are taxed as ordinary income when withdrawn.

*Roth 401(k) contributions* and earnings on those contributions can be withdrawn tax-free for any reason provided the withdrawal is a qualified distribution, meaning it is taken at least five tax years from the year of the first Roth 401(k) contribution *and* after you reach age 59½ or become disabled, or in the event of your death.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

You may elect to withdraw *company-matching contributions* made to your account after you have participated in RAYSIP for five years or you are age 59½ or older. Company-matching contributions are taxable upon withdrawal.

Note that your RAYSOP component and RISP account, if applicable, are not accessible for withdrawals while you are still working at Raytheon.

### Hardship Withdrawals

Under the Internal Revenue Code, you may make withdrawals from your before-tax contributions (as well as earnings on these contributions credited to your account prior to December 31, 1988) *before* you reach age 59½ for hardship reasons, as described in this section. You must be able to demonstrate that you do not have any other sources to meet that hardship need, including taking a loan from your account. If you withdraw your own contributions for reasons of financial hardship, you may not withdraw investment earnings on those contributions credited to your account *after* December 31, 1988.

Subject to IRS rules and tax implications, contributions and any associated earnings to a Roth 401(k) account *may* be eligible for a hardship withdrawal. Contact the Savings and Investment Service Line or a tax advisor if this situation applies to you.

Hardship withdrawals may only be made for the following reasons:

- The purchase of your principal residence (not including mortgage payments);

- Tuition, fees, and room and board expenses for the next 12 months of post-secondary education for you, your spouse, your children or your other eligible dependents;

- Certain medical expenses not covered by insurance for you, your spouse, your children or your other eligible dependents;

- The prevention of eviction or foreclosure on your principal residence;

- To pay for burial or funeral expenses for your deceased parent, spouse, child or other eligible dependent; and

- To repair damage to your principal residence that qualifies as a casualty deduction under Section 165 of the Internal Revenue Code. (Examples of *casualty deductions* include damage as a result of car accidents, fires, earthquakes, hurricanes, tornadoes, floods and vandalism.)

It's important to note that when you take a hardship withdrawal, your before-tax and after-tax contributions to your account will be limited to a combined total of 4% (3% if you have fewer than five years of continuous employment with the company) of your eligible pay for the next six months. If you want to increase your contributions after that time period, you must call the Savings and Investment Service Line; you cannot make this change online.

### Applying for a Withdrawal

To apply for a withdrawal, visit NetBenefits or call the Savings and Investment Service Line. In most cases, you will receive a check within 10 business days of your request. Instead of waiting for a check, you may have the proceeds transferred electronically to your bank account. (Electronic transfers typically are processed within two to three business days after you make your request.) This feature also gives you the ability to set up or change your bank account information online via NetBenefits or through a Customer Service Representative. You may be required to provide proof of your hardship before your request can be processed.

There is no minimum withdrawal amount. The amount you withdraw will be taken proportionately from each fund in which you are investing.

***Taxes on Withdrawals.*** Under current federal law, money you withdraw (other than after-tax contributions or Roth 401(k) contributions and associated earnings that are considered a qualified distribution) is taxable as part of your income for the year in which the withdrawal was made. The plan is required to withhold 20% of any withdrawal for federal taxes, plus any applicable state taxes. An additional 10% penalty usually applies to the withdrawal of previously untaxed money (such as before-tax contributions and earnings on both before- and after-tax contributions to your account) made before age 59½.

When you make a withdrawal from your account, you are generally required to pay taxes on all or a portion of the withdrawal amount. You are encouraged to consult a qualified tax advisor before applying for a withdrawal.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

# Receiving Payment from Your Account

Once you are eligible to receive a distribution from your account, you make a distribution election (see *Distributions* below). The Raytheon Stock Fund balance may be paid out in stock if you choose.

## Before-Tax and After-Tax (Excluding Roth 401(k)) Contributions

You are eligible to receive the value of your before-tax and after-tax (excluding Roth 401(k) contributions, described later) contributions and their associated earnings when you:

- Retire;
- Leave the company for any reason other than retirement;
- Become totally and permanently disabled; or
- Die.

When one of these events occurs, Fidelity will send you or your beneficiary information about distributions from the plan. Information may also be requested by calling the Savings and Investment Service Line.

## Roth 401(k) Contributions

You are eligible to receive the value of your Roth 401(k) contributions and their associated earnings tax-free when you make a *qualified distribution,* meaning one that is taken:

- At least five tax years from the year of the first Roth 401(k) contribution; *and*
- After you reach age 59½, become disabled or die.

If you make a distribution that is not qualified, any earnings are taxable.

To make a distribution of your Roth 401(k) contributions, call the Savings and Investment Service Line.

## Distributions

### If the Value of Your Account Is $1,000 or Less

If the value of your account is $1,000 or less, within approximately six months of your termination of employment (or earlier upon your request), your account balance will either be paid out to you in one lump sum and taxes will be withheld, or rolled over to another employer's retirement plan or to an IRA. In this case, you avoid the tax withholding. Fidelity reviews all account balances each quarter.

### If the Value of Your Account Is More Than $1,000

If the value of your account is more than $1,000, you may request a distribution at any time following your termination of employment or leave your money in the plan. You have the option of rolling over your account balance to an IRA or another employer's retirement plan, if applicable, and avoiding the tax withholding.

In all cases, Fidelity will advise you of your options before a distribution is made.

RAYSIP offers the following distribution options:

- Lump sum (with taxes withheld) or lump-sum rollover to another employer's retirement plan or IRA to avoid the tax withholding;
- Recurring, automatic monthly, quarterly, semi-annual or annual installments where you choose the date of the distribution (such as the 1st or the 15th of the month);
- Fixed-dollar installments;
- Ad hoc, partial distributions withdrawn by selected source (e.g., employee pre-tax), fund (e.g., Janus Balanced Fund Class N) or on a pro rata basis across all sources and funds.

Note that you may change any of your prior installment elections at any time.

If you were part of the AST Base 401(k) Plan, the Henggeler Computer Consultants, Inc. 401(k) Plan or the Visual Analytics, Inc. Retirement Plan *and* had frozen Money Purchase Pension Plan Assets as part of that transfer, you are eligible to receive an annuity based on those frozen assets. Those assets are also protected by joint and survivor annuity rules and will require your spouse's notarized consent for most withdrawals and distributions.

Note that the *vested* portion of your RISP account (described later in this section) is included in determining whether the $1,000 threshold is met.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

**Required Minimum Distributions**

Required minimum distributions (RMDs) are annual minimum amounts that you must withdraw from your RAYSIP account starting with the year you reach 70½ years of age or, if later, the year you retire. While you must take your first RMD for the year in which you turn age 70½, you can elect to delay this first payment until April 1 of the following year. For all years following the year you turn 70½, including the year *after* you reached 70½ if you elected to delay the first payment until the following April 1, you must take the RMD by December 31 of each year. When applicable, Fidelity will calculate your RMD amounts.

# Important Information about Taxes

## Before-Tax and Company-Matching Contributions

As long as the money remains in RAYSIP, your before-tax savings, any catch-up contributions, the company-matching contributions, any RAYSOP contributions and any investment earnings on any contributions to your account are not taxable. Taxes apply only when you make a withdrawal or receive a distribution from your account.

You may elect to have all or a portion of any payment you are eligible to receive from RAYSIP paid directly to you or paid as a direct rollover into another employer's retirement plan or IRA.

In some cases, you may be required to pay an additional 10% tax on any payment you receive from the plan before you reach age 59½ if you do not roll it into an IRA or another employer's retirement plan. This additional 10% tax does not apply if payment is made because:

- Your employment with the company ends due to retirement during or after the year in which you reached age 55;

- Your account is distributed due to permanent and total disability; or

- Payment is used to pay medical expenses above the IRS threshold.

For more information about the additional 10% tax, visit www.irs.gov or call the Internal Revenue Service at 800-829-3676 and request a copy of *Form 5329*.

## After-Tax and Roth 401(k) Contributions

Because you made these contributions to RAYSIP using after-tax dollars, any payment to you of after-tax contributions, Roth 401(k) contributions or earnings on Roth 401(k) contributions from RAYSIP is not subject to taxes. (Note that earnings on after-tax contributions may be subject to taxes, as described in the section *Before-Tax and Company-Matching Contributions*.)

***Rollover Option.*** You may choose to roll over any after-tax contributions, Roth 401(k) contributions or earnings on Roth 401(k) contributions to a rollover IRA or certain defined contribution plans.

## Payments Made Directly to You

***Mandatory Withholding.*** If you choose to have payment made directly to you, the plan administrator is required by federal law to withhold 20% of any eligible payment. This amount is sent to the IRS as income tax withholding to be credited against your taxes for the year in which payment is made. For example, if your distribution is $10,000, you will receive $8,000 and $2,000 will be withheld. State tax withholding may also apply. If you receive the payment before you reach age 59½, you may also be required to pay an additional 10% tax, as described earlier.

***Rollover Option.*** In some cases, you may be able to continue deferring taxes on your money by rolling it over into a rollover IRA or your new employer's retirement plan. If the check is made out to you, you must make the rollover within 60 days of the date you receive the check or your payment will be subject to applicable taxes. In addition, if you wish to roll over 100% of the taxable distribution, you must add, or make up for, the 20% that had been withheld. If you roll over only the 80% that you received, you will be taxed on the 20% that was withheld and not rolled over.

This section provides information on federal tax rules that may apply to taxable distributions you receive under the plan. Other rules may apply under your state or local tax laws.

Because tax laws are complex and subject to change, you are encouraged to consult a qualified tax or financial advisor before receiving payment under the plan. You may also obtain information about payments from qualified retirement plans from the IRS. To request a copy of Publication 575, *Pension and Annuity Income* and/or Publication 590, *Individual Retirement Accounts,* visit www.irs.gov or call 800-829-3676.

For information on rolling over your Roth 401(k) account, contact your tax advisor.

For more information about IRAs, including limits on how often you can roll over between IRAs, visit www.irs.gov or call 800-829-3676 and request a copy of Publication 590, *Individual Retirement Accounts.*

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:** 800-354-3966

For example, if you have an eligible distribution of $10,000 that you choose to have paid directly to you, you will receive $8,000 and $2,000 will be withheld for federal income taxes. You have the option of deferring taxes on all or part of your eligible distribution by rolling it over to an IRA or another employer's retirement plan within 60 days of receipt.

You may elect to roll over the full $10,000 by rolling over the $8,000 you received plus an additional $2,000 to make up for the $2,000 that was withheld. In this case, taxes are deferred on the full $10,000 distribution and you may get a refund of the $2,000 withheld when you file your federal income taxes for the year in which the distribution was made.

---

**PAYMENTS ELIGIBLE TO BE ROLLED OVER**

*Certain payments from the plan are considered "eligible rollover distributions." This means that you can defer paying taxes on these payments by rolling them into an IRA, another employer's retirement plan or another eligible retirement vehicle that accepts rollover contributions. Generally, you can roll over the taxable portion of any payment you receive from the plan. You may also roll over after-tax contributions to an IRA (or through a direct rollover described in the next section).*

*You may not roll over required minimum payments from the plan. In general, you must receive a distribution of your account after you reach age 70½, unless you continue working for the company. This required minimum payment cannot be rolled over.*

*For more information about eligible rollover distributions, call the Savings and Investment Service Line.*

---

## Payments Made as Direct Rollovers

You may choose to directly roll over all or any eligible portion of your payment from the plan. In this case, the distribution is paid from the plan to an IRA or another employer's retirement plan that accepts rollovers. If the direct rollover is to an IRA or certain defined contribution plans, you may also roll over after-tax contributions, Roth 401(k) contributions and any associated earnings. If you choose a direct rollover, any applicable taxes are not withheld or applied to the applicable rollover distribution. Any applicable taxes are only applied once you receive a distribution from the plan into which your money is rolled over.

If you wish to have your distribution made as a direct rollover, call the Savings and Investment Service Line to initiate the rollover. You will need to give the service representative the exact name of the IRA or plan into which the payment is being rolled over. The check will be made payable to the receiving plan or IRA and sent to you for deposit to the new plan or IRA.

**Direct Rollover to an IRA.** If you wish to have your eligible rollover distribution paid to an IRA, you must open an IRA to receive the rollover. To do so, contact an IRA sponsor, usually a financial institution. If you are uncertain as to how to invest your money, you may temporarily establish an IRA to receive payment while you make your decision. In this case, you should consider whether or not the temporary IRA will allow you to move all or a part of your payment to another IRA or qualified account without penalties or limitations.

**Direct Rollover to Another Employer's Plan.** If you wish to direct your rollover to your new employer's eligible retirement plan, you must first determine whether or not that plan will accept a rollover contribution and what, if any, restrictions or eligibility requirements apply. It's important to note that employer plans are not legally required to accept rollover contributions. If your new employer's plan does not accept rollover contributions, you may want to consider rolling your money into an IRA, as described earlier.

## Payments Made to Surviving Spouses, Alternate Payees or Other Beneficiaries

Beneficiaries, surviving spouses or alternate payees (i.e., an individual whose interest in the plan results from a QDRO) can take a distribution from the plan at any time. Payments made to a surviving spouse, alternate payee or other beneficiary are not subject to the 10% penalty, even if the individual is younger than age 59½ when payment is received.

For information on rolling over your Roth 401(k) account, contact your tax advisor.

If a portion of your RAYSIP account is invested in the Raytheon Stock Fund, you may receive the stock "in kind" (i.e., in shares instead of cash) and roll over the shares to an IRA. You may benefit by consulting your financial advisor for information regarding special tax treatment of your stock fund's net unrealized appreciation (NUA). For information about the tax basis of your stock account, call the Savings and Investment Service Line.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

However, if a beneficiary, surviving spouse or alternate payee does not elect to take a distribution immediately (and for an alternate payee, if the QDRO does not specify otherwise), the plan will automatically make distributions to the beneficiary, surviving spouse or alternate payee in a lump sum in the following April or October, whichever comes first.

Notification will be sent to the beneficiary, surviving spouse or alternate payee before a distribution is made.

**Payment to a Surviving Spouse or an Alternate Payee.** Surviving spouses and alternate payees may elect to receive payment directly or roll payment over to an IRA, an employer's retirement plan or another eligible retirement vehicle. If payment is made directly to the surviving spouse or alternate payee, the payee may further elect to keep the payment or roll it over.

**Payment to Another Beneficiary.** A beneficiary other than a surviving spouse or alternate payee may elect to receive payment directly or roll payment over to an IRA.

# As Your Needs Change

## If You Take a Leave of Absence

If you take a leave of absence, call the Savings and Investment Service Line for information about how your participation and loan payments, if applicable, may be affected.

## Military Leave

If you are on a leave of absence for military service, you remain a RAYSIP participant. For your RAYSIP contributions, you may choose:

- To deduct your RAYSIP contributions from the differential pay you receive from Raytheon during your military service; or

- When you are eligible for re-employment under the *Uniformed Services Employment and Reemployment Rights Act of 1994* (USERRA) and return to employment, to make elective deferrals or after-tax contributions on a corrective basis to replace the deferrals or contributions that could have been made if you had not been on military leave.

  Any replacement contributions must be made on or after your date of re-employment and before the end of the period that is three times the period of the military service you are returning from, to a maximum of five years.

Any contributions made during your leave or as replacement contributions that are eligible for a company-matching contribution will receive the match. You will also receive any other company contributions (if applicable).

**A Word about Withdrawals.** While you are on a leave of absence for military service, you are permitted to take withdrawals of before-tax and before-tax catch-up contributions. This is in addition to your after-tax contributions and any rollover contributions, which are available for withdrawal at any time for any reason (see the section *Withdrawals During Employment* for more details). Note that your RAYSOP component and RISP account, if applicable, are not accessible for withdrawals while you are still employed by Raytheon.

If this applies to you, call the Savings and Investment Line.

## If You Transfer

If you transfer to another Raytheon business unit:

- *That has adopted the plan,* you will continue as an active participant.

- *Not covered by this plan,* your funds will remain in the plan and you will not be able to make future contributions to your account.

- *That has adopted the plan from one that has not adopted the plan,* you are immediately eligible to begin participating in the plan.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

## If You Are Laid Off

You may not make RAYSIP contributions during the period you receive severance pay. You may, however, continue to participate in RAYSIP in accordance with its terms:

- You may leave your money in the plan until you reach age 70½ if the value of your RAYSIP account (including RAYSOP) is $1,000 or more.
- You may request an immediate distribution of all your vested RAYSIP funds (including any RAYSOP component).
- If you have a loan, you may make arrangements to continue to repay your loan either by calling the Savings and Investment Service Line or logging on to NetBenefits. You also have the option of temporarily suspending your loan payments for up to 12 months or the length of your layoff period, whichever is less. For details about loan repayment options and guidelines, refer to the earlier section *Borrowing Against Your Account.*

In addition, during the first 12 months following your layoff date:

- You may take a full layoff withdrawal of all your vested accounts, including your RISP account; and
- If eligible, you may be able to take out a loan from your RAYSIP account.

You will receive information from Fidelity regarding loan repayments and distribution options for your RAYSIP account balances. To apply for a hardship withdrawal or loan, or if you have any questions, call the Savings and Investment Service Line.

## If You Die

If you die, the value of your account is payable to your designated beneficiary(ies). If you have not named a beneficiary or your designated beneficiary does not survive you, payment will be made in the following order of priority:

- Your spouse;
- Your children;
- Your parents;
- Your brothers and sisters; or
- The executor/administrator of your estate.

If no beneficiary can be located, the value of your account may be forfeited.

# Other Important Information

## Fees

RAYSIP charges the following types of fees:

- **General administrative fees** incurred for expenses such as recordkeeping, trustee, communication materials, education, retirement planning, audit, legal, consulting and other administrative expenses;
- **Investment management fees** associated with management and operating expenses of investment options; and
- **Loan origination fees** for those who take out a loan.

General administrative fees are deducted from each plan participant's account on a quarterly basis. All administrative fees for the quarter are divided equally among all plan participants. Your quarterly account statement will show the administrative fees charged to your account for that quarter.

Investment management fees are deducted from each investment fund and are reflected in the fund's net asset value. For details on the management fees for a specific fund, refer to the fund's prospectus/fact sheet or call the Savings and Investment Service Line.

To view a breakdown of fees, see the *RAYSIP Plan Administrative Costs* notice that is posted quarterly on NetBenefits (find the notice under *Company News*). The notice is also available by calling the Savings and Investment Service Line.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:** 800-354-3966

In addition, if you choose to participate in Professional Management, your RAYSIP account is charged 0.40% for the first $100,000 in your RAYSIP account balance (discounts apply for higher account balances). Fees are deducted directly from your account on a quarterly basis. There are no commissions or transaction fees for the program, and you can end your participation at any time. For more information about Professional Management, see the earlier section *Professional Help Available through Financial Engines.*

## IRC Limits on Contributions

Under the Internal Revenue Code (IRC), the total amount that you can contribute to before-tax and Roth 401(k) accounts combined during any calendar year is limited. For 2016, the maximum amount is $18,000. This amount is adjusted periodically. This limit applies to all before-tax and Roth 401(k) savings plans in which you participate in one calendar year, even if the plans are with different employers. If you find you have exceeded this limit after the end of a year, contact Fidelity by March 15 of the following year and request a refund of excess contributions. You will need to provide a copy of all W-2 forms to Fidelity to document excess contributions due to you.

In addition, the amount of compensation that can be taken into account in allocating contributions to the plan is limited. For 2016, this compensation limit is $265,000 per employer. This amount is also adjusted periodically. Employees whose compensation exceeds this $265,000 limit may have the opportunity to continue saving through a deferred compensation plan.

Under the IRC, any contributions you or the company makes to qualified plans—such as RAYSIP and contributory pension plans, as well as RISP, as described later in this section—are limited to a combined total of $53,000 (plus any catch-up contribution) per year or 100% of earnings for the year, whichever is less.

To maximize the company match, be sure to carefully monitor your RAYSIP contributions so that you do not exceed the $53,000 limit before the end of the year or before you reach the $265,000 compensation limit.

For eligible employees, before-tax and Roth 401(k) catch-up contributions of up to $6,000 in 2016 can be made in excess of these limits. For details, see the information about catch-up contributions in the *Contributions You Make to Your Account* section.

Note that RAYSIP is subject to various nondiscrimination limitations imposed under the IRC. These limitations may affect the amount you, or the company on your behalf, may contribute to your account. You will be notified if these restrictions affect you.

## Plan Security

Your account is held in trust for your exclusive benefit and is at all times invested according to your instructions, except for certain investment restrictions. However, unlike a pension plan, your account is not insured by the Pension Benefit Guaranty Corporation (PBGC). The *Employee Retirement Income Security Act of 1974* (ERISA), a federal law, specifically excludes individual account plans, such as RAYSIP, from PBGC coverage.

## Your Rights

This section describes RAYSIP in general terms. If any conflict arises between this description and the plan document, or if any point is not covered, the terms of the plan document will govern in all cases. If you have any questions about RAYSIP, your participation in it or this section of your handbook, call the Savings and Investment Service Line at 800-354-3966 (TDD# 800-847-0348). Outside the United States, call Fidelity collect by dialing the International Access Code (IAC) and then 877-833-9900. IACs can be found at www.att.com/traveler.

See the *Administrative* section for information related to the administration of the plan.

To help you determine your maximum RAYSIP contribution, the Raytheon Payroll Center offers the *401(k) Estimator* tool. To access the tool, visit *MyInfo* at https://myinfo.ray.com and click on the 401(k) icon.

# Retirement Income Savings Program (RISP)

**AT-A-GLANCE**

- *The Retirement Income Savings Program (RISP) is part of RAYSIP. Generally, you are eligible for RISP as described here if your first day or employment or most recent re-employment with the company was on or after January 1, 2007. The date your participation in RISP begins depends on your date of employment or re-employment, as shown in this chart:*

| If Your First Day of Employment or Most Recent Re-Employment Is/Was: | Your Participation in RISP Begins/Began: |
|---|---|
| On or after January 1, 2010 | After one year of employment with the company. In the case of your re-employment, you must have exhausted any severance pay to which you are entitled when you left the company before your participation in RISP will begin. |
| On or before December 31, 2009 | On your first day of employment or re-employment. In the case of your re-employment, you must have exhausted any severance pay to which you were entitled when you left the company before your participation in RISP began. |

- *If you meet the above eligibility guidelines, Raytheon contributes a percentage of your eligible compensation to your RISP account (see the section* How RISP Works for details). *The percentage is based on your date of employment or most recent re-employment, your age on your date of employment or re-employment as well as your years of service since your date of employment or re-employment. You receive the company's RISP contribution regardless of whether you choose to make your own contributions to RAYSIP.*
- *Except under certain circumstances, you generally become vested in your RISP account once you complete three years of service with the company. In addition, if you were employed by Raytheon:*
  - *Before January 1, 2010,* and you are re-employed on or after January 1, 2010, *or*
  - *Before January 1, 2007,* and you are re-employed on or after January 1, 2007,

  *you will be immediately 100% vested in your RISP account even if you have less than three years of service since your date of re-employment. See the section* Owning the Money in Your Account *for details.*
- *RISP offers the same investment options as are available for other RAYSIP contributions. You may choose to invest the company's RISP contributions in as few or as many investment options as you wish, and you can make changes to your investments as your needs change. (Note that at least 10% of your RISP contributions must be invested among RAYSIP's 17 core investment options. That means you may choose to transfer up to 90% of your account balance to BrokerageLink.) Your investment elections must be in increments of 1%.*
- *Your account is portable, which means you may take your vested RISP account with you if you leave the company.*
- *You cannot make in-service withdrawals from or take loans against your RISP account.*

**RISP Eligibility**

For a list of employee groups that are eligible for RISP, see the next page.

If your employee group is L01, L02, L03, RN8, RNI, RNY, TSD or TSF, you are eligible for an additional employer contribution to your RAYSIP account in lieu of RISP. For details, call the Savings and Investment Service Line or contact your local Human Resources representative.

Note: To confirm your employee group, see your *Employee Fact Sheet,* which is available on oneRTN (click on the *MyInfo* link under *Life and Career).* Questions? Contact your local HR representative.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

## Eligibility for RISP

If your first day of employment with the company was on or after January 1, 2007, you become eligible for the Retirement Income Savings Program (RISP) described in this section as long as you are in an eligible employee group.*

You are also eligible if you were employed by the company on or after January 1, 2007, terminated employment and became re-employed by the company. In this case, if you were entitled to severance pay when your prior employment ended, you are eligible to participate in RISP only if when you returned to the company, you had exhausted any severance pay to which you were entitled when you left the company. (In this document, the term "re-employed" or "re-employment" always means after you have exhausted any severance pay from your previous employment with the company.)

Note that eligibility may differ for employees of joint ventures, employees of Raytheon-acquired companies and union members covered by a collective bargaining agreement. If you have questions about your eligibility for RISP, contact your local HR representative.

*The following employee groups are eligible for RISP as described in this section: 263, 298, 848, H1, H5, H6, HB, HC, HK, HL, HQ, JPS, KS3, R0, R1, R2, R3, R6, RG, RHC, RIS, RNN, RNP, RNQ, RNT, RS2, RS4, RTB, RTE, RTL, RUA, TSA, TSC, R01.

## Enrolling in RISP

If you are eligible, and your date of employment or most recent re-employment is on or after January 1, 2010, you are automatically enrolled in RISP after one year of employment with the company. There aren't any enrollment forms to complete.

If you were employed by the company before January 1, 2010, terminated employment and were re-employed by the company on or after January 1, 2010, you do not have to satisfy the one-year waiting period; your RISP contributions will begin immediately upon your re-employment.

If you do not have pre-2010 service with the company, terminate employment before satisfying the one-year waiting period and are re-employed by the company, your previous service will count toward satisfying the one-year waiting period. In this case, your RISP contributions will begin once you satisfy the one-year waiting period. If you previously satisfied the one-year waiting period, your RISP contributions will begin immediately upon your re-employment.

## How RISP Works

RISP is a feature of RAYSIP. With RISP, the company contributes a percentage of your eligible compensation to a RISP account in your name. For purposes of the company's RISP contributions, your eligible compensation is calculated the same as it is for other RAYSIP contributions, regardless of whether you choose to make your own contributions to RAYSIP.

The amount Raytheon contributes to your RISP account depends on your date of employment or most recent re-employment, your age on your date of employment or re-employment as well as your years of service since your date of employment or re-employment as of the end of the pay period for which the contribution is made. Generally, if your date of employment or most recent re-employment is on or after January 1, 2010, your participation begins after one year of employment with the company. For example, as shown in the first chart on the next page, your age on the date you are employed or re-employed determines the company's initial contribution percentage (2.5%, 3%, 4% or 5%). The company's RISP contribution percentage then increases when you reach new levels of years of service.

To confirm your employee group, see your *Employee Fact Sheet,* which is available on oneRTN (click on the *MyInfo* link under *Life and Career).* Questions? Contact your local HR representative.

**NetBenefits:** www.netbenefits.com/raytheon

**Savings and Investment Service Line:** 800-354-3966

**DATE OF EMPLOYMENT OR MOST RECENT RE-EMPLOYMENT IS ON OR AFTER JANUARY 1, 2010**

| Age on Date of Employment Or, If Re-Employed, Date of Most Recent Re-Employment | PERCENTAGE OF ELIGIBLE COMPENSATION RAYTHEON CONTRIBUTES TO YOUR RISP ACCOUNT (Based on Your Years of Service from Date of Employment or Most Recent Date of Re-Employment) | | |
|---|---|---|---|
| | Less than 10 | 10 but less than 20 | 20 or more |
| Under 30 | 2.5% | 4% | 6% |
| 30 but under 40 | 3% | 5% | 7% |
| 40 but under 50 | 4% | 6% | 7% |
| 50 or older | 5% | 6% | 7% |

Note: Employees of Raytheon Underground Technology Development (UTD) who are working for Raytheon on January 1, 2012, with a date of employment with UTD after December 31, 2009, are eligible for the above RISP percentage based on their age on January 1, 2012. Employees of UTD with a date of employment after January 1, 2012, follow standard RISP rules.

Employees of Ktech whose date of employment with Ktech is before June 15, 2011, will use June 15, 2011, for determining their service and their age for RISP.

Employees of Raytheon Trusted Computer Solutions whose date of employment with RTCS is before April 28, 2012, will use April 28, 2012, for determining their service and their age for RISP.

Employees of Applied Signal Technology Non-Services whose date of employment is before January 1, 2013, will use January 1, 2013, for determining their service and their age for RISP.

**DATE OF EMPLOYMENT OR MOST RECENT RE-EMPLOYMENT IS FROM JANUARY 1, 2007, TO DECEMBER 31, 2009**

| Age on Date of Employment Or, If Re-Employed, Date of Most Recent Re-Employment | PERCENTAGE OF ELIGIBLE COMPENSATION RAYTHEON CONTRIBUTES TO YOUR RISP ACCOUNT (Based on Your Years of Service from Date of Employment or Most Recent Date of Re-Employment) | | | |
|---|---|---|---|---|
| | Less than 10 | 10 but less than 20 | 20 but less than 30 | 30 or more |
| Under 30 | 3% | 5% | 7% | 9% |
| 30 but under 40 | 4% | 6% | 8% | 9% |
| 40 but under 50 | 5% | 7% | 8% | 9% |
| 50 or older | 6% | 7% | 8% | 9% |

Note: Employees of Virtual Technology Corporation who were employed before January 1, 2007, will use January 1, 2007, for determining age and service in this chart.

Employees of Photon Research Associates (PRA) who were employed before October 1, 2008, will use October 1, 2008, for determining age and service in this chart.

Employees of Raytheon Underground Technology Development (UTD) whose UTD dates of employment are before December 31, 2009, are eligible for the above RISP percentage beginning January 1, 2012, based on their age on January 1, 2012.

Raytheon's contribution goes into your RISP account each pay period. The company's RISP contribution is *in addition to* the matching contribution that the company makes to RAYSIP for eligible employees who choose to make their own contributions to RAYSIP. Employees may not make contributions to their RISP account.

**Determining Raytheon's Contribution to Your RISP Account**

The amount Raytheon contributes to your RISP account is based on your age as of your date of employment or re-employment as well as your years of service since your date of employment or re-employment.

For example, an employee who was 32 when first joining Raytheon on:

- *January 2, 2016,* as shown in the top chart, was initially eligible for a RISP contribution equal to 3% of eligible compensation beginning after one year of employment. After three years of service, the employee is fully vested in RISP. Once the employee reaches 10 years of service, the company's RISP contribution increases to 5%. When the employee reaches 20 years of service, the company's RISP contribution increases to 7%,

- *January 2, 2007,* as shown in the bottom chart, was initially eligible for a RISP contribution equal to 4% of eligible compensation. After three years of service, the employee is fully vested in RISP. Once the employee reaches 10 years of service, the company's RISP contribution increases to 6%. When the employee reaches 20 years of service, the company's RISP contribution increases to 8%. And when the employee reaches 30 years of service, the contribution increases to 9%.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

*It's important to note that the Internal Revenue Code (IRC) limits the amount of compensation that can be taken into account when allocating contributions to RAYSIP, including RISP. This compensation limit—$265,000 for 2016—is subject to change from year to year. The IRC also limits the total amount of contributions that can be made to RAYSIP (including RISP) and contributory pension plans. For 2016, this limit is $53,000 and is also subject to change each year.*

*Note: To maximize the company's contributions to your RAYSIP and RISP accounts, be sure to carefully monitor your RAYSIP contributions so that you do not exceed the $53,000 limit before the end of the year or before you reach the $265,000 limit. Please note that catch-up contributions do not count toward these limits.*

*To help you determine your maximum RAYSIP contribution, the Raytheon Payroll Center offers the* 401(k) Estimator *tool. To access the tool, visit* MyInfo *at* https://myinfo.ray.com *and click on the 401(k) icon.*

**Owning the Money in Your Account**

You become 100% vested in your RISP account balance if you:

- Complete three years of service with Raytheon;
- Reach normal retirement age (age 65) while an employee of Raytheon;
- Become totally and permanently disabled; or
- Die while a Raytheon employee.

In addition, if you were employed by Raytheon before January 1, 2007, and you are re-employed on or after January 1, 2007, you will be immediately 100% vested in your RISP account even if you have fewer than three years of service since your date of re-employment.

**Naming Your Beneficiary**

Your RISP beneficiary(ies)—the person(s) or legal entities (e.g., trusts or charities) that will receive your account balance in the event of your death—are the same as the beneficiary(ies) you choose for the rest of RAYSIP. If you have not named a beneficiary for RAYSIP, see *Naming Your Beneficiary* earlier in this section.

**Managing Your RISP Account**

You manage your RISP account the same way as the rest of your RAYSIP account. For details, see *Managing Your RAYSIP Plan Account* earlier in this section.

## Investing the Money in Your Account

The RAYSIP investment options also apply to RISP. For a list of options, see *Investing the Money in Your Account* earlier in this section or visit NetBenefits. Note that at least 10% of your RISP contributions must be invested among RAYSIP's 17 core investment options. That means you may choose to transfer up to 90% of your vested RISP account balance to BrokerageLink.

For your RISP account, you may make different investment elections for the company's contributions than you have chosen for your contributions to RAYSIP. However, if you do not make investment elections, RISP contributions are automatically invested in the Janus Balanced Fund Class N until you change the investment direction. In other words, your RISP investment elections **do not** automatically mirror your RAYSIP elections. If you want your RISP account invested in the same way as your RAYSIP account, you must visit NetBenefits or call the Savings and Investment Service Line. Both resources have complete information about making investment elections.

**Making Changes to Your Investments**

You can make changes to your investments as your needs change. For more information, see *Changing Your Investments* earlier in this section. Note that only vested RISP contributions can be invested in BrokerageLink.

The Dividend Payout feature for the Raytheon Stock Fund described earlier in this section is not available for non-vested RISP accounts. Dividends on non-vested RISP accounts will be reinvested in your account.

**NetBenefits:**
www.netbenefits.com/raytheon
**Savings and Investment Service Line:**
800-354-3966

*Your Account Statement*

Your account statement(s) from RAYSIP will include information on your RISP account. For general information about your RAYSIP statement, see *Your Account Statement(s)* earlier in this section.

## Accessing the Money in Your Account

Unlike the rest of RAYSIP, you cannot borrow against the balance in your RISP account, and you cannot withdraw money from it while you are still working for Raytheon.

## Receiving Payment from Your Account

The value of your vested RISP account is payable when you:

- Retire;
- Leave the company for any reason other than retirement;
- Become totally and permanently disabled; or
- Die.

When one of these events occurs, Fidelity will send you or your beneficiary information about distributions from the plan. Information may also be requested by calling the Savings and Investment Service Line.

### Distributions

Once you are eligible to receive a distribution from your account, you make a distribution election. For details, see the earlier section *Distributions*. If you have a balance in the Raytheon Stock Fund, you may choose to receive that account balance in stock.

### Important Information about Taxes

RISP is subject to various tax regulations. For details, see *Important Information about Taxes* earlier in this section.

### Payments Made to Surviving Spouses, Alternate Payees or Other Beneficiaries

For information, see *Payments Made to Surviving Spouses, Alternate Payees or Other Beneficiaries* earlier in this section.

## As Your Needs Change

### If You Take a Leave of Absence

*Military Leave*

If you are on a leave of absence for military service and are eligible for RISP, Raytheon will continue to make RISP contributions each pay period based on the full 80 hours of pay that is used before determining differential pay.

### If You Transfer

If you transfer to another Raytheon business unit:

- *That has adopted RISP:* You will continue as an active participant or you will become an active participant once eligibility requirements are met.
- *That has not adopted RISP:* Your account balance will remain in the plan and you can manage these investments. However, future RISP contributions will not be made to your account.
- *That has adopted RISP from one that has not adopted RISP:* You will immediately begin participating in RISP so long as you meet the RISP eligibility requirements.

**If You Are Laid Off**

Raytheon will not make RISP contributions during the period you receive severance pay. You may, however, continue to participate in RAYSIP in accordance with its terms:

- You may leave your money in the plan until you reach age 70½ if the vested value of all your RAYSIP accounts (including RISP) is $1,000 or more.
- You may request an immediate distribution of all your vested RAYSIP accounts, including vested RISP monies.

If you are laid off, up to one year of your layoff period may be counted toward the three-year vesting requirement for RISP.

**If You Die**

If you die, the vested value of your RISP account is payable to your designated RAYSIP beneficiary(ies). If you have not named a beneficiary or your designated beneficiary does not survive you, payment will be made in the following order of priority:

- Your spouse;
- Your children;
- Your parents;
- Your brothers and sisters; or
- The executor/administrator of your estate.

If no beneficiary can be located, the value of your account may be forfeited.

## Other Important Information

The following parts of this section are also applicable to RISP:

- *404(c) Applicability,*
- *Fees,*
- *IRC Limits on Contributions,*
- *Plan Security,* and
- *Your Rights.*

In addition, be sure to review the *Administrative* section for information about RISP.



# Work/Life
## at a glance

### in this section

**Time Away from Work**

**Personal and Professional Support Services**

**Legal and Financial Benefits**

**Educational Benefits**

**Charitable Contributions**

- To help you manage life's demands, Raytheon offers a range of work/life benefits.

  - Our time-away-from-work benefits, including paid time off, holidays and leaves of absence, help you take care of specific personal situations and responsibilities.

  - Personal and professional support services include an integrated work/life and employee assistance program, a back-up dependent care program and a service award program.

  - Our legal and financial benefits range from a discount program that can help you save on things you buy every day, to adoption assistance, to opportunities to save on transportation expenses, to a group legal services plan and much more.

  - Raytheon also offers educational benefits, including the Raytheon Scholars Program and assistance with professional development.

  - You may take advantage of convenient payroll deductions to make charitable contributions. Raytheon matches your gifts to eligible educational programs through the Matching Gifts for Education Program.

- In most cases, you are eligible to take advantage of these benefits if you are regularly scheduled to work 20 or more hours per week.

# Time Away from Work

## Paid Time Off

Raytheon's paid time off (PTO) benefit is a time-off plan that you can use for any reason when you want or need time away from work. It combines traditional vacation, sick and personal days in one flexible pool of time that you can use based on your personal needs (with your supervisor's approval).

While PTO accrues on a monthly basis, Raytheon advances you your full year's allotment of PTO on January 1. The exact number of PTO days you receive in any calendar year is based on your years of service in that year. For example, if you will celebrate your fifth anniversary with the company in May, you will receive 20 PTO days in advance on January 1 of that year.

You may carry over unused PTO days into the following calendar year, up to the maximum number of days allowed, based on your years of service. However, if you do not use your total carryover time by the end of the pay period that includes August 31 of the following year, your PTO allotment for the subsequent year will be offset by the number of carryover hours remaining. You may not buy or sell PTO days unless you use PTO days during an approved disability. You may buy back any days that you have used during an approved disability. (For more information, see the *Disability* section.)

This chart summarizes the number of PTO days you are eligible for each year, based on your years of service, as well as the maximum number of PTO days you may have each year, including days carried over from the previous year. *Remember, any PTO you carry over must be used by the end of the pay period that includes August 31, or your PTO allotment for the following year will be offset by the number of carryover hours remaining.*

| Years of Service | PTO Days per Year* | Maximum PTO Days (including carryover from previous year)* |
|---|---|---|
| Less than 1 | 10** | N/A |
| 1–4 | 15 | 20 |
| 5–9 | 20 | 25 |
| 10–14 | 22 | 27 |
| 15 or more | 25 | 30 |

 *If you work part time, your PTO allocation is prorated based on your scheduled hours.

**Prorated, based on date of hire.

If you leave the company during the year, the value of your accrued and unused PTO time will be paid to you in your last paycheck using your base rate of pay as of your termination date. If you use more time off than you have accrued, the difference will be subtracted from your final paycheck or you'll be billed for any difference.

Except in cases of emergency or unforeseen events, you must coordinate your time off with your manager. For more information on the PTO benefit, consult your manager.

## Holidays

Raytheon observes 12 paid holidays per calendar year:

- New Year's Day;
- Memorial Day;
- Independence Day;
- Labor Day;
- Thanksgiving Day;
- Day after Thanksgiving;
- Year-End Holiday (from the day before Christmas through New Year's Eve day).

Holidays may vary based on the contract you work on or your location. Each year's holidays are listed on *Desktop Benefits* at https://raytheon.benefitcenter.com. If you wish to observe a holiday that the company does not observe, you may use your PTO time. In this case, you must coordinate your time off in advance with your supervisor or manager.

The PTO benefit is designed to be flexible so that you can use your time to fit your personal needs—whether it's for vacation time, sick time for yourself or to care for other family members, children's school obligations, personal obligations or during family and medical leave (FMLA) absences. It's important that you coordinate your time off with your supervisor or manager whenever possible.

*Raytheon's PTO benefit complies with paid sick leave laws. This means that Raytheon is not required to provide additional sick leave to employees who are eligible for the PTO benefit. If you work in a state or municipality that mandates sick leave and you are* **not** *eligible for the PTO benefit, you will earn sick leave as required by law.*

If any year's final pay period crosses over into the next year, you can use the current year's PTO during that entire pay period.

To keep track of your available PTO, visit MyInfo at https://myinfo.ray.com and click on *Paid Time Off.* Your pay advice also shows your PTO and Carryover Bank hours under the headings of "Available," "Earned" and "Taken."

## Bereavement Leave

You are eligible for up to three days of bereavement leave for the death of an immediate family member. If you are on an international assignment, your bereavement leave will be administered in accordance with the applicable international policy.

You may use your PTO days for any additional time off or to take time off due to the death of a person who is not a member of your immediate family.

## Family and Medical Leave

Under the *Family and Medical Leave Act of 1993* (FMLA), eligible employees can take up to 12 weeks (or more if required by state law or otherwise noted) of unpaid leave for certain family or medical reasons, including:

- The birth of a child;

- The placement of a child with you for adoption or foster care;

- The treatment of a serious health condition for yourself, your child, your spouse or your parent;

- The care of your child, your spouse, your parent or other next of kin who is a service member with a serious illness or injury incurred during active duty in the armed forces (note that FMLA leave for this reason is available for up to a maximum of 26 weeks, is available only once during any 12-month period and is combined with all other FMLA leave available in that period); or

- Any *qualifying exigency* that arises from your child's, spouse's or parent's active duty in the armed forces, including an order or call to duty. (For more information, contact your Human Resources representative.)

A *serious health condition* is any injury, illness or impairment that requires:

- Inpatient care in a hospital, hospice or residential medical facility; or

- Continuing care by a physician that consists of two or more visits or continuing treatments.

To be eligible for FMLA leave, you must have been a Raytheon employee for at least 12 months and have worked 1,250 hours or more in the past year.

If you are on a family and medical leave and make arrangements to continue your contributions toward the cost of your benefits, you are entitled to continue medical, vision, dental and life insurance coverage during your leave. If any of these coverages lapse while you are on a leave, you will be able to reinstate your coverage upon your return to work without being subject to pre-existing condition exclusions or providing proof of good health. For more information on continuing benefits while on a family and medical leave, refer to the *Administrative* section.

FMLA is a U.S. federal law that applies only to employees who are based in the United States or in a U.S. territory.

## Jury Duty

Raytheon will release employees from work in order to serve on a jury. You should inform your supervisor as soon as possible if you are called for jury duty. For a description of the jury duty policy, see *Policies and Procedures* on oneRTN at http://home.ray.com.

## Annual Military Reserve Duty

Raytheon will pay you the difference between your regular company pay, including shift and supervisory differentials, and your reserve unit pay for up to two weeks each calendar year. Information about your rights under the *Uniformed Services Employment and Reemployment Rights Act of 1994* (USERRA) can be found in the *Administrative* section. For more information on the military reserve duty policy, see *Policies and Procedures* on oneRTN at http://home.ray.com.

# Personal and Professional Support Services

## LifeResources

As a Raytheon employee, you can take advantage of LifeResources—an integrated work/life and employee assistance program (EAP). With LifeResources, you and your family members can access free information, referrals and consultations to help you balance all facets of life:

- **Adult and eldercare services—**To help support adult and elderly dependents, LifeResources includes a wide range of information and resources about care-giving and housing options, chronic illness support, transportation and meal services as well as senior activity groups. If your family member needs more personalized assistance, a LifeResources counselor will make every effort to locate a resource that meets your specifications. Depending on your situation, a special in-home assessment and service program is also available.

- **Child and family care services—**This includes information, consultation and online resources on autism (see the section *Navigator Program Available Through LifeResources)*, adoption, summer camps, daycare, parenting and more. And if you need a new or different childcare service—even on short notice—a LifeResources counselor will make every effort to find options that meet your requirements.

> **NAVIGATOR PROGRAM AVAILABLE THROUGH LIFERESOURCES**
> *The Navigator Program serves families with children who have:*
> - *Autism/autism spectrum disorders,*
> - *Attention deficit disorder/attention deficit hyperactivity disorder,*
> - *The following mood disorders:*
>   - *Anxiety,*
>   - *Depression,*
>   - *Bipolar disorder,*
>   - *Obsessive-compulsive disorder, and*
> - *Behavioral or developmental needs resulting from a separate medical condition.*
>
> *All Raytheon employees and their families have access to clinically licensed, professional autism advocates. These professionals can help individuals diagnosed with autism and their families by:*
> - *Navigating medical and behavioral health services that are covered by any of Raytheon's medical plans;*
> - *Providing education and support;*
> - *Coordinating resources available through school systems, state agencies, health care providers and the community;*
> - *Making referrals for appropriate medical and behavioral services, such as occupational therapy, physical therapy, speech therapy and sensory stimulation; and*
> - *Identifying providers for medical and behavioral services.*
>
> *To reach the Navigator Program, call LifeResources at 866-640-7008.*

- **Convenience services—**If you're too busy to look for a plumber, find someone to walk the dog or figure out where to take your mother-in-law for dinner in Cincinnati, one phone call or email is all it takes to have a LifeResources coordinator do the research for you.

- **Financial services—**If you have questions about your taxes or need investment advice, LifeResources provides unlimited, free phone consultations with credentialed financial professionals. If you're saddled with credit card debt, a Consumer Credit Counseling Services advisor can help you develop a repayment plan and a budget you can handle— free of charge.

To take advantage of the services offered through LifeResources, or to learn more about the program, call 866-640-7008 or visit www. liferesourcesray.com.

Expatriate employees on international assignments have access to a separate international EAP. For information about services or to use this program:

- Call 0800-731-0934 if you are within the United Kingdom;
- Call +44-1865-397-221 if you are outside the United Kingdom; or
- Log on to www.liferesources ray.com.

- **Lactation program for nursing and expectant mothers—**This program offers telephone consultation and support by certified lactation specialists, educational materials and breastfeeding classes. In addition, Mothers' Rooms are available at most major locations. If your health plan does not provide 100% coverage for breast pumps, discounts on breast pumps are available and Raytheon will provide a $75 subsidy toward the purchase of a breast pump for employees who are nursing mothers.

- **Legal assistance—**Whether you need help resolving a landlord/tenant dispute, drafting a will or obtaining a power of attorney, LifeResources offers free, unlimited telephone consultations with an attorney. You are eligible for a free, 30-minute in-person consultation and a 25% discount on additional services. To help resolve conflicts before a lawyer becomes necessary, LifeResources also offers discounted rates on formal mediation services.

- **Life learning services—**LifeResources provides assistance finding educational resources for people of all ages and abilities. Services include online information and searchable databases as well as help locating and evaluating schools, finding classes for children with special needs, assessing adult education opportunities or arranging tutoring services.

- **Personal consultation and counseling—**If you want advice on a variety of issues, including mentoring a staff member, need help handling a troubled teen or are experiencing a stressful work situation, LifeResources provides free, confidential support through an EAP. Professional counselors are available 24 hours a day, 365 days a year, to consult with you on the phone or provide referrals for face-to-face services.

There's never any out-of-pocket cost to use LifeResources—Raytheon pays the entire cost of the program.

### Coordination with Your Medical Plan

LifeResources includes up to eight EAP counseling sessions per problem per year, at no cost to you. If you or a covered dependent needs care beyond what LifeResources can provide, your Raytheon medical plan provides comprehensive coverage for mental health and substance abuse care.

Most Raytheon medical plans offer a network of providers who specialize in the treatment of mental health and substance abuse problems. Every provider in the network has been carefully screened and selected for his or her experience and quality of care.

### How the Program Works

To take advantage of the services offered through LifeResources, or to learn more about the program, simply call 866-640-7008, toll free, or visit www.liferesourcesray.com.

When you call, a professional counselor will work with you to answer your questions or help you find solutions to a wide variety of issues. As always, services are confidential and available 24 hours a day, seven days a week.

## Back-Up Care Advantage Program

The Back-Up Care Advantage Program makes it easier to balance the competing demands of work and life by providing temporary child and adult back-up care when you need to work and your regular care is not available. Bright Horizons, a national leader in dependent care, administers the program for Raytheon.

With the Back-Up Care Advantage Program, you have access to back-up child care services for infants, preschoolers and school-age children through age 12 in the following ways:

- Center-based back-up child care;

- In-home child care; and

- In-home child care for mildly ill children (such as those with a fever, diarrhea or a rash).

In addition, the program provides back-up elder/adult care, including medical care (such as the administration of medication, or blood pressure or diabetes monitoring) and non-medical care (such as meal preparation, bathing, grooming and companion services).

You can use these services up to 20 times per dependent each year for planned needs and last-minute emergencies, such as:

• School vacations;

• To cover for a regular caregiver who needs time off, is ill or is on vacation;

• During a transition back to work after maternity leave;

• To temporarily accommodate a flexible work schedule;

• When a full-time center is closed;

• To give the regular caregiver or stay-at-home spouse a day off; or

• To assist during employee relocation.

In order to use the program, you must register your dependent(s) ahead of time. To register:

• Call 877-BH-CARES (877-242-2737); or

• Log on to http://backup.brighthorizons.com; enter "Raytheon" as your username and "4backup" as your password.

You can register at any time and are encouraged to make reservations up to one month before you will need care. You can always cancel your reservation, without charge, up to 24 hours before care is scheduled to begin. Of course, if you need emergency care, you can call at any time to check availability.

**About the Caregivers**

The Back-Up Care Advantage Program is offered through Bright Horizons Family Solutions. All network child-care centers are accredited by the National Association for the Education of Young Children (NAEYC), or meet or exceed state licensing requirements. In addition, in-home care is provided by agencies that abide by state-issued regulatory requirements.

In accordance with state licensing requirements, all participating agencies perform extensive screening processes for employees; perform criminal background checks and health exams; provide proof of credentials; and thoroughly verify employment references. Caregivers are trained in stress management, working with older adults and handling behavioral issues with children.

Mildly ill child care is likely provided by a certified nurse assistant, or by a home health aide who specializes in pediatric care and is under the supervision of a registered nurse. These caretakers are state-certified, which requires specific education, supervised experience and training.

**Program Costs**

*Copayments*

In addition to the convenience of offering this benefit, Raytheon subsidizes the cost of care you use. The amount you pay depends on the service you use:

• ***Center-based care:*** $15 per child per day, with a maximum of $25 per family per day.

• ***In-home care:*** $4 per hour (with a four-hour minimum).

You may incur additional charges for evening/weekend care, if available, and for medical care.

*Imputed Income*

The Internal Revenue Service (IRS) requires that the company-subsidized portion of the cost of services that you use be treated as taxable, imputed income. Since Raytheon subsidizes the cost of the services you receive through the Back-Up Care Advantage Program, you will need to pay income tax on the *fair market value* of the services you receive. (Fair market value, or FMV, is the average cost of a service you would pay if you purchased these or similar services on your own.)

The month after you use the Back-up Care Advantage Program, the FMV for that service will appear on your pay advice as imputed income and the appropriate taxes will be withheld, decreasing your net pay for that pay period.

For example, if you use the Back-Up Care Advantage Program for in-home care for an eight-hour day, you would pay approximately $36 in taxes (assuming a 28% federal tax bracket).

If you use center-based care for an eight-hour day, the estimated taxes would be approximately $10, because the FMV of providing center-based services is less than in-home care.

These costs are in addition to any copayments that you pay at the time you use the services. Note that these are only examples. The actual taxes due will depend upon your tax bracket.

## Employee Service Award Program

Raytheon's Employee Service Award Program acknowledges the ongoing contributions and dedication of our employees.

# Legal and Financial Benefits

## Hyatt Legal Plans

As a Raytheon employee, you are eligible for Hyatt Legal Plans—a group, prepaid legal plan.

With Hyatt Legal Plans, you and your eligible dependents have access to a nationwide network of attorneys who can help you with a variety of legal-related matters as well as a number of other benefits, including:

- Telephone and office consultations for an unlimited number of personal legal matters;

- Online services, including a law firm e-panel and downloadable legal documents;

- Estate planning;

- Real estate matters, including home equity loans as well as eviction and tenant issues;

- Financial assistance, including with creditors, debt collection defense and identity theft;

- Family, elder and juvenile law;

- Defense of civil lawsuits, including civil litigation defense, school hearings and pet liabilities;

- Consumer protection, including small claims assistance;

- A maximum contingent-fee benefit for personal injury and other matters;

- Unlimited access to the online Personal Law Center; and

- Four free hours of additional attorney office work each year.

You have the opportunity to enroll when you are hired or during the annual benefits open enrollment period. You pay your premiums through convenient payroll deduction on an after-tax basis.

Coverage cannot be dropped during the year. If your employment ends, you can contact Hyatt Legal Plans Inc. to request portability. If you choose to continue coverage, you are required to pre-pay premiums for 30 months. After 30 months, your plan participation ends.

Please note that Raytheon offers this program as a convenience to employees and is not involved in its administration.

## Group Auto and Home Insurance Program

This program offers affordable rates on insurance coverage through national insurance carriers—Liberty Mutual, MetLife Auto & Home® and Travelers.

You can apply for auto and home insurance at group rates and discounts. (Other types of property and casualty insurance are also available.) When you purchase coverage from Liberty Mutual, MetLife Auto & Home or Travelers, you pay your premiums through convenient after-tax payroll deduction over the term of your policy. There are no down payments, no service fees and no monthly checks to mail. In addition, depending on where you live, you may be able to take advantage of special group discounts. You may request a rate quote or apply for coverage through this voluntary program at any time during the year.

All claims payment and underwriting criteria are strictly the decision of Liberty Mutual, MetLife Auto & Home or Travelers. It's important to note that Raytheon offers this program solely as a convenience to our employees and is not involved in its administration or responsible in any way for actions taken by these companies. In all cases, Liberty Mutual, MetLife Auto & Home or Travelers is the administrator.

To learn more about Hyatt Legal Plans, visit www.legalplans.com. If you are a member, click on *Members Log In* and enter your member number. If you are not a member, click on *Thinking About Enrolling* and enter the password 6650010. You may also call 800-821-6400.

**Information for Employees with Long-Term Care Insurance**
If you are currently covered by group long-term care (LTC) insurance that was previously available to Raytheon employees, information about your coverage and answers to any questions are available through your plan carrier, either Prudential (800-732-0416) or MetLife (800-438-6388).

For more information, contact:

| Liberty Mutual | 800-786-1842 www.libertymutual.com/lm/raytheon |
|---|---|
| MetLife Auto & Home | 800-438-6388 https://mybenefits.metlife.com |
| Travelers | 888-695-4640 www.travelers.com/raytheon |

## Retirement Planning Services

All Raytheon Savings and Investment Plan (RAYSIP) participants have access to *free* one-on-one retirement-planning sessions with a Fidelity retirement planning representative.

When you meet—either in-person or by phone (whichever is more convenient for you)—your retirement representative will assess your personal financial circumstances and help you develop a detailed investment plan. Your plan will include specific steps you can take to help you achieve your financial goals, such as a suggested model portfolio strategy, indicating specific RAYSIP investment options and their target percentages.

To help you stay on track, you are eligible for free follow-up sessions—recommended to occur annually, but available as often as you'd like. To schedule your first free, one-on-one retirement-planning session with Fidelity, call 800-887-4015.

In addition, Fidelity offers other financial planning programs and resources, as outlined in this section.

### Retirement Planning for Those Who Are Nearing Retirement

Fidelity offers a comprehensive approach to retirement planning, including investing your savings and preparing to manage your expenses once you stop working. As you approach retirement, you can take advantage of Fidelity's online planning sessions, one-on-one consultations or a combination of both.

Fidelity's online planning tools—the *Retirement Quick Check* and *Retirement Income Planner*—can provide:

- A summary of your financial situation and the likelihood that you will meet your planned expenses throughout retirement;
- A suggested target asset allocation to align your investments with your goals. (Keep in mind that neither diversification nor asset allocation ensures a profit or guarantees against loss);
- Strategies to simplify the management of your portfolio; and
- Specific action steps to help you achieve your retirement goals.

To access these online tools, log on to Fidelity NetBenefits® at www.netbenefits.com/raytheon, and click on *Library* and then on *Calculators & Tools*.

For more information or to schedule your free, one-on-one session, call 800-887-4015, Monday through Friday from 8 a.m. to 8 p.m. ET.

By investing some time with this program before you retire, you'll be better able to project your income and expenses for retirement and manage your investing strategy on an ongoing basis.

### Multiple-Goal Planning

This service is designed to help you allocate your financial assets to align with more than one long-term goal, such as saving for retirement, paying for college, building an emergency fund or planning to buy a home.

For more information and to make arrangements to speak with or meet with a consultant, call Fidelity at 800-825-1792, Monday through Friday from 8 a.m. to 8 p.m. ET.

### Fidelity Workplace Planning and Guidance Center

You also have access to the Fidelity Workplace Planning and Guidance Center, where investment professionals can help you plan for retirement or any other financial goals you may have.

When you call a Workplace Planning and Guidance Center consultant, you benefit from a free consultation with a professional who can understand your individual situation and help you develop simple steps toward reaching your goals. For example, your consultant can:

- Review your current investment choices and asset allocation strategy;
- Help with planning and investing for non-retirement savings goals, such as paying for college, buying a home or building an emergency fund;
- Illustrate how much you will need to retire and the steps you can take to build that account; and
- Develop a plan for income in retirement.

Consultants are available by calling 866-973-5023 Monday through Friday (excluding New York Stock Exchange holidays) from 8:30 a.m. to 8:30 p.m. ET.

## Credit Union

Depending on where you work, you may be eligible to join a credit union available at your location. Credit unions are independent financial institutions that provide checking and savings accounts, loans, individual retirement accounts, mortgages and credit card services. If membership is available, it will be open to you and the members of your immediate family living at home.

For more information, contact your local credit union office.

## Direct Deposit

You must have your paycheck directly deposited into at least one bank account (you can choose up to six accounts). You can change where you've directed your money at any time. To enroll for direct deposit online, visit https://myinfo.ray.com. For more information or an enrollment form, contact GBS Direct Access at 877-291-9990.

## Raytheon Employee Discount Program

The Raytheon Employee Discount Program is administered by Motivano. The program provides you with access to exclusive employee offers and discounts from hundreds of merchants and services nationwide.

Offers include:

- Discounts on movie tickets at Landmark and AMC theatres;
- Raytheon-exclusive offers on wireless phones, mortgage services, as well as Ford, GM and Mitsubishi vehicles; and at Royal Jewelers;
- Discounts on tickets to Disneyland and Universal Studios;
- Up to 25% off of apparel from Timberland and Lane Bryant;
- 25% off purchases at Eastern Mountain Sports; and
- 15% off any flower arrangement from FTD.com.

These offers and more are available at no charge to you and your family members. To see the complete list of merchants and offers now available, visit https://raytheon.benefithub.com. When you first log on, you'll need to create an account using your email address and the referral code FFRD5N. You'll then create a password to be used with your email address whenever you visit the site.

## Adoption Assistance Program

In addition to being a lengthy and emotional process, adopting a child can also be expensive. The Raytheon Adoption Assistance Program is designed to help you meet some of the expenses related to adopting a child up to age 13.

Eligible employees can receive up to $6,000 in adoption assistance benefits when adopting an eligible child. This amount applies to each finalized adoption. Benefits are designed to help offset out-of-pocket costs, including legal expenses, travel, agency fees and certain medical expenses.

Some or all of the adoption assistance benefits may be taxable to you if your adjusted gross income (joint income, if married) for tax purposes is more than the IRS limit. You should consult your tax advisor to determine the extent to which, if any, adoption assistance benefits may be taxable to you.

To apply for adoption assistance benefits, complete an adoption assistance application form, which is available:

- Online at *Desktop Benefits* at https://raytheon.benefitcenter.com; or
- By calling the Raytheon Benefit Center (RBC) at 800-358-1231, Monday through Friday between 8 a.m. and 8 p.m. ET.

If you have any questions about adoption assistance benefits, call the RBC.

### Transportation Benefit

Raytheon's Transportation Benefit, currently offered in most U.S. states, provides savings on commuting expenses through pre-tax payroll deductions. Only Raytheon commuting expenses are eligible, including mass transit costs, vanpool expenses and parking. To find out if your state is eligible or for more information on the Transportation Benefit, call WageWorks® at 877-924-3967, 8 a.m. to 8 p.m. ET Monday through Friday, or visit www.wageworks.com.

This program helps you save on certain commuting expenses by deducting them from your paycheck on a before-tax basis. WageWorks®, a national leader in transportation benefit administration, administers the Transportation Benefit.

Depending on your individual tax bracket, the Transportation Benefit can help you save up to 30% on the following commuting-related expenses:

- Parking located either at or near your workplace or at a location from which you commute to work, such as a vanpool pick-up site or a "park and ride" site; and
- Transit vouchers and fares for public or private mass transit, as well as vanpooling fares (as long as it meets standard vanpool criteria, such as the size of the vehicle).

You can elect to set aside up to $240 per month for parking-related expenses plus an additional $125 per month toward mass transit and/or vanpooling expenses on a before-tax basis (maximum contributions are subject to change, based on federal legislation). Any transit passes or vouchers you buy are mailed to your home.

To enroll in this program, visit www.wageworks.com and click on "Commuter."

You can enroll in the Transportation Benefit at any time during the year; however, a full month is required for processing your request. For example, to participate in the benefit beginning in January, you must enroll by December 1. You can sign up for, change or stop deductions at any time during the year, on a month-to-month basis. (Note: This differs from the health care flexible spending account (FSA) and the dependent care FSA, which require you to elect the amount you wish to set aside for the entire year.)

Only your Raytheon work-commuting expenses are eligible. You may not use your account to reimburse your spouse's or other dependents' commuting expenses. If you're paying for parking where you work, are participating in a vanpool or use public transportation as part of your commute, you can save money through the Transportation Benefit. If you have any questions, please call 877-924-3967, toll free.

*Note: Because of IRS limits on this pre-tax benefit, you may not purchase additional passes/vouchers from the company if you decide to participate in this pre-tax program.*

## Educational Benefits

### Educational Assistance Program

The Raytheon Educational Assistance Program is designed to encourage your professional development and improve your job skills. The program provides reimbursement for tuition and selected fees for approved job- or career-related courses and programs.

Educational benefits may be taxable to you. Please consult a tax advisor for information about how these benefits should be reported and taxed.

For more information, visit the *Educational Assistance* page on the *My Life & Career* tab of oneRTN (click on *Learning),* or consult your supervisor, manager or Human Resources department.

## Raytheon Scholars Program

The Raytheon Scholars Program offers cash awards to assist employee's children, including stepchildren and children for whom you are a legal guardian, who plan to continue their education in college. Your children may apply for an award as long as you work at least 20 hours per week and have at least one year of service with the company.

The program supports a wide range of educational options, including vocational and technical training and associate and bachelor degrees. Scholarships are offered for full-time study at an accredited institution of the student's choice.

All awards may be used for costs associated with undergraduate programs, including tuition, room and board and books. The Raytheon Scholars Program is administered by Scholarship Management Services, a department of Scholarship America.

For more information, visit www.scholarshipamerica.org/raytheon or call 507-931-1682.

# Charitable Contributions

## Charitable Giving through Payroll Deduction

Each year during the annual benefits open enrollment period, you have the opportunity to make gifts to charity. You may elect up to any four organizations recognized as tax exempt under Section 501(c)(3) of the Internal Revenue Code.

To allocate your gifts to the charities of your choice and set up tax-deductible payroll deductions, visit the Charitable Giving through Payroll Deduction website at https://giving. raytheon.com. If you do not have web access, call 888-374-6282 for assistance.

## Matching Gifts for Education Program

Through the Raytheon Matching Gifts for Education Program, the company will match your gift to eligible educational programs dollar-for-dollar. Examples of eligible institutions include:

**Higher Education:**

- Accredited public and private U.S. colleges, universities, community colleges and technical/ vocational schools; and
- United Negro College Fund, American Indian College Fund and Hispanic Association of Colleges & Universities.

**Kindergarten through Grade 12:**

- Public and private nonprofit elementary, middle and secondary schools; and
- Schools serving students with special needs.

As long as you are a regular, full-time employee, Raytheon will match your gift dollar-for-dollar, from a minimum gift of $25 up to a maximum of $10,000 per calendar year. Simply send your gift to the institution of your choice. When you write your check or money order, note "Eligible for Raytheon Matching Gifts for Education Program" in the memo portion.

Then, to register your gift, visit https://giving.raytheon.com. If you do not have web access, call 888-374-6282 and follow the system's step-by-step instructions. You will need your Social Security number when you call. For your security, you will be asked to create a password during your first visit to the website or during your first call. This password must be used in all subsequent contact. For information about the status of your matching gift, visit https://giving.raytheon.com.

For guidelines and additional information about the Matching Gifts for Education Program, call 888-374-6282, Monday through Friday, 8 a.m. to 9 p.m. ET.



# Severance
## at a glance

## in this section

**Eligibility**

**Benefits Available from The Plan**

**Your Benefits While You Are Receiving Severance Payments**

**Reductions in Your Severance Payments**

**If You Are Re-Employed By Raytheon**

**Other Important Information**

- The Raytheon Severance Pay Plan provides severance pay benefits in specified circumstances to eligible employees of participating businesses who are laid off. Benefits paid through the plan come from the general assets of the participating employer.

- Raytheon will make a reasonable effort to notify you at least two weeks in advance if you are to be laid off. This notice counts toward satisfying the notice required by the federal *Worker Adjustment and Retraining Notification Act* (WARN) and any similar state or local law.

- This section highlights basic information about the plan. If there is any conflict between the summary and the terms of the plan, the plan document shall control.

# Eligibility

You are eligible to participate in the plan if:

- You are a salaried or hourly non-bargaining unit employee;

- You are a bargaining unit employee whose union has agreed to the terms of the plan as part of its collective bargaining agreement. (You can request a copy of the collective bargaining agreement from your bargaining unit representative);

- You are regularly scheduled to work 20 or more hours per week; and

- You are an employee on a U.S.-based payroll of a participating employer on or after February 1, 1999 (or the date the plan became effective for the business unit where you are employed) in a unit designated as eligible to participate in the plan. A participating employer is Raytheon Company and any U.S. subsidiary or affiliate that adopts the plan.

The following units are eligible to participate in the plan:

- Integrated Defense Systems (95C), but only with respect to the following employee groups:
  - JPS
  - JVI
  - L01
  - L02
  - L03
  - RNN
  - R0

- Intelligence, Information and Services (95E and 95F), but only with respect to the following employee groups:
  - DNP
  - KS3
  - R6
  - R0
  - RNI
  - RNQ
  - RNS
  - RNT
  - RS4
  - RS5
  - RTL
  - RTU
  - RTV
  - RUA
  - TSA
  - TSC

- Raytheon Missile Systems (95B)

- Space and Airborne Systems (95A)

- Administration and Services Division/Company Shared Services/Corporate (95H).

For questions about your unit's eligibility, see your local HR representative.

As a participant in the Severance Pay Plan, your benefits are subject to the provisions of the *Employee Retirement Income Security Act of 1974* (ERISA), as amended. ERISA provides you with certain rights and protection. For more information about ERISA and your rights, refer to the *Administrative* section.

To confirm your employee group, see your *Employee Fact Sheet*, which is available on oneRTN (click on the *MyInfo* link under *Life and Career*). Questions? Contact your local HR representative.

If you are eligible to participate in the plan, you will receive benefits if you are laid off on or after the date the plan became effective for the business unit where you are employed. For purposes of the plan, "laid off" means you are permanently and involuntarily terminated from employment for one of the following reasons:

- A reduction in force arising out of:
  - The sale, transfer or closing of a plant, division, department or other unit;
  - The sale or transfer of assets of your employer's business; or
  - The result of technological changes in production or position elimination, or any combination thereof;
- A loss or downturn in business;
- A change in job requirements and you are not qualified to perform your new assigned duties based on lack of physical ability (even with reasonable accommodation, as required by the *Americans with Disabilities Act),* skills or experience;
- The unavailability of suitable employment, as determined by the plan administrator, upon your attempted return to work after an approved leave of absence; or
- The unavailability of reasonable employment (see definition in the following inset box) following satisfactory completion of a foreign assignment in those cases where Raytheon makes a written commitment before the start of the foreign assignment that it would assume responsibility for finding reasonable employment upon satisfactory completion of the foreign assignment.

**Severance**

## WHO IS NOT ELIGIBLE TO PARTICIPATE IN THE PLAN

*While the Raytheon Severance Pay Plan is available to many employees, not all are eligible to participate. You are not eligible if you:*

- *Are employed through a cooperative studies or intern program;*
- *Are an independent contractor reclassified as a common-law employee because of an audit by a governmental agency or as a result of any court action;*
- *Are paid through accounts payable, as distinguished from the payroll system;*
- *Have a contract that is subject to the Service Contract Act or Davis Bacon Act;*
- *Are a bargaining unit employee and your union has not agreed to the plan as part of its collective bargaining agreement;*
- *Are employed in a unit that is not eligible to participate in the plan;*
- *Are a leased employee;*
- *Do not sign the required release;*
- *Are regularly scheduled to work fewer than 20 hours per week;*
- *Lose your job because of poor performance, non-performance or misconduct, which includes, but is not limited to, insubordination, dishonesty, theft, violation of company rules and willful destruction of company property;*
- *Voluntarily resign;*
- *Die or become disabled;*
- *Choose early or normal retirement, as long as your decision to retire is not in connection with a reduction in force;*
- *After the sale or transfer of a plant, division or department, are offered reasonable employment by the new owners;*
- *After the loss of a contract with the U.S. government or other public or private entity, are offered reasonable employment from the subsequent employer; or*
- *Do not accept an offer of reasonable employment with the company.*

*For purposes of the plan, reasonable employment means employment offered to you by the company, its affiliates or the entity that acquired the business that employed you, if:*

- *You have the ability and experience to perform the duties of the offered employment;*
- *Your starting base pay in that employment is no lower than 85% of your prior base pay; and*
- *The location of the employment is not more than 25 additional miles (one way) from your most recent employment location.*

*The plan administrator will determine whether a particular offer of employment qualifies as reasonable employment.*

# Benefits Available from the Plan

The benefit amount is generally one week of severance pay (equal to 100% of your base pay) for each full year of your credited service.

A *year of credited service* means 12 months of credited service with Raytheon and is determined as of the date you are laid off. Credit is not given for partial years of service. For example, if you worked at Raytheon for six years and 11 months, you have six years of credited service.

The following chart shows how many weeks of severance pay you are eligible for based on your years of credited service. If your employment anniversary occurs during the time you are receiving severance pay benefits, you will not earn an additional year of credited service and your benefits from the plan will not be extended.

| Years of Credited Service | Weeks of Severance Pay |
| --- | --- |
| Up to 2 | 2 weeks |
| 3 | 3 weeks |
| 4 or more | 4 weeks plus one week for each year of credited service in excess of 4 years, to a maximum of 26 weeks |

Note that for employees with breaks in service, credited service is determined based on the provisions of the policy *Reinstatement of Service Credit* (policy number 236-RP).

## Minimum and Maximum Benefit

The minimum payment is two weeks of severance pay. The maximum payment is 26 weeks of severance pay.

## Receiving Severance Payments

Before any severance payments will be made, you must sign a release agreement. Severance payments are usually made weekly or biweekly, depending on how you were normally paid. Severance payments end if you die during your severance period.

# Your Benefits While You Are Receiving Severance Payments

This section of your handbook describes how your Raytheon-provided health and welfare benefits, as well as retirement benefits (if applicable), are affected by your severance.

## Your Medical, Vision, Dental, Raytheon Company-Paid Basic Life Insurance and Health Care or Dental and Vision Flexible Spending Account (FSA) Benefits

The only benefits that continue during your severance period are medical, vision, dental and Raytheon Company-paid basic life insurance coverages—as well as participation in a health care FSA or a dental and vision FSA (available only to participants in an HSA Advantage plan), if applicable.

If you are enrolled in an HSA Advantage plan, you may continue to make contributions to your health savings account (HSA). However, you will not receive any future lump-sum contributions from the company.

If your severance benefits cross over into the next plan year, you may continue your FSA participation into the next plan year as long as you enroll during the benefits open enrollment period.

With the *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA), you and your eligible dependents may extend your health coverage after your termination. For more information about COBRA and how to elect COBRA coverage, refer to the *Administrative* section.

Your severance benefits will be reduced by the amount of your required contributions toward these benefit plans. Your and your dependents' coverage ends when your severance pay period ends. For example, if you are entitled to 10 weeks of severance pay, you are entitled to 10 weeks of continued coverage and deductions for these benefit plans will be taken from your severance pay.

*If there is a break between the time your regular pay ends and the time your severance payments begin* (e.g., if you do not return the signed release agreement before the deadline), Raytheon pays for your share of these coverages during that period. Once your severance payments begin, the amount paid will be deducted on a pro-rata basis from your total number of severance payments. If your coverages continue during the gap period, your coverages will end *before* the date that your severance payments end. Note that if you do not sign the release (and, as such, do not receive any severance payments), your coverage will be cancelled. In this case, you must reimburse the company for all costs incurred (such as benefits paid on your behalf) as of your last day worked.

**AN EXAMPLE**

*John is entitled to 10 weeks of severance pay and 10 weeks of medical and employer-paid basic life insurance coverage. However, he did not return his signed release agreement until four weeks after the date he was laid off. During these four weeks, his coverages continued. Because he is entitled to receive these coverages for 10 weeks and has already used four weeks before his severance payments began, his coverages will continue for six more weeks even though he will receive severance payments for 10 weeks.*

### Continued Coverage with COBRA

After your Raytheon coverage ends, you may continue your and your dependents' medical, vision and dental—as well as any health care or dental and vision FSA participation—through COBRA, the *Consolidated Omnibus Budget Reconciliation Act of 1985.* While COBRA allows you to continue coverage for a certain period of time, you must pay the full cost plus 2% of the premiums under COBRA. For more information about COBRA, refer to the *Administrative* section.

## Your Retirement Plan Benefits

You may not make contributions to the Raytheon Savings and Investment Plan (RAYSIP) and Raytheon will not make contributions to RAYSIP or the Retirement Income Savings Program (RISP) during the period you receive severance pay.

If you are a participant in the Raytheon Non-Bargaining Retirement Plan, your severance payments will not be reduced to make any required contributions for the contributory portion of the plan and you will not receive service credit under the plan for your severance pay period.

If you are a participant in a different Raytheon pension plan, service credit may continue during your severance pay period. Call the Raytheon Benefit Center (RBC) at 800-358-1231 for more information.

## Your Optional Life Insurance, AD&D Insurance, Disability and Dependent Care FSA Benefits

Deductions will **not** be taken from your severance payments for the optional life insurance plans, the accidental death and dismemberment (AD&D) plan, the short-term disability (STD) plan, the long-term disability (LTD) plan, the supplemental LTD plan or the occupational LTD plan. Additionally, your contributions to a dependent care FSA will cease. Your coverage and benefits with these plans will end as of your last day worked. The only exception is if you elect to convert your life insurance and/or AD&D coverage; see the appropriate section of this handbook for information about converting your life insurance and/or AD&D coverage.

**RESOURCES TO EASE YOUR SEVERANCE PERIOD**

*Raytheon understands the stresses a severance period may bring. To help you find new employment, the company offers the following programs.*

**Education Reimbursement Benefits**

*In addition to severance pay, you are eligible to receive education reimbursement benefits. This program is designed to help you during your severance period by providing tuition reimbursement after you successfully complete a Raytheon-approved course that is not approved or fundable through any other source.*

*The maximum education reimbursement benefit available is $2,500.*

*To receive the education reimbursement benefit, the training (or course work, if applicable) must begin no later than 12 months after the date you are laid off and be completed no later than 18 months after the date you are laid off.*

*For more information about this benefit, see your local HR representative.*

**Employee Assistance Program (EAP)**

*The Employee Assistance Program (EAP) is a free, confidential counseling and referral service available to you and your family. Administered by LifeResources, the EAP is available 24 hours a day, seven days a week for assistance with a wide range of personal and work-related problems, including, but not limited to:*

- *Anger or anxiety;*
- *Marital, relationship or family concerns;*
- *Depression, alcohol or drug abuse;*
- *Personal or financial problems;*
- *Domestic violence;*
- *Eating disorders; and*
- *Stress.*

*There aren't any out-of-pocket costs to you or your family member to use the service during your severance period and the plan provides up to eight counseling sessions per problem per year.*

*To take advantage of this service, call LifeResources at 866-640-7008.*

For more information about the EAP, see the *Work/Life* section.

# Reductions in Your Severance Payments

Certain deductions will be made from your severance payments, as described below.

## Taxes and Other Legal Obligations

Your severance benefits are subject to employment taxes—such as those for Social Security and Medicare—as well as federal and state income taxes. Your benefit may also be reduced by the amount of any legally required withholding, such as for child support or bankruptcy payments.

## "Plant Closing" Payments

Your benefits will also be reduced by any "plant closing" payments Raytheon is required to pay you in accordance with any federal, state or local laws. However, any severance payments you receive will not be treated as "dismissal payments." Therefore, depending on applicable state law, you may be entitled to receive unemployment benefits while you are receiving severance benefits.

# If You Are Re-Employed by Raytheon

If you receive severance payments and are later re-employed by Raytheon, your severance payments will end.

## Eligibility for the Severance Pay Plan

If you are re-hired by Raytheon, you once again become eligible for future participation in the Severance Pay Plan according to the guidelines described in the *Eligibility* section. In such event, the number of weeks of severance pay you would be entitled to receive would depend on the extent to which you would receive credit for prior service under the policy *Reinstatement of Service Credit* (General Policies and Procedures 236-RP). Under this policy, as currently in effect, if your prior service was:

- *Less than three months,* you would not be entitled to receive credit for prior service;
- *Three months or more but less than five years,* you would be entitled to receive credit for your prior service only if it was longer than the period of absence; or
- *Five years or more,* you would be entitled to receive credit for your prior service only if your period of absence did not exceed five years.

## Independent Contractors

If you are laid off and eligible for severance benefits, you *cannot* be hired as a Raytheon consultant or independent contractor for at least six months after the date you are laid off.

# Other Important Information

The plan administrator has the exclusive authority to administer and interpret the plan, including questions of fact.

## Amendments or Termination of the Plan

The plan may be amended or terminated, in whole or in part, at any time by Raytheon; the company's Vice President, Human Resources and Global Security; or other authorized officer or committee.

## Filing a Claim

In most cases it will not be necessary for you to file a claim to receive benefits from the Severance Pay Plan. In most layoff and reduction situations, management will identify those employees who are to be involuntarily separated and will provide them with the release form that must be signed before a participant is eligible for severance pay under the plan.

If you believe you are entitled to severance pay and have not been provided with a release form, you should file a written statement with your local Human Resources office stating your name, employee number, department number and the reason why you believe you are entitled to severance pay.

## Claims Appeal

If a claim is denied, you will receive a written explanation. You have the right to request a review of the claim by contacting the plan administrator. Please see *Applying for Benefits* in the *Administrative* section for details.



# Administrative
## at a glance

## in this section

**Continued Coverage under COBRA**

**Applying for Benefits**

**Special Rules for Health And Disability Claims**

**Coordination of Benefits**

**Subrogation and Reimbursement Obligations of Participants and Beneficiaries**

**Your Rights under ERISA**

**Your Rights under HIPAA**

**Your Rights under FMLA**

**Your Rights under USERRA**

**Your Rights under HEART**

**Your Rights under NMHPA**

**Your Rights under WHCRA**

**Assignment of Benefits**

**Qualified Domestic Relations Orders**

**Qualified Medical Child Support Orders**

**Important Information About the Defined Contribution Plan**

**Plan Costs**

**Other Important Information**

**Plan Directory**

- The previous sections of this handbook describe the specific provisions of the various benefit plans and programs available to you as an employee of Raytheon Company. In addition to understanding these provisions, it's important that you know about your rights as a participant in these plans.

- This section provides important information about those rights as they apply to the Raytheon benefit plans currently in effect, how the plans are administered and your rights as a participant. This section, together with each of the specific plan sections included in this handbook, constitutes the summary plan description for each of your Raytheon benefit plans. If there is any difference between the information contained in this document and the actual plan documents, the plan documents will always govern.

- This information is provided to meet the disclosure requirements for health, welfare and defined contribution plans under the:
  - *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA);
  - *Employee Retirement Income Security Act of 1974* (ERISA);
  - *Health Insurance Portability and Accountability Act of 1996* (HIPAA);
  - *Family and Medical Leave Act of 1993* (FMLA);
  - *Uniformed Services Employment and Reemployment Rights Act of 1994* (USERRA);
  - *Heroes Earnings Assistance and Relief Tax Act of 2008* (HEART);
  - *Newborns' and Mothers' Health Protection Act of 1996* (NMHPA); and
  - *Women's Health and Cancer Rights Act of 1998* (WHCRA).

# Continued Coverage under COBRA

## Medical, Vision and Dental Coverage, Employee Assistance Program, Health Care Flexible Spending Accounts and Dental and Vision Flexible Spending Accounts

Under the *Consolidated Omnibus Budget Reconciliation Act of 1985* (COBRA), you and your covered family members may extend your medical, vision and dental coverage; Employee Assistance Program; and/or your participation in a health care flexible spending account (FSA) or a dental and vision FSA (available only to participants of an HSA Advantage plan), if coverage ends because of a "qualifying event" (described in this section). You and your covered family members may extend coverage for a certain period of time by paying the full group rate plus an administrative charge (usually 2%).

You and your covered family members each have an independent right to elect extended coverage. You or your covered family members do not have to prove good health in order to continue coverage under COBRA. If you decide to extend coverage, you will receive the same coverage as active employees and their covered family members. After you have elected extended coverage, you have the same rights as similarly situated active employees to add dependents and make other changes in your coverage.

If you are enrolled in an HSA Advantage plan and your employment is terminated (including by retirement) and you choose to continue coverage, you may continue to make contributions to your health savings account (HSA). In addition, if you become enrolled in Medicare Part A, Part B and/or Part D, while you can continue your participation in an HSA Advantage plan, you can no longer make contributions to your HSA and company contributions must stop.

When you elect continued coverage under COBRA, you have the same rights as an active employee to change your coverage options during the annual benefits open enrollment period or if you experience a qualified change in status.

## Qualifying Events

The time period for which you may extend coverage is determined by the reason your coverage ends (called the "qualifying event") and by whether the coverage is for you or for your covered family members. It is important to note that only employees and family members who actually are covered under a Raytheon medical plan, vision plan, dental plan or Employee Assistance Program; or who are participating in a health care FSA or a dental and vision FSA (available only to participants of an HSA Advantage plan) on the date of the qualifying event are eligible to elect extended coverage. Only the coverage in effect on the date of the qualifying event can be extended. For example, if you are not enrolled in a health care FSA on the date of the qualifying event, you are not eligible for extended health care FSA coverage.

As an employee of Raytheon, you have a qualifying event if:

- Your employment is terminated (for any reason other than gross misconduct); or
- Your becoming ineligible for coverage is due to reduced work hours.

If one of these qualifying events occurs, you and each of your covered family members may extend coverage for 18 months. Raytheon will notify you of your right to elect extended coverage under COBRA. Your cost for continuing coverage during this period will be no more than 102% of the group cost.

The following are considered qualifying events for your covered family member(s):

- Your enrollment for Medicare benefits (under Part A, Part B, Part D or all three);
- Your spouse, if he or she becomes divorced or legally separated from you, the employee;
- Your dependent no longer meets the plan's definition of a dependent (for example, if a dependent child reaches the maximum age limit for coverage); or
- Your death.

In the case of one of these qualifying events, your covered family members may continue coverage for 36 months, provided they remain eligible for coverage under the plan during that time.

If you participate in a health care FSA or a dental and vision FSA (available only to participants of an HSA Advantage plan) and experience a qualifying event (as described here), your FSA can only be continued under COBRA for the duration of the plan year in which the qualifying event occurs. In other words, any COBRA-elected FSA will expire at the end of the plan year during which you experienced a qualifying event. The only exception is if you are laid off, are eligible for Raytheon severance benefits and your severance benefits cross over into the next plan year. In this case, you may continue your FSA participation into the next plan year as long as you enroll during the benefits open enrollment period.

If one of these events occurs during the 18 months that you have continued coverage, each of your covered family members (but not you) will be entitled to extend coverage for a total of 36 months.

## If You Become Disabled While Covered under COBRA

If you are, or your dependent is, totally disabled at any time during the first 60 days of COBRA coverage, coverage for you and your covered dependents may continue beyond the initial 18 months (as long as you or your dependent remains disabled), up to an additional 11 months, for a total of 29 months.

To be eligible for 29 months of continued coverage, Social Security must determine that you or your dependent qualify for disability benefits under the Social Security Administration's definition of disability. This determination must be made within the initial 18-month eligibility period. The cost for the additional 11 months of coverage will be 150% of the group cost.

## Notification Period

If there is a dependent qualifying event (such as divorce, legal separation or loss of dependent status), you or your eligible family members must notify the Raytheon Benefit Center (RBC) at 800-358-1231 within the later of 60 days of the event or 60 days of the date coverage would otherwise end. You then will receive a *COBRA Continuation Coverage Election Notice* and full details about continuing your coverage. If you do not notify the RBC within this 60-day time period, your eligible family members will not be allowed to elect COBRA coverage.

## Election Period

Once a qualifying event occurs and you or one of your covered family members has been notified of your right to continue coverage, you or your dependent will have 60 days in which to elect coverage. This 60-day period begins on the later of the date you were notified of the continuation option or the date coverage would otherwise end.

## When COBRA Coverage Ends

COBRA continued coverage will end for you and each of your covered family members when the earliest of the following occurs:

- You or your covered family members fail to pay any required premium.
- You or your covered family members become entitled to Medicare benefits (under Part A, Part B, Part D or all three).
- You or your covered family members become covered under another health plan (unless that plan doesn't provide coverage for a pre-existing condition for which you are being treated).
- The plan is terminated for all employees.
- The maximum continuation period expires.

If you have questions concerning COBRA coverage, contact the RBC:

Raytheon Benefit Center
PO Box 199422
Dallas, TX 75219-9422
https://raytheon.benefitcenter.com
800-358-1231

**For Participants in E-Systems and HRB Systems Retirement Plans**
Note that having COBRA coverage when you start your pension makes you ineligible for retiree medical coverage. Contact the RBC at 800-358-1231 for more information.

**A SUMMARY OF COVERAGE OPTIONS UNDER COBRA**
*Note that this chart provides a summary of your coverage options under COBRA. For a more comprehensive description of COBRA, see the previous pages.*

| You may purchase continued coverage if you would otherwise lose coverage because | For up to* |
|---|---|
| Your employment ends or your hours are reduced (except for termination due to gross misconduct) | 18 months for you and your eligible family members |
| You are or an eligible family member becomes disabled within the first 60 days of continued coverage and the Social Security Administration approves the disability | 29 months for you and your eligible family members |
| You divorce or legally separate from your spouse | 36 months for your spouse and eligible dependent children |
| Your dependent child is no longer an eligible dependent, as defined by the plan | 36 months for your dependent child |
| You become entitled to Medicare and want to continue coverage for your dependents | 36 months for your spouse and dependent children |
| You die | 36 months for your spouse and dependent children |

*For all qualifying events combined

**Alternatives to COBRA**
In addition to COBRA, note that other coverage continuation options may be available for you and your covered family member(s) through the Health Insurance Marketplace (also known as the Health Insurance Exchange), which is operated by the federal government or your state, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period."

# Applying for Benefits

The previous sections in this document summarize the procedures for claiming benefits under the plans. You should follow those procedures when you are required to file a claim for a benefit. Claim forms may be obtained from each applicable plan carrier. These forms should be completed and filed according to the time restrictions that apply to each plan.

If you do not receive benefits to which you feel you are entitled, you may file a written claim with the appropriate claims administrator, listed in the *Plan Directory* later in this section.

The general claims procedures for all plans are summarized in the following sections. There are special rules that only apply to claims under the health and disability plans, which are summarized in the section *Special Rules for Health and Disability Claims.* For a complete description of the claims procedure for a particular plan, see the applicable plan document.

## If Your Claim Is Denied

### Medical Claims

If your claim is denied in whole or in part, you will generally receive a written explanation within 90 days after receipt of your claim. This explanation will cover the specific reasons for the denial of your claim, the specific references in the plan documents that support the denial, a description of any material or information you must provide to perfect your claim and the reasons why that material or information is necessary and the procedure available for further review of your claim.

If more than 90 days are needed to review your claim for benefits, you will receive a written notice of the reason for the delay and the date by which you can expect to hear of a final decision. The plan claims administrator must request missing or incomplete information prior to the expiration of the 90-day period in which the claims administrator is to rule on the claim.

### Dental Claims

If your dental claim is denied in whole or in part, you will receive an *Explanation of Benefits* (EOB). The EOB will cover the reasons for the denial of your claim and provide information on how to appeal your denied claim.

314

## Your Right to Appeal a Denied Claim

**Medical Claims**

You have a right to appeal a denied claim. You must submit a written application to the appropriate claims administrator within 60 days after you receive the claim denial notice. For the names and addresses of the claim administrators to contact for appeals, refer to the *Plan Directory* later in this section.

You have the right to submit written comments, documents, records and other information relating to your claim. You will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.

The applicable administrator will conduct a full and fair review of your appeal and will generally notify you of the decision (or give notice if the decision is delayed) within 60 days. If more than 60 days are needed to review your appeal, you will receive a written notice of the reasons for the delay and the date by which you can expect to hear of a final decision. The decision will be in writing.

If the decision is adverse, it will contain the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim; and a statement of your right to bring a civil action under Section 502(a) of the *Employee Retirement Income Security Act* (ERISA).

**Dental Claims**

You have a right to appeal a denied claim. Your appeal must be received within 180 days of the original decision. The claims administrator will provide you a written resolution of your appeal within 30 business days of receipt of the written appeal.

## Final Decision

Each claims administrator has the authority to make final decisions with respect to paying claims. The plan administrator is responsible for making final decisions with respect to all other issues that may arise under the plans. For some plans, the claims administrator and the plan administrator are the same.

In making a final decision, the applicable claims administrator and the plan administrator have full discretionary power to interpret the meaning of plan provisions and determine all questions arising under a plan, including, but not limited to, eligibility for benefits.

See *Your Rights under ERISA* for more information.

## Time Limit for Court Actions

Under the terms of the benefit plans, any civil action at law or in equity must be commenced within one year of the denial or deemed denial of the appeal from an initial claim denial, regardless of any state or federal statute establishing provisions relating to limitations of actions. In addition, if your benefits are provided under an insurance policy, that policy or the relevant insurance certificate may establish another limitations period for bringing a court action to challenge a benefit denial.

# Special Rules for Health and Disability Claims

With respect to health and disability plans, including claims arising under the medical, prescription drug, vision, dental, health care FSA, dental and vision FSA (available only to participants of an HSA Advantage plan) and the Employee Assistance Program, time limits for deciding and appealing claims are significantly different from those for claims under other welfare plans and the Raytheon Savings and Investment Plan (RAYSIP). Health plan claims are divided into three categories: urgent care claims, other pre-service claims and post-service claims.

**A Note for Residents of California or Hawaii**
Most disputes under health plans available in California and Hawaii and listed as fully insured in the *Plan Directory* must be resolved through arbitration rather than in court. You may contact the insurance carrier for more information about mandatory arbitration.

The time within which you must submit a written application to appeal a denied claim is 180 days (rather than 60 days) after you receive the claim denial notice. If the claims administrator provides a second level of internal appeal, the time within which you must request that second level of appeal is 60 days after you receive the notice of denial of the first level appeal.

Urgent care claims are claims where application of the time periods for non-urgent care determinations could either seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function or, in the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.

A pre-service claim is a claim for a benefit under a group health plan where the terms of the plan require approval of the benefit in advance of obtaining care.

A post-service claim is any claim that is not categorized as a pre-service claim, including claims involving reimbursement of the cost of care that has already been provided.

The chart at the end of this section shows the time limits for the initial determination and decision on appeal of health and disability claims.

Please note that different claims may have different levels of appeals. For more information on levels of appeals, your medical plan's appeals process and how to appeal a claim, call your medical plan (see the *Plan Directory* later in this section for contact information).

## Additional Internal Review Provisions for Health Claims

These additional internal review provisions apply to health claims, unless the program under which the claim arises is a *grandfathered health plan* (applies to medical plans in Hawaii; see *Important Information about the Affordable Care Act* in the applicable *Medical* section).

You have the right to review the file on your health plan claim. The claims administrator must provide you, free of charge, with any new or additional evidence considered by, relied on or generated by the claims administrator in connection with your claim as well as any new or additional rationale. This must be done as soon as possible and at a time that will give you a reasonable opportunity to respond before the final internal decision on your claim.

The claims administrator's notice of denial of your claim will contain information sufficient to identify the claim involved, including the date of service, the claim amount (if applicable) as well as a statement describing the availability, upon request, of the diagnosis code and its corresponding meaning and the treatment code and its corresponding meaning. Requests for these codes do not constitute a request for an internal appeal or the external review described later.

If the claims administrator fails to comply with the required internal claims review procedure, you will be deemed to have exhausted the internal claims and appeals process, and you may initiate the external review process described later or pursue any available remedies under Section 502(a) of ERISA. The exception is if the failures are *de minimis* and do not cause, and are not likely to cause, prejudice or harm to you. If the claims administrator determines that the failures fall within this exception, you may request a written explanation of the failure, and the claims administrator must provide the written explanation within 10 days. If the external review described later or a court rejects your request for immediate review on the basis that the claims administrator's procedural failures were *de minimis,* the claims administrator must notify you (within 10 days after such rejection) of your right to resubmit and pursue internal appeal of your claim. The time for resubmitting your claim will begin to run from the time you receive the notice of your right to resubmit it.

A decision to rescind your health plan coverage is subject to the same internal review procedures as the denial of a claim.

## External Review of Health Claims

These additional external review provisions apply to the health claims described in this section, unless the program under which the claim arises is either an insured health program or is a *grandfathered health plan* (applies to medical plans in Hawaii; see *Important Information about the Affordable Care Act* in the applicable *Medical* section). If the claim arises under an insured

If you have questions about the external review of dental claims, contact Delta Dental at 877-335-8227.

health program, an external review may be conducted in accordance with the external review procedures applicable to the insurance company that provides the plan.

The External Review Program offers an independent process for a review of the denial of a requested administrative or clinical service or procedure, or of the denial of payment for an administrative or clinical service or procedure. The program is available:

- After you exhaust the other appeal procedures described in *Applying for Benefits* and *Special Rules for Health and Disability Claims* **and** you receive a decision that is unfavorable; *or*
- If, after exhausting or being deemed to have exhausted your internal appeals on a health claim (for an administrative or clinical service or procedure), you are not satisfied with the final determination.

Even if you have not exhausted the internal appeal process, you may request expedited external review of a denied claim if you have requested expedited internal appeal and the claim involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize life or health or would jeopardize the ability to regain maximum function. You may also request expedited external review of a denied internal appeal if:

- The medical condition is such that the timeframe for completion of a standard external review would seriously jeopardize life or health, or would jeopardize the ability to regain maximum function; *or*
- The appeal denial concerns an admission, availability of care, continued stay or health care service for which you received emergency services but you have not yet been discharged from the facility.

If the conditions for requesting external review are satisfied, you or an authorized representative may request an external review of the adverse benefit determination by contacting the toll-free Customer Service number on your plan ID card or by sending a written request to the address on your plan ID card. All requests for external review must be made within four months of the date you receive the adverse benefit determination. There is no charge to you for this external review.

Within five business days after receipt of your request for external review, the claims administrator will complete a preliminary review of your request to determine whether:

- You are or were covered under the plan at the time the health care item or service was requested or was provided;
- The adverse benefit determination or the final adverse benefit determination does not relate to your failure to meet the plan's eligibility requirements;
- You have exhausted the internal appeal process, unless you are not required to exhaust it for reasons described earlier; and
- You have provided all the information and forms required to process an external review.

Within one business day after completion of the preliminary review, the claims administrator will issue a written notice to you. If the request is complete but not eligible for external review, the notice will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration. If the request is not complete, the notice will describe the information or materials needed to make the request complete, and you may provide the needed materials by the end of the four-month filing period or the 48-hour period after receipt of the notice, whichever is later.

The external review will be performed through an Independent Review Organization (IRO) by an independent physician who is qualified to decide whether the requested service or procedure is a covered service under the plan. Neither the IRO nor the reviewing physician can have any material affiliation with or interest in the plan, the claims administrator or Raytheon. The particular IRO used for the review will be assigned by the claims administrator on a rotating basis from a list of accredited IROs that the plan has contracted to perform external reviews. Neither you nor the claims administrator will have an opportunity to meet with the reviewer or otherwise participate in the reviewer's decision.

If there is any information or evidence that you or your physician wishes to submit in support of the request that was not previously provided, you may include this information with the request for an external review. Within five business days after assigning the request to an IRO, the claims administrator will forward your request for independent review to the IRO, together with:

- All documents and information relied upon by the claims administrator in making a decision on the case; and

- All other information or evidence that you or your physician has already submitted to the claims administrator.

The IRO will send you a notice that you may submit additional information in writing within 10 business days after receipt of this notice. The IRO will consider the additional information and forward it to the claims administrator.

The IRO will review the internal claim denial for which external review has been requested, without being bound by any decisions or conclusions reached during the claims administrator's internal review. The IRO will consider the documents and information that were provided in a timely manner as well as other information that the IRO considers relevant. The IRO will issue you and the claims administrator a written notice of its decision within 45 days after receiving the request for external review. If the reviewer needs additional information to make a decision, the prescribed time may be extended.

If you request expedited external review:

- The claims administrator's preliminary review to determine whether the request meets the requirements for standard external review must be performed expeditiously; and

- If the request meets the requirements, the claims administrator must notify you of such and send the relevant materials to the assigned IRO expeditiously.

The IRO will issue a notice of its external review decision as expeditiously as your medical condition or circumstances require but no later than 72 hours after receiving the request for expedited external review. If the notice is not in writing, the IRO will issue a written confirmation within 48 hours after notifying you of its decision.

The reviewer's decision will include the clinical basis for the determination. The IRO will provide you and the claims administrator with the decision, a description of the qualifications of the reviewer as well as any other information deemed appropriate by the IRO or required by applicable law.

If the final external review decision is to approve your claim, the plan will provide benefits for the claimed service or procedure pursuant to the final external review decision and in accordance with the terms and conditions of the plan, regardless of whether the plan intends to seek judicial review of the decision and unless or until there is a judicial decision otherwise. If the final external review decision is to deny your claim, the plan will not be obligated to provide benefits for the service or procedure, but you may still have the right to bring a civil action under section 502(a) of ERISA.

You may contact the claims administrator at the toll-free Customer Service number on your plan ID card for more information about your external appeal rights and the independent review process.

| Health and Disability Plans | | | | |
|---|---|---|---|---|
| | Health Plans: Urgent | Health Plans: Pre-Service | Health Plans: Post-Service | Disability Plans |
| **Initial benefit determination** | 72 hours | 15 days | 30 days | 45 days |
| **Extension of time for initial determination** | None | 15 days | 15 days | 30 days (2 permitted) |
| **Time allowed for more information** | 48 hours | 45 days | 45 days | 45 days |
| **Time to file internal appeal** | 180 days 60 days* | 180 days 60 days* | 180 days 60 days* | 180 days |
| **Initial appeal determination** | 72 hours | 30 days** 15 days*** | 60 days** 30 days*** | 45 days |
| **Extension of time for initial appeal determination** | None | None | None | 45 days |
| **Request for external review** | 4 months | 4 months | 4 months | None |
| **Final external review decision on nonexpedited request** | 45 days after IRO receives request | 45 days after IRO receives request | 45 days after IRO receives request | None |
| **Final external review decision on expedited request** | 72 hours after IRO receives request | 72 hours after IRO receives request | 72 hours after IRO receives request | None |

  *For second level of appeal, for claims with two levels of internal appeal

  **For claims with one level of internal appeal

***Per appeal level, for claims with two levels of internal appeals

# Coordination of Benefits

Raytheon's medical and dental plans include *coordination of benefits* (COB) provisions. This means that payments from our plans are coordinated with those you may be entitled to receive from other plans. This prevents duplication of payment if you or your dependents are covered by another group insurance plan.

The COB provisions provide payment up to the normal reimbursement level under the respective plans. This means that your combined benefits from all plans will equal, but never exceed, the amount normally payable from your Raytheon plan when there is no COB with another plan. Check with your plan carrier for more detailed information about COB.

## When You Are Covered by More than One Plan

If you're covered under another plan (for example, if you're covered as a dependent under your spouse's medical or dental plan), that plan's benefits will be coordinated with the benefits provided under your Raytheon plan. The intent is to allow you to receive the maximum payments to which you're entitled—without overpaying you.

If you and/or your covered dependents are in another plan with a coordination of benefits provision, rules have been established to determine which plan is "primary"— meaning *that* plan will pay first. Then, if the other plan has a COB provision, the other plan will pay the difference, up to plan limits and customary amounts for that procedure or service (but no more than would have been paid if there was no other coverage). Usually, the plan that covers a person as an employee is primary for that person.

## Birthday Rule

If both you and your spouse have family coverage and one of your dependent children incurs eligible expenses, the plan of the parent whose birthday (month and day—but not year) falls earlier in the year will be primary. For example, if your birthday is April 2, 1962, and your spouse's birthday is April 1, 1964, your spouse's plan will pay first.

For dependents of divorced or separated parents with coverage under two or more plans, the primary plan will be determined in the following order (unless stated otherwise by a divorce decree):

• The plan of the parent with a court order setting responsibility for health care expenses;

• The plan of the parent with custody of the child;

• The plan of the spouse of the parent with custody of the child;

• The plan of the parent not having custody of the child; and

• The plan of the spouse of the parent not having custody.

A plan without a COB provision will always be the primary plan.

You should first submit your claim to the primary plan. Once you receive an *Explanation of Benefits* (EOB) statement from the primary plan, any remaining expenses should be sent to the secondary plan for consideration.

*The primary plan for dependent children is determined by the birthday rule—the plan of the parent whose birthday falls earlier in the year pays first.*

## Coordination with Other Types of Coverage

In addition to coordinating benefits with other group insurance plans, the plans will coordinate with "Personal Injury Protection" (no-fault) coverage, and provisions of any motor vehicle or homeowner's policy covering hospital, medical, dental or other health care expenses.

If you're covered by more than one plan and need assistance determining which plan should receive bills first, contact your plan carrier.

# Subrogation and Reimbursement Obligations of Participants and Beneficiaries

## Claims Against Others

A participant or beneficiary who recovers from a third party, whether through voluntary payment, settlement or a court action, and without regard to the characterization of such recovery for pain and suffering, mental anguish, punitive damages, or any other basis for recovery, is obligated to repay the plan for amounts paid to or on behalf of the participant or beneficiary for claims (including, for example, claims for disability or lost wages) or for treatment of an injury or illness resulting from the wrongful conduct of the third party. In addition, the plan will be subrogated to, and have a lien against, all of the rights of the participant or beneficiary to any recovery.

The plan's right to recovery is not limited by the application of any "make whole" theory and the amount thereof is not limited or reduced because the third party is found to be liable only in part, because the third party's resources are limited, or for any other reason.

You (and your dependents, or, if you are not legally competent, your legal representative) must inform the plan administrator when it appears that a third party is or may be liable for any condition for which covered services or benefits are provided. If requested to do so, you must complete and sign the *Subrogation Form* and *Assignment of Benefits Agreement* before any benefits will be paid under the plan. You and your dependents must cooperate with the claims administrator and the plan administrator in the filing and processing of any and all claims you have from time to time.

At the plan's request, you and your dependents must take such action, furnish such information and assistance, and execute such documents as the claims administrator and the plan administrator may require to facilitate enforcement of the plan's rights. If you fail to do so, the plan will be entitled to deny your claim or any portion thereof. You and your dependents:

- Must do nothing after acceptance of benefits under the plan to prejudice the subrogation rights of the plan;
- Must not release any third party from any liability without the consent of the claims administrator or the plan administrator; and
- Must notify any third party and any other individual or entity acting on behalf of the third party of the plan's right to reimbursement.

If you or any of your dependents fail to cooperate with the claims administrator and the plan administrator and to satisfy your obligations under this provision, the applicable administrator may deny the claim or any portion thereof, and your coverage under the plan may be terminated.

If you or your dependent (or any trust established on behalf of you or your dependent) receives money from any third party in connection with a claim that implicates the plan's recovery rights, regardless of the characterization of the payment, you, your dependent or the trust shall hold such money in trust for the plan to the extent of the plan's recovery rights. The plan's rights shall not be affected by a release of any third party entered into without the consent of the plan administrator or by a judgment obtained in litigation in which the plan is not joined as a party. The plan may take any and all actions necessary or convenient to enforce its recovery rights.

## Additional Rights of Recovery for Overpayments or Mistaken Payments

All Raytheon-sponsored health and welfare plans also have the right to recover benefits it has paid on your or your dependent's behalf that were:

- Made in error;
- Made due to a mistake in fact;
- Advanced during the time period of meeting the calendar-year deductible; or
- Advanced during the time period of meeting the calendar-year out-of-pocket maximum.

Benefits paid because you or your dependent misrepresented facts are also subject to recovery.

If the plan provides a benefit for you or your dependent that exceeds the amount that should have been paid, the plan will:

- Require that the overpayment be returned when requested; or
- Reduce a future benefit payment for you or your dependent by the amount of the overpayment.

# Your Rights under ERISA

As a participant in the benefit plans of Raytheon Company that are subject to the provisions of the *Employee Retirement Income Security Act of 1974* (ERISA), as amended, you are entitled to certain rights and protections. ERISA provides that all plan participants are entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements and a copy of the latest annual report (Form 5500 series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts, collective bargaining agreements and copies of the latest annual report (Form 5500 series) and updated summary plan description. The administrator may make a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

*The Employee Retirement Income Security Act of 1974 (ERISA) provides you with certain rights and protections for benefits offered by Raytheon.*

- With respect to the Raytheon Savings and Investment Plan (RAYSIP), including the Retirement Income Savings Program (RISP) (for eligible employees with a date of employment or most recent re-employment on or after January 1, 2007), you are entitled to obtain a statement telling you whether you own, or are vested in, the value of your contributions and the company's contributions to your account, including any investment earnings on those contributions. See *Owning the Money in Your Account* in the *RAYSIP* section of this handbook for information on vesting. At any time, you can see the current value and vested status of your account online through Fidelity NetBenefits® at www.netbenefits.com/raytheon. Quarterly statements of your account also contain this information, and are available at NetBenefits or will be mailed to you if you have chosen not to receive them through NetBenefits. The plan must provide these statements free of charge.

## Continue Group Health Plan Coverage

- With respect to any group health plan, continue health care coverage for yourself and/ or your spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing your COBRA continuation coverage rights.
- Reduction or elimination of exclusionary periods of coverage for pre-existing conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage at your request, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your new coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plans. The people who operate your plans, called *fiduciaries* of the plans, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension or welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a pension or welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce these rights. For instance, if you request a copy of plan documents or the latest annual report from a plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits that is denied or ignored in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that plan fiduciaries misuse a plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about the plans, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or the:

> Division of Technical Assistance and Inquiries
> Employee Benefits Security Administration
> U.S. Department of Labor
> 200 Constitution Avenue, NW
> Washington, DC 20210

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan Disclosure Information

ERISA also requires companies to disclose the following detailed information so that it is available for your reference:

### Plan Directory

The *Plan Directory,* later in this section, provides a summary of all the benefit plans covered by this handbook and includes the plan name, number, type and claims administrator. Information about funding can be found under *Plan Costs* later in this section.

The *Plan Directory* also lists the names and addresses of insurance issuers that are involved in financing or administering the Raytheon benefit plans and the extent to which benefits under a plan are guaranteed under a contract or policy of insurance issued by the issuer and the nature of any administrative services provided by the issuer.

### Plan Sponsor

Raytheon Company
870 Winter Street
Waltham, MA 02451

### Plan Administrator (For All Benefits Except the Disability Plans)

William M. Bull
Vice President—Compensation, Benefits, Performance Development
   Mergers & Acquisitions and Workforce Intelligence
c/o Raytheon Corporate Benefits
870 Winter Street
Waltham, MA 02451-1219
781-522-3000

### Plan Administrator (For the Disability Plans)

James C. Cronin
Senior Director, Enterprise Services Human Resources
Global Business Services
c/o Raytheon Corporate Benefits
880 Technology Park Drive
Billerica, MA 01821
781-522-3000

### The Raytheon Benefit Center

P.O. Box 199422
Dallas, TX 75219-9422
800-358-1231

**Plan Year**

The fiscal records of each plan are kept on the basis of a plan year. For all plans in this document, the plan year is January 1 to December 31.

**Plan Documents**

If you wish to receive a copy of a plan document or need additional information about any specific plan provision, contact the plan administrator.

**Employer Identification Number**

The Internal Revenue Service (IRS) assigns every employer an employer identification number (EIN). The EIN for Raytheon is 95-1778500.

**Agent for Service of Legal Process**

Secretary
Raytheon Company
870 Winter Street
Waltham, MA 02451-1449
Service of legal process may also be made upon a plan trustee or the plan administrator.

# Your Rights under HIPAA

## Medical Coverage

The *Health Insurance Portability and Accountability Act of 1996* (HIPAA) is a federal law designed to make it easier for you and your family members to have continued medical coverage when changing from one employer to another, as well as to require that health plans protect the confidentiality of your private health information.

## Non-Discrimination Rules

Under HIPAA, no medical plan can have enrollment rules based on health factors. This means that a health plan cannot require evidence of insurability (proof of good health) and cannot exclude individuals who cannot pass a physical exam (including late enrollees).

## Special Enrollment Opportunities

If you decline coverage for yourself or your eligible family members because of other medical or vision insurance coverage, you may be able to enroll yourself and/or your dependents in a Raytheon medical or vision plan, or change your medical or vision plan election in the future, provided that you request enrollment within 31 days of when your other coverage ends.

This special enrollment right is available only if one of the following conditions is met:

- You or a family member becomes ineligible for coverage under another employer's medical or vision plan or other medical or vision insurance;

- An employer's contributions for the other coverage stop; or

- In the case of COBRA coverage, because the maximum COBRA period has expired.

In addition, if you or a dependent gains or loses eligibility for Medicaid, Medicare or a state children's health plan, or if you or a dependent becomes eligible or ineligible for state assistance for coverage under the plan, you may be able to enroll or end coverage for yourself or your dependents, provided you request enrollment within 31 days of the date eligibility was gained or lost *or* within 60 days in the case of a Medicaid or state assistance event.

You also have a special enrollment opportunity if:

- You marry; or

- You or your spouse acquires a dependent through your marriage or the birth, adoption or placement for adoption of the dependent.

The *Health Insurance Portability and Accountability Act of 1996* (HIPAA) enables you and your family members to have continued group health coverage when changing from one employer to another. It also requires that health plans protect the confidentiality of your private health information.

## Privacy Rights

HIPAA also requires that health plans protect the confidentiality of your private health information. A complete description of your rights under HIPAA's privacy rules can be found in the *HIPAA Notice of Privacy Practices for Protected Health Information,* which is available on *Desktop Benefits* at https://raytheon.benefitcenter.com (click on the link to *Notice of Privacy Practices* under *My Resources* in the *Other Benefits* section) or by calling the RBC at 800-358-1231.

The Health Benefits Plan will not use or further disclose information that is protected by HIPAA ("protected health information") except as necessary for treatment, payment, health plan operations and plan administration, or as permitted or required by law. By law, the plan has required all of its business associates to also observe HIPAA's privacy rules. In particular, the plan will not, without authorization, use or disclose protected health information for employment-related actions and decisions or in connection with any other benefit or employee benefit plan of the plan sponsor.

Under HIPAA, you have certain rights with respect to your protected health information, including certain rights to see and copy the information, receive an accounting of certain disclosures of the information and, under certain circumstances, amend the information. You also have the right to file a complaint with the plan or with the Secretary of the U.S. Department of Health and Human Services if you believe your rights under HIPAA have been violated.

If you have any questions about the privacy of your health information or wish to file a complaint under HIPAA, contact:

Raytheon HIPAA Privacy Officer
880 Winter Street
Waltham, MA 02451

## Your Rights under FMLA

The *Family and Medical Leave Act of 1993* (FMLA) allows eligible employees in the United States to take up to 12 weeks (or more if required by state law or otherwise noted) of unpaid leave in a rolling 12-month period for certain family or medical reasons, including:

- The birth of a child;
- The placement of a child with you for adoption or foster care;
- The treatment of a serious health condition for yourself;
- The care of your child, your spouse or your parent with a serious health condition;
- For any *qualifying exigency* that arises from your child's, spouse's or parent's active duty in the armed forces as a member of the National Guard or Reserves, including an order or call to duty. (For more information, contact your Human Resources representative); or
- An eligible employee who is the spouse, child, parent or next of kin of a current member of the armed forces who has a serious injury or illness incurred in the line of duty while on active duty is allowed to take up to 26 workweeks, in a single 12-month period, to care for such a service member. (Note that 26 workweeks is a maximum leave entitlement that would include FMLA leave taken for other reasons, within the 12-week limit for such other reasons.)

A *serious health condition* is any injury, illness or impairment that requires:

- Inpatient care in a hospital, hospice or residential medical facility; or
- Continuing care by a physician that consists of two or more visits or continuing treatments.

Provided there are at least 50 Raytheon employees within a 75-mile radius of your worksite, you are eligible for FMLA leave if you are a part- or full-time employee who has:

- Been with Raytheon for at least one year; and
- Worked at least 1,250 hours in the previous 12 months.

When the need for your leave is foreseeable, you must ordinarily provide Raytheon with 30 days of advance notice of your need to take FMLA leave. Raytheon may require medical

The FMLA policy applies to all employees of Raytheon Company who are based in the United States or in a U.S. territory or possession, including employees in any business or subsidiary company. More information is available on oneRTN.

certification of the need for a leave due to a serious medical condition and may request a second and third opinion, at Raytheon's expense. A "fitness for duty" report might also be requested before you return to work.

## Continued Coverage During FMLA Leave

During your FMLA leave, you are entitled to the following benefits:

- Raytheon must maintain your group health plan coverage on the same conditions as coverage would be provided if you had been continuously employed during the entire period of your leave.

- You are entitled to new or changed group health plan coverage on the same basis as if you were not on leave.

- You must be given notice of any opportunity to change your group health plan coverage.

- If you do not retain your group health plan coverage during your leave, you are entitled to have coverage reinstated when you return from leave, without any requirements to requalify, such as any waiting period, physical examination or pre-existing condition exclusion.

## Paying for Continued Coverage

During your FMLA leave, you must continue to pay any contribution toward the cost of your coverage that you were paying prior to your leave. If you are not required to contribute toward the cost of your coverage, you will not be required to do so while on FMLA leave (unless you fail to return after FMLA leave, as described later in this section). If, while you are on FMLA leave, employees are required to begin paying premiums or if the premiums are raised or lowered, you will be required to pay the new premium rates.

    If you fail to return at the end of an unpaid FMLA leave, Raytheon may recover premiums it paid for the cost of your coverage during the unpaid portion of that leave. The amount Raytheon may recover would be limited to only the company's share of the allowable premiums as would be calculated under COBRA, less the 2% administrative fee. If permitted by applicable federal or state laws, Raytheon's recovery of premiums would be through deductions from any sums owed to you by the company. The company could also initiate legal action to recover premiums. Raytheon cannot recover premiums it pays for the cost of your group health plan coverage during a paid FMLA leave.

## When Coverage May End

Raytheon's obligation to provide group health plan coverage ends upon the earliest of the following:

- You inform Raytheon of your intent not to return to work from FMLA leave.

- You fail to return from FMLA leave and terminate your employment.

- You exhaust your FMLA entitlement.

If one of these events occurs, you would become eligible for continued coverage under COBRA (see the section *Continued Coverage under COBRA*).

# Your Rights under USERRA

Raytheon's leave policies comply with the *Uniformed Services Employment and Reemployment Rights Act of 1994* (USERRA). USERRA applies to persons who perform service voluntarily or involuntarily, in the *uniformed services,* including the Army, Navy, Marine Corps, Air Force, Coast Guard and Public Health Service commissioned corps, as well as the reserve components of each of these services. Federal training or service in the Army National Guard and Air National Guard also gives rise to rights under USERRA. In addition, under the *Public Health Security and Bioterrorism Response Act of 2002,* certain disaster-response work (and authorized training for such work) is considered service in the uniformed services.

Once you know that you will be in uniformed service for more than 30 days, call the RBC at 800-358-1231 for more detailed information about your right to elect continued coverage under USERRA.

*Uniformed service* includes active and inactive duty for training (such as drills), initial active duty training and funeral honors duty performed by National Guard and reserve members, as well as the period for which a person is absent from a position of employment for the purpose of an examination to determine fitness to perform such duty.

## Medical, Vision and Dental Coverage

If you perform service in the uniformed services for more than 30 days, you may continue medical, vision and/or dental coverage for yourself and your covered dependents while performing uniformed service. Continued coverage becomes effective on the date your military leave of absence begins. You are required to pay the full cost of your coverage, plus a 2% administrative fee.

### Coverage Following Reemployment

If you have continued medical, vision and/or dental coverage under USERRA, you are eligible to receive coverage under the plan as a regular employee for yourself and your covered dependents, provided you return to work before your reemployment rights expire, based on your period of uniformed service. If your period of uniformed service was:

- *Less than 31 days:* You must return to work by the beginning of the first full regularly scheduled work period on the first full calendar day following the completion of service, plus the time required to return home safely and have an eight-hour rest period;

- *At least 31 days but less than 181 days:* You must return to work within 14 days of your release from uniformed service; or

- *181 days or more:* You must return to work no later than 90 days after your release from uniformed service.

Upon reemployment, you and your covered family members will not be required to complete any waiting period.

### When USERRA Coverage Ends

Your continued coverage under USERRA ends on the earliest of the following dates:

- The last day of the 24-month period beginning on the effective date of your military leave of absence;

- The date you fail to make a required USERRA premium payment; or

- The date your reemployment rights expire.

## RAYSIP

If you take an authorized military leave of absence, you may choose to continue to have RAYSIP contributions deducted from the pay you receive from Raytheon during your military service. Any applicable company-matching and, if eligible, RISP contributions will continue automatically. Whether or not you choose to continue your RAYSIP deductions during your leave, you may make up the missed RAYSIP and corresponding company-matching contributions within a certain timeframe after you return to active employment with Raytheon.

In all cases, your RAYSIP, company-matching and, if eligible, RISP contributions are based on the full compensation you would have earned from Raytheon during your military leave. For more information about your rights under USERRA and the timeframe in which your makeup contributions must be made, call the Raytheon Savings and Investment Service Line at 800-354-3966.

# Your Rights under HEART

## RAYSIP

Under the *Heroes Earnings Assistance and Relief Tax Act of 2008* (HEART), if you die or become disabled while performing qualified military service, you will receive RAYSIP benefits as if you had returned to active employment on the day before the date of your death or

disability and then terminated your employment on the date of your death or disability. This ensures that your RAYSIP account will receive employer contributions as if you had continued to make RAYSIP contributions.

# Your Rights under NMHPA

## Medical Coverage

Under the federal *Newborns' and Mothers' Health Protection Act of 1996* (NMHPA), group medical plans, such as the Health Benefits Plan, and health insurance issuers offering group insurance coverage with maternity benefits generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery or less than 96 hours following a caesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the health insurance issuer for prescribing a length of stay not in excess of these periods.

# Your Rights under WHCRA

## Medical Coverage

The federal *Women's Health and Cancer Rights Act of 1998* (WHCRA) imposes certain requirements on group medical and health plans, such as the Health Benefits Plan, that provide medical and surgical benefits for mastectomies.

Under WHCRA, a participant in the Health Benefits Plan who elects breast reconstruction in connection with a mastectomy is entitled to coverage for the following services, in consultation with her attending physician:

- Reconstruction of the breast on which the mastectomy has been performed;

- Surgery and reconstruction of the other breast to provide a symmetrical appearance; and

- Prostheses and coverage of physical complications at all stages of the mastectomy.

Deductibles, coinsurance and/or copayments apply, consistent with other benefits under the plan. All other terms and conditions of the plan apply to this coverage.

# Assignment of Benefits

The plans summarized in this document are used exclusively to provide benefits to you, and, in some cases, to your eligible dependents (including survivors, if you die). Except for a very limited right of assignment of life insurance benefits to family members and assignment of RAYSIP benefits under a qualified domestic relations order, generally neither you nor Raytheon, nor anyone else can assign, transfer or attach your benefits or use them for collateral.

# Qualified Domestic Relations Orders

## Raytheon Savings and Investment Plan

Federal law generally prohibits assignment or attachment of your benefits from the Raytheon Savings and Investment Plan (RAYSIP), except under a qualified domestic relations order (QDRO). A QDRO is a court order, issued in connection with a divorce or family support proceeding, which orders the plan to pay benefits to someone other than you. Raytheon must obey these court orders, and any such payment will not violate the rule of non-assignability of benefits. A QDRO applies only to pension plans, including RAYSIP.

The plan administrator may be required to begin making payments from your RAYSIP account (including the RAYSOP component and RISP accounts, if applicable) while you are still working. These payments could even exhaust the total value of these accounts. The plan administrator has no discretion in these matters.

The plan administrator has delegated QDRO administration to the Raytheon QDRO Benefit Center. Each domestic relations order attempting to attach assets in an ERISA plan must meet certain qualification requirements. The Raytheon QDRO Benefit Center reviews all domestic relations orders received by the plan to determine whether they are qualified under ERISA. You may obtain a copy of the procedures that the plan uses to govern determinations on whether a domestic relations order is a QDRO from the plan administrator, without charge.

For additional information, call the Raytheon QDRO Benefit Center at 888-823-6512.

# Qualified Medical Child Support Orders

## Medical Coverage

As required by law, the Raytheon medical plans recognize qualified medical child support orders (QMCSOs). A QMCSO is a court order or an order issued by a state administrative agency under state law that requires an alternate recipient (for example, a child or stepchild) to be covered as a dependent under a plan participant's group health plan. Generally, a QMCSO is issued as part of a paternity or divorce settlement or other determination of child support obligation.

The Raytheon medical plans honor QMCSOs that meet the legal requirements for such orders. It's important to note that a QMCSO cannot require a type or form of benefit or an option that is not currently available under the plan to which the order is directed.

A QMCSO must be filed with the plan administrator, who reviews it to decide if it meets the conditions of a legally qualified QMCSO. If it does, the alternate beneficiary is considered a beneficiary for the purposes of ERISA and is enrolled as a dependent of the employee. If the plan administrator receives a QMCSO relating to you, you will be notified and then informed of the decision if the QMCSO is qualified. You can obtain a copy of the plan's procedures governing QMCSO determinations from the plan administrator, without charge. QMCSOs should be filed with the:

Raytheon Benefit Center
P.O. Box 199422
Dallas, TX 75219-9422

# Important Information about the Defined Contribution Plan

## Raytheon Savings and Investment Plan

The Raytheon Savings and Investment Plan (RAYSIP) is considered a defined contribution plan under ERISA. This plan provides you with an individual account.

If you participate in RAYSIP, you may make before-tax, after-tax and/or Roth 401(k) contributions. Raytheon will provide eligible participants with matching contributions, other company contributions and/or RISP contributions according to the terms of the plan document. The benefits you receive are determined by the amounts you and Raytheon contribute and any investment gains or losses less plan fees charged to your account. For a more detailed summary of RAYSIP features, see the *RAYSIP* section of this handbook.

All contributions to RAYSIP are held in trust and invested according to the terms of the plan documents. The trustee for the plan is:

Fidelity Management Trust Company
82 Devonshire Street, MM1M
Boston, MA 02129
800-354-3966 or 617-330-3050 (TDD# 800-847-0348)

Benefits under RAYSIP are not insured by the Pension Benefit Guaranty Corporation (PBGC), because the PBGC does not insure benefits under defined contribution plans.

## IRS Approval

The Raytheon Savings and Investment Plan (RAYSIP) was established as a qualified retirement plan and has received a favorable determination letter from the Internal Revenue Service (IRS) with respect to its qualification.

The plan may change from time to time or be discontinued to comply with IRS regulations, any changes in the Internal Revenue Code (IRC) or any other applicable law or for any other reason. If material changes are made, you will be notified.

## Plan Costs

Raytheon pays the cost of some of your benefits. You and Raytheon share the cost of some benefits and, for a few programs, you pay the full cost. Here is a summary of how each benefit plan described in this document is paid for:

- **Raytheon pays the full cost** of your dental coverage if you elect coverage through the Delta Dental PPO *Plus Premier* Low Option, basic short-term disability (STD) coverage, basic life insurance and business travel accident (BTA) insurance. If you are eligible, Raytheon pays the full cost of RISP contributions to RAYSIP.

- **You and Raytheon share the cost** of your medical coverage (including HSAs), vision coverage and dental coverage if you elect coverage through the Delta Dental PPO *Plus Premier* High Option or the DeltaCare USA dental maintenance organization (DMO). Raytheon matches a percentage of your savings if you choose to participate in RAYSIP.

- **You pay the full cost** of optional life insurance; accidental death and dismemberment (AD&D) insurance; dependent optional life insurance; STD Plus coverage; long-term disability (LTD) coverage; and occupational LTD coverage (if eligible). If you open an FSA(s), your account(s) are funded with your contributions. Lastly, if you enroll in any voluntary benefits—e.g., the group legal plan and/or auto/homeowners insurance—you pay the full cost of coverage.

## Other Important Information

### Right to Amend or Terminate Plans

Raytheon reserves the right to amend or terminate any of the plans at any time. Such amendments or modifications may be retroactive to meet statutory requirements or for any other reason.

If RAYSIP were terminated, you would become fully vested in your account(s). The plan's assets would be divided among all participants as specified under ERISA. None of these assets could revert to Raytheon or any subsidiary.

Each plan document describes the procedure for amending or terminating the plan.

- *RAYSIP, including RISP,* may be amended or terminated by a vote of the Board of Directors. The Vice President of Human Resources and Global Security or other authorized or delegated officer may amend the plan, provided that Board approval is required for any amendment that materially increases the cost of the plan.

- *The welfare plans* may be amended or terminated by the Vice President of Human Resources and Global Security or other authorized or delegated officer.

- The Vice President of Human Resources and Global Security has delegated to the Vice President–Compensation, Benefits, Performance Development, Mergers & Acquisitions and Workforce Intelligence the authority to adopt amendments to benefit plans.

In contrast to decisions relating to administration of the plans, including the decision to grant or deny benefits, a decision to amend or terminate a plan is a business decision that can be made solely in the best interests of the company.

> **IMPORTANT NOTE**
> *Your eligibility or your right to benefits under these plans should not be interpreted as a guarantee of employment. Participation in these plans does not interfere with Raytheon's right to terminate your employment at any time, whether or not for cause, with or without notice.*

<div align="right">**Administrative**</div>

# Plan Directory

The *Plan Directory* lists the names and addresses of the companies that are involved in administering the Raytheon benefit plans and the extent to which benefits under a plan are guaranteed under a contract or policy of insurance issued by the issuer and the nature of any administrative services provided by the issuer.

| Plan Name | Plan No. | Claims Administrator | Type of Plan |
|---|---|---|---|
| **UnitedHealthcare HSA Advantage 1**<br>**UnitedHealthcare HSA Advantage 2**<br>**UnitedHealthcare Choice Plus**<br>**UnitedHealthcare Out-of-Area Plan**<br>Self-insured plans funded through employer and employee contributions | 551 | UHC<br>P.O. Box 740809<br>Atlanta, GA 30374<br>800-638-8884<br>(TDD# available by appointment) | Welfare |
| **Global Choice Plan**<br>**(For expatriate employees on international assignments and their eligible dependents)**<br>Fully insured plan funded through employer and employee contributions | 551 | Cigna Global Health Benefits<br>ATTN: Appeals Department<br>P.O. Box 15800<br>Wilmington, DE 19850<br>800-441-2668<br>302-797-3100 | Welfare |
| **HMSA PPO Plan (Hawaii)**<br>Fully insured plan funded through employer and employee contributions | 551 | HMSA<br>P.O. Box 860<br>Honolulu, HI 96808-0860<br>800-776-4672 or<br>808-948-6111 | Welfare |
| **Kaiser Permanente (California)**<br>**Kaiser Permanente HSA Advantage Plan**<br>**Kaiser Permanente Choice Plan**<br>Fully insured plan funded through employer and employee contributions | 551 | *Northern California:*<br>Kaiser Permanente<br>Claims Administration Department<br>P.O. Box 12923<br>Oakland, CA 94604-2923<br>800-390-3510<br><br>*Southern California:*<br>Kaiser Permanente<br>Claims Administration Department<br>P.O. Box 7004<br>Downey, CA 90242-7004<br>800-390-3510 | Welfare |
| **Kaiser Permanente (Colorado)**<br>**Kaiser Permanente HSA Advantage Plan**<br>**Kaiser Permanente Choice Plan**<br>Fully insured plan funded through employer and employee contributions | 551 | *Denver/Boulder/Northern Colorado Area:*<br>Kaiser Permanente<br>P.O. Box 373150<br>Denver, CO 80237-7150<br>800-632-9700<br><br>*Southern Colorado Area:*<br>Kaiser Permanente<br>P.O. Box 372910<br>Denver, CO 80237-6910<br>888-681-7878 | Welfare |
| **Kaiser Permanente HMO Plan (Hawaii)**<br>Fully insured plan funded through employer and employee contributions | 551 | Kaiser Permanente Hawaii<br>Attn: Claims Administration<br>80 Mahalani Street<br>Wailuku, HI 96793<br>*Maui:* 808-243-6610<br>*Oahu and other neighbor islands:* 877-875-3805 | Welfare |

*(continued)*

| Plan Name | Plan No. | Claims Administrator | Type of Plan |
|---|---|---|---|
| **Kaiser Permanente (Mid-Atlantic)** **Kaiser Permanente HSA Advantage Plan** **Kaiser Permanente Choice Plan** Fully insured plan funded through employer and employee contributions | 551 | Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. P.O. Box 6233 Rockville, MD 20849-6233 800-777-7902 301-468-6000 | Welfare |
| **Health Savings Account** Individual account for employees enrolled in an HSA Advantage plan, funded through employer and employee contributions | N/A | Fidelity Investments PO Box 770001 Cincinnati, OH 45277-0002 800-544-3716 | N/A |
| **CVS/caremark-Administered Prescription Drug Program** Self-insured plan funded through employer and employee contributions | 551 | CVS/caremark P.O. Box 52196 Phoenix, AZ 85072-2196 866-329-4023 | Welfare |
| **Basic Vision and Vision Plus Plans** Self-insured plans funded through employer and employee contributions | 551 | VSP® Vision Care Attn: Out-of-Network Claims P.O. Box 997105 Sacramento, CA 95899-7105 888-426-3937 | Welfare |
| **Delta Dental PPO *Plus Premier*** Self-insured plans funded through employer and employee contributions | 551 | Delta Dental of Massachusetts P.O. Box 249 Thiensville, WI 53092 877-335-8227  *Claims Appeals* Delta Dental of Massachusetts Attention: Appeals P.O. Box 9565 Boston, MA 02114 | Welfare |
| **DeltaCare USA** **Dental Maintenance Organization (DMO)** **(Available in Arizona, California, Colorado, Florida, Indiana, Massachusetts, Virginia and Texas)** Fully insured plan funded through employer and employee contributions | 551 | Delta Dental P.O. Box 9595 Boston, MA 02114 877-335-8227  *Claims Appeals* Delta Dental of Massachusetts Attention: Appeals P.O. Box 9565 Boston, MA 02114 | Welfare |
| **Health Care Flexible Spending Account Plan** Funded through employee pretax contributions | 551 | Raytheon Benefit Center Spending Accounts P.O. Box 8991 Norfolk, VA 23501 800-358-1231 *Fax:* 855-543-4065 | Welfare |
| **Dental and Vision Flexible Spending Account Plan** Funded through employee pretax contributions | 551 | Raytheon Benefit Center Spending Accounts P.O. Box 8991 Norfolk, VA 23501 800-358-1231 *Fax:* 855-543-4065 | Welfare |

*(continued)*

| Plan Name | Plan No. | Claims Administrator | Type of Plan |
|---|---|---|---|
| **Dependent Care Flexible Spending Account Plan**<br>Funded through employee pretax contributions | N/A | Raytheon Benefit Center<br>Spending Accounts<br>P.O. Box 8991<br>Norfolk, VA 23501<br>800-358-1231<br>*Fax:* 855-543-4065 | N/A |
| **Wellness Reward Program**<br>Self-insured plan funded through employer contributions | N/A | *Beginning January 1, 2016:*<br>Virgin Pulse, Inc.<br>492 Old Connecticut Road, Suite 601<br>Framingham, MA 01701<br>888-671-9395 | N/A |
| | 551 | *Pre-2016:*<br>Optum Financial Services<br>P.O. Box 30516<br>Salt Lake City, UT 84130-0516<br>800-243-5543<br>Fax: 855-244-5016 | Welfare |
| **Short-Term (Basic) Disability Plan**<br>Self-insured plan funded through employer contributions | 557 | MetLife Disability<br>5950 Airport Road<br>Oriskany, NY 13424<br>888-482-5246 | Welfare |
| **Disability Plan (Short-Term Plus and Long-Term)**<br>Self-insured plan funded through employee contributions to a trust<br><br>*Trustee:*<br>Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286 | 558 | MetLife Disability<br>5950 Airport Road<br>Oriskany, NY 13424<br>888-482-5246 | Welfare |
| **Insured Disability Plan**<br>Supplemental Short-Term Plus<br>Supplemental Long-Term<br>Occupational Long-Term<br>Fully insured plan funded through employee contributions | 559 | MetLife Disability<br>5950 Airport Road<br>Oriskany, NY 13424<br>888-482-5246 | Welfare |
| **Life Insurance Plan**<br>Basic: Fully insured plan funded through employer contributions<br>Plans A&B: Fully insured plan funded through employer and employee contributions to a trust | 554 | The Prudential Insurance Company of America<br>Group Life Claim Division<br>P.O. Box 8517<br>Philadelphia, PA 19176<br>844-4-RAY-LIF, prompt 1 | Welfare |
| **Employee Optional Life Insurance**<br>Fully insured plan funded through employee contributions | 554 | The Prudential Insurance Company of America<br>Group Life Claim Division<br>P.O. Box 8517<br>Philadelphia, PA 19176<br>844-4-RAY-LIF, prompt 1 | Welfare |
| **Dependent Optional Life Insurance**<br>(Spouse and Dependent Children)<br>Fully insured plan funded through employee contributions | 554 | The Prudential Insurance Company of America<br>Group Life Claim Division<br>P.O. Box 8517<br>Philadelphia, PA 19176<br>844-4-RAY-LIF, prompt 1 | Welfare |
| **Accidental Death & Dismemberment Insurance Plan**<br>Fully insured plan funded through employee contributions | 554 | National Union Fire Insurance Company of Pittsburgh, PA (NUFIC) Claims Services<br>An AIG Company<br>P.O. Box 25987<br>Shawnee Mission, KS 66225-5987<br>800-551-0824 | Welfare |

**Administrative**

| Plan Name | Plan No. | Claims Administrator | Type of Plan |
|---|---|---|---|
| **Business Travel Accident Plan**<br>Fully insured plan funded through employer contributions | 554 | National Union Fire Insurance Company of Pittsburgh, PA (NUFIC) Claims Services<br>An AIG Company<br>P.O. Box 25987<br>Shawnee Mission, KS 66225-5987<br>800-551-0824 | Welfare |
| **Raytheon Savings and Investment Plan**<br>Funded through employee and employer contributions to a trust<br><br>*Trustee:*<br>Fidelity Management Trust Company<br>82 Devonshire Street, MM1M<br>Boston, MA 02109 | 026 | Plan Administrator<br><br>*For initial claims, contact:*<br>Fidelity Institutional Retirement Services Company<br>P.O. Box 770003<br>Cincinnati, OH 45277-0065<br>800-354-3966<br><br>*To appeal a denied claim, contact:*<br>Benefit Appeals Committee<br>c/o Fidelity Institutional Retirement Services Company<br>P.O. Box 770003<br>Cincinatti, OH 45277-0065 | Defined Contribution |
| **Long-Term Care Insurance**<br>(Note: No longer accepting new enrollees)<br>Fully insured plan funded through employee contributions | 590 | Prudential Long-Term Care Customer Service Center<br>P.O. Box 8526<br>Philadelphia, PA 19176<br>800-732-0416<br><br>MetLife<br>1300 Hall Boulevard<br>Bloomfield, CT 06002<br>860-656-3806<br>*Fax: 860-656-3815* | Welfare |
| **Adoption Assistance Program**<br>Self-insured plan funded through employer contributions | N/A | Raytheon Benefit Center<br>P.O. Box 199422<br>Dallas, TX 75219-9422<br>800-358-1231 | N/A |
| **Employee Assistance Program**<br>Self-insured plan funded through employer contributions | 551 | UBH Claims<br>P.O. Box 30755<br>Salt Lake City, UT 84130<br>866-640-7008<br>(TDD# 800-842-9489) | Welfare |
| **Severance Pay Plan**<br>Self-insured plan funded through employer contributions | 580 | Plan Administrator<br>c/o Raytheon Company<br>880 Winter Street<br>Waltham, MA 02451<br><br>*To appeal a denied claim, contact:*<br>Secretary of the Benefit Appeals Committee<br>c/o Raytheon Company<br>880 Winter Street<br>Waltham, MA 02451 | Welfare |
| **Severance Pay Plan**<br>For Indianapolis Depot employees<br>Self-insured plan funded through employer contributions | 581 | Plan Administrator<br>c/o Raytheon Company<br>880 Winter Street<br>Waltham, MA 02451<br><br>*To appeal a denied claim, contact:*<br>Secretary of the Benefit Appeals Committee<br>c/o Raytheon Company<br>880 Winter Street<br>Waltham, MA 02451 | Welfare |