# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JAMES GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITEDHEALTH GROUP, INC., | ) |
| UNITED HEALTHCARE SERVICES, INC. | )  CIVIL ACTION NO. 4:18-cv-00108 |
| and UNITED BEHAVIORAL HEALTH | ) |
| operating as OPTUMHEALTH | ) |
| BEHAVIORAL SOLUTIONS, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James Gillis and Defendants Unitedhealth Group, Inc., United Healthcare Services, Inc. and United Behavioral Health operating as Optumhealth Behavioral Solutions, by and through their respective counsel, hereby stipulate and agree as follows, pursuant to a Settlement Agreement between the parties:

1. Plaintiffs claims against all Defendants shall be dismissed with prejudice;

2. The parties to this stipulation shall bear their own costs, expenses, and attorney's fees.

Dated: April 23, 2019

                                            Respectfully submitted,

                                            By: /s/ *Peyton J. Healey*
                                                  Peyton J. Healey
                                                  State Bar No. 24035918
                                                  peyton@powerstaylor.com
                                                  POWERS TAYLOR LLP
                                                  5445 La Sierra Drive, Suite 300
                                                  Dallas, Texas 75251
                                                  Phone: 214.239.8900
                                                  Fax: 214.239.8901

**COUNSEL FOR PLAINTIFF**
By: /s/ *Jennifer S. Romano*
Jennifer S. Romano, admitted *pro hac vice*
California State Bar No. 195953
jromano@crowell.com
Andrew Holmer, admitted *pro hac vice*
California State Bar No. 268864
aholmer@crowell.com

**CROWELL & MORING LLP**
515 S. Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Fax: 213.622.2690

**COUNSEL FOR DEFENDANT UNITED BEHAVIORAL HEALTH**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of April, 2019, the forgoing Motion was served on all counsel of record via the Court's CM/ECF system.

/s/ *Peyton Healey*
PEYTON HEALEY